# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DALANEA TAYLOR; TAMMY HEILMAN; DARLENE DEEGAN; and ROBERT A. JONES III,

    *Plaintiffs,*

v.

CHRIS NOCCO, in his official capacity as Pasco County Sheriff,

    *Defendant.*

Case No. 8:21-cv-00555

## PLAINTIFFS' DISCLOSURE STATEMENT

Pursuant to Local Rule 3.03, Plaintiffs hereby disclose the following:

1. Name each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome of this case:

**Plaintiffs:**

    a. **Dalanea Taylor**

    b. **Tammy Heilman**

    c. **Darlene Deegan**

    d. **Robert A. Jones III**

1

**Counsel for Plaintiffs:**

    a. **Ari S. Bargil, Institute for Justice**

    b. **Robert E. Johnson, Institute for Justice**

    c. **Joshua A. House, Institute for Justice**

    d. **Caroline Grace Brothers, Institute for Justice**

**Defendant:**

    a. **Chris Nocco, in his official capacity as Pasco County Sheriff**

2. The name of each entity with publicly traded shares or debt potentially affected by the outcome of this case:

**N/A**

3. The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**N/A**

4. The name of each person arguably eligible for restitution:

    a. **Dalanea Taylor**

    b. **Tammy Heilman**

    c. **Darlene Deegan**

    d. **Robert A. Jones III**

I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: March 10, 2021

Respectfully submitted,

/s/ Ari S. Bargil
Ari S. Bargil (FL Bar No. 71454)
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
abargil@ij.org

Joshua A. House (CA Bar No. 284856)*
Caroline Grace Brothers (DC Bar No. 1656094)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
jhouse@ij.org
cgbrother@ij.org

Robert E. Johnson (OH Bar No. 0098498)*
INSTITUTE FOR JUSTICE
16781 Chagrin Boulevard, Suite 256
Shaker Heights, OH 44120
Phone: (703) 682-9320
Fax: (703) 682-9321
rjohnson@ij.org

*Motion for Special Admission to be filed

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of March, 2021, a true and correct copy of *Plaintiffs' Disclosure Statement* was filed with the Clerk of the Court using the CM/ECF system and sent via U.S. First Class Mail to:

Chris Nocco, Pasco County Sheriff
8700 Citizens Dr.
New Port Richey, Fl. 34654

/s/ Ari S. Bargil