# AFFIDAVIT OF PROCESS SERVER

Job # 40116

**Client Info:**

Institute for Justice
Kendall Morton
901 N. Glebe Rd.
Suite 900
Arlington, VA 22203

**Case Info:**

**Plaintiff:**
Dalanea Taylor; Tammy Heilman; Darlene Deegan; and Robert A. Jones III
-versus-
**Defendant:**
Chris Nocco, in his official capacity as Pasco County Sheriff

U.S. District Court for the Middle District of Florida, Tampa Division

County of Pasco, Florida
Court Case # **8:21-cv-0555-SDM-CPT**

**Service Info:**

Date Received by Accurate Serve: 3/11/2021 at 11:34 AM
Service: I Served **Chris Nocco, Pasco County Sheriff**
With: **Summons in a Civil Action Complaint for Damages, Declaratory, and Injunctive Relief and Civil Cover Sheet**
by leaving with **Catherine Mansfield, SENIOR Staff Attorney**

At Business **8700 CITIZEN DR. NEW PORT RICHEY, FL 34654**
Latitude: **28.267685**, Longitude: **-82.671171**

On **3/15/2021** at **01:55 PM**
**Manner of Service: GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

**Served Description: (Approx)**

Age: **45**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 6"**, Weight: **150**, Hair: **Brown** Glasses: **No**

I **Maria Vollmar** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _/s/ Maria Vollmar_
**Maria Vollmar**
Lic # **PPS 9096**
**Accurate Serve**
PO Box 5141
Lakeland, FL 33807
Phone: (863) 873-6691

Our Job # **40116**   Client Ref # **C-002108**

SUBSCRIBED AND SWORN to before me this **17th** day of **March**, **2021**, by **Maria Vollmar**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

_/s/ Jodi McKeon_
NOTARY PUBLIC for the state of Florida

JODI MCKEON
Notary Public - State of Florida
Commission # GG 259667
My Comm. Expires Sep 18, 2022
Bonded through National Notary Assn.


