UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    Plaintiffs,

v.

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    Defendant,
_____/

CASE NO.: 8:21-cv-00555-SDM-CPT

## DEFENDANT'S DISCLOSURE STATEMENT

COMES NOW Defendant Chris Nocco, in his official capacity as Sheriff of Pasco County, Fla., by and through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03 of the United States District court for the Middle District of Florida, hereby disclose the following:

(1) each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member and other identifiable and related legal entity – that has or might have an interest in the outcome:

    Ari. S. Bargil – Attorney for Plaintiffs

    Caroline Grace Brothers – Attorney for Plaintiffs

    DeBevoise & Poulton, P.A. – Attorneys for Defendant

    Darlene Deegan – Plaintiff

    Florida Sheriffs Risk Management Fund – Liability Coverage for Defendant

    Jeffrey K. Grant – Attorney for Defendant

Tammy Heilman – Plaintiff

Joshua A. House – Attorney for Plaintiffs

Institute for Justice – Attorneys for Plaintiffs

Robert E. Johnson – Attorney for Plaintiffs

Robert A. Jones, III – Plaintiff

Chris Nocco, Sheriff of Pasco County, Florida – Defendant

Thomas W. Poulton – Attorney for Defendant

Dalanea Taylor – Plaintiff

(2) each entity with publicly traded shares or debt potentially affected by the outcome:

None.

(3) each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None.

(4) each person arguably eligible for restitution

Dalanea Taylor – Plaintiff

Tammy Heilman – Plaintiff

Darlene Deegan – Plaintiff

Robert A. Jones, III - Plaintiff

## CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED this 9th day of April, 2021.

_____
THOMAS W. POULTON, ESQ.
Florida Bar No.: 0083798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 0091197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendant Sheriff Nocco

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Ari S. Bargil, Esquire (*abargil@ij.org*), Institute For Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, Florida 33131; Joshua A. House, Esquire (*cgbrothers@ij.org*), Institute For Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203; and Robert E. Johnson, Esquire (*rjohnson@ij.org*), Institute For Justice, 16781 Chagrin Boulevard, Suite 256, Shaker Heights, Ohio 44120.

THOMAS W. POULTON, ESQ.
Florida Bar No.: 0083798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 0091197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendant Sheriff Nocco