

New Search  Expand All

| Case Number | Filed Date | Case Type | Status | Contested |
|---|---|---|---|---|
| 512015CO003528COAXWS [2015CO003528COAXWS] | 10/09/2015 | County Ordinance 11-D | CLOSED | NO |

| Charge Seq # | Description | Date | Phase | Trial |
|---|---|---|---|---|
| 1 | COUNTY ORDINANCE | 02/25/2016 | Court:Bond Estreature | No Trial |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| JONES, ROBERT ARTHUR III  Search This Party | DEFENDANT | | |
| JONES, DONNA | BONDSMAN | | |
| JONES, ROBERT ARTHUR  Search This Party | ALSO KNOWN AS | | |

### Dockets

Page : 1  ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | | 02/25/2016 | ESTREAT BOND - NO CAPIAS | |
| 📄 | | 02/25/2016 | MOTION: CONTINUANCE FROM DEFENDANT | 1 |
| 📄 | | 02/15/2016 | NOTICE RETURNED: NOT DEL AS ADDR UNABLE TO FORWARD | 2 |
| | | 02/03/2016 | NOTICE OF ARRAIGNMENT - 022516 09:00 A.M. | |
| 📄 | | 02/03/2016 | NOTICE NOH | 1 |
| | | 01/08/2016 | RECEIPT: 0113.00 #4699891 CASH BOND OTHER | |
| 📄 | | 01/06/2016 | CAPIAS RETURNED EXECUTED 010416 | 3 |
| 📄 | | 01/05/2016 | COMPLAINT WARRANT, FAILURE TO APPEAR CCPD | 2 |
| | | 01/05/2016 | BONDOUT: 000113 1 | |
| 📄 | | 01/05/2016 | CASH APPEARANCE BOND 000113 BY DONNA JONES 237684 | 1 |
| ⊖ | | 12/22/2015 | CAPIAS TO SHERIFF FTA ARN 121715 | 1 |
| | | 12/22/2015 | BOND SET AT: 000113 1 | |
| | | 12/17/2015 | ORDER TO ISSUE CAPIAS FTA/ ARRAIGNMENT | |
| | | 12/17/2015 | BOND AMOUNT/COUNT 000113 1 | |
| | | 10/09/2015 | COUNTY ORDINANCE RV'S BOATS, TRAILERS | 1 |
| | | 10/09/2015 | FINE DUE: 110415 | |
| | | 10/05/2015 | AMOUNT DUE BEFORE COURT: 000148.00 | |
| | | 10/05/2015 | NOTICE OF ARRAIGNMENT 121715 09:00 AM | |
| | | 10/05/2015 | JURISDICTION: 02/CEO | |

### Judge Assignment History

### Court Events

### Sentences

### Financial Summary

### Reopen History

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

# PASCO COUNTY COMPLAINT AFFIDAVIT

☒ PSO FLO 510000  ☐ NPR PD FLO 510200  ☐ PR PD FLO 510400
☐ DC PD FLO 510100  ☐ ZPD FLO 510300  ☐ FHP FLO 279000

**OBTS NUMBER:** 5101142173
**FELONY** ☐ / **MISD.** ☒
**CO. ORD / CIVIL INF.** ☐
**SHIFT:** 2ND
**SECTOR:** 12
**AGENCY REPORT NUMBER:** 16-000387

**ARREST — CHECK ALL THAT APPLY:** ☒
1. FELONY ☐  3. MISD. ☒  5. ORDINANCE ☐  7. V.O.P. ☐  9. CIVIL INF. ☐
2. TRAFFIC FELONY ☐  4. MISD. TRAFFIC ☐  6. OTHER ☐  8. PROBABLE CAUSE ☐

☒ ADULT  ☐ JUVENILE

**LOCATION OF ARREST:** 3810 HEADSAIL DR, NEW PORT RICHEY, FL 34652
**LOCATION OF OFFENSE:** 3810 HEADSAIL DR, NEW PORT RICHEY, FL 34652

**DATE OF ARREST:** 01/04/2016  **TIME OF ARREST:** 17:25  **BOOKING DATE:** 01/04/16  **BOOKING TIME:** 2013
**WEAPON SEIZED:** ☐ YES ☒ NO  **WEAPON TYPE:** NOT APPLICABLE
**F.P.S.S. Notified:** ☐ Y ☒ N  **Juv:** ☐  **Elderly:** ☐  **Handicap:** ☐

**JAIL NUMBER:** 170563  **SPN NUMBER:** 00717976
**Domestic Related:** ☐ Y ☒ N
**Convicted Sexual Predator / Offender:** ☐ Y ☒ N

**NAME (LAST, FIRST, MIDDLE):** JONES, ROBERT ARTHUR III
**ALIAS:** JONES, ROBERT ARTHUR III

**RACE:** W - WHITE  **CODE:** W  **SEX:** M  **DATE OF BIRTH:** [redacted] 1977  **AGE:** 38  **HEIGHT:** 5'10"  **WEIGHT:** 279  **EYE COLOR:** BROWN  **HAIR COLOR:** BLACK  **COMPLEXION:** MED  **BUILD:** HEAVY

**PHYSICAL ADDRESS:** 3810 HEADSAIL DR, NEW PORT RICHEY, FL 34652
**PHONE:** (904) 881-0767
**RESIDENCE TYPE:** 2. COUNTY
**BUSINESS ADDRESS:** SELF EMPLOYED
**ADDRESS SOURCE:** DEFENDANT
**OCCUPATION:** JONES TILE / ST
**PLACE OF BIRTH:** FRANKFURT, GA Germany
**CITIZENSHIP:** US

