

New Search  Expand All

| Case Number | Filed Date | Case Type | Status | Contested |
|---|---|---|---|---|
| 512016MM002223MMAXWS [2016MM002223MMAXWS] | 03/29/2016 | Misdemeanor 34-D | CLOSED | NO |

| | Charge Seq # | Description | Date | Phase | Trial |
|---|---|---|---|---|---|
| | 1 | MARIJUANA-POSSESS-NOT MORE THAN 20 GRAMS : 1G | 04/17/2017 | Prosecutor:Nolle Prosequi | |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| GREY, FRANK I II | JUDGE | | |
| BARGER, ROBERT D  Search This Party | ALSO KNOWN AS | | |
| BORGMEYER, ANDREW MICHAEL  Search This Party | ALSO KNOWN AS | | |
| BROWN, DARRYLL GLENN  Search This Party | ALSO KNOWN AS | | |
| COLLINS, MATTHEW  Search This Party | ALSO KNOWN AS | | |
| COLSON, JANET SMITH  Search This Party | ALSO KNOWN AS | | |
| EVANS, JAMES ANDREW  Search This Party | ALSO KNOWN AS | | |
| FINCH, KRISTOPHER SHANE  Search This Party | ALSO KNOWN AS | | |
| LAMBERT, GERALD  Search This Party | ALSO KNOWN AS | | |
| MALEKOVIC, SHAYNE  Search This Party | ALSO KNOWN AS | | |

