

# Nikki Alvarez-Sowles, Esq.
## Pasco County Clerk & Comptroller

New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested |
|---|---|---|---|---|
| 512016CF006152CFAXWS [2016CF006152CFAXWS] | 09/16/2016 | Felony 22-D | RECLOSED | NO |

| Charge Seq # | Description | Date | Phase | Trial |
|---|---|---|---|---|
| 1 | BATTERY-TOUCH OR STRIKE : 2B | 03/01/2018 | Court:Adjudicated Guilty | No Trial |
| 2 | RESIST OFFICER-OBSTRUCT WITHOUT VIOLENCE : 5B | 03/01/2018 | Court:Adjudicated Guilty | No Trial |
| 3 | OBSTRUCT CRIMINAL INVEST-FALSE INFORMATION TO LEO RE MISSING | 03/01/2018 | Court:Adjudicated Guilty | No Trial |

10

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| CAMPBELL, KIMBERLY ANN | JUDGE | | |
| CAMPBELL, KIMBERLY ANN | JUDGE AT DISPOSITION | | |
| COAST TO COAST | BONDSMAN | | |
| A BAIL BONDS SPRING HIL   Search This Party | ALSO KNOWN AS | | |
| SPITZNAGEL, CHERYL | OTHER | | |
| ANDRINGA, SCOTT | INVESTIGATOR | | |
| BROWN, DARRYL G   Search This Party | ALSO KNOWN AS | | |
| ULRICH, BETTY   Search This Party | ALSO KNOWN AS | | |
| ULRICH, ROBERT   Search This Party | ALSO KNOWN AS | | |
| A BAIL BOND,   Search This Party | ALSO KNOWN AS | | |

### Dockets

Page : 1    10

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 87 | 04/09/2021 | Affidavit To Reinstate Drivers License | 1 |
| | 86 | 04/09/2021 | Payment Plan $712.84 DUE BY 07/09/21 | 2 |
| 📄 | 85 | 02/04/2021 | Notice of Fines and/or Court Costs Due | 1 |
| | 83 | 12/14/2018 | Order PLEA/DISPO ON VOP CC | 2 |
| 📄 | 84 | 12/13/2018 | CC Judgment Costs | 1 |
| | 82 | 12/13/2018 | Judgment For Fines Costs And Fees 50.00 | 1 |
| 📄 | 81 | 12/13/2018 | Sentence ORDER | 6 |
| | 80 | 12/03/2018 | Court Event Form | 1 |
| | 79 | 12/03/2018 | Case Status set to RECLOSED | |
| | 78 | 12/03/2018 | Plea Form | 4 |

### Judge Assignment History

### Court Events

### Sentences

### Financial Summary

### Reopen History

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

# PASCO COUNTY COMPLAINT AFFIDAVIT

- [X] PSO FLO 510000
- [ ] DC PD FLO 510100
- [ ] NPR PD FLO 510200
- [ ] ZPD FLO 510300
- [ ] PR PD FLO 510400
- [ ] FHP FLO 279000

**OBTS NUMBER:** 510 213 3344
**FELONY / MISD:** MISD
**CO. ORD / CIVIL INF.:** 
**SHIFT:** 2ND
**SECTOR:** 15
**AGENCY REPORT NUMBER:** 18-037459

**ARREST** — CHECK ALL THAT APPLY: [X]
1. FELONY  [X] 3. MISD.  [ ] 5. ORDINANCE  [ ] 7. V.O.P.  [ ] 9. CIVIL INF.
2. TRAFFIC FELONY  [ ] 4. MISD. TRAFFIC  [ ] 6. OTHER  [ ] 8. PROBABLE CAUSE

[X] ADULT  [ ] JUVENILE

**LOCATION OF ARREST:** SAME
**LOCATION OF OFFENSE:** 3229 PRIMROSE DR, HOLIDAY, FL 34691

**DATE OF ARREST:** 09/18/2018  **TIME OF ARREST:** 19:02
**BOOKING DATE:** 9-18-18  **BOOKING TIME:** 21:09

**WEAPON SEIZED:** [ ] YES [X] NO  **WEAPON TYPE:** NOT APPLICABLE

**F.P.S.S. Notified:** [ ] Y [X] N
**Juv.:** [ ] Elderly [ ] Handicap

**JAIL #:** 213517   **SPIN NUMBER:** 00146564
**Domestic Related:** [ ] Y [X] N

**NAME (LAST, FIRST, MIDDLE):** HEILMAN, TAMMY LYNNE
**Convicted Sexual Predator / Offender:** [ ] Y [X] N

**RACE:** W  **SEX:** F  **DOB:** 1974  **AGE:** 44  **HEIGHT:** 5'09"  **WEIGHT:** 180  **EYE COLOR:** BROWN  **HAIR COLOR:** BROWN  **COMPLEXION:** MED

**PHYSICAL ADDRESS:** 3229 PRIMROSE DR, HOLIDAY, FL 34691
**PHONE:** (727) 412-4438
**RESIDENCE TYPE:** 1. CITY  2. COUNTY  3. FLORIDA  4. OUT OF STATE

**BUSINESS ADDRESS:** UNEMPLOYED
**PHONE:** (727) 643-1560

**DRIVER'S LICENSE STATE/NUMBER:** FL
**PLACE OF BIRTH:** US  **CITIZENSHIP:** US

**CHARGE DESCRIPTION:** VIOLATE PROBATION OR COMMUNITY CONTROL
[X] F.S.  **STATUTE VIOLATION NUMBER:** 948.06.1A  **M**  **NCIC #:** 5012  **COURT CASE #:** 2016CF006152A4S1

**REQUEST FOR INVESTIGATIVE COSTS RECOVERY** FSS 938.27(1)
**CJIS #:** 4970
**# of Investigative hrs.:** 1 x 26 = 26

ON THE **18** DAY OF **September**, 20**18** AT **6:44** [ ] A.M. [X] P.M.

