

### Nikki Alvarez-Sowles, Esq.
### Pasco County Clerk & Comptroller

New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested |
|---|---|---|---|---|
| 512016CF006152CFAXWS [2016CF006152CFAXWS] | 09/16/2016 | Felony 22-D | RECLOSED | NO |

| Charge Seq # | Description | Date | Phase | Trial |
|---|---|---|---|---|
| 1 | BATTERY-TOUCH OR STRIKE : 2B | 03/01/2018 | Court:Adjudicated Guilty | No Trial |
| 2 | RESIST OFFICER-OBSTRUCT WITHOUT VIOLENCE : 5B | 03/01/2018 | Court:Adjudicated Guilty | No Trial |
| 3 | OBSTRUCT CRIMINAL INVEST-FALSE INFORMATION TO LEO RE MISSING | 03/01/2018 | Court:Adjudicated Guilty | No Trial |

10

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| CAMPBELL, KIMBERLY ANN | JUDGE | | |
| CAMPBELL, KIMBERLY ANN | JUDGE AT DISPOSITION | | |
| COAST TO COAST | BONDSMAN | | |
| A BAIL BONDS SPRING HIL   Search This Party | ALSO KNOWN AS | | |
| SPITZNAGEL, CHERYL | OTHER | | |
| ANDRINGA, SCOTT | INVESTIGATOR | | |
| BROWN, DARRYL G   Search This Party | ALSO KNOWN AS | | |
| ULRICH, BETTY   Search This Party | ALSO KNOWN AS | | |
| ULRICH, ROBERT   Search This Party | ALSO KNOWN AS | | |
| A BAIL BOND,   Search This Party | ALSO KNOWN AS | | |

