# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Pasco Sheriff's Office
**ORI:** FL0510000
**Case#:** 19-018092
**Date / Time Reported:** 05/01/2019 18:53 Wed
**Last Known Secure:** 05/01/2019 18:53 Wed
**At Found:** 05/01/2019 18:53 Wed

**Location of Incident:** 3229 PRIMROSE DR, Holiday FL 34691
**Gang Relat:** NO
**Premise Type:**
**Zone/Tract:** I5

## INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Missing Person, Runaway 99779 | | NOT APPLICABLE | | | | |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

**MO:**

## VICTIM

**# of Victims:** 0   **Type:**   **Injury:**   **Domestic:** N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

**Home Address:**   **Home Phone:**
**Employer Name/Address:**   **Business Phone:**   **Mobile Phone:**
**VYR** **Make** **Model** **Style** **Color** **Lic/Lis** **VIN**

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | HEILMAN, TAMMY LYNNE | | 1974 / 44 | W | F | | Resident | |

**Home Address:** 3229 PRIMROSE DR HOLIDAY, FL 34691   **Home Phone:** 727-412-4438
**Employer Name/Address:** UNEMPLOYED   **Business Phone:** 727-644-0621   **Mobile Phone:**

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| S8 | [redacted] | | 2002 / 16 | W | F | | Resident | |

**Home Address:** 3229 PRIMROSE DR - 3 HOLIDAY, FL 34691   **Home Phone:** 727-288-1121
**Employer Name/Address:** KIDS WORLD (STUDENT)   **Business Phone:**   **Mobile Phone:**

## PROPERTY

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#:** BARROW, D. (PAT3, SQ36) (5826)
**Invest ID#:** CHANDLER, J. A. (PAT3, SQ32) (2870)
**Supervisor:** MULDER, W. A. (PAT3, PCU3) (3917)
**Complainant Signature:**
**Case Status:** Administratively Cleared   05/03/2019
**Case Disposition:**
**Status:**

Page 1

R_CS1IBR   Printed By: NB3326, DETLTREC02   Sys#: 1148626   03/26/2021 09:26

## INCIDENT/INVESTIGATION REPORT

*Pasco Sheriff's Office*

Case # *19-018092*

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found |
|---|---|

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*CAMPANA, N. (5674)*

Suspect Hate / Bias Motivated:   *None*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 19-018092              *Pasco Sheriff's Office*

NARRATIVE

| **REPORTING OFFICER NARRATIVE** | OCA |
|---|---|
| *Pasco Sheriff's Office* | *19-018092* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
|  | *MISSING PERSON, RUNAWAY* | *Wed 05/01/2019 18:53* |

RELATED CASES: N/A
STAT DATA: N/A
BWC ACTIVATED: YES
SUPPORT DOCUMENTS: N/A

On 05/01/2019 at approximately 1912 hours, I responded to 3229 Primrose Dr. Holiday, FL 34691 in reference to a missing person delayed. Upon arrival, I made contact with Tammy Heilman, who advised she has been the guardian of ▮▮▮ Walters for approximately three months. Tammy stated she last saw ▮▮▮ on 04/30/2019 at 1845 hours when she stated she was going to hang out with unknown friends. Tammy told her to be back on 04/30/2019 at 2300 hours, due to that being the county curfew. Tammy stated ▮▮▮ did not tell her where she was going or who she was going to hang out with. ▮▮▮ does not have any means of transportation. Tammy stated ▮▮▮ walked down the street and assumes someone picked her up in their vehicle. Tammy stated she knows a few of ▮▮▮ friends but is unsure of where they live. Tammy stated ▮▮▮ has been hanging out with a male named Michael Kelly. She attempted to message him on Facebook but did not receive an answer. She believe Michael may live in Lakeland. Tammy attempted to call ▮▮▮ but it went straight to voicemail. Tammy also has a GPS on ▮▮▮ phone but it seems as if ▮▮▮ disabled it. Tammy advised ▮▮▮ did not make any suicidal statements nor is she diagnosed with anything. She is also not prescribed any medications.

I obtained a recent photograph of ▮▮▮ which I later uploaded to the missing person's page on central command.

Tammy provided me a description of ▮▮▮ as:
Height: 504 Weight: 130 Hair: Brown with blonde highlights Eyes: Brown
LSW: light blue jeans and a blue shirt with pineapples
Missing Since: 04/30/2019 @ 1845 Hours.

I informed Tammy to call the Pasco Sheriff's Office if ▮▮▮ returns home or he has any further information to add to the report.

I made contact with Teletype Operator 5883, who entered Nautica in NCIC/FCIC as missing.
I was informed by Deputy Fitschen, he was at WAWA located at 1929 US Highway 19 on an unrelated case observing video surveillance when he observed ▮▮▮ was observed at the WAWA on 05/01/2019 at 0314 hours.

A wants and warrants check on all parties involved yielded negative results.

No further action.

## CASE SUPPLEMENTAL REPORT

Printed: 03/26/2021 09:26

*Pasco Sheriff's Office*  OCA: ***19018092***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ADMINISTRATIVELY...*  **Case Mng Status:** *ADMINISTRATIVELY...*  **Occurred:** *05/01/2019*
**Offense:** *MISSING PERSON, RUNAWAY*

**Investigator:** *BARROW, D. (5826)*  **Date / Time:** *05/03/2019 04:43:48, Friday*
**Supervisor:** *MULDER, W. A. (3917)*  **Supervisor Review Date / Time:** *05/07/2019 04:03:07, Tuesday*
**Contact:**  **Reference:** *Supplement Completed*

RELATED CASE: N/A
STAT DATA: N/A
BWC ACTIVATED: YES
SUPPORT DOCUMENTS: N/A

On 05/02/2019 at approximately 2037 hours, I received a phone call on my agency issued cell phone from Tammy stating ▮ had returned home. On 05/03/2019 at 0130 hours, I responded to 3229 Primrose Dr. Holiday, FL 34691 and made contact with Tammy. Tammy stated she did not know exactly what time ▮ returned home due to her sleeping. When she woke up ▮ was back at the house ▮ told Tammy she was out with friends but did not state where or who she was with.

I then made contact with ▮ who stated "she did not have to tell me where she was." She said she was out with friends, stayed the night and just did not tell Tammy. ▮ would not tell me how she left, how she came back, who she was with or where she went. ▮ was extremely uncooperative and I was unable to determine if she was involved in any criminal activities.
I made contact with Teletype Operator 6185 who removed ▮ as missing from NCIC/FCIC.
A wants and warrants check on all parties involved yielded negative results.

No further action.

## CASE SUPPLEMENTAL REPORT

Printed: 03/26/2021 09:26

*Pasco Sheriff's Office*　　　　　　　　　　　　　　　　　　　　　　　　　　　OCA: **19018092**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *ADMINISTRATIVELY...* | **Case Mng Status:** *ADMINISTRATIVELY...* | **Occurred:** *05/01/2019* |
| **Offense:** *MISSING PERSON, RUNAWAY* | | |

| | | |
|---|---|---|
| **Investigator:** *CHANDLER, J. A. (2870)* | **Date / Time:** *05/13/2019 08:37:42, Monday* | |
| **Supervisor:** *SOTO, S. (2751)* | **Supervisor Review Date / Time:** *05/14/2019 15:01:21, Tuesday* | |
| **Contact:** | **Reference:** *Supplement Completed* | |

RELATED CASE: None
STAT DATA: Change Case Status to Admin Cleared
BWC ACTIVATED: No
SUPPORT DOCUMENTS: None

On 5/03/2019 I was assigned this case for further investigation. Prior to reviewing the initial report, I received an email containing the Missing Persons cancellations for 5/02/2019. The cancellations listed ▇▇▇▇ as being recovered when she voluntarily returned home. I then conducted a search fo ▇▇▇▇ in RMS, and did not locate any abuse or neglect investigations involving ▇▇▇▇ and Tammy. Upon reviewing the recovery supplement, it was documented ▇▇▇▇ refused to answer Deputy Kleunder's questions in regards to where she was and who she was with. There were no abuse allegations documented and ▇▇▇▇ did not make any allegations about being the victim of any crimes. Due to the facts ▇▇▇▇ returned home voluntarily and she did not make any allegations of abuse or neglect, I recommend this case be Administratively Cleared.

No further actions.