UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR, et al.,

    Plaintiffs,

v.                                            CASE NO. 8:21-cv-555-T-23CPT

CHRIS NOCCO,

    Defendant.
_____/

## ORDER

Citing an ostensible need to investigate "over 200 individual incidents," the defendant moves (Doc. 24) "for reconsideration of the dates in the [scheduling] order." Opposing (Doc. 27) reconsideration of the dates, the plaintiff argues that this action "is not about the constitutionality of every interaction with Sheriff deputies" but about the policies and practices of a broader program.

The defendant's motion (Doc. 24) for reconsideration is **GRANTED-IN-PART**, and the discovery deadline, the dispositive motion deadline, and the trial term are each **EXTENDED BY SIXTY DAYS**. Otherwise, the parties must conform to the deadlines imposed by the May 6, 2021 scheduling order.

Because the defendant expresses concern about his ability to comply with the timeline in this action, the parties must attend a quarterly hearing before Magistrate Judge Christopher P. Tuite in Courtroom 12B, United States Courthouse, 801 North

Florida Avenue, Tampa, Florida, to discuss the progress of this action. A later order will schedule each hearing. After the dutiful and diligent prosecution and defense of this action, a party may move for relief if a need exists to extend a deadline.

ORDERED in Tampa, Florida, on May 21, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE