UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR, et al.,

    Plaintiffs,

v.                                         Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO,

    Defendant.
_____/

**O R D E R**

This cause is before the undersigned pursuant to the Court's May 21, 2021, Order (Doc. 28), which directs the undersigned to conduct quarterly, in-person hearings with the parties for the purpose of discussing the progress of this action. Upon due consideration of the matter, it is hereby ORDERED:

1.     The parties are to attend quarterly, in-person hearings before the undersigned at the below dates and times in Courtroom 12B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

| | |
|---|---|
| Thursday, August 19, 2021 | 9:00 a.m. |
| Thursday, November 18, 2021 | 9:00 a.m. |
| Tuesday, February 15, 2022 | 9:00 a.m. |
| Tuesday, May 17, 2022 | 9:00 a.m. |

2.  The Court may, in its discretion, schedule additional hearings if it deems such supplemental hearings necessary and appropriate to facilitate the orderly disposition of the case.

3.  No later than three (3) business days prior to each quarterly hearing, the parties shall file a joint notice, not to exceed three (3) pages, describing the progress of the discovery in the action, as well as any other matters that may impact the parties' ability to meet the deadlines set forth in the Court's May 6, 2021, Order (Doc. 23).

4.  Nothing herein shall operate to excuse the parties from complying with the deadlines and other requirements imposed by the Court's May 6 Order.

DONE and ORDERED in Tampa, Florida, this 27th day of May 2021.

*[Signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record