UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

        Plaintiffs,

v.                              CASE NO.:  8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

        Defendant,

_____/

**DEFENDANT SHERIFF'S NOTICE OF WITHDRAWL WITHOUT PREJUDICE OF Dkt. 31 MOTION TO 1) OVERRULE OBJECTIONS TO INTERROGATORIES BY ALL PLAINTIFFS,  AND 2) TO COMPEL BETTER ANSWERS TO INTERROGATORIES BY PLAINTIFFS TAYLOR AND DEEGAN**

Defendant Sheriff Nocco, by and through undersigned counsel and pursuant to the Court's Order of August 13, 2021 (Dkt. 32) hereby withdraws, without prejudice, his discovery motion at Dkt. 31.  Counsel for the parties have conferred at length in good faith and reached sufficient agreement on the issues presented to render the relief requested in the motion premature at this time.  Issues as to that motion remain and counsel have scheduled another conference for Monday, August 23, 2021, to continue to confer on those and other discovery matters prior to the August 26, 2021 status conference.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Ari S. Bargil, Esquire** (*abargil@ij.org*), Institute For Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, Florida 33131; **Joshua A. House, Esquire** (*jhouse@ij.org*) and **Caroline Grace Brothers, Esquire** (*cgbrothers@ij.org*), Institute For Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203; and **Robert E. Johnson, Esquire** (*rjohnson@ij.org*), Institute For Justice, 16781 Chagrin Boulevard, Suite 256, Shaker Heights, Ohio 44120.

THOMAS W. POULTON, ESQ.
Florida Bar No. 0083798
Email: *poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 0091197
Email: *grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendant Sheriff Nocco

2