UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:21-cv-555-SDM-CPT | DATE: | August 26, 2021 |
|---|---|---|---|
| HONORABLE CHRISTOPHER P. TUITE | | | |
| TAYLOR, et al<br>**Plaintiffs,**<br>v.<br>CHRIS NOCCO<br>*in his official capacity as Pasco County Sheriff*<br>**Defendant.** | | **PLAINTIFF'S COUNSEL**<br>Robert E. Johnson, Esq.<br>Caroline Grace Brothers, Esq.<br><br>**DEFENDANT'S COUNSEL**<br>Thomas W. Poulton, Esq.<br>Lindsey Moore, Esq. | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Kathy Rodriguez |
| **TIME:** 2:34 PM to 3:33 PM   **TOTAL:** 59 minutes | | **COURTROOM:** | 12B |

**PROCEEDINGS:** STATUS CONFERENCE

All parties present and identified for the record.

Plaintiff summarizes their understanding of the case's status.

Defense responds and then summarizes their understanding of the case's status.

Court to schedule a follow-up conference for the first week of October.

Hearing adjourned.