## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DALANEA TAYLOR et al

-vs-                                                    Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO

### CLERK'S MINUTES
Proceeding: Status Conference
*Zoom videoconference*

Judge: Christopher P. Tuite, U.S. Magistrate Judge          Date: December 9, 2021
Deputy Clerk: Ashley Sanders                               Time: 9:03 a.m.
Law Clerk: Wilma Metcalf                                   Recess: 9:51 a.m.
Court Reporter: Digital                                    Total Time: 48 min

---

Counsel for Plaintiff: Robert Johnson, Caroline Brothers and Ari Bargil
Counsel for Defendant: Thomas Poulton and Lindsay Moore

---

Court calls case and counsel enters appearances.

Court has received and reviewed the joint status report.

Court hears from Attorney Johnson and Attorney Poulton.

Parties should meet and confer by the end of next week.

Motion to compel due by December 17 and any response is due by December 24.

Recess.