UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    Plaintiffs,

v.    CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    Defendant,
_____/

**JOINT STATUS REPORT**

Plaintiffs and Defendant, by and through undersigned counsel and pursuant to the Court's Order of May 27, 2021 (Dkt. 29), hereby provide the Court with a status report concerning the progress of discovery.

Following the previous status conference on January 25, 2022, the parties conducted the Rule 30(b)(6) deposition of the Pasco County Sheriff's Office on January 26 and the deposition of Plaintiff Robert A. Jones III on January 27. However, defense counsel had to cancel the deposition of Tammy Heilman on January 28 due to a sudden family emergency in South Florida. The depositions of Darlene Deegan and Dalanea Taylor—which were set for February 3 and 4—also had to be cancelled due to a positive COVID-19 diagnosis as well as the same continuing family emergency. These medical issues have also complicated efforts to reschedule the depositions.

Against this backdrop, the parties filed a motion for an extension of the discovery deadlines on Thursday, February 3, 2022. *See* Dkt. 67. In addition to the extension for expert discovery that was contemplated in the last status report, the motion seeks a 45-day extension of all fact discovery. The reason for this requested extension is set forth in detail in the motion itself.

Since the previous status conference, the parties have also worked to resolve the issue involving the confidential juvenile records of the children of two of the Plaintiffs. Currently, however, counsel for the Plaintiffs have not succeeded in securing the consent of the relevant individuals. Counsel for the Plaintiffs notes in this regard that

1

neither individual is a party to the case; that Plaintiffs are not expecting to call either individual as a witness at trial; that neither individual currently resides with their parents (who are the actual parties to this case); and that one of the individuals is currently incarcerated. Counsel has not yet been able to determine whether it would be possible to set up a confidential, non-monitored phone call with the incarcerated individual, but, as a general matter, the correctional facility does not allow inmates to accept incoming calls. Despite these hurdles, counsel continue to seek to work through these issues.

In addition, with respect to expert discovery, Plaintiffs emailed the names of the anticipated expert witnesses on January 25. Plaintiffs are working to serve preliminary expert reports as early as possible—given the currently-pending deadlines—though Plaintiffs reserve the right to supplement any such expert reports prior to any deadline that the Court ultimately sets for expert discovery in this case.

| | |
|---|---|
| February 4, 2022. | Respectfully submitted, |
| /s/ Thomas W. Poulton | /s/ Ari S. Bargil |
| THOMAS W. POULTON, ESQ.<br>Florida Bar No.: 0083798<br>poulton@debevoisepoulton.com | Ari S. Bargil (FL Bar No. 71454)<br>INSTITUTE FOR JUSTICE<br>2 S. Biscayne Boulevard, Suite 3180<br>Miami, FL 33131<br>Tel: (305) 721-1600<br>Fax: (305) 721-1601<br>abargil@ij.org |
| JEFFREY K. GRANT, ESQ.<br>Florida Bar No.: 0091197<br>grant@debevoisepoulton.com | |
| DeBEVOISE & POULTON, P.A.<br>1035 S. Semoran Blvd., Suite 1010<br>Winter Park, Florida 32792<br>Telephone: 407-673-5000<br>Facsimile: 321-203-4304<br>*Attorneys for Defendant* | Joshua A. House (CA Bar No. 284856)*<br>Caroline Grace Brothers (DC Bar No. 1656094)*<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>jhouse@ij.org<br>cgbrothers@ij.org |
| | Robert E. Johnson (OH Bar No. 0098498)*<br>INSTITUTE FOR JUSTICE<br>16781 Chagrin Boulevard, Suite 256<br>Shaker Heights, OH 44120<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>rjohnson@ij.org |
| | *Admitted *Pro Hac Vice* |
| | *Counsel for Plaintiffs* |

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Ari S. Bargil