UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


DALANEA TAYLOR, et al.,

     Plaintiffs,

v.                         CASE NO. 8:21-cv-555-SDM-CPT

CHRIS NOCCO,

     Defendant.

_____/


## ORDER

     The parties jointly move (Doc. 67) to extend case deadlines and jointly move for leave to exceed the page limitation requirement of Local Rule 3.01(a). The motion (Doc. 67) is **GRANTED**. The parties must conform with the deadlines proposed in the motion (Doc. 67 at 4–5). Each party may move for summary judgment in forty pages or fewer, may respond in thirty pages or fewer, and may reply in ten pages or fewer. The trial, originally scheduled for the May 2022 trial calendar, is **CONTINUED**.

     ORDERED in Tampa, Florida, on February 4, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE