UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR et al

-vs-                                                            Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO

**CLERK'S MINUTES**
Proceeding: Status Conference
*Zoom videoconference*

Judge: Christopher P. Tuite, U.S. Magistrate Judge         Date: February 9, 2022
Deputy Clerk: Ashley Sanders                              Time: 11:04 a.m.
Law Clerk: Wilma Metcalf                                  Recess: 11:41 a.m.
Court Reporter: Digital                                   Total Time: 37 min

Counsel for Plaintiff: Rob Johnson and Ari Bargil
Counsel for Defendant: Thomas Poulton

Court calls case and counsel enters appearances.

Court reviews status report filed on 2/4/2022 (Doc. 68).

Status conference to be set by separate notice.

Recess.