UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR, et al.,

    Plaintiffs,

v.                                                     Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO,

    Defendant.
_____/

**O R D E R**

In May 2021, the Court directed the undersigned to conduct regular hearings with the parties for the purpose of discussing the progress of this action. The undersigned has since presided over a number of such hearings, including one as recently as yesterday.

In light of the Court's February 4, 2022, Order extending the discovery deadline (Doc. 69), and in light of the undersigned's discussion with the parties at yesterday's hearing, the undersigned finds it appropriate to revise the schedule for his regular hearings with counsel. Accordingly, it is hereby ORDERED:

1. The parties shall appear via Zoom videoconference at the following hearings before the undersigned:

| Tuesday, March 8, 2022 | 11:00 a.m. |
|---|---|
| Tuesday, April 5, 2022 | 11:00 a.m. |
| Tuesday, May 10, 2022 | 11:00 a.m. |
| Tuesday, June 7, 2022 | 11:00 a.m. |

This schedule shall supersede the prior schedule issued by the undersigned in May 2021. (Doc. 29).

2. As before, the undersigned may schedule additional hearings if he deems such further hearings necessary and appropriate to facilitate the orderly disposition of the case.

3. Also as before, no later than three (3) business days prior to each of the above hearings, the parties shall file a joint notice, not to exceed three (3) pages, describing the progress of discovery, as well as any other matters that may impact the parties' ability to meet the deadlines set forth in the Court's February 4 Order (Doc. 69).

4. Nothing herein shall operate to excuse the parties from complying with the deadlines and other requirements imposed by the Court in its February 4 Order (Doc. 69).

SO ORDERED in Tampa, Florida, this 10th day of February 2022.

_Christopher P. Tuite_
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record