# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DALANEA TAYLOR; TAMMY HEILMAN; DARLENE DEEGAN; and ROBERT A. JONES III,

    *Plaintiffs*,

v.

CHRIS NOCCO, in his official capacity as Pasco County Sheriff,

    *Defendant*.

Case No. 8:21-cv-00555-SDM-CPT

## NOTICE OF MEDIATION

PLEASE BE ADVISED that the parties have agreed that mediation will be held before Dana G. Bradford on:

**DATE AND TIME:**     **Wednesday, April 20, 2022**
                                     **9:00 a.m. to 5:00 p.m. (full day)**

**LOCATION:**           **Tampa, Florida**

Dated: February 16, 2022        Respectfully submitted,

/s/ Ari S. Bargil
Ari S. Bargil (FL Bar No. 71454)
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
abargil@ij.org

Joshua A. House (CA Bar No. 284856)*
Caroline Grace Brothers (DC Bar No. 1656094)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel.: (703) 682-9320
Fax: (703) 682-9321
jhouse@ij.org
cgbrothers@ij.org

Robert E. Johnson (OH Bar No. 0098498)*
INSTITUTE FOR JUSTICE
16781 Chagrin Boulevard, Suite 256
Shaker Heights, OH  44120
Tel.: (703) 682-9320
Fax: (703) 682-9321
rjohnson@ij.org

* Admitted *Pro Hac Vice*.

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of February 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Ari S. Bargil