UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    Defendant,
_____/

**JOINT STATUS REPORT**

Plaintiffs and Defendant, by and through undersigned counsel and pursuant to the Court's Order of May 27, 2021 (Dkt. 29), hereby provide the Court with a status report concerning the progress of discovery.

Following the previous status conference on February 9, 2022, the parties have continued to make progress with respect to both document discovery and depositions. Defendant has continued to disclose emails and other documents in response to Plaintiffs' prior discovery requests, including sending new batches of documents on February 11 and 14. Plaintiffs made their expert disclosures on February 25. And the parties have scheduled depositions for the remaining individual Plaintiffs and Plaintiffs' experts for March 21-24 and April 12.

Defendant's document production remains ongoing. Among other things, Defendant is continuing to review additional body worn camera footage that Plaintiffs have requested, and Defendant anticipates that footage will be produced within the next 10 days.

Plaintiffs have now provided Defendant with a signed release for the confidential juvenile records of Dalanea Taylor, who is the only individual Plaintiff with potentially-relevant juvenile records. Counsel have not obtained signed waivers for the juvenile documents of the Plaintiffs' children (who are not parties to the case), and Defendant has not yet determined whether he will attempt to subpoena the documents from the relevant custodians of the records.

In addition, Plaintiffs served additional requests for production of documents on February 28, 2022, seeking additional data concerning the enforcement activities of the Pasco County Sheriff's Office ("PSO"), and it does appear that there may be a disagreement concerning at least two of these requests. In particular, RFPs 35 and 36 seek to expand on data that has previously been provided in order to obtain a more comprehensive picture of PSO's full enforcement activity: While PSO has previously produced data from the CAD database for all prolific offender checks, RFP 35 seeks such data for *all* interactions between citizens and law enforcement; and while PSO has previously produced data from the RMS database for certain types of code enforcement citations, RFP 36 seeks such data for *all* code enforcement citations. Plaintiffs are seeking this expanded data because counsel for Defendant has indicated—including at a previous status conference—that Defendant will respond to Plaintiffs' analysis of the initial set of data by arguing that the data must be placed in a broader context. If Defendant intends to rely on that broader context, Plaintiffs seek to ensure they will have equal access to the relevant data. Defendant, on the other hand, may raise relevance and burden objections to these requests insofar as they seek information that does not pertain to these individual Plaintiffs or to the implementation of the challenged policies or procedures. Responses to these requests are not yet due, and the parties are continuing to work through these potential issues.

| | |
|---|---|
| March 3, 2022. | Respectfully submitted, |
| /s/ Thomas W. Poulton<br>THOMAS W. POULTON, ESQ.<br>Florida Bar No.: 0083798<br>poulton@debevoisepoulton.com | /s/ Ari S. Bargil<br>Ari S. Bargil (FL Bar No. 71454)<br>INSTITUTE FOR JUSTICE<br>2 S. Biscayne Boulevard, Suite 3180<br>Miami, FL 33131<br>Tel: (305) 721-1600<br>Fax: (305) 721-1601<br>abargil@ij.org |
| JEFFREY K. GRANT, ESQ.<br>Florida Bar No.: 0091197<br>grant@debevoisepoulton.com | |
| DeBEVOISE & POULTON, P.A.<br>1035 S. Semoran Blvd., Suite 1010<br>Winter Park, Florida 32792<br>Telephone: 407-673-5000<br>Facsimile: 321-203-4304<br>*Attorneys for Defendant* | Joshua A. House (CA Bar No. 284856)*<br>Caroline Grace Brothers (DC Bar No. 1656094)*<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>jhouse@ij.org<br>cgbrothers@ij.org |
| | Robert E. Johnson (OH Bar No. 0098498)*<br>INSTITUTE FOR JUSTICE<br>16781 Chagrin Boulevard, Suite 256<br>Shaker Heights, OH 44120<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>rjohnson@ij.org |
| | *Admitted *Pro Hac Vice* |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

<u>/s/ Ari S. Bargil</u>