UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR et al

-vs-     Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO

**CLERK'S MINUTES**
Proceeding: Status Conference
*Zoom videoconference*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: March 8, 2022 |
| Deputy Clerk: Ashley Sanders | Time: 11:09 a.m. |
| Law Clerk: Wilma Metcalf | Recess: 11:48 a.m. |
| Court Reporter: Digital | Total Time: 39 min |

Counsel for Plaintiff: Ari Bargil and Rob Johnson
Counsel for Defendant: Thomas Poulton

Court calls case and counsel enters appearances.

Counsel provides court with status update.

Recess.