# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

      *Plaintiffs*,

v.

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

      *Defendant*.

Case No. 8:21-cv-00555-SDM-CPT

## PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION

In accordance with Rule 36 of the Federal Rules of Civil Procedure,

Plaintiffs Dalanea Taylor, Tammy Heilman, Darlene Deegan, and Robert A. Jones

III propound this Second Set of Requests for Admission to Defendant Chris Nocco.

Within 30 days of being served with these requests, the Defendant should submit

its responses to the Plaintiffs, through their counsel, as follows:

> Ari Bargil
> INSTITUTE FOR JUSTICE
> 2 S. Biscayne Boulevard, Suite 3180
> Miami, FL 33131
> E-mail: abargil@ij.org

Pursuant to Rule 36(a)(3), failure to respond to a request for admission within 30

days constitutes an admission.

1

## DEFINITIONS

1. "Concerning" means relating to, referring to, describing, evidencing, or constituting.

2. "Defendant" means Sheriff Chris Nocco.

3. "PSO" refers to the Pasco County Sheriff's Office, and includes all departments, subdivisions, officers, employees, agents, and representatives.

4. The use of the singular form of any word includes the plural and vice versa.

# REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION 23.**  Pasco County Sheriff Chris Nocco is the final policymaker for the PSO.

**RESPONSE**

**REQUEST FOR ADMISSION 24.**  The Intelligence-Led Policing Section is a component of the PSO.

**RESPONSE**

**REQUEST FOR ADMISSION 25.**  The Intelligence-Led Policing Section creates the PSO's policies respecting the identification of prolific offenders.

**RESPONSE**

**REQUEST FOR ADMISSION 26.**  The Intelligence Led Policing Manual was created primarily by members of the Intelligence Led Policing Section.

**RESPONSE**

**REQUEST FOR ADMISSION 27.**  The Intelligence Led Policing Manual describes PSO's policies for the identification of prolific offenders.

**RESPONSE**

**REQUEST FOR ADMISSION 28.**  The Intelligence Led Policing Manual describes PSO's policies for the treatment of prolific offenders.

**RESPONSE**

**REQUEST FOR ADMISSION 29.**  Dalanea Taylor was first designated as a "prolific offender" by PSO in March 2016 and last designated as a "prolific offender" as of September 2019.

**RESPONSE**

**REQUEST FOR ADMISSION 30.**  PSO CAD records reflect that, on April 5, 2017, at 6:04 p.m., Deputy Christian Chiavetta visited 7208 Adare Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 31.**  PSO CAD records reflect that, on April 5, 2017, at 6:37 p.m., Deputy Christian Chiavetta visited 7208 Adare Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 32.**  PSO CAD records reflect that, on April 11, 2017, at 2:56 p.m., Deputy Al-Hussein H. Hazime visited 7208 Adare Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 33.**  The CAD report for the April 11, 2017, visit reflects that Deputy Hazime gave Dalanea Taylor "verbal warnings" about county ordinance violations at 7208 Adare Drive for "junk/debris" and "no numbers on [the] house."

**RESPONSE**

**REQUEST FOR ADMISSION 34.**  PSO CAD records reflect that, on April 24, 2017, at 9:46 a.m., Deputy Mark Celeste visited 7208 Adare Drive and noted in the CAD report that the home was missing house numbers and that he would come back later.

**RESPONSE**

**REQUEST FOR ADMISSION 35.**  PSO CAD records reflect that, on April 25, 2017, at 8:25 p.m., Deputy Christian Chiavetta visited 7208 Adare Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 36.**  PSO CAD records reflect that, on May 14, 2017, at 4:11 p.m., Deputy Jason Beldon visited 7208 Adare Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 37.**  The PSO Offender Notes database contains the following note regarding the May 14, 2017, visit: "Made contact with subject. She said she's been waiting to get into Florida virtual school to complete GED. Subject stated she's been staying out of trouble. Subject had no information to provide regarding criminal activity."

**RESPONSE**

**REQUEST FOR ADMISSION 38.**  PSO CAD records reflect that, on June 16, 2017, at 11:27 a.m., Corporal Adam C. Gonzalez visited 7208 Adare Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 39.**  The PSO Offender Notes database contains the following note regarding the June 16, 2017, visit: "Made contact with Dalanea Mae Taylor, who advised she was [sic] been staying out of trouble and advised when her mom gets her income tax check they will be moving to a new residence next month. She further advised she does not hang out with anyone from her associated gang. No information on any criminal activity."

**RESPONSE**

**REQUEST FOR ADMISSION 40.**  PSO CAD records reflect that, on June 26, 2017, at 9:00 a.m., PSO deputies, including Corporal Adam C. Gonzalez, visited 7208 Adare Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 41.**  The PSO Offender Notes database contains the following note regarding the June 26, 2017, visit: "We made contact with Dalanea Mae Taylor, who said she had been staying out of trouble and not hanging out with past criminal associates. She advised that she would be attending school at Marchman in an effort to better her life. She further advised that she had a new

5

boyfriend named "Jay" Johnson from Orlando, whom she met through her sister, Dominique Skye Taylor (08-21-1996). Dalanea said that she had not been involved in criminal activity and had not had any recent gang affiliation. A wants and warrants check was conducted on all involved parties which met with negative results."

**RESPONSE**

**REQUEST FOR ADMISSION 42.**  PSO CAD records reflect that, on August 30, 2017, at 10:15 p.m., Deputies Leonard D. Schreiber and Jason D. Flanigan visited 7208 Adare Drive and then 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 43.**  Body-worn camera footage shows that, during the August 30, 2017, visit, the deputies told Dalanea Taylor that they were visiting because she was on a "list of people that used to get in trouble."

**RESPONSE**

**REQUEST FOR ADMISSION 44.**  Body-worn camera footage shows that, during the August 30, 2017, visit, the deputies asked Dalanea Taylor questions including if she was working, about her tattoos, who she was hanging out with, and whether she was staying out of trouble.

**RESPONSE**

**REQUEST FOR ADMISSION 45.**  PSO CAD records reflect that, on September 29, 2017, at 8:13 a.m., Deputies M.K. Schuler and Aaron Polster visited 7208 Adare Drive and then 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 46.**  Body-worn camera footage shows that, during the September 29, 2017, visit, Deputies Schuler and Polster asked Dalanea Taylor questions including whether she was still planning on going to school, who she was hanging out with, whether she knew anyone committing crimes, who the father of her babies was, and whether the father participated in any criminal activity.

**RESPONSE**

**REQUEST FOR ADMISSION 47.**  The entry in the PSO Offender Notes database for the September 29, 2017, visit includes the following: "I went across the street to 6023 Dublin Drive and made contact with Dalanea who said she was not working or going to school, she said she had plans to get her GED but was not currently making any progress. She said she no longer associates with anyone from her past and just recently learned she was pregnant. She said the child's father is Kevin Jones and he is somewhat involved in the pregnancy and does not participate in criminal activity."

**RESPONSE**

**REQUEST FOR ADMISSION 48.**  PSO CAD records reflect that, on October 15, 2017, at 10:09 a.m., Deputy Timothy Brock visited 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 49.**  Body-worn camera footage shows that, during the October 15, 2017, visit, Deputy Brock asked Dalanea Taylor's family friend questions including about whether Dalanea was involved in any criminal activity.

**RESPONSE**

**REQUEST FOR ADMISSION 50.**  PSO CAD records reflect that, on November 1, 2017, at 7:24 p.m., Deputy Dylan A. Bishoff visited 6023 Dublin Drive, 7208 Adare Drive, and then 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 51.**  PSO CAD records reflect that, on November 2, 2017, at 5:53 p.m., Deputy Dylan A. Bishoff visited 7208 Adare Drive and then 6023 Dublin Drive and 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 52.**  Body-worn camera footage shows that, during the November 2, 2017, visit, Deputy Bishoff asked Dalanea Taylor questions

including about who she was living with, about her plans to attend school, about the neighborhood and unspecified criminal activity in the area, about who she was hanging out with, about her sister, about her relationship with people from her old group of friends, and whether they could have her phone number or the phone number of the family friend she was staying with.

**RESPONSE**

**REQUEST FOR ADMISSION 53.**  PSO CAD records reflect that, on November 20, 2017, at 12:05 a.m., Deputy Jason D. Flanigan visited 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 54.**  PSO CAD records reflect that, on November 24, 2017, at 9:14 a.m., Deputy Jason Beldon visited 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 55.**  Body-worn camera footage shows that, during the November 24, 2017, visit, Deputy Beldon asked Dalanea Taylor questions including whether she was staying out of trouble, whether she was still planning on going to school, whether she was working, whether she could give him any "tips" on "crime," about her pregnancy, and about the father of her babies.

**RESPONSE**

**REQUEST FOR ADMISSION 56.**  The entry in the PSO Offender Notes database for the November 24, 2017, visit includes the following: "She stated she has been staying out of trouble and could not provide any tips about criminal behavior. She advised she is currently pregnant and is approximately 3 months along. She stated the father's name is Damien but could not provide the last name. She said she couldn't remember it off the top of her head. She advised she isn't going to school because she has 'too much bullshit going on.' She advised she is focused on finding a place of her own and moving. She stated she will be moving in about seven months. She advised she isn't working at this time. Dalanea stated she will not be getting in trouble anymore and is past all of that."

**RESPONSE**

**REQUEST FOR ADMISSION 57.**  PSO CAD records reflect that, on January 1, 2018, at 7:32 a.m., Deputy Jason Beldon visited 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 58.**  Body-worn camera footage shows that, during the January 1, 2018, visit, Deputy Beldon informed Dalanea Taylor's family friend that PSO deputies would keep coming to visit Dalanea for "probably two years" and that he was "just doing [his] job."

**RESPONSE**

**REQUEST FOR ADMISSION 59.**  The entry in the PSO Offender Notes database for the January 1, 2018, visit includes the following: "Her mother continued to yell at me for showing up too early and wanted to know how long the SO was going to continue coming to her house to check on Dalanea.  I explained it would be a couple of years."

**RESPONSE**

**REQUEST FOR ADMISSION 60.**  Body-worn camera footage shows that, during the January 1, 2018, visit, Deputy Beldon asked Dalanea Taylor questions including whether she was hanging out with any criminals, whether she was staying out of trouble, whether she was aware of any criminal activity, whether she was still planning on going to school, and about her pregnancy.

**RESPONSE**

**REQUEST FOR ADMISSION 61.**  The entry in the PSO Offender Notes database for the January 1, 2018, visit includes the following: "Dalanea explained she does not talk with any criminals in the community any longer. She advised she's staying out of trouble. She is pregnant and is expecting in June. She advised her sister is now pregnant and they want to get place [sic] together soon. Dalanea advised she is not aware of any criminal activity."

**RESPONSE**

**REQUEST FOR ADMISSION 62.**  PSO CAD records reflect that, on February 25, 2018, at 10:58 a.m., Deputy April M. Rodriguez visited 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 63.**  Body-worn camera footage shows that, during the February 25, 2018, visit, Deputy Rodriguez asked Dalanea Taylor questions including about whether Dalanea was going to school, about her health and pregnancy, and about her boyfriend.

**RESPONSE**

**REQUEST FOR ADMISSION 64.**  Body-worn camera footage shows that, during the February 25, 2018, visit, Deputy Rodriguez apologized for coming and asking so many questions, said "I know you guys aren't happy to see me," and said the deputies were "told to do it."

**RESPONSE**

**REQUEST FOR ADMISSION 65.**  PSO CAD records reflect that, on March 31, 2018, at 8:04 a.m., Deputies Jason Beldon and Timothy Brock visited 7208 Adare Drive and then 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 66.**  Body-worn camera footage shows that, during the March 31, 2018, visit, the deputies asked Dalanea Taylor questions including whether she was working, whether she was staying out of trouble, whether she was still planning on moving, whether she knew about any criminal activity, and about the sex of her twin babies.

**RESPONSE**

**REQUEST FOR ADMISSION 67.**  PSO CAD records reflect that, on July 14, 2018, at 12:08 p.m., Deputies Ryan Belding, Christian Valentine, and Jeffrey Irwin visited 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 68.**  Body-worn camera footage shows that, during the July 14, 2018, visit, deputies asked Dalanea Taylor's family friend, Dana Jones, questions about Dalanea including what she was up to and whether she was staying out of trouble.

**RESPONSE**

**REQUEST FOR ADMISSION 69.**  The entry in the PSO Offender Notes database for the July 14, 2018, visit includes the following: "I spoke to Dana at the residence, who stated Dalanea has been staying out of trouble, and taking care of her twins."

**RESPONSE**

**REQUEST FOR ADMISSION 70.**  PSO CAD records reflect that, on September 25, 2019, at 8:07 a.m., Deputy Erik Sheftal visited 6029 Dublin Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 71.**  Body-worn camera footage shows that, during the September 25, 2019, visit to 6029 Dublin Drive, Deputy Sheftal asked Dalanea Taylor's family friend, Dana Jones, questions about Dalanea, and told her, "There's nothing wrong, I just need to check on her."

**RESPONSE**

**REQUEST FOR ADMISSION 72.**  PSO CAD records reflect that, on September 25, 2019, at 12:46 p.m., Deputy Sheftal visited 7208 Adare Drive to perform a prolific offender check on Dalanea Taylor.

**RESPONSE**

**REQUEST FOR ADMISSION 73.**  Body-worn camera footage shows that, during the September 25, 2019, visit to 7208 Adare Drive, Deputy Sheftal asked Dalanea Taylor questions including about what she was up to, about her kids, about how she was planning to make money, and about whether there was any criminal activity going on in the neighborhood.

**RESPONSE**

**REQUEST FOR ADMISSION 74.**  The entry in the PSO Offender Notes database for the September 25, 2019, visit includes the following: "Dalanea stated most of her days are dedicated to taking care of her twin daughters. Dalanea stated the county advised her to put the father of her children on child support for money, but she does not want to do that. Dalanea also stated nothing has been going on in the neighborhood aside from petty neighbor disputes. Dalanea stated her children have turned her life around for the better, but there is nothing she can do as of now to obtain money due to her criminal record and lack of child care options. Dalanea stated her family helps her a lot when it comes to her children."

**RESPONSE**

**REQUEST FOR ADMISSION 75.**  PSO CAD records reflect that, on January 1, 2020, Deputy Jason D. Flanigan and other PSO deputies visited 7208 Adare Drive for an investigation concerning Dalanea Taylor's cousin.

**RESPONSE**

**REQUEST FOR ADMISSION 76.**  PSO Incident Report records reflect that, during the January 1, 2020, visit, Deputy Flanigan asked Dalanea Taylor questions about her cousin.

**RESPONSE**

**REQUEST FOR ADMISSION 77.**  PSO CAD records reflect that, during the January 1, 2020, visit, Deputy Flanigan identified an ordinance violation at 7208 Adare Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 78.**  Donnie McDougall was first designated as a "prolific offender" by PSO in January 2017 and last designated as a "prolific offender" by PSO as of September 2020.

**RESPONSE**

**REQUEST FOR ADMISSION 79.**  PSO CAD records reflect that, on April 21, 2015, at 9:16 p.m., Deputy Monica Contreras visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 80.**  PSO CAD records reflect that, on June 26, 2015, at 9:07 p.m., Deputy Arthur Morrison visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 81.**  PSO CAD records reflect that, on June 27, 2015, at 2:25 p.m., Deputy Arthur Morrison visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 82.**  At the time of the June 26, 2015, and June 27, 2015, visits Deputy Arthur Morrison was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 83.**  PSO CAD records reflect that, on December 29, 2015, at 7:32 p.m., Deputy Matthew Schell visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 84.**  PSO CAD records reflect that, on January 27, 2016, at 10:06 p.m., Deputy Matthew Schell visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 85.**  The CAD report for the January 27, 2016, visit, indicates that Deputy Schell spoke to Tammy Heilman about Donnie McDougall participating in juvenile diversion.

**RESPONSE**

**REQUEST FOR ADMISSION 86.**  Between February 2016 and July 2019, then-Corporal Mark Celeste held the position of PSO Code Enforcement Corporal.

**RESPONSE**

**REQUEST FOR ADMISSION 87.**  PSO CAD records reflect that, on March 1, 2016, at 5:53 p.m., Deputy Matthew Schell and then-Corporal Mark Celeste visited 3229 Primrose Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 88.**  PSO Incident Report records reflect that, during the March 1, 2016, visit, Deputy Schell and then-Corporal Celeste walked around the house and looked into the backyard of 3229 Primrose Drive from the next-door neighbor's house.

**RESPONSE**

**REQUEST FOR ADMISSION 89.**  PSO Incident Report records reflect that, during the March 1, 2016, visit, then-Corporal Celeste issued Tammy Heilman a code citation for "lack of posted address" on her mailbox and gave her a verbal warning concerning chickens in her backyard.

**RESPONSE**

**REQUEST FOR ADMISSION 90.**  PSO CAD records reflect that, on March 3, 2016, at 10:28 a.m., Deputy Michael Samartino and then-Corporal Mark Celeste visited 3229 Primrose Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 91.**  PSO Incident Report records reflect that, during the March 3, 2016, visit, then-Corporal Celeste issued Tammy Heilman a code citation for "Co Land Dev. Code – R-4 Density Residential Use Violation," because there were five chickens in her backyard.

**RESPONSE**

**REQUEST FOR ADMISSION 92.**  PSO CAD records reflect that, on March 16, 2016, at 10:15 a.m., Deputy Joseph Zoccoli visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 93.**  PSO CAD records reflect that, on March 31, 2016, at 1:27 p.m., Deputy Eric Polson visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 94.**  PSO CAD records reflect that, on April 4, 2016, at 2:20 p.m., then-Corporal Mark Celeste visited 3229 Primrose Drive and noted on the CAD report that the "mailbox numbers" were "corrected."

**RESPONSE**

**REQUEST FOR ADMISSION 95.**  PSO CAD records reflect that, on September 14, 2016, at 11:55 p.m., Deputy Paul Reagan visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 96.**  At the time of the September 14, 2016, visit Deputy Paul Reagan was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 97.**  PSO CAD records reflect that, on September 16, 2016, at 7:46 p.m., then-Corporal Andrew Denbo visited 3229 Primrose Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 98.**  PSO RMS records reflect that then-Corporal Denbo visited 3229 Primrose Drive on September 26, 2016, in order to ask Tammy Heilman questions because he thought she had provided incorrect information concerning a bike Donnie McDougall had purchased. After then-Corporal Denbo arrived, Tammy Heilman informed then-Corporal Denbo that her attorney advised her not to speak with him and began driving away from 3229 Primrose Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 99.** PSO RMS records reflect that, on September 16, 2016, after Tammy Heilman began driving away from 3229 Primrose Drive, then-Corporal Denbo yelled at her to stop because he thought she and her daughter were not wearing their seatbelts. Then-Corporal Denbo then pulled Tammy Heilman's car over and informed her she was under arrest.

**RESPONSE**

**REQUEST FOR ADMISSION 100.** PSO RMS records reflect that, on September 16, 2016, PSO deputies arrested Tammy Heilman for giving "false information to a law enforcement officer," "battery on a law enforcement officer," and "resist officer, obstructing without violence."

**RESPONSE**

**REQUEST FOR ADMISSION 101.** On September 16, 2016, then-Corporal Denbo transported Tammy Heilman to the police station in his patrol car.

**RESPONSE**

**REQUEST FOR ADMISSION 102.** Body-worn camera footage shows that, on September 16, 2016, then-Corporal Denbo stated the following while transporting Tammy Heilman to the police station: "Here's the policy of the agency. I'll explain it to you so it makes sense. If people have themselves or their—people that live in the house are committing crimes and victimizing the community, then the direction we receive from our Sheriff's Office—from the top down—is to go out there and for every single violation that person commits, to enforce it upon them. So we have people like code enforcement specialists, traffic enforcement specialists . . . ."

**RESPONSE**

**REQUEST FOR ADMISSION 103.** At the time of the September 16, 2016, arrest of Tammy Heilman, then-Corporal Andrew Denbo was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 104.**  PSO CAD records reflect that, on September 24, 2016, at 5:36 p.m., Deputies Charles Croft and K. Casagrand visited 3229 Primrose Drive looking for Donnie.

**RESPONSE**

**REQUEST FOR ADMISSION 105.**  PSO CAD records reflect that, on December 18, 2016, at 6:18 p.m., Deputies Michael Reckmyer and J. Camacho visited 3229 Primrose Drive looking for someone.

**RESPONSE**

**REQUEST FOR ADMISSION 106.**  PSO CAD records reflect that, on December 21, 2016, at 10:00 p.m., Deputies Charles Croft and L. Sanabria visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 107.**  PSO CAD records reflect that, on April 24, 2017, at 9:39 a.m., then-Corporal Mark Celeste visited 3229 Primrose Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 108.**  On the CAD Report for the April 24, 2017, visit, then-Corporal Mark Celeste noted that there were "no violations."

**RESPONSE**

**REQUEST FOR ADMISSION 109.**  PSO CAD records reflect that, on May 14, 2017, at 7:50 a.m., Deputy Daryn Grant visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 110.**  The entry in the PSO Offender Notes database for May 14, 2017, visit includes the following: "I attempted to make contact with the listed prolific offender. I made contact with Tammy Lynne Heilman. She advised me that he was sleeping. She did not wish to wake him up. He has not been involved in any criminal activity."

**RESPONSE**

**REQUEST FOR ADMISSION 111.**  PSO CAD records reflect that, on May 19, 2017, at 6:04 p.m., Deputy Tiffany Bronson visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 112.**  PSO CAD records reflect that, on May 19, 2017, at 6:48 p.m., Deputy Tiffany Bronson visited 3229 Primrose Drive looking for Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 113.**  The entry in the PSO Offender Notes database for the 6:48 p.m. visit on May 19, 2017, includes the following: "Upon arrival, I made contact with Tammy who appeared agitated with me right away (anti-law enforcement sediment [sic]). After asking where Donnie was, she advised he was at his grandmother's house. After asking when Donnie would be home, Tammy asked, 'Why?' and then said, 'Monday.'"

**RESPONSE**

**REQUEST FOR ADMISSION 114.**  PSO CAD records reflect that, on May 23, 2017, at 7:41 a.m., Deputy Timothy Brock visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 115.**  PSO CAD records reflect that, on May 30, 2017, at 5:58 p.m., Deputy Tiffany Bronson visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 116.**  PSO CAD records reflect that, on May 31, 2017, at 10:21 p.m., Deputies Al-Hussein Hazime, Durriel Aiken, and other PSO deputies visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 117.**  PSO CAD records reflect that, during the May 31, 2017, visit, PSO deputies issued Tammy Heilman a parking citation.

**RESPONSE**

**REQUEST FOR ADMISSION 118.**  The May 31, 2017, visit to the home of Tammy Heilman was conducted by members of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 119.**  Body-worn camera footage of the May 31, 2017, visit shows that the PSO deputies asked Tammy Heilman questions, checked the tint on the windows of her parked car, and asked about the vaccination status of her dog.

**RESPONSE**

**REQUEST FOR ADMISSION 120.**  PSO CAD records reflect that, on June 15, 2017, at 7:52 a.m., Deputy Timothy Brock visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 121.**  The entry in the PSO Offender Notes database for June 15, 2017, visit includes the following: "I made contact with Donnie Mc[D]ougall at his residence. He advised me that he has not been involved in criminal activity. He said that he and his mother went to a water park in Tarpon Springs on 06/14/2017."

**RESPONSE**

**REQUEST FOR ADMISSION 122.**  PSO CAD records reflect that, on July 22, 2017, at 10:12 a.m., Deputy Aaron Polster visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 123.**  The entry in the PSO Offender Notes database for July 22, 2017, visit includes the following: "Donnie's mother, Tammy Heilman, came to the door and advised he was not home. She stated Donnie was fine and staying out of trouble. When I proceeded to ask further questions about Donnie she responded 'Is that all you needed.'"

**RESPONSE**

**REQUEST FOR ADMISSION 124.**  PSO CAD records reflect that, on July 22, 2017, at 10:15 p.m., Deputies T.G. Garmon and B.C. Fitschen visited 3229 Primrose Drive and Baker-Acted Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 125.**  PSO CAD records reflect that, on October 11, 2017, at 9:26 a.m., Deputy Daryn Grant visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 126.**  The entry in the PSO Offender Notes database for the October 11, 2017, visit includes the following: "Donnie stated he spends his time with his girlfriend. Donnie stated he has been going to school and staying out of trouble. Donnie's mother Tammy Heilman stated Donnie has been staying out of trouble and going to school."

**RESPONSE**

**REQUEST FOR ADMISSION 127.**  PSO CAD records reflect that, on October 18, 2017, at 7:40 a.m., Deputy Aaron Polster visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 128.**  PSO Incident Report records reflect that, during the October 18, 2017, visit, Deputy Polster wrote Tammy Heilman a code citation for "Co. Land Dev. Code – Accumulation Of Debris; Property Maint." for objects in her yard.

**RESPONSE**

**REQUEST FOR ADMISSION 129.**  The entry in the PSO Offender Notes database for the October 18, 2017, visit includes the following: "On 10/18/17 at 0813 hours, I arrived at 3229 Primrose Drive, Holiday, Florida 34691 to conduct a prolific offender check on, Donnie Mc[D]ougall. Upon arrival, I made contact with his mother, Tammy Heilman, who said Donnie was doing fine and refused to get him for me. Tammy then said she was busy and did not have time to speak to me. At this point I noted an accumulation of junk in her front yard . . . ."

**RESPONSE**

**REQUEST FOR ADMISSION 130.**  PSO CAD records reflect that, on November 7, 2017, between 4:00 a.m. and 6:00 a.m., Deputies Aaron Polster and Jason Beldon visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 131.**  The entry in the PSO Offender Notes database for the November 7, 2017, visit includes the following: "I advised Donnie to stay out of trouble because his next criminal charge would likely be as an adult, Donnie said he understood and would stay out of trouble."

**RESPONSE**

**REQUEST FOR ADMISSION 132.**  PSO CAD records reflect that, on December 2, 2017, at 8:02 a.m., Deputies Daryn Grant and Eisa Kamal visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 133.**  The entry in the PSO Offender Notes database for the December 2, 2017, visit includes the following: "Donnie stated he was doing good and on track to get his GED. Donnie stated he was staying out of trouble. Donnie stated he was going out to get pictures with his family today."

**RESPONSE**

**REQUEST FOR ADMISSION 134.**  PSO CAD records reflect that, on December 28, 2017, at 9:21 p.m., Deputy Michael Toldo visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 135.** The entry in the PSO Offender Notes database for the December 28, 2017, visit includes the following: "His mother answered the door and advised he was out shopping with his dad. She was not pleased to see the sight of law enforcement, did not want to talk to me and was very rude. She did advise Donnie is still on probation and has been both 'good' and 'home, which is why he is doing good.' Direct face to face contact with Donnie was not made at this time."

**RESPONSE**

**REQUEST FOR ADMISSION 136.** PSO CAD records reflect that, on December 29, 2017, at 6:53 p.m., Deputies Matthew Schell, Tiffany Bronson, Mark Pini, and T.G. Garmon visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 137.** Body-worn camera footage of the December 29, 2017, visit shows that Deputy Tiffany Bronson called Deputy Paul Reagan during the visit.

**RESPONSE**

**REQUEST FOR ADMISSION 138.** Body-worn camera footage of the December 29, 2017, visit shows that Deputy Tiffany Bronson told Deputy Reagan on the phone that she "sneaked around to the back and looked through the fence."

**RESPONSE**

**REQUEST FOR ADMISSION 139.** Body-worn camera footage of the December 29, 2017, visit shows that one of the deputies said, "Let's stir something up with this." The deputies then discussed calling CPI, which one deputy said was "police talk for they're a bunch of fucking assholes." The same deputy explained, "I'm not saying that an emergency response is going to happen because we're not trying to play that card right now. I'm just doing it as a big fuck you."

**RESPONSE**

**REQUEST FOR ADMISSION 140.**  During the December 29, 2017, visit, PSO deputies arrested Donnie McDougall for violating his probation.

**RESPONSE**

**REQUEST FOR ADMISSION 141.**  In the Incident Report for the December 29, 2017, visit and arrest of Donnie McDougall, Deputy Tiffany Bronson requested that the case be forwarded to CPI.

**RESPONSE**

**REQUEST FOR ADMISSION 142.**  During the December 29, 2017, visit, PSO deputies never searched the house at 3229 Primrose Drive, seized any drugs or paraphernalia, or charged any person present at the house with a drug-related offense.

**RESPONSE**

**REQUEST FOR ADMISSION 143.**  At the time of the December 29, 2017, visit, Deputies Paul Reagan, Matthew Schell, Tiffany Bronson, Mark Pini, and T.G. Garmon were members of the STAR Team.

**RESPONSE**

**REQUEST FOR ADMISSION 144.**  PSO CAD records reflect that, on January 9, 2018, at 6:08 p.m., Deputy Michael Toldo visited 3229 Primrose Drive looking for Anthony McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 145.**  PSO CAD records reflect that, on January 9, 2018, at 9:29 p.m., Deputy Michael Toldo visited 3229 Primrose Drive looking for Anthony McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 146.**  PSO CAD records reflect that, on January 17, 2018, at 6:07 p.m., Deputy Michael Toldo visited 3229 Primrose Drive looking for Anthony McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 147.**  PSO CAD records reflect that, on January 22, 2018, at 2:45 p.m., Deputy Daryn Grant visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 148.**  PSO CAD records reflect that, on January 27, 2018, at 8:05 a.m., Deputy Daryn Grant visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 149.**  The entry in the PSO Offender Notes database for the January 27, 2018, visit includes the following: "He stated he was doing good and staying out of trouble. Donnie's mother confirmed that he was staying out of trouble."

**RESPONSE**

**REQUEST FOR ADMISSION 150.**  PSO CAD records reflect that, on February 2, 2018, at 4:32 p.m., Deputy Matthew Pease visited 3229 Primrose Drive in response to an alleged disturbance.

**RESPONSE**

**REQUEST FOR ADMISSION 151.**  The entry in the PSO Offender Notes database for the February 2, 2018, visit includes the following: "While on scene, I spoke with Donnie about events that were occurring in his life. Donnie advised he was working at the Dunkin Donuts in Tarpon Springs part time. Donnie advised he is waiting for them to move him to full time."

**RESPONSE**

**REQUEST FOR ADMISSION 152.**  The entry in the PSO Offender Notes database for the February 2, 2018, visit includes the following: "I further made contact with Donnie's mother who stated she has not had any issues with Donnie lately."

**RESPONSE**

**REQUEST FOR ADMISSION 153.**  PSO CAD records reflect that, on March 1, 2018, Deputy Michael Toldo visited 3229 Primrose Drive in response to an alleged verbal disturbance.

**RESPONSE**

**REQUEST FOR ADMISSION 154.**  The entry in the PSO Offender Notes database for the March 1, 2018, visit includes the following: "Donnie stated he wants to keep any and all relationships with his exes clean. He has deleted his social media in an effort to stay away from all of the bad influences who he used to hang out with and the drama that followed."

**RESPONSE**

**REQUEST FOR ADMISSION 155.**  PSO CAD records reflect that, on March 14, 2018, at 7:57 a.m., Deputies Ryan Deck and Charles Croft and then-Corporal Mark Celeste visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 156.**  The entry in the PSO Offender Notes database for the March 14, 2018, visit includes the following: "We made contact with Donnie's mom, Tammy Lynne Heliman [sic], who advised Donnie was not home. She was unable to provide any information about where he may be staying or any of his friends. She also advised he does not work right now."

**RESPONSE**

**REQUEST FOR ADMISSION 157.**  Body-worn camera footage for the March 14, 2018, visit shows that deputies walked around the yard and looked through the fence into the backyard.

**RESPONSE**

**REQUEST FOR ADMISSION 158.**  PSO CAD records reflect that, on March 14, 2018, at 6:15 p.m., Deputies Tiffany Bronson and K. Dalton visited 3229 Primrose Drive.

25

**RESPONSE**

**REQUEST FOR ADMISSION 159.**  PSO CAD records reflect that, on April 11, 2018, at 8:39 a.m., Deputy Ryan Cook, visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 160.**  The entry in the PSO Offender Notes database for the April 11, 2018, visit includes the following: "Tammy stated Donnie McDougall no longer resides at the aforementioned address. Tammy advised she saw Donnie on 04/10/2018, but would not state where she saw him. I asked if Donnie was working or in school, and she vaguely said, 'Kind of.' Tammy was unwilling to give any additional information regarding Donnie's whereabouts or activities."

**RESPONSE**

**REQUEST FOR ADMISSION 161.**  PSO CAD records reflect that, on May 23, 2018, at 3:23 p.m., Deputies Breanna Chandler and Bryan Fitschen visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 162.**  The entry in the PSO Offender Notes database for the May 23, 2018, visit includes the following: "I asked Tammy where Donnie is working and she did not know the name of the company he is working for. Tammy could not provide any further information."

**RESPONSE**

**REQUEST FOR ADMISSION 163.**  Body-worn camera footage for the July 25, 2018, visit shows that deputies walked up to and around the house and yard.

**RESPONSE**

**REQUEST FOR ADMISSION 164.**  PSO CAD records reflect that, on July 25, 2018, at 9:48 p.m., Deputies Dustin Riker and Breanna Chandler visited 3229 Primrose Drive to conduct a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 165.**  The entry in the PSO Offender Notes database for the May 23, 2018, visit includes the following: "Tammy stated Donnie was not at home that night and she had no idea where he is staying at and has not seen Donnie in a couple of weeks. Tammy said Donnie was staying out of trouble and is currently working at a Pizza place in Tarpon Springs (she did not know the name). Tammy had no further information to give me at that time."

**RESPONSE**

**REQUEST FOR ADMISSION 166.**  Body-worn camera footage for the July 25, 2018, visit shows that deputies looked through the fence into the backyard of the residence.

**RESPONSE**

**REQUEST FOR ADMISSION 167.**  PSO CAD records reflect that, on August 16, 2018, at 7:02 p.m., Deputy Leonard Schreiber visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 168.**  The entry in the PSO Offender Notes database for the August 16, 2018, visit includes the following: "I was questioned as to why the SO comes by to see Donnie. I advised Donnie had been identified as a prolific offender by the SO and we would check on him from time to time."

**RESPONSE**

**REQUEST FOR ADMISSION 169.**  PSO CAD records reflect that, on September 18, 2018, at 6:41 p.m., Deputies Thomas Garmon Jr., Paul Reagan, and Michael Reckmyer visited 3229 Primrose Drive to talk to Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 170.**  PSO Incident Report records reflect that, during the September 18, 2018, visit, when Tammy Heilman opened the screen door to let the PSO deputies inside, the screen door hit one of the deputies.

**RESPONSE**

**REQUEST FOR ADMISSION 171.**  At the time of the September 18, 2018, visit, Deputies Thomas Garmon Jr., Paul Reagan, and Michael Reckmyer were members of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 172.**  PSO Incident Report records reflect that, during the September 18, 2018, visit, PSO deputies arrested Tammy Heilman for "felony battery on a law enforcement officer" and for violating her probation.

**RESPONSE**

**REQUEST FOR ADMISSION 173.**  PSO CAD records reflect that, on September 26, 2018, at 4:56 p.m., Deputies Michael Reckmyer and K. Pearson visited 3229 Primrose Drive to contact someone.

**RESPONSE**

**REQUEST FOR ADMISSION 174.**  At the time of the September 26, 2018, visit, Deputies Michael Reckmyer and K. Pearson were members of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 175.**  PSO CAD records reflect that, on September 29, 2018, at 3:05 p.m., Deputy Taylor Grant visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 176.**  The "Notes" section of CAD report for the September 29, 2018, visit states that Deputy Grant "advised [Anthony McDougall] to contact the SO if he finds Donnie's current location otherwise deputies will continue making visits to the home looking for Donnie."

**RESPONSE**

**REQUEST FOR ADMISSION 177.**  In October 2018, PSO deputies stopped Anthony McDougall while he was out walking and asked him questions.

**RESPONSE**

**REQUEST FOR ADMISSION 178.**  PSO CAD records reflect that, on December 16, 2018, at 9:45 a.m., Deputies Ryan Cook and C. Valentine visited 3229 Primrose Drive to perform a prolific offender check on Donnie McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 179.**  PSO CAD records reflect that, on January 12, 2019, at 6:18 p.m., Deputy Chadwick Kimball visited 3229 Primrose Drive looking for one of Tammy Heilman's sons.

**RESPONSE**

**REQUEST FOR ADMISSION 180.**  PSO CAD records reflect that, on May 7, 2019, at 12:15 p.m., Deputy Tyler Brown visited 3229 Primrose Drive and arrested someone.

**RESPONSE**

**REQUEST FOR ADMISSION 181.**  PSO CAD records reflect that, on June 7, 2019, at 9:40 a.m., Deputy Peter Viggiano visited 3229 Primrose Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 182.**  PSO CAD records reflect that, on September 22, 2019, at 7:55 p.m., Deputies Daniel Coco and Manuel DeJesus visited 3229 Primrose Drive looking for Tyler McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 183.**  Body-worn camera footage for the September 22, 2019, visit shows that deputies asked Tammy Heilman questions about Donnie McDougall, including about where he was living and what kind of car he had.

**RESPONSE**

**REQUEST FOR ADMISSION 184.**  Body-worn camera footage for the September 22, 2019, visit shows that deputies told Tammy, "We don't enjoy bugging everybody, but we gotta find people and talk to them. This is how it has to be."

**RESPONSE**

**REQUEST FOR ADMISSION 185.**  At the time of the September 22, 2019, visit, Deputies Daniel Coco and Manuel DeJesus were members of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 186.**  PSO CAD records reflect that, on December 27, 2019, at 5:53 p.m., Deputies Daniel Coco and L. Rogers visited 3229 Primrose Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 187.**  At the time of the December 27, 2019, visit Deputies Daniel Coco and L. Rogers were members of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 188.**  On February 20, 2020, at 4:36 a.m., Deputy Chadwick Kimball arrested and then Baker-Acted Anthony McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 189.**  At the time of the February 20, 2020, visit Deputy Chadwick Kimball was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 190.**  Between June 2020 and October 2020, PSO deputies arrested Anthony McDougall after he was in a dispute with Jeffrey Zander.

**RESPONSE**

**REQUEST FOR ADMISSION 191.**  PSO CAD records reflect that, on August 9, 2020, at 3:35 p.m., Deputies Thomas Garmon and James Heisen visited 3229 Primrose Drive to perform a prolific offender check on Anthony McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 192.**  At the time of the August 9, 2020, visit, Deputies Thomas Garmon and James Heisen were members of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 193.**  PSO CAD records reflect that, on August 14, 2020, at 1:15 p.m., Deputy Chadwick Kimball visited 3229 Primrose Drive looking for Anthony McDougall.

**RESPONSE**

**REQUEST FOR ADMISSION 194.**  Body-worn camera footage of the August 14, 2020, visit shows that Deputy Kimball informed Tammy Heilman that he was there to "check up on Anthony."

**RESPONSE**

**REQUEST FOR ADMISSION 195.**  At the time of the August 14, 2020, visit, Deputy Chadwick Kimball was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 196.**  In October 2020, PSO deputies arrested Anthony McDougall for allegedly breaking into a garage.

**RESPONSE**

**REQUEST FOR ADMISSION 197.**  Tyler Paneson was first designated as a "prolific offender" by PSO in January 2017 and last designated as a "prolific offender" by PSO as of September 2021.

**RESPONSE**

31

**REQUEST FOR ADMISSION 198.** On October 14, 2017, PSO deputies evicted Tyler Paneson from 5907 Beverly Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 199.** During the October 14, 2017, visit, PSO deputies impounded the dog living at 5907 Beverly Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 200.** After PSO deputies left the house on October 14, 2017, personal property belonging to Darlene Deegan and stored at 5907 Beverly Drive was stolen on the same day.

**RESPONSE**

**REQUEST FOR ADMISSION 201.** PSO CAD records reflect that, on May 31, 2018, at 12:07 p.m., Deputy William F. Duncan visited 14137 Amanda Avenue looking for Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 202.** PSO CAD records reflect that, on June 5, 2018, at 3:14 p.m., Deputies Sharon Ioppolo, Andrey Damian, and James Dominguez visited 14137 Amanda Avenue looking for Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 203.** The entry in the PSO Offender Notes database for the June 5, 2018, visit includes the following: "Tyler resides in the mobile trailer behind his mother's residence on the property located at 14137 Amanda Ave which was confirmed by neighbors. I made contact at the residence with a white female, Denise Rohlfs, who informed me she was only there using the shower to bathe and was not really close with Tyler."

**RESPONSE**

**REQUEST FOR ADMISSION 204.** The entry in the PSO Offender Notes database for the June 5, 2018, visit includes the following: "The property at this address has many county ordinances and Cpl. Ojeda was notified."

32

**RESPONSE**

**REQUEST FOR ADMISSION 205.**  Between January 2018 and January 2021, then-Corporal P.J. Ojeda held the position of PSO Code Enforcement Corporal.

**RESPONSE**

**REQUEST FOR ADMISSION 206.**  PSO CAD records reflect that, on June 6, 2018, at 7:49 a.m., Deputy Jonathan Urling visited 14137 Amanda Avenue to perform a prolific offender check on Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 207.**  The entry in the PSO Offender Notes database for the June 6, 2018, visit includes the following: "I observed Tyler's mom leave the residence in her dark colored Lexus car. Using binoculars I looked into the car and saw only his mother inside. Later on Detective Pfenninger and I accessed the property by stepping over some fencing due to the front gate being locked. We attempted to make contact with Tyler at the trailer he lived in behind his mother's house, but was [sic] met with negative results. I attempted to make contact with someone inside of the residence, but that too was met with negative results."

**RESPONSE**

**REQUEST FOR ADMISSION 208.**  PSO CAD records reflect that, on June 6, 2018, at 8:34 a.m., Detective Pfenninger called then-Corporal P.J. Ojeda to 14137 Amanda Avenue.

**RESPONSE**

**REQUEST FOR ADMISSION 209.**  Body-worn camera footage for the June 6, 2018, visit shows that then-Corporal Ojeda walked around Darlene Deegan's yard without Deegan's consent and observed code violations. Then-Corporal Ojeda issued five code enforcement citations to Deegan: Accumulation of Debris, Permitted Use Violation, Polluted Water Discharge, Parking/Storing Commercial, and Standards for Numbering.

**RESPONSE**

**REQUEST FOR ADMISSION 210.**  Body-worn camera footage for the June 6, 2018, visit shows that then-Corporal Ojeda explained to Deegan that he was issuing code citations because Tyler Paneson was a "Top 5" offender.

**RESPONSE**

**REQUEST FOR ADMISSION 211.**  Body-worn camera footage for the June 6, 2018, visit shows that a deputy said, "maybe code enforcement stuff will stick."

**RESPONSE**

**REQUEST FOR ADMISSION 212.**  PSO CAD records reflect that, on June 6, 2018, at 11:34 a.m., after Darlene Deegan returned, she allowed PSO deputies— including Detective Eric Pfenninger and Deputy Kevin Stevenson—to walk onto the property again and look in the trailer. The deputies could not get the door to the trailer open and Deegan declined to let them break it down.

**RESPONSE**

**REQUEST FOR ADMISSION 213.**  PSO CAD records reflect that, on June 7, 2018, at 9:13 a.m., Detective Eric Pfenninger visited 14137 Amanda Avenue looking for Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 214.**  PSO CAD records reflect that, on June 7, 2018, at 11:23 a.m., Deputies Kip Mello, William Brooks, Timothy Ball, and Christopher Davilla visited 14137 Amanda Avenue looking for Tyler Paneson in the trailer behind the house.

**RESPONSE**

**REQUEST FOR ADMISSION 215.**  PSO CAD records reflect that, on June 8, 2018, at 10:13 a.m., Deputies Kip Mello, William Brooks, and Christopher Davilla visited 14137 Amanda Avenue looking for Tyler Paneson. Darlene Deegan would not let them search the trailer.

**RESPONSE**

**REQUEST FOR ADMISSION 216.** The "Notes" section of the CAD Report for the June 8, 2018, visit states that Deegan "was very uncooperative with providing any info."

**RESPONSE**

**REQUEST FOR ADMISSION 217.** Body-worn camera footage for the June 8, 2018, visit shows that the deputies told Deegan that it "doesn't matter" if Deegan's neighbors have the same code enforcement violations because her house was the focus. According to the body-worn camera footage, the deputies offered to "work with" Deegan on the code citations she was issued if she helped them find Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 218.** PSO CAD records reflect that, on June 9, 2018, at 12:05 a.m., Deputy Rocco Mauro visited 14137 Amanda Avenue looking for Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 219.** Body-worn camera footage for Deputy Rocco Mauro's June 9, 2018, visit shows that Deputy Mauro walked around the property line and shined flashlights into the house and the yard.

**RESPONSE**

**REQUEST FOR ADMISSION 220.** At the time of his June 9, 2018, visit, Deputy Rocco Mauro was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 221.** PSO CAD records reflect that, on June 9, 2018, at 12:05 a.m., Deputy Brian Jordan visited 14137 Amanda Avenue looking for Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 222.** At the time of his June 9, 2018, visit Deputy Brian Jordan was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 223.**  PSO CAD records reflect that, on June 9, 2018, at 7:00 a.m., Deputy Sharon Ioppolo conducted surveillance on 14137 Amanda Avenue.

**RESPONSE**

**REQUEST FOR ADMISSION 224.**  PSO CAD records reflect that, on June 11, 2018, at 6:09 a.m., Deputy Jonathan Urling visited 14137 Amanda Avenue to perform a prolific offender check on Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 225.**  PSO CAD records reflect that, on June 12, 2018, at 9:57 p.m., Deputies Steven Walker, Stephen Misener, and Joshua Wyatte visited 14137 Amanda Avenue to perform a prolific offender check on Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 226.**  Body-worn camera footage for the June 12, 2018, visit shows that the deputies walked around the house, observed code violations at 14137 Amanda Avenue, and said Darlene Deegan "hasn't been cooperative."

**RESPONSE**

**REQUEST FOR ADMISSION 227.**  PSO CAD records reflect that, on June 21, 2018, at 8:18 a.m., Deputy Ryan Jackson visited 14137 Amanda Avenue to perform a prolific offender check on Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 228.**  The entry in the PSO Offender Notes database for the June 21, 2018, visit includes the following: "Property fenced in with gate chained closed, to [sic] trespassing signs posted. Did not observe any activity within home. A black 4D sedan was backed up to the house."

**RESPONSE**

**REQUEST FOR ADMISSION 229.**  PSO CAD records reflect that, on June 23, 2018, at 2:59 a.m., Deputies Justin Lawless and Brian Sherrod visited 14137 Amanda Avenue to perform a prolific offender check on Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 230.**  Body-worn camera footage for the June 23, 2018, visit shows that one of the deputies said, "Last time I was here he'd just got out of jail." The other deputy responded, "10-4" and then asked, "Does he have PC right now or no? No."

**RESPONSE**

**REQUEST FOR ADMISSION 231.**  The entry in the PSO Offender Notes database for the June 23, 2018, visit includes the following: "The front gate was locked and no activity was observed at the residence."

**RESPONSE**

**REQUEST FOR ADMISSION 232.**  PSO CAD records reflect that, on July 2, 2018, at 10:30 p.m., Deputy Donald Cooper visited 14137 Amanda Avenue to perform a prolific offender check on Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 233.**  PSO CAD records reflect that, on August 8, 2018, at 3:33 a.m., Deputy Stephen Misener visited 14137 Amanda Avenue to perform a prolific offender check on Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 234.**  PSO CAD records reflect that, on September 8, 2018, at 10:37 p.m., Deputy Stephen Misener visited 14137 Amanda Avenue to perform a prolific offender check on Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 235.**  Tyler Paneson was in jail at the time of the September 8, 2018, visit.

**RESPONSE**

**REQUEST FOR ADMISSION 236.**  PSO CAD records reflect that, on March 7, 2019, at 1:05 p.m., Detective Eric Pfenninger visited 14137 Amanda Avenue looking for Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 237.**  On March 12, 2019, at 2:27 a.m., PSO deputies visited 14137 Amanda Avenue and walked around in the back yard.

**RESPONSE**

**REQUEST FOR ADMISSION 238.**  PSO CAD records reflect that, on March 12, 2019, at 8:50 a.m., Detective Eric Pfenninger visited 14137 Amanda Avenue looking for Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 239.**  On March 13, 2019, a PSO deputy visited 14137 Amanda Avenue and walked around in the back yard.

**RESPONSE**

**REQUEST FOR ADMISSION 240.**  PSO CAD records reflect that, on March 21, 2019, Detective Eric Pfenninger visited 14137 Amanda Avenue looking for Tyler Paneson.

**RESPONSE**

**REQUEST FOR ADMISSION 241.**  On March 24, 2019, a PSO deputy visited 14137 Amanda Avenue and walked around in the back yard.

**RESPONSE**

**REQUEST FOR ADMISSION 242.**  PSO CAD records reflect that, on April 17, 2019, at 10:11 a.m., Detective Eric Pfenninger visited 14137 Amanda Avenue. He honked his horn, ran his siren, and then drove away when he did not get a response.

**RESPONSE**

**REQUEST FOR ADMISSION 243.**  PSO CAD records reflect that, on June 27, 2019, at 1:05 p.m., Darlene Deegan called PSO to 14137 Amanda Avenue because of a dispute with her neighbor.

**RESPONSE**

**REQUEST FOR ADMISSION 244.**  During the June 27, 2019, visit, Deputy Michael MacDougall wrote Deegan a code enforcement citation for "Land Overgrown Conditions."

**RESPONSE**

**REQUEST FOR ADMISSION 245.**  PSO CAD records reflect that, on October 25, 2021, at 11:34 a.m., PSO deputies were called to 14137 Amanda Avenue concerning Dolly Deegan's truck.

**RESPONSE**

**REQUEST FOR ADMISSION 246.**  Body-worn camera footage for the October 25, 2021, visit shows that a deputy told Deegan that she had to trim the landscape tree by her mailbox because, according to the deputy, it was blocking the numbers. The Deputy told Deegan, "You've been cited for that before, right? 'Yes' is the correct answer."

**RESPONSE**

**REQUEST  FOR  ADMISSION  247.**   Robert "Bobby" Jones IV was first designated as a "prolific offender" or "Top 5 offender" by PSO in September 2015 and last designated as a "prolific offender" by PSO as of March 2017.

**RESPONSE**

**REQUEST FOR ADMISSION 248.**  Between June 1, 2015, and April 1, 2016, Deputy Joshua Yungaitis was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 249.**  Between June 1, 2015, and April 1, 2016, Corporal Royce Rodgers was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 250.**  Between June 1, 2015, and April 1, 2016, then-Corporal Mark Celeste was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 251.**  Between June 1, 2015, and April 1, 2016, Corporal Hans Bollenbacher was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 252.**  PSO CAD records reflect that, on June 2, 2015, at 9:01 p.m., Deputy Joshua Yungaitis visited 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 253.**  PSO CAD records reflect that, on June 18, 2015, at 4:30 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 254.**  PSO's tip database reflects a tip, entered on July 2, 2015, that "Robert Jones (aka Bobby) who lives on Headsail Dr. and is currently on an ankle monitor, is confirmed to be a new associate" of Nicholas Surace, a prolific offender at the time.

**RESPONSE**

**REQUEST FOR ADMISSION 255.**  PSO CAD records reflect that, on August 5, 2015, at 10:53 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 256.**  PSO CAD records reflect that, on August 7, 2015, at 11:11 p.m., Corporal Royce Rodgers performed a "directed patrol" at 3810 Headsail Drive and attempted to contact Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 257.**  PSO CAD records reflect that, on August 13, 2015, at 9:11 p.m., Corporal Royce Rodgers performed a "directed patrol" at 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 258.**  PSO CAD records reflect that, on September 2, 2015, at 10:45 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 259.**  PSO CAD records reflect that, on September 16, 2015, at 11:54 p.m., Deputy Joshua Yungaitis visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 260.**  PSO CAD records reflect that, on September 21, 2015, at 7:36 p.m., Deputy Clifford Williams visited 3810 Headsail Drive looking for Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 261.**  On September 21, 2015, Deputy Ryan Shadrick visited 3810 Headsail Drive looking for Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 262.**  PSO CAD records reflect that, on September 22, 2015, at 10:07 p.m., Deputies Clifford Williams, M. Myers, Ryan Shadrick, and Andrew Miller visited 3810 Headsail Drive looking for Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 263.**  Body-worn camera footage for the September 22, 2015, visit shows that Deputies Williams, Myers, Shadrick, and

Miller searched Bobby Jones' room after Robert A. Jones III gave them permission to search it.

**RESPONSE**

**REQUEST FOR ADMISSION 264.**  Undated body-worn camera footage shows that PSO deputies returned to 3810 Headsail Drive a few days after the September 22, 2015, visit to arrest Bobby Jones for possession of marijuana.

**RESPONSE**

**REQUEST FOR ADMISSION 265.**  PSO CAD records reflect that, on September 26, 2015, at 12:35 a.m., then-Corporal Mark Celeste visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 266.**  PSO CAD records reflect that, on September 28, 2015, at 2:12 p.m., Deputy Clifford Williams visited 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 267.**  PSO CAD records reflect that, on September 30, 2015, at 10:06 p.m., Corporal Royce Rodgers performed a "directed patrol" at 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 268.**  PSO CAD records reflect that, on October 9, 2015, at 6:47 p.m., then-Corporal Mark Celeste visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 269.**  PSO CAD records reflect that, on October 12, 2015, at 8:59 p.m., Deputy Michael Shoup visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 270.** PSO CAD records reflect that, on October 12, 2015, at 11:06 p.m., Deputy Joshua Yungaitis visited 3810 Headsail Drive looking for Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 271.** PSO CAD records reflect that, on October 20, 2015, at 8:30 p.m., then-Corporal Mark Celeste visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 272.** PSO CAD records reflect that, on October 22, 2015, at 4:26 p.m., at least one PSO deputy visited 3810 Headsail Drive looking for Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 273.** PSO CAD records reflect that, on November 13, 2015, at 10:57 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 274.** PSO CAD records reflect that, on November 14, 2015, at 1:42 a.m., Corporal Hans Bollenbacher visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 275.** PSO CAD records reflect that, on December 11, 2015, at 7:05 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 276.** PSO CAD records reflect that, on December 21, 2015, at 9:07 p.m., Corporal Royce Rodgers and Deputy James Collins visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 277.**  PSO CAD records reflect that, on December 22, 2015, at 7:33 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 278.**  PSO CAD records reflect that, on December 23, 2015, at 3:14 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 279.**  PSO CAD records reflect that, on December 23, 2015, at 9:46 p.m., Corporal Hans Bollenbacher visited 3810 Headsail Drive looking for Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 280.**  PSO CAD records reflect that, on December 26, 2015, at 12:14 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 281.**  PSO CAD records reflect that, on December 26, 2015, at 8:29 p.m., Corporal Royce Rodgers, Corporal Hans Bollenbacher, and Detectives Peterson, Joshua Yungaitis, and James Collins visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 282.**  Body-worn camera footage from the December 26, 2015, visit shows that PSO deputies walked around the house and looked in the windows.

**RESPONSE**

**REQUEST FOR ADMISSION 283.** PSO Incident Report records reflect that, during the December 26, 2015, visit, PSO deputies wrote Robert A. Jones III two code citations for "Co. Land Dev. Code – Parking/storing Recreational Vehicles".

**RESPONSE**

**REQUEST FOR ADMISSION 284.** PSO Incident Report records reflect that, during the December 26, 2015, PSO deputies arrested Robert A. Jones III for "resist officer, obstructing without violence" and "contributing to the delinquency of a minor."

**RESPONSE**

**REQUEST FOR ADMISSION 285.** PSO CAD records reflect that, on December 29, 2015, at 4:30 p.m., Deputy James Collins visited 3810 Headsail Drive looking for Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 286.** PSO CAD records reflect that, on December 29, 2015, at 9:46 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 287.** PSO CAD records reflect that, on December 30, 2015, at 5:32 p.m., Deputy Raymond Williamson visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 288.** PSO CAD records reflect that, on December 30, 2015, two STAR officers in unmarked cars conducted surveillance of 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 289.** PSO CAD records reflect that, on December 31, 2015, at 11:34 a.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 290.**  PSO CAD records reflect that, on December 31, 2015, at 4:07 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 291.**  PSO CAD records reflect that, on December 31, 2015, at 7:41 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 292.**  The "Notes" section in the CAD Report for the 7:41 p.m. visit on December 31, 2015, visit includes the following: "Upon arrival I could see Bobby III and a teenage female inside the home. Once they saw me, they shut off all the lights and refused to come to the door. We banged on the doors and windows but they would not answer and would not come out."

**RESPONSE**

**REQUEST FOR ADMISSION 293.**  PSO CAD records reflect that, on January 3, 2016, at 9:29 p.m., Deputy John Otero visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 294.**  The "Notes" section in the CAD Report for the January 3, 2016, visit includes the following: "[O]bserved two kids walking around in front[] of the sliding glass door at the front of the house. Did not observe offender Bobby Jones or his father."

**RESPONSE**

**REQUEST FOR ADMISSION 295.**  PSO CAD records reflect that, on January 4, 2016, at 4:02 p.m., Corporal Royce Rodgers visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 296.**  PSO CAD records reflect that, on January 4, 2016, at 4:23 p.m., Deputy James Collins and Corporal Royce Rodgers "conducted surveillance" on 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 297.**  PSO Incident Report records reflect that, during the 4:23 p.m. visit on January 4, 2016, Deputy James Collins and Corporal Royce Rodgers arrested Robert A. Jones III for failure to appear for a code citation.

**RESPONSE**

**REQUEST FOR ADMISSION 298.**  PSO CAD records reflect that, on February 10, 2016, at 7:40 p.m., Deputy Charles Sekeres visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 299.**  PSO CAD records reflect that, on February 14, 2016, at 6:39 a.m., Deputy Spencer Holcomb visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 300.**  The "Notes" section in the CAD report for the February 14, 2016, visit includes the following: "Prior dealing with Robert's father, Robert Jones . . . had showed his disdain for law enforcement and highly likely he was inside, ignoring our presence."

**RESPONSE**

**REQUEST FOR ADMISSION 301.**  PSO CAD records reflect that, on February 17, 2016, at 1:44 p.m., Deputy James Collins visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 302.** PSO CAD records reflect that, on February 24, 2016, at 2:11 p.m., Corporal Hans Bollenbacher visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 303.** PSO CAD records reflect that, on February 29, 2016, at 4:51 p.m., then-Corporal Andrew Denbo visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 304.** At the time of the February 29, 2016, visit then-Corporal Andrew Denbo was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 305.** PSO CAD records reflect that, on March 1, 2016, at 1:45 a.m., Deputy Zachary Dendler visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones and conduct surveillance.

**RESPONSE**

**REQUEST FOR ADMISSION 306.** PSO CAD records reflect that, on March 4, 2016, at 3:02 p.m., Corporal Hans Bollenbacher visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 307.** PSO CAD records reflect that, on March 4, 2016, at 8:33 p.m., Deputy Paul Reagan visited 3810 Headsail Drive looking for "Robert Jones."

**RESPONSE**

**REQUEST FOR ADMISSION 308.** PSO CAD records reflect that, on March 5, 2016, at 5:29 p.m., Deputy Paul Reagan visited 3810 Headsail Drive looking for Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 309.**  PSO CAD records reflect that, on March 8, 2016, at 5:32 p.m., Deputy Paul Reagan visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 310.**  Between March 1, 2016, and April 1, 2016, Deputy Paul Reagan was a member of the STAR team.

**RESPONSE**

**REQUEST FOR ADMISSION 311.**  PSO CAD records reflect that, on March 8, 2016, at 6:24 p.m., Corporal Hans Bollenbacher visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 312.**  PSO CAD records reflect that, on March 8, 2016, at 11:02 p.m., Deputy Tomas Z. Zielinski visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 313.**  PSO CAD records reflect that, on March 15, 2016, at 5:53 p.m., Corporal Hans Bollenbacher visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 314.**  PSO CAD records reflect that, on March 15, 2016, at 9:42 p.m., Corporal Hans Bollenbacher visited 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 315.**  PSO CAD records reflect that, on March 16, 2016, at 1:43 a.m., Deputy David Murphy visited 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 316.**  PSO CAD records reflect that, on March 22, 2016, at 3:26 p.m., Deputy Bryan Hromalik visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 317.**  PSO CAD records reflect that,on March 28, 2016, then-Corporal Mark Celeste, Corporal Hans Bollenbacher, and other PSO deputies visited 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 318.**  Body-worn camera footage from the March 28, 2016, visit shows that PSO deputies asked Bobby Jones questions including whether he knew "who did it" and whether Robert A. Jones III knew "who did it." Bobby Jones told PSO deputies that both he and Robert A. Jones III knew "who it is," but he didn't tell the deputies the name. The PSO deputy questioning Bobby Jones said, "Listen to me Bobby, listen to me. Me and you are going to work something out."

**RESPONSE**

**REQUEST FOR ADMISSION 319.**  Body-worn camera footage from the March 28, 2016, visit shows that while PSO deputies were questioning Bobby Jones, then-Corporal Mark Celeste began walking around the house and yard taking pictures of code violations.

**RESPONSE**

**REQUEST FOR ADMISSION 320.**  Body-worn camera footage from the March 28, 2016, visit shows that after PSO deputies questioned Bobby Jones and then-Corporal Mark Celeste took pictures of the code violations, the PSO deputy that spoke with Bobby Jones told a group of PSO deputies that, "I told him if, if they give us 100% information, if it all turns out to be true . . . that's when we maybe, maybe won't write the [code citations]."

**RESPONSE**

**REQUEST FOR ADMISSION 321.**  PSO Incident Report records reflect that, during the March 28, 2016, visit, then-Corporal Mark Celeste issued Robert A.

Jones III code citations for "Co Ord.- Standards For Numbering," "Co Ord- Land Overgrown Conditions," and "Co Land Dev. Code – Parking/storing Recreational Vehicles" and gave the citations to Bobby Jones.

**RESPONSE**

**REQUEST FOR ADMISSION 322.**  PSO CAD records reflect that, on March 29, 2016, at 12:11 a.m., Deputy Clifford Williamson performed a "trash pull" at 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 323.**  PSO CAD records reflect that, on March 29, 2016, at 1:12 a.m., Deputy Clifford Williamson, Corporal Hans Bollenbacher, Deputy Paul Reagan, and then-Corporal Mark Celeste executed a search warrant at 3810 Headsail Drive.

**RESPONSE**

**REQUEST FOR ADMISSION 324.**  PSO Incident Report records reflect that, when the PSO deputies executed the search warrant on March 29, 2016, at 3810 Headsail Drive, the deputies seized personal property belonging to Robert A. Jones III and his family members.

**RESPONSE**

**REQUEST FOR ADMISSION 325.**  Some of the personal property that PSO deputies seized during the March 29, 2016, visit was never returned.

**RESPONSE**

**REQUEST FOR ADMISSION 326.**  PSO Incident Report records reflect that during the March 29, 2016, visit, at 12:02 p.m., PSO deputies arrested Robert A. Jones III for "marijuana – possess 20 grams or less" and "child neglect, no/minor injury".

**RESPONSE**

**REQUEST FOR ADMISSION 327.** PSO CAD records reflect that, on May 3, 2016, at 1:25 a.m., Deputy Christopher Hammelman visited 3810 Headsail Drive to perform a prolific offender check on Bobby Jones.

**RESPONSE**

Dated: March 18, 2022.          Respectfully submitted,

/s/ Ari S. Bargil
Ari S. Bargil (FL Bar No. 71454)
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
abargil@ij.org

Joshua A. House (CA Bar No. 284856)*
Caroline Grace Brothers (DC Bar No. 1656094)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel.: (703) 682-9320
Fax: (703) 682-9321
jhouse@ij.org
cgbrothers@ij.org

Robert E. Johnson (OH Bar No. 0098498)*
INSTITUTE FOR JUSTICE
16781 Chagrin Boulevard, Suite 256
Shaker Heights, OH  44120
Tel.: (703) 682-9320
Fax: (703) 682-9321
rjohnson@ij.org

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2022, a true and correct copy of the foregoing document was served via electronic mail to the following counsel of record:

Thomas W. Poulton
poulton@debevoisepoulton.com

Jeffrey K. Grant
grant@debevoisepoulton.com

Erin M. Tueche
tueche@debevoisepoulton.com

Robert D. Holborn, II
holborn@debevoisepoulton.com

DEBEVOISE & POULTON, PA
1035 S Semoran Blvd, Suite 1010
Winter Park, FL 32792-5512

/s/ Ari S. Bargil