| | |
|---|---|
| **From:** | Bodner, Susan |
| **To:** | Robert Holborn |
| **Cc:** | Public Records Request |
| **Subject:** | Subpoena for records to Dept. of Juvenile Justice Case No. 8:21-cv-555-SDM-CPT |
| **Date:** | Friday, March 18, 2022 6:29:37 PM |
| **Attachments:** | Subpoena for youth records 3.16.22 from DP Law Firm.pdf |

Good evening,

The Department of Juvenile Justice received the attached subpoenas via mail on March 16, 2022. According to the subpoenas, you are requesting records for five individuals by March 25th. There was on release attached for Dalanea Taylor's records. Youth records are confidential pursuant to s. 985.04, F.S. In order to release the other four youth's records to you, we require releases (such as the one you sent for D.T.), court orders authorizing DJJ to release records to you for each of the other four youth named in your subpoenas, or notices of production from non-party and corresponding certificates of non-objection to the release of records for each youth from their respective attorneys. In addition, we are requesting an extension of each subpoena until April 25, 2022.

Thank you,

*Susan K. Bodner, Esquire*
*Assistant General Counsel*
*Department of Juvenile Justice*
*Office of the General Counsel*
*2737 Centerview Drive, Suite 3200*
*Tallahassee, Florida 32399-3100*
*Phone: (850) 717-2447*
*Fax: (850) 921-4159*
*Email: susan.bodner@djj.state.fl.us*