| | |
|---|---|
| **From:** | Gay, Debbie |
| **To:** | Robert Holborn |
| **Cc:** | Williams, David |
| **Subject:** | CONFIDENTIAL Re: Taylor request |
| **Date:** | Thursday, March 17, 2022 12:17:49 PM |

Attorney Robert D. Holborn II,

The Office of Nikki Alvarez-Sowles, Pasco County Clerk & Comptroller is in receipt of your copy of a Subpoena for all records pertaining to Donnie Allen McDougall, Anthony McDougall, and Tyler Paneson. Please be advised that our office may comply to sending all records except for any Juvenile Records under F.S. 985.04(1) or any confidential records without a court order directing us to do so.

Sincerely,
Debbie Gay
Records & Support Services Director
Deputy Clerk

**Office of Nikki Alvarez-Sowles, Esq.**
**Pasco County Clerk & Comptroller**
8731 Citizens Drive, Suite 220
New Port Richey, FL 34654
(727) 847-2411 Ext. 2555
Cell (727) 422-7884
dgay@pascoclerk.com