UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    Plaintiffs,

v.                              CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    Defendant,
_____/

**JOINT STATUS REPORT**

Plaintiffs and Defendant, by and through undersigned counsel and pursuant to the Court's Order of May 27, 2021 (Dkt. 29), hereby provide the Court with a status report concerning the progress of discovery.

Following the previous status conference on March 8, the parties have continued to make progress with both document discovery, depositions, and expert disclosures. Defendant has continued to disclose additional documents in response to Plaintiffs' discovery requests and has produced an additional round of body-worn camera footage. Defendant has taken the deposition of one of Plaintiffs' experts, David Kennedy, and set the deposition of Plaintiffs' second expert, Michael Carrasco, for April 12. In addition, Defendant has taken the depositions of two plaintiffs, Darlene Deegan and Tammy Heilman. (Defendant's deposition of Dalanea Taylor was postponed for medical reasons; the parties have agreed to reset that deposition as soon as is practicable for both the parties and Ms. Taylor.) Defendant has also disclosed two experts, and the parties are scheduling depositions for those witnesses. Plaintiffs' experts will serve supplemental reports responding to Defendants' experts prior to the deadline for rebuttal witness disclosures. All the while, the parties are making necessary arrangements in advance of the upcoming court-imposed mediation on April 23.

As Defendant's counsel indicated in the previous status conference, Defendant has subpoenaed the juvenile records of two of Plaintiff Heilman's

children, Donnie and Anthony McDougall, as well as Plaintiff Jones' son, Robert Jones IV. Plaintiffs take no position on that motion. Defendant has also filed a motion for a protective order with respect to a set of Requests for Admission that were served by Plaintiffs on March 18. Plaintiffs will address the substance of that motion in their response.

    Finally, there are at least two other matters that remain unresolved. First, as Plaintiffs understand it, there exists a PSO document that describes the policy—or "directive"—for conducting prolific offender checks. The parties' counsel have corresponded back and forth regarding the production of this document. The parties are working on a confidentiality agreement as to that document and Defendant's counsel expects to provide a draft of same to Plaintiffs' counsel prior to this status conference. Second, as this case approaches summary judgment and potentially trial, it bears mentioning that Defendant has not yet filed an answer in this case. Defendant's counsel has indicated an intent to move the Court for leave to file a partial answer while Defendant's motion to dismiss (as to Count V) remains pending. The Plaintiffs have not seen a draft of the motion or the partial answer, and therefore the parties cannot advise the Court whether Defendant's expected motion will be opposed or unopposed at this time.

March 30, 2022.

/s/ Thomas W. Poulton
THOMAS W. POULTON, ESQ.
Florida Bar No.: 0083798
poulton@debevoisepoulton.com

JEFFREY K. GRANT, ESQ.
Florida Bar No.: 0091197
grant@debevoisepoulton.com

DeBEVOISE & POULTON, P.A.
1035 S. Semoran Blvd., Suite 1010
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
*Attorneys for Defendant*

Respectfully submitted,

/s/ Ari S. Bargil
Ari S. Bargil (FL Bar No. 71454)
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
abargil@ij.org

Joshua A. House (CA Bar No. 284856)*
Caroline Grace Brothers (DC Bar No. 1656094)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel.: (703) 682-9320
Fax: (703) 682-9321
jhouse@ij.org
cgbrothers@ij.org

Robert E. Johnson (OH Bar No. 0098498)*
INSTITUTE FOR JUSTICE
16781 Chagrin Boulevard, Suite 256
Shaker Heights, OH 44120
Tel.: (703) 682-9320
Fax: (703) 682-9321
rjohnson@ij.org

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

<u>/s/ Ari S. Bargil</u>