# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

        Plaintiffs,

v.                              CASE NO.:  8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

        Defendant,
_____/

## ORDER ON DEFENDANT SHERIFF'S
## MOTION TO ORDER RELEASE OF RECORDS

Presently before the Court is Defendant Sheriff's Motion to Order Release of Records. (Dkt. 78). The Court heard from parties during the quarterly hearing on April 5, 2022, and then issued an Order directing Defendant to file a supplemental memorandum of law and an order with proposed language. (Dkt. 83). Defendant then filed his Supplemental Memorandum with Proposed Order on April 12, 2022. (Dkt. 86). The Court having reviewed the Defendant's motion, memorandum, and proposed Order, and after considering arguments from the parties, thereby enters the following Order:

**IT IS THEREFORE ORDERED** as follows:

TO:  Records Custodian

Pasco County Clerk of Courts

38053 Live Oak Avenue,

Dade City, Florida 33523-3805

You are hereby authorized, directed, and ordered pursuant to Florida Statutes §985.04(1)(b), to provide a copy of all records as indicated in the subpoenas sent to you by the Defendant Sheriff in this matter for records related to Anthony McDougall, Donnie McDougall, and Robert Jones IV. You are directed to provide all records in your possession EXCEPT for records of medical or mental health evaluations, medical or mental health treatment, and residential placement to:

DeBevoise & Poulton, P.A.

Suite 1010

1035 South Semoran Boulevard

Winter Park, Florida 32792

(407)673-5000

holborn@debevoisepoulton.com

TO:   Records Custodian
Department of Juvenile Justice
2737 Centerview Drive, Suite 3200
Tallahassee, Florida 32399

You are hereby authorized, directed, and ordered pursuant to Florida Statutes §985.04(1)(b), to provide a copy of all records as indicated in the subpoenas sent to you by the Defendant Sheriff in this matter for records related to Anthony McDougall, Donnie McDougall, and Robert Jones IV. You are directed to provide all records in your possession EXCEPT for records of medical or mental health evaluations, medical or mental health treatment, and residential placement to:

DeBevoise & Poulton, P.A.
Suite 1010
1035 South Semoran Boulevard
Winter Park, Florida 32792
(407)673-5000
holborn@debevoisepoulton.com

**IT IS FURTHER ORDERED** that Defendant Sheriff will promptly provide a copy to Plaintiffs of all documents received pursuant to this Order.

DONE and ORDERED in Tampa, Florida, on _____, 2022.

                        **Christopher P. Tuite**
                     United States Magistrate Judge

Copies furnished to:

Counsel of Record