UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    Plaintiffs,

v.    CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    Defendant,
_____/

**JOINT STATUS REPORT**

Plaintiffs and Defendant, by and through undersigned counsel and pursuant to the Court's Order of May 27, 2021 (Dkt. 29), hereby provide the Court with a status report concerning the progress of discovery.

Today is the last day of discovery, and, with a few exceptions noted below, the parties at this time have wrapped up discovery. The parties have taken numerous depositions, including of the Plaintiffs, of various employees of Defendant, and of both sides' expert witnesses. The parties have also engaged in voluminous document discovery. By the agreement of the parties, some further discovery remains to be completed with respect to the following matters:

- Defendant has not yet provided responses to Plaintiffs' Seventh Set of Requests for Production of Documents. Plaintiffs have agreed to provide Defendant with until April 22 to produce documents in response to that request.

- As set out in the stipulation filed on April 15, the Defendant also has not yet provided responses to Plaintiffs' Second Set of Requests for Admission. Plaintiffs have agreed to provide Defendant until May 9, 2022 to provide responses to those requests (excepting the requests pertaining to body-worn camera footage, which the parties agree do not require a response).

- Plaintiff will be serving rebuttal expert reports on Defendant today. Should those rebuttal reports raise issues that Defendant wishes to explore, Plaintiff has agreed to allow Defendant to take out-of-time depositions of Plaintiffs' experts.

- Defendant has not yet taken the deposition of Plaintiff Dalanea Taylor, as that deposition has been delayed due to medical concerns. The parties have agreed that this deposition may go forward after the close of discovery, as medical considerations allow.

- Defendant has a pending motion seeking a court order to require the production of court records pursuant to third-party subpoenas. Defendant has agreed to provide Plaintiffs with copies of all documents that are produced pursuant to these third-party subpoenas.

- Defendant is finalizing his review of potentially relevant emails in this case. Defendant does not expect for this review to result in any additional production, but, if the review does uncover responsive documents they will be produced. Defendant expects to produce any final documents on or about May 9, 2022.

Other than those limited matters, discovery in this case has now concluded and the parties will now shift their focus to prepare the case for summary judgment. Some documents in this case have been produced pursuant to a confidentiality agreement, and Plaintiff may be identifying documents to Defendant that require redaction prior to their introduction into the summary judgment record. The parties will also continue to discuss whether there are any facts that can be agreed to by stipulation.

| | |
|---|---|
| April 18, 2022. | Respectfully submitted, |
| /s/ Thomas W. Poulton<br>THOMAS W. POULTON, ESQ.<br>Florida Bar No.: 0083798<br>poulton@debevoisepoulton.com | /s/ Ari S. Bargil<br>Ari S. Bargil (FL Bar No. 71454)<br>INSTITUTE FOR JUSTICE<br>2 S. Biscayne Boulevard, Suite 3180<br>Miami, FL 33131<br>Tel: (305) 721-1600<br>Fax: (305) 721-1601<br>abargil@ij.org |
| JEFFREY K. GRANT, ESQ.<br>Florida Bar No.: 0091197<br>grant@debevoisepoulton.com | |
| DeBEVOISE & POULTON, P.A.<br>1035 S. Semoran Blvd., Suite 1010<br>Winter Park, Florida 32792<br>Telephone: 407-673-5000<br>Facsimile: 321-203-4304<br>*Attorneys for Defendant* | Joshua A. House (CA Bar No. 284856)*<br>Caroline Grace Brothers (DC Bar No. 1656094)*<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>jhouse@ij.org<br>cgbrothers@ij.org |
| | Robert E. Johnson (OH Bar No. 0098498)*<br>INSTITUTE FOR JUSTICE<br>16781 Chagrin Boulevard, Suite 256<br>Shaker Heights, OH 44120<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>rjohnson@ij.org |
| | *Admitted *Pro Hac Vice*<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Ari S. Bargil