UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR, et al.,

    Plaintiffs,

v.       CASE NO. 8:21-cv-555-SDM-CPT

CHRIS NOCCO,

    Defendant.
_____/

## MEDIATION REPORT

In accord with the mediation order, a mediation occurred on _____April 20_____, 20_22_.

(a) The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation, and each possessed the requisite settlement authority:

- **X**   All individual parties and their respective trial counsel.*The sole exception was Plaintiff, Dalanea Taylor, who was unable to attend due to the fact that she is confined to her home upon physician's instructions due to illness.
- ___   Designated corporate representatives.
- **X**   Required claims professionals.

(b) The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:  None.

(c) The result of the mediation:

___ <u>The action completely settled</u>. Lead counsel must notify the court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the mediator.

Comments:

___ <u>The action partially resolved</u>. Lead counsel must file within ten days a joint stipulation resolving the settled claims. The following issues remain:

Comments:

___ <u>The action neither settled nor failed to settle</u>.

Comments:

    __X__    <u>The parties failed to settle</u>.

        Comments:  At the conclusion of the mediation conference, the Mediator declared an impasse.

Reported on __April 28__, 20__22__, in __Jacksonville__, Florida.

/s/ Dana G. Bradford, II
_____
Signature of Mediator

Dana G. Bradford, II
_____
Name (PRINTED) of Mediator

Smith, Gambrell & Russell, LLP
_____
50 N. Laura St., Suite 2600
_____
Jacksonville, FL 32202
_____
904-598-6103
_____
Mediator's Mailing Address and Telephone Number

Cc:  Counsel of Record and Unrepresented Parties