UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

        Plaintiffs,

v.                                CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

        Defendant.
_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER (DKT. 96) BY DEFENDANT SHERIFF NOCCO

Pursuant to the Court's Order (Dkt. 96), Defendant has secured the attendance of representatives of the Florida Department of Juvenile Justice and the Pasco County Clerk and Comptroller for the hearing scheduled for May 10, 2022. Below is the contact information for the representatives.

1.     Susan Bodner, Esquire
       Florida Department of Juvenile Justice
       *susan.bodner@djj.state.fl.us*
       850-717-2447

2.     Stacey Osborne (on behalf of Debbie Gay)
       Pasco County Clerk and Comptroller
       *sosborne@pascoclerk.com*
       727-847-2411 x7813

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Ari S. Bargil, Esquire** (*abargil@ij.org*), Institute For Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, Florida 33131; **Joshua A. House, Esquire** (*jhouse@ij.org*) and **Caroline Grace Brothers, Esquire** (*cgbrothers@ij.org*), Institute For Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203; and **Robert E. Johnson, Esquire** (*rjohnson@ij.org*), Institute For Justice, 16781 Chagrin Boulevard, Suite 256, Shaker Heights, Ohio 44120.

      *s/ Robert D. Holborn, II*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 0083798
Email: *poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 0091197
Email: *grant@debevoisepoulton.com*
ERIN M. TUECHE, ESQ.
Florida Bar No.: 0045104
Email: *tueche@debevoisepoulton.com*
ROBERT D. HOLBORN, II, ESQ.
Florida Bar No.: 0044186
Email: *holborn@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
Attorneys for Defendant Sheriff Nocco