**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DALANEA TAYLOR et al

-vs-                                                    Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO

**CLERK'S MINUTES**
Proceeding: Status Conference
*Zoom videoconference*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: May 10, 2022 |
| Deputy Clerk: Ashley Sanders | Time: 11:04 a.m. |
| Law Clerk: Wilma Metcalf | Recess: 11:54 a.m. |
| Court Reporter: Digital | Total Time: 50 mins |

Counsel for Plaintiff: Robert Johnson, Ari Bargil and Caroline Grace Brothers
Counsel for Defendant: Thomas Poulton and Robert Holborn

Court calls case and counsel enters appearances. Also in attendance is Stacy Osborne from the Pasco County Clerk's Office and Susan Bodner from Florida Department of Juvenile Justice.

Court discusses release of juvenile records.

Court discusses status report.

Court sets hearing for 11:00 on May 23rd.

Recess.