UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    Plaintiffs,

v.                                  CASE NO.:  8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    Defendant,
_____/

**JOINT STATUS REPORT**

Plaintiffs and Defendant, by and through undersigned counsel and pursuant to the Court's Order of May 27, 2021 (Dkt. 29), hereby provide the Court with a status report concerning the progress of discovery.

Discovery is now closed, but the parties have agreed to carry a few matters forward past the discovery period. Two of those matters have now been resolved. Defendant served responses to Plaintiffs' Second Set of Requests for Admission, and Defendant also has now taken the deposition of Plaintiff Dalanea Taylor. With respect to the other outstanding matters:

- Defendant responded to Plaintiffs' Seventh Set of Requests for Production of Documents on the agreed date of April 22 but has not yet produced all documents responsive to that request. The outstanding production on these requests falls in two broad categories: (1) information on when (and if) Anthony McDougall was listed as a prolific offender; and (2) emails to a particular Pasco County code enforcement officer concerning Robert Jones's residence. Defendant has produced documents in response to the first category, but those documents are password-protected, and Defendant is working to produce the documents in a form that Plaintiffs can access. With respect to the second category, Defendant ran an initial search for responsive documents that turned up thousands of results, and Defendant is working to determine whether it is possible to develop more targeted search terms. Plaintiffs believe it is highly

unlikely that thousands of responsive emails exist, but, if they do, then Plaintiffs take the position that they ought to be produced.

- Defendant has a pending motion seeking a court order to require the production of court records pursuant to third-party subpoenas. Defendant has agreed to provide Plaintiffs with copies of all documents that are produced pursuant to these third-party subpoenas.

- Defendant is still finalizing his review of potentially relevant emails in this case. Defendant does not expect for this review to result in any additional production, but, if the review does uncover responsive documents they will be produced.

Other than those limited matters, discovery in this case has now concluded and the parties have shifted their focus to prepare the case for summary judgment. Some documents in this case have been produced pursuant to a confidentiality agreement, and Plaintiff is in the process of identifying documents that require redaction prior to their introduction into the summary judgment record. The parties will also continue to discuss whether there are any facts that can be agreed to by stipulation.

| | |
|---|---|
| May 18, 2022. | Respectfully submitted, |
| /s/ Thomas W. Poulton<br>THOMAS W. POULTON, ESQ.<br>Florida Bar No.: 0083798<br>poulton@debevoisepoulton.com | /s/ Ari S. Bargil<br>Ari S. Bargil (FL Bar No. 71454)<br>INSTITUTE FOR JUSTICE<br>2 S. Biscayne Boulevard, Suite 3180<br>Miami, FL 33131<br>Tel: (305) 721-1600<br>Fax: (305) 721-1601<br>abargil@ij.org |
| JEFFREY K. GRANT, ESQ.<br>Florida Bar No.: 0091197<br>grant@debevoisepoulton.com | |
| DeBEVOISE & POULTON, P.A.<br>1035 S. Semoran Blvd., Suite 1010<br>Winter Park, Florida 32792<br>Telephone: 407-673-5000<br>Facsimile: 321-203-4304<br>*Attorneys for Defendant* | Joshua A. House (CA Bar No. 284856)*<br>Caroline Grace Brothers (DC Bar No. 1656094)*<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>jhouse@ij.org<br>cgbrothers@ij.org |
| | Robert E. Johnson (OH Bar No. 0098498)*<br>INSTITUTE FOR JUSTICE<br>16781 Chagrin Boulevard, Suite 256<br>Shaker Heights, OH 44120<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>rjohnson@ij.org |
| | *Admitted *Pro Hac Vice*<br><br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Ari S. Bargil