UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

       Plaintiffs,

v.                                      CASE NO.:  8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

       Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION
TO SUPPLEMENT TO FILING UNDER SEAL**

    Defendant Sheriff NOCCO, by and through undersigned counsel, in supplement to the joint motion to file non-electronically and under seal (Dkt. 111), and pursuant to Local Rule 1.11, moves the Court for entry of an Order permitting the Defendant to file under seal certain juvenile criminal history information, and states:

    1.    This is a §1983 claim brought by Plaintiffs against Defendant Pasco County Sheriff Nocco relating in part to numerous interactions the Plaintiffs had with Pasco Sheriff's Deputies.  Summary judgment motions in this case are due to be filed on June 6, 2022.  The parties have filed a joint motion to allow filing under seal of certain materials, and to make non-electronic filing of others.  (Dkt. 111).

2.     In addition to the materials identified in that motion, Defendant seeks to file in support of his motion for summary judgment Department of Juvenile Justice "Face Sheets" for the prolific offender children of two of the Plaintiffs, Robert Jones and Tammy Heilman.  These documents provide criminal histories of the juveniles.  However, pursuant to §985.04(1)(a) and (b), Fla. Stat., such records are confidential and exempt.  (See also Dkt. 104, Order granting motion to release records).

3.     The Defendant believes that submission of these materials to the Court, under seal, will provide the Court with information as to why the Defendant agency would have been justified in focusing deterrence efforts on the juveniles in question. The documents to be filed are comprised of approximately 40 pages, total.  No prejudice will result to any party or the Court with the filing of these records under seal.  Moreover, the granting of this motion will not impeded the public's access to the action or case materials to which the public otherwise would have access because these documents are already confidential and exempt from public disclosure.

4.     **LOCAL RULE 3.01(G) CERTIFICATION –** Undersigned counsel has contacted Robert Johnson, Esq., counsel for Plaintiffs, who advises that there is no objection to this motion.

WHEREFORE, Defendant requests that the Court enter an Order permitting the filing under seal of the "Face Sheets" so as to preserve confidential material.

## **MEMORANDUM OF LAW**

Filing under seal is necessary in this case pursuant to state statute governing confidentiality of juvenile arrest and court records. The public would not have access to these documents anyway and so there is no harm to any party, the public, or the Court in filing them under seal. Defendant submits there is therefore good cause to allow filing under seal of the documents. *Breedlove v. Hartford Life and Acc. Ins. Co.*, 2013 WL 193251, *1-2 (M.D.Fla. May 9, 2013). No party opposes the requested relief.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Ari S. Bargil, Esquire** (*abargil@ij.org*), Institute For Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, Florida 33131; **Joshua A. House, Esquire** (*jhouse@ij.org*) and **Caroline Grace Brothers, Esquire** (*cgbrothers@ij.org*), Institute For Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203; and **Robert E. Johnson, Esquire** (*rjohnson@ij.org*), Institute For Justice, 16781 Chagrin Boulevard, Suite 256, Shaker Heights, Ohio 44120.

        *s/ Thomas Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.:  0083798
Email:  *poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  0091197
Email:  *grant@debevoisepoulton.com*
ERIN M. TUECHE, ESQ.
Florida Bar No.:  0045104
Email:  *tueche@debevoisepoulton.com*
ROBERT D. HOLBORN, II, ESQ.
Florida Bar No.:  0044186
Email:  *holborn@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida  32792
Telephone:  407-673-5000
Facsimile:   321-203-4304
Attorneys for Defendant Sheriff Nocco