UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

        Plaintiffs,

v.                                  CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

        Defendant.

_____

## AFFIDAVIT OF ROSS BRUMMETT

On this day, Ross Brummett, appeared before me using audio-video communication, the undersigned authority, and after being placed under oath, attests to the following:

1. My name is Ross Brummett, I am a citizen of the United States and a resident of Florida. I am over 18 years of age and am otherwise competent. I have personal knowledge of the facts set forth in this affidavit.

2. I am currently Strategic Analyst for the Pasco County Sheriff's Office and part of my duties is to run queries using the database which contains the data for the prolific offender program.

3. In 2017 the agency began using a module in the database which kept a table of data related to prolific offenders. This module allows an analyst to search when a person was first designated a prolific offender and when that person was last removed from the system, however this is based on when the information is entered into the module, which is why the module shows January 2017 as the earliest initial designation of a prolific offender. The module cannot delineate whether a person went off the list and then back on within those bookended dates, nor if the person was designated prior to 2017. To determine whether a person was designated a prolific offender prior to 2017 and/or whether the person was removed and then re-designated, would require the review of documentation outside the module, such as incident and intelligence reports.

4. A review of the database begun in 2017 shows that Dalanea Taylor was identified as a prolific offender from March 30, 2017, to January 11, 2018. Tammy Heilman's son, Donnie McDougall was designated a prolific offender on January 12, 2017, and dropped from that designation on September 21, 2020. Tammy Heilman's other son, Anthony, was not designated a prolific offender, although for a very brief time he was identified as a "Target of the Month" because he had a warrant out for his arrest. Darlene Deegan's son, Tyler Paneson, was identified as a prolific offender beginning on January 12, 2017, and last removed from the list on October 15, 2021.

FURTHER AFFIANT SAYETH NAUGHT.

Ross Brummett
*Digitally signed by Ross Brummett*
*Date: 2022.06.06 13:02:32 -04'00'*

ROSS BRUMMETT

STATE OF FLORIDA }
COUNTY OF ORANGE }

BEFORE ME, the undersigned Notary Public, this day appeared ROSS BRUMMETT via audio-video communication, who has provided proper identification in the form of FL Drivers License and he acknowledged under oath that he executed the foregoing affidavit freely and voluntarily.

SWORN AND SUBSCRIBED TO before me this 6th day of June, 2022.

NOTARY PUBLIC

_____
Signature of Notary

Erin D. Cook
Printed Name of Notary
My Commission Expires: 10/5/22

ERIN D. COOK
MY COMMISSION # GG 263412
EXPIRES: October 5, 2022
Bonded Thru Notary Public Underwriters

3