**CHARGE DESCRIPTION:** WARRANT, FAILURE TO APPEAR
☒ F.S. ☐ ORD. ☐ CIVIL INF.
**STATUTE VIOLATION NUMBER:** 901.31
**NCIC #:** 5015
**COURT CASE #:** 1503528COAWS
**CODE:** N

**REQUEST FOR INVESTIGATIVE COSTS RECOVERY FSS 938.27(1)**
**CJIS #:** 4834
**# of Investigative hrs.:** 2 × $26.00 = $52.00

THE UNDERSIGNED CERTIFIED AND SWEARS THAT HE / SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT THE ABOVE-NAMED DEFENDANT COMMITTED THE FOLLOWING VIOLATION OF LAW:
ON THE **4** DAY OF **January**, 20 **16** AT **5:24** ☐ A.M. ☒ P.M.

(SPECIFICALLY INCLUDE FACTS CONSTITUTING CAUSE FOR ARREST.)

On 01/04/2016 at approximately 1725 hours, I came into contact with the defendant at his residence in response to warrant. Upon confirming the defendant's identity, it was revealed the defendant had a Pasco County warrant for Failure to Appear for Boats/RV's/Trailer citation. The warrant had $113.00 bond. The warrant was confirmed by Teletype operator 3523. The defendant was placed under arrest and transported to Land O' Lakes Central Jail without incident.

* * * End * * *

**BOND CHARGE #:** $113

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

X _Deputy J. Collins_  4834

PSO 30172E (Rev. 10/11)
CLERK OF COURT
PAGE 1 OF 1

From: Teletype    727 815 7048    01/05/2016 19:16    #418 P.001/001

*Collins*    RECEIVED    *703528*

IN THE COUNTY COURT
OF THE SIXTH JUDICIAL CIRCUIT        DEC 2 8 2015    THE STATE OF FLORIDA
IN AND FOR PASCO COUNTY, FLORIDA
                                    PSO WARRANTS
                    C A P I A S        UNIT

STATE OF FLORIDA                CASE NO.    1503528COAWS  19
                                UCN:

VS.                             SPN NO.  00717976   ARN: OT15531035
ROBERT ARTHUR III JONES                 RAC: W  SEX: M   D.O.B. ████ 1977
3810 HEADSAIL DR                        HGT: 9' 99"  WGT: 999 LBS.
NEW PORT RICHEY  FL  34652              EYES: XXX  HAIR: XXX  SKIN: MED

TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA, SPECIAL AGENTS OF THE
FLORIDA DEPARTMENT OF LAW ENFORCEMENT AND STATE ATTORNEY'S INVESTIGATORS, OF THE
SIXTH JUDICIAL CIRCUIT; GREETINGS:

    YOU ARE HEREBY COMMANDED TO TAKE    ROBERT ARTHUR III JONES
AND HIM/HER SAFELY KEEP, SO THAT YOU HAVE HIS/HER BODY BEFORE THE JUDGE OF THE
COUNTY COURT OF THE STATE OF FLORIDA, FOR THE COUNTY OF PASCO, THE COURT HOUSE TO
ANSWER UNTO THE STATE OF FLORIDA ON AN INFORMATION/INDICTMENT FILED AGAINST HIM/HER
BY THE STATE ATTORNEY FOR THE COUNTY OF PASCO FOR:
RV'S BOATS, TRAILERS                    (FTA/ ARRAIGNMENT  12/17/2015)

AND YOU HAVE THEN AND THERE THIS WRIT.

    IT IS ORDERED THAT BOND BE, AND THE         WITNESS:
    SAME IS HEREBY SET AT SEE BELOW             PAULA S. O'NEIL
    SUBJECT TO COMMITTING MAGISTRATE            CLERK OF SAID COURT AND THE
    IN DEFAULT OF POSTING SAID BOND,            SEAL OF SAID COURT AT THE
    THE SAID DEFENDANT IS REMANDED TO           COURTHOUSE AT NEW PORT RICHEY,
    THE CUSTODY OF THE SHERIFF UNTIL            FLORIDA
    FURTHER ORDER FROM SAID COURT
                                                December 18, 2015
                                                                    DATE
                                                PAULA S. O'NEIL
                                                CLERK

BY _____                      BY _____
    ANNE WANSBORO                                   DEPUTY CLERK

CT01    $113

* * * * * * * * * * * * * * * * * * * * * *

RECEIVED THIS CAPIAS THIS_____DAY OF_____,20____, AND RETURNED THE SAME TO
THE COURT THIS_____DAY OF_____,20_____.

_____EXECUTED BY ARRESTING THE WITHIN NAMED DEFENDANT
_____UNEXECUTED AS THE SUBJECT WAS NOT LOCATED FOLLOWING A DILIGENT SEARCH.
_____UNEXECUTED AS PER ORDER OF THE COURT

DEFENDANT'S CURRENT ADDRESS:    _____
                                            SHERIFF

_____                 _____COUNTY, FLORIDA

ORIGINAL-RETURN TO CLERK FOLLOWING EXECUTION
WHITE - STATE ATTORNEY                  BY _____
WHITE COPY - CLERK                              DEPUTY SHERIFF