**Dockets**

Page : 1  ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 55 | 06/28/2017 | ORDER SHOULD RELEASE TO DEF PERSONAL PROPERTY | 1 |
| | 54 | 06/21/2017 | COURT EVENT FORM | 1 |
| 📄 | 53 | 05/24/2017 | EXHIBIT | 2 |
| | 52 | 05/24/2017 | Motion: FOR RELEASE OR RETURN OF PROPERTY | 2 |
| 📄 | 51 | 04/17/2017 | Nolle Prosequi FIOC | 1 |
| | 50 | 04/17/2017 | Court Event Form | 1 |
| | 49 | 04/17/2017 | Case Status set to CLOSED | |
| | 48 | 03/03/2017 | Court Event Form | 1 |
| 📄 | 46 | 12/20/2016 | NOTICE | 4 |
| | 42 | 12/17/2016 | Event JURY TRIAL scheduled on 3/6/2017 at 0900 AM, WS - Judge FRANK GREY presiding. | |
| | 41 | 12/17/2016 | Updated Event PRETRIAL CONFERENCE on 12/13/2016 0900 AM Judge FRANK GREY results CONTINUED on 12/17/2016 | |
| | 40 | 12/17/2016 | Event CALENDAR CALL scheduled on 3/3/2017 at 1100 AM, WS - Judge FRANK GREY presiding. | |
| | 39 | 12/17/2016 | Updated Event PRETRIAL CONFERENCE on 12/13/2016 0900 AM Judge FRANK GREY results CONTINUED on 12/17/2016 | |
| | 44 | 12/14/2016 | Reciprocal Discovery | 2 |
| | 43 | 12/14/2016 | Witness List | 2 |
| 📄 | 47 | 12/13/2016 | Court Event Form | 2 |
| 📄 | 45 | 12/13/2016 | Order DIRECTING TRIAL CALENDAR CALL & TRIAL WEEK | 1 |
| | 38 | 11/16/2016 | NOTICE NOH | 1 |
| | 37 | 11/16/2016 | NOTICE OF HEARING - 121316 09:00 A.M. | |
| | 36 | 11/08/2016 | PRETRIAL CONFERENCE SET: 121316 @ 09:00 AM | |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 35 | 11/08/2016 | WAIVED RIGHT TO SPEEDY TRIAL | |
| | 34 | 11/08/2016 | MOTION GRANTED TO CONTINUE | |
| | 33 | 11/07/2016 | WRITTEN PLEA NOT GUILTY | |
| | 32 | 11/07/2016 | WAIVER OF APPEARANCE FOR ARRAIGNMENT | 1 |
| | 31 | 10/17/2016 | NOTICE NOH | 1 |
| | 30 | 10/15/2016 | NOTICE OF HEARING - 110816 09:00 A.M. | |
| | 29 | 10/13/2016 | PRETRIAL CONFERENCE SET: 110816 @ 09:00 AM | |
| | 28 | 09/15/2016 | NOTICE NOH | 1 |
| | 27 | 09/15/2016 | NOTICE OF HEARING - 101316 09:00 A.M. | |
| | 26 | 09/13/2016 | WAIVED RIGHT TO SPEEDY TRIAL | |
| | 25 | 09/13/2016 | PRETRIAL CONFERENCE SET: 101316 @ 09:00 AM | |
| | 24 | 08/04/2016 | NOTICE NOH | 1 |
| | 23 | 08/04/2016 | NOTICE OF HEARING - 091316 09:00 A.M. | |
| | 22 | 08/02/2016 | WAIVED RIGHT TO SPEEDY TRIAL | |
| | 21 | 08/02/2016 | PRETRIAL CONFERENCE SET: 091316 @ 09:00 AM | |
| | 20 | 06/30/2016 | NOTICE NOH .. | 1 |
| | 19 | 06/30/2016 | NOTICE OF HEARING - 080216 09:00 A.M. | |
| | 18 | 06/27/2016 | WAIVED RIGHT TO SPEEDY TRIAL | |
| | 17 | 06/27/2016 | PRETRIAL CONFERENCE SET: 080216 @ 09:00 AM | |
| | 16 | 06/23/2016 | WAIVER OF SPEEDY TRIAL | 1 |
| | 15 | 06/17/2016 | ANSWER TO DEMAND FOR DISCOVERY | 1 |
| | 14 | 06/10/2016 | NOTICE NOH | 1 |
| | 13 | 06/10/2016 | NOTICE OF ARRAIGNMENT - 062716 09:00 A.M. | |
| | 12 | 06/06/2016 | JURISDICTION: 01/PCSO | |
| | 11 | 06/06/2016 | 1G | |
| 📎 | 10 | 06/06/2016 | INFORMATION FILED: POSS OF MARIJUANA, 1M CCPD | 1 |
| | 9 | 03/31/2016 | DEBERG,BENJAMIN G | |
| | 8 | 03/31/2016 | DEMAND FOR JURY TRIAL | |
| | 7 | 03/31/2016 | REQUEST FOR COPY OF INFORMATION | |
| | 6 | 03/31/2016 | WRITTEN PLEA NOT GUILTY | |
| | 5 | 03/31/2016 | NOTICE OF DISCOVERY | |
| | 4 | 03/31/2016 | NOTICE OF APPEARANCE BENJAMIN DEBERG | 1 |
| | 3 | 03/31/2016 | COPY OF BOND 000150 #BB5447263 BRADS BB | 4 |
| | 2 | 03/30/2016 | BONDOUT: 000150 1 | |
| 📎 | 1 | 03/30/2016 | COMPLAINT POSSESSION OF MARIJUANA | 2 |

| Judge Assignment History | ☐ |
| Court Events | ☐ |
| Sentences | ☐ |
| Financial Summary | ☐ |
| Reopen History | ☐ |

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

# PASCO COUNTY COMPLAINT AFFIDAVIT

- [X] PSO FLO 510000
- [ ] NPR PD FLO 510200
- [ ] PR PD FLO 510400
- [ ] DC PD FLO 510100
- [ ] ZPD FLO 510300
- [ ] FHP FLO 279000

| OBTS NUMBER | | FELONY / MISD | CO. ORD. / CIVIL INF. | SHIFT | SECTOR 12 | SEC. | TWP. | RNG. | AGENCY REPORT NUMBER 16-012171 |

**ARREST** CHECK ALL THAT APPLY:
- [X] 1. FELONY
- [ ] 2. TRAFFIC FELONY
- [X] 3. MISD.
- [ ] 4. MISD. TRAFFIC
- [ ] 5. ORDINANCE
- [ ] 6. OTHER
- [ ] 7. V.O.P.
- [ ] 8. PROBABLE CAUSE
- [ ] 9. CIVIL INF.

- [X] ADULT
- [ ] JUVENILE

AGENCY ARREST NUMBER

**NOTICE TO APPEAR** CHECK ONLY ONE:
- [ ] MANDATORY APPEARANCE
- [ ] NON-MANDATORY APPEARANCE

REQUEST FOR CHECK ONLY ONE:
- [ ] JUVENILE
- [ ] NON / ARREST REF.

- [ ] CAPIAS
- [ ] SUMMONS
- [ ] WARRANT

- [ ] JUV. PICK-UP  x

REVIEWED BY ASSISTANT STATE ATTORNEY _____ DATE _____

LOCATION OF ARREST (INCLUDE NAME OF BUSINESS): **3810 HEADSAIL**
LOCATION OF OFFENSE (BUSINESS NAME, ADDRESS): **3810 HEADSAIL DR, NEW PORT RICHEY, FL**

| DATE OF ARREST 03/29/2016 | TIME OF ARREST 10:47 | BOOKING DATE 3-29-16 | BOOKING TIME | JAIL DATE | JAIL TIME | WEAPON SEIZED [ ] YES [X] NO | WEAPON TYPE NOT APPLICABLE | F.P.S.S. Notified [ ]Y [ ]N  [ ]Juv. [ ]Elderly [ ]Handicap |

| JAIL NUMBER 174048 | SPN NUMBER 00717976 | FDLE NUMBER | DOC NUMBER | FBI NUMBER | Domestic Related [ ]Y [X]N |

NAME (LAST, FIRST, MIDDLE): **JONES, ROBERT ARTHUR III**
ALIAS: **JONES, ROBERT ARTHUR III**

Convicted Sexual Predator / Offender [ ]Y [X]N

| RACE W | SEX M | DATE OF BIRTH [redacted] 1977 | AGE 39 | HEIGHT 5'10" | WEIGHT 279 | EYE COLOR BROWN | HAIR COLOR BLACK | COMPLEXION MED | BUILD HEAVY |

INDICATION OF: ALCOHOL INFLUENCE / DRUG INFLUENCE

PHYSICAL ADDRESS: **3810 HEADSAIL DR, NEW PORT RICHEY, FL 34652**
PHONE: **(904) 881-0767**
RESIDENCE TYPE: 1. CITY 2. COUNTY 3. FLORIDA 4. OUT OF STATE — CODE 2

MAILING ADDRESS: ADDRESS SOURCE: **DEFENDANT**

BUSINESS ADDRESS: **SELF EMPLOYED**
OCCUPATION: **JONES TILE / ST**

DRIVER'S LICENSE STATE / NUMBER: **FL** [redacted]
SOCIAL SECURITY NUMBER: [redacted]
PLACE OF BIRTH: **FRANKFURT, DE**
CITIZENSHIP: **US**

CO-DEFENDANT NAME (LAST, FIRST, MIDDLE): 
CO-DEFENDANT NAME (LAST, FIRST, MIDDLE):

[ ] PARENT [ ] OTHER [ ] LEGAL CUSTODIAN — NAME OF PARENT OR CUSTODIAN

ADDRESS (STREET, APT NUMBER):

NOTIFIED BY (NAME): DATE: TIME: RELATIONSHIP:

JUVENILE DISPOSITION: 1. HANDLED / PROCESSED WITHIN DEPT. AND RELEASED  2. TURNED OVER TO HRS / GYF  3. INCARCERATED (COUNTY JAIL)

RELEASED TO (NAME): DATE: TIME:

FILED FOR RECORD PASCO COUNTY, FLORIDA 2016 MAR [illegible] 9:08

---

| CHARGE DESCRIPTION | F.S./CIVIL INF./ORD. | STATUTE VIOLATION NUMBER | NCIC # | COURT CASE # |
|---|---|---|---|---|
| **MARIJUANA- POSSESS 20 GRAMS OR LESS** | [X] F.S. | 893.13.6B  PMARIM | 3562 | CTC16D2773MMAPS |

ACTIVITY: P. POSSESS  CODE N  AMOUNT  TYPE: M. MARIJUANA  CODE N

| CHARGE DESCRIPTION | F.S./CIVIL INF./ORD. | STATUTE VIOLATION NUMBER | NCIC # | COURT CASE # |
|---|---|---|---|---|
| **CHILD NEGLECT, NO/MINOR INJURY** | [X] F.S. | 827.03.2D | 3806 | CTC16D2618CFAMS |

ACTIVITY: P. POSSESS  CODE N

---

**REQUEST FOR INVESTIGATIVE COSTS RECOVERY**
FSS 938.27(1)
CJIS # **2855**
# of Investigative hrs.  **2** x **26** = **52.00**

THE UNDERSIGNED CERTIFIED AND SWEARS THAT HE / SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT THE ABOVE-NAMED DEFENDANT COMMITTED THE FOLLOWING VIOLATION OF LAW:

ON THE ____ DAY OF ____, 20__ AT ____ [ ]A.M. [ ]P.M.

(SPECIFICALLY INCLUDE FACTS CONSTITUTING CAUSE FOR ARREST.)

On 03/29/2016 detectives executed a search warrant at the residence of the defendant, Robert Jones III. Part of the warrant stated Robert's curtilage and vehicle were subject to the warrant. A search of Robert's vehicle revealed a green leafy substance hidden under the dash matt. The substance was found on the driver side of the vehicle where Robert was standing upon contacting him.

A field presumptive test of the substance tested positive for marijuana and weighed. I
\* \* \* Continued \* \* \*

P.C. EXISTS FOR CHARGE(S) ____  JUDGE'S SIGNATURE ____ DATE ____

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED WHEN I AM NOTIFIED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED ONCE I AM NOTIFIED, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED. IF CITED FOR A CIVIL INFRACTION, I AGREE TO APPEAR BEFORE THE COUNTY COURT OR COMPLY WITH THE REQUIREMENTS FOR PAYING THE FINE AND MEETING ANY OTHER SPECIFIED CONDITIONS AS INDICATED ON THE BACK SIDE OF THIS AFFIDAVIT.

SIGNATURE OF DEFENDANT / JUVENILE AND PARENT OR CUSTODIAN ____ DATE ____

[ ] MIRANDA WARNING  HOLD FOR OTHER AGENCY NAME: ____  VERIFIED BY ____  RIGHT THUMB

DATE ____  VICTIM NOTIFIED [ ]YES [ ]NO  BOND CHARGE # $150  TYPE ____  BOND CHARGE $5100  TYPE ____

ADULT ONLY:
[ ] HOLD FOR FIRST APPEARANCE
[ ] DO NOT BOND OUT - REASON:

BOND TYPE: 1. ROR  2. CASH  3. SURETY  4. BAIL /  5. CERT. BOND  6. OTHER

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

X _[signature]_

_[signature]_  2855
NAME (PRINTED) ____ CJIS #

RETURNABLE COURT DATE ____  RETURNABLE COURT TIME ____ [ ]A.M. [ ]P.M.
RELEASE DATE ____  RELEASE TIME ____ [ ]A.M. [ ]P.M.
RELEASING OFFICER ____

PAGE **1** OF **2**

PSO 30172E (Rev. 10/11)  **CLERK OF COURT**

Pasco Sheriff's Office

## COMPLAINT AFFIDAVIT CONTINUATION SHEET

PAGE 2 OF 2

| DEFENDANT | AGENCY REPORT NO. |
|---|---|
| JONES, ROBERT ARTHUR III | 16-012171 |

questioned Robert post Miranda regarding the marijuana and he claimed it was not his. Robert was asked why someone would place marijuana in his vehicle and he could not provide a logical explanation.

Upon entering the residence to serve the warrant there was an overwhelming smell of marijuana. A search of Robert's room also revealed a green leafy substance which field tested positive for marijuana. There was also marijuana found within the freezer in the kitchen of the residence in access of all subjects within the residence. Roberts son, ███████ lives within the residence with clear access to the marijuana. ███████ also had marijuana within his bedroom and is sixteen years of age.

Due to marijuana being found in Robert's vehicle in his constructive possession I placed him under arrest for possession of marijuana. Due to Robert having marijuana throughout his residence including in his juvenile sons possession I charged him with chld neglect. Robert was transported to the Land O' Lakes Detention Center without incident.

\* \* \* End \* \* \*

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

X [signature]

[signature] 2855
NAME (PRINTED)   CJIS #

**CLERK OF COURT**

PSO 3-0035E (Rev. 10/11)