(SPECIFICALLY INCLUDE FACTS CONSTITUTING CAUSE FOR ARREST.)

I responded to the defendant's residence along with the victim, Cpl. Paul Reagan, in order to attempt contact with the defendant's son, ███████████, in reference to active probable cause for ███████ arrest. Upon reaching the front porch, victim began speaking with defendant through the closed screen door. The defendant slid open the upper portion of the door. The defendant stated her son was not home. The victim asked if the defendant was currently on probation and she said yes. The victim then asked if we could enter the residence. The defendant was visibly upset, frowning and slamming the top slider closed. The defendant then pushed the front door open hard with her right hand, swinging it open directly into the victim.
* * * Continued * * *

**ENTERED**

PSO 30172E (Rev. 10/11)   **CLERK OF COURT**   PAGE **1** OF **2**

Pasco Sheriff's Office

## COMPLAINT AFFIDAVIT CONTINUATION SHEET

PAGE 2 OF 2

**DEFENDANT:** HEILMAN, TAMMY LYNNE
**AGENCY REPORT NO.:** 18-037459

Victim was standing directly in front of the door. Victim was struck in the chest forcefully enough that the screen door bounced off and victim took one step back to maintain his balance. I then grabbed the defendant's right hand to detain her. I gave her verbal commands to step the rest of the way outside and to hand the child she was holding with her left arm over to her other son. She refused to do so for a couple of minutes and argued with deputies. She was then arrested for battery on a law enforcement officer. Defendant is currently on misdemeanor probation in reference to Pasco case 1606152: simple battery, resisting an officer without violence, and giving law enforcement a false name. Defendant was also arrested for violation of probation.

\* \* \* End \* \* \*

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

X _(signature)_
T. Co___   4470
NAME (PRINTED)   CJIS #

**CLERK OF COURT**

PSO 3-0035E (Rev. 10/11)



| | |
|---|---|
| **DC Number:** | R93274 |
| **Name:** | HEILMAN, TAMMY LYNNE |
| **Race:** | WHITE |
| **Sex:** | FEMALE |
| **Birth Date:** | 1974 |
| **Supervision Begin Date:** | 03/01/2018 |
| **Current Location:** | CLEARWATER |
| **Current Status:** | ACTIVE |
| **Supervision Type:** | PROBATION MISDEMEANOR |
| **Scheduled Termination Date:** | 02/28/2019 |



VINELink
CLICK HERE for
Custody Status Updates

## Current Verified PERMANENT Address:

3229 PRIMROSE DR
HOLIDAY, FL 34691

## Aliases:

TAMMY HEILMAN, TAMMY LYNNE HEILMAN

Note: The offense descriptions are truncated and do not necessarily reflect the crime for which the offender is on supervision. Please refer to the court documents or the Florida Statutes for further information or definition.

## Current Community Supervision History:

| Offense Date | Offense | Sentence Date | County | Case No. | Community Supervision Length |
|---|---|---|---|---|---|
| 09/16/2016 | SIMPLEBATTERY-MISD | 03/01/2018 | PASCO | 1606152 | 1Y 0M 0D |
| 09/16/2016 | RESIST.LEO/NO VIOL.-MISD. | 03/01/2018 | PASCO | 1606152 | 1Y 0M 0D |
| 09/16/2016 | GIVE LEO FALSE NAME-MISD. | 03/01/2018 | PASCO | 1606152 | 1Y 0M 0D |



Record: 1 of 1

The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an offender. This database contains public record information on felony offenders sentenced to the Department of Corrections. This information includes offenders sentenced or released to state supervision or offenders received for supervision from another sate as the result of an Interstate Compact transfer. Information contained herein includes current supervision offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.

For questions and comments, you may contact the Department of Corrections, Bureau of Probation and Parole Field Services, at CLEARWATER Circuit Office. This information is made available to the public and law enforcement in the interest of public safety.

Search Criteria: Last Name: HEILMAN First Name: TAMMY Search Aliases: YES Offense Category: Supervision Type: ALL Supervision Status: ALL County of Supervision: ALL Current Location: ALL

Current Status Definitions: **Active** - offender is being actively supervised by the probation officer in the community. **Active Suspense** - offender is temporarily unavailable for direct supervision during the supervision term, due to being in custody in jail or another facility, but is still being monitored by a probation officer for release, arrest, etc. **Absconder** - offender absconds from supervision (his/her whereabouts are unknown and the offender is not available for supervision) and warrant is issued for violation.

Return to Corrections Offender Information Network

## About Us

*As Florida's largest state agency, and the third largest prison system in the country, FDC employs 24,000 members, incarcerates approximately 96,000 inmates and supervises nearly 166,000 offenders*