**Dockets**

Page : 1   ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 87 | 04/09/2021 | Affidavit To Reinstate Drivers License | 1 |
| | 86 | 04/09/2021 | Payment Plan $712.84 DUE BY 07/09/21 | 2 |
| 🖼 | 85 | 02/04/2021 | Notice of Fines and/or Court Costs Due | 1 |
| | 83 | 12/14/2018 | Order PLEA/DISPO ON VOP CC | 2 |
| 🖼 | 84 | 12/13/2018 | CC Judgment Costs | 1 |
| | 82 | 12/13/2018 | Judgment For Fines Costs And Fees 50.00 | 1 |
| 🖼 | 81 | 12/13/2018 | Sentence ORDER | 6 |
| | 80 | 12/03/2018 | Court Event Form | 1 |
| | 79 | 12/03/2018 | Case Status set to RECLOSED | |
| | 78 | 12/03/2018 | Plea Form | 4 |
| | 77 | 12/03/2018 | Temporary Disposition | 1 |
| 🖼 | 76 | 11/15/2018 | DESIGNATION OF EMAIL CODE | 1 |
| | 75 | 11/15/2018 | Waiver Appearance/Pre-Trial Conference | 1 |
| | 74 | 11/15/2018 | Demand For Discovery | 2 |
| | 73 | 11/15/2018 | Notice of Appearance and Written Plea of Not Guilty WAIVER OF ATTENDANCE AT ARN, DEMAND FOR COPY OF INFO | 1 |
| | 72 | 11/14/2018 | NOTICE | 5 |
| | 71 | 11/07/2018 | Court Event Form | 1 |
| | 70 | 11/06/2018 | Answer To Demand For Discovery | 1 |
| 🖼 | 69 | 10/17/2018 | NOTICE | 4 |
| | 68 | 10/04/2018 | Affidavit of Violation of Probation | 1 |
| ⊖ | 67 | 10/04/2018 | VIOLATION REPORT | 3 |
| | 66 | 09/21/2018 | PD Indigent Affidavit | 1 |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 64 | 09/20/2018 | Advice to Defendant | 1 |
| 🗎 | 65 | 09/19/2018 | PUBLIC DEFENDER APPOINTED - WRITTEN PLEA OF NOT GUILTY, DEMAND FOR JURY TRIAL, NOTICE OF DISCOVERY | 1 |
| | 61 | 09/19/2018 | Order of Commitment-Advisories | 1 |
| 🗎 | 60 | 09/19/2018 | Complaint | 4 |
| | 63 | 09/18/2018 | Case Status set to REOPENED | |
| | 62 | 09/18/2018 | Reopened for Violation of Probation or Community Control on 9/18/2018 | |
| 🗎 | 59 | 03/20/2018 | CC JUDGMENT INDIGENT/ATTORNEY FEE | 1 |
| 🗎 | 58 | 03/16/2018 | CC JUDGMENT INDIGENT/ATTORNEY FEE | 1 |
| 🗎 | 57 | 03/16/2018 | CC JUDGMENT COSTS | 1 |
| | 56 | 03/09/2018 | JUDGMENT FOR ATTORNEY FEES AND COSTS | 1 |
| | 55 | 03/09/2018 | JUDGMENT FOR ATTORNEY FEES AND COSTS /JUDGMENT FOR INDIGENT CDTF | 1 |
| | 54 | 03/09/2018 | JUDGMENT FOR FINES COSTS AND FEES 852.00 | 1 |
| 🗎 | 53 | 03/09/2018 | JUDGMENT OF GUILT & PLACING DEF ON PROBATION | 8 |
| 🗎 | 52 | 03/09/2018 | JUDGMENT | 4 |
| | 51 | 03/05/2018 | COURT EVENT FORM | 1 |
| | 50 | 03/01/2018 | COURT EVENT FORM | 1 |
| | 49 | 03/01/2018 | Case Status set to CLOSED | |
| | 48 | 03/01/2018 | PLEA FORM | 4 |
| | 47 | 01/31/2018 | ACKNOWLEDGEMENT OF ADDITIONAL TANGIBLE EVIDENCE | 1 |
| | 46 | 01/19/2018 | ACKNOWLEDGEMENT OF ADDITIONAL TANGIBLE EVIDENCE | 1 |
| | 45 | 12/28/2017 | NOTICE | 4 |
| | 44 | 12/28/2017 | NOTICE | 4 |
| | 43 | 12/18/2017 | COURT EVENT FORM | 2 |
| | 42 | 10/27/2017 | NOTICE | 4 |
| | 41 | 10/24/2017 | COURT EVENT FORM | 2 |
| | 40 | 09/05/2017 | NOTICE | 4 |
| | 37 | 08/30/2017 | PUBLIC DEFENDER APPOINTED - WRITTEN PLEA OF NOT GUILTY, DEMAND FOR JURY TRIAL, NOTICE OF DISCOVERY | 1 |
| | 39 | 08/29/2017 | COURT EVENT FORM | 2 |
| | 38 | 08/29/2017 | PD INDIGENT AFFIDAVIT INDIGENT | 1 |
| | 36 | 08/29/2017 | MOTION TO WITHDRAW COUNSEL FIOC | 2 |
| | 35 | 08/29/2017 | ORDER PROVISIONAL APPT PD | 1 |
| | 34 | 08/29/2017 | Public Defender Appointed | 1 |
| | 33 | 06/22/2017 | NOTICE | 4 |
| | 32 | 06/16/2017 | COURT EVENT FORM | 2 |
| | 31 | 06/15/2017 | ORDER GRANTING STIP TO CONT PTC - PTC SET 08/29/17 1:30 PM | 2 |
| | 30 | 06/14/2017 | Motion to Continue PRETRIAL AND MOTION TO DISMISS AND/OR SUPPRESS | 2 |
| | 29 | 05/25/2017 | MOTION TO STRIKE DEF MOTION TO DISMISS/SUPPRESS AND MEMORANDUM OF LAW | 4 |
| | 28 | 05/25/2017 | NOTICE OF HEARING 061617 @ 9AM | 1 |
| | 25 | 05/04/2017 | NOTICE | 4 |
| | 24 | 04/25/2017 | Court Event Form | 2 |
| | 23 | 04/25/2017 | Motion: TO DISMISS | 10 |
| | 27 | 04/18/2017 | ANSWER TO DEMAND FOR DISCOVERY | 1 |
| | 26 | 04/18/2017 | DEMAND NOTICE INTENTION TO CLAIM ALIBI | 1 |
| | 21 | 02/21/2017 | NOTICE | 12 |
| | 22 | 02/14/2017 | Court Event Form | 2 |
| | 19 | 02/08/2017 | NOTICE | 12 |
| | 20 | 01/30/2017 | Court Event Form | 2 |
| | 18 | 01/11/2017 | NOTICE | 12 |
| | 17 | 12/13/2016 | Information Filed: 1.) BATTERY OF A LAW ENFORCEMENT OFFICER, 3F 2.) OBSTRUCTING OR RESISTING OFFICER WITHOUT VIOLENCE, 1M 3.) GIVING FALSE INFORMATION TO LAW ENFORCEMENT,1M | 2 |
| | 13 | 12/13/2016 | Prosecutor phase: Action of FILED with status of Amended entered for CNT: 1, CNT: 2, CNT: 3 | |
| | 12 | 09/23/2016 | NOTICE OF INTENT TO PARTICIPATE IN DISC | 4 |
| | 11 | 09/23/2016 | TANNER,JAMES R | |
| | 10 | 09/23/2016 | DEMAND FOR JURY TRIAL | |
| | 9 | 09/23/2016 | WAIVER OF APPEARANCE FOR ARRAIGNMENT | |
| | 8 | 09/23/2016 | WRITTEN PLEA NOT GUILTY | |
| | 7 | 09/23/2016 | NOTICE OF APPEARANCE JAMES R TANNER | 2 |
| | 6 | 09/22/2016 | NOTICE OF INTENT TO PARTICIPATE IN DISC | 4 |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 5 | 09/19/2016 | US SPECIALTY INS | |
| | 4 | 09/19/2016 | COAST TO COAST | |
| | 3 | 09/19/2016 | COPY OF BOND 002500 X60301977 | 3 |
| | 2 | 09/17/2016 | BONDOUT: 002500 1 | |
| 📄 | 1 | 09/17/2016 | COMPLAINT BATTERY ON LEO | 2 |
| | 16 | 09/16/2016 | Arrest name set to HEILMAN,TAMMY LYNNE for CNT: 2, CNT: 3 | |
| | 15 | 09/16/2016 | Initial Status of Arrest entered for CNT: 2, CNT: 3 | |
| | 14 | 09/16/2016 | OBTS # 5102117689 – CNT: 2, CNT: 3 | |

**Judge Assignment History**

**Court Events**

**Sentences**

**Financial Summary**

**Reopen History**

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

# PASCO COUNTY COMPLAINT AFFIDAVIT

☒ PSO FLO 510000  ☐ NPR PD FLO 510200  ☐ PR PD FLO 510400
☐ DC PD FLO 510100  ☐ ZPD FLO 510300  ☐ FHP FLO 279000

**OBTS NUMBER:** 5100176889
**SHIFT:** CID
**AGENCY REPORT NUMBER:** 16-035542

**ARREST:** ☒ 1. FELONY  ☒ 3. MISD.
☒ ADULT  ☐ JUVENILE

**NOTICE TO APPEAR:** CHECK ONLY ONE

**LOCATION OF ARREST:** SAME
**LOCATION OF OFFENSE:** 3323 PRIMROSE DR/CHELSEA LN, HOLIDAY, FL 34690

**DATE OF ARREST:** 09/16/2016  **TIME OF ARREST:** 17:48  **BOOKING DATE:** 9/16  **BOOKING TIME:** 2000

**WEAPON SEIZED:** ☒ NO

**F.P.S.S. Notified:** ☐ Y ☐ N
**Juv.** ☐  **Elderly** ☐  **Handicap** ☐

**JAIL NUMBER:** 18301  **SPN NUMBER:** 001465164
**Domestic Related:** ☐ Y ☒ N

**NAME (LAST, FIRST, MIDDLE):** HEILMAN, TAMMY LYNNE
**Convicted Sexual Predator / Offender:** ☐ Y ☒ N

**RACE:** W  **SEX:** F  **DATE OF BIRTH:** [redacted] 1974  **AGE:** 42  **HEIGHT:** 5'09"  **WEIGHT:** 180  **EYE COLOR:** BROWN  **HAIR COLOR:** BROWN  **COMPLEXION:** MED

**PHYSICAL ADDRESS:** 3229 PRIMROSE DR, HOLIDAY, FL 34691
**PHONE:** (727) 939-2535
**RESIDENCE TYPE:** 1. CITY  2. COUNTY  3. FLORIDA  4. OUT OF STATE

**BUSINESS ADDRESS:** UNEMPLOYED
**PHONE:** (727) 643-1560
**OCCUPATION:** UNEMPLOYED

**DRIVER'S LICENSE STATE / NUMBER:** FL [redacted]
**PLACE OF BIRTH:** US
**CITIZENSHIP:** US

## CHARGES

**CHARGE DESCRIPTION:** BATTERY ON LEO
**F.S.** ☒  **STATUTE VIOLATION NUMBER:** 784.07.2B LEO  **NCIC #:** 1319
**COURT CASE #:** CRC1606152CFAWS

**CHARGE DESCRIPTION:** RESIST OFFICER, OBSTRUCTING WITHOUT VIOLENCE
**F.S.** ☒  **STATUTE VIOLATION NUMBER:** 843.02  **NCIC #:** 4801
**COURT CASE #:** CrC1606576MMAWS

## REQUEST FOR INVESTIGATIVE COSTS RECOVERY
FSS 938.27(1)
**CJIS #** 3844

**ON THE** 16 **DAY OF** September **, 20** 16 **AT** 6:07 ☒ P.M.

(SPECIFICALLY INCLUDE FACTS CONSTITUTING CAUSE FOR ARREST.)

I had occasion to investigate an armed residential burglary where the defendant's son was involved in the case and was providing witness testimony related to the case. On 0/15/16 I had spoken the Defendant about the case at which time she provided false and misleading information to me. Once I had sufficiently proved the information was false, I returned to her home on 9/16/16 interview her about her false statements, seize property that was at her residence, and to place her under arrest for providing false information.

As I pulled up on the street near her residence, she noticed me, abruptly got in her car and
* * * Continued * * *

**BOND CHARGE:** $2500  $150
**CJIS #:** 3844

**PAGE** 1 **OF** 2

PSO 30172E (Rev. 10/11)  **CLERK OF COURT**

Pasco Sheriff's Office  **COMPLAINT AFFIDAVIT CONTINUATION SHEET**

PAGE 2 OF 2

| DEFENDANT | AGENCY REPORT NO. |
|---|---|
| HEILMAN, TAMMY LYNNE | 16-035542 |

began driving away down the street. I opened my door to get out and stop her, and she slowed to a stop in the street. The defendant told me that I should see her attorney and she was leaving. I ordered her to stop and also informed her she and her child had no seatbelt on. She rolled up her window and drove away quickly as I yelled at her to stop. I got back in my patrol car and activated my emergency lights and siren. She eventually pulled over one street away. I opened her car door and ordered her to step out as I was placing her under arrest. She failed to comply with countless demands to get out and physically braced and pulled away from me. I called for backup units and held her arm in place as her child was in the car and I did not want to use force against her in the presence of her child. She used her fingernails to dig into my skin and thrust her arms at me attempting to get away. When backup units arrived she also scratched, grabbed, and kicked at another Deputy Sheriff assisting me in her arrest. Once sufficient units arrived to safely take her child out of the car we took the defendant into custody. She continued to resist until placed in the patrol car.

\* \* \* End \* \* \*

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**CLERK OF COURT**

PSO 3-0035E (Rev. 10/11)