# COMMUNICATIONS

## Event Report

**Event ID:** 2015-411301  **Call Ref #:** 30  **Date/Time Received:** 09/26/15 00:35:58

**Rpt #:**  
**Call Source:** SELF  
**Prime Unit:** 316 CELESTE, MARK  
**Services Involved:** LAW

**Location:** 3810 HEADSAIL DR  
**X-ST:** FLORAMAR TER / TOPSAIL TRL  
(S)FLOR A MAR (N)GULF  
**Jur:** CAD  **Service:** LAW  **Agency:** PSO  
**St/Beat:** 12  **District:** D3  **RA:** IDA  
**Business:**  **Phone:**  **GP:** I2B

**Nature:** PROLIFIC OFFENDER CHECK  **Alarm Lvl:** 1  **Priority:** 7  **Medical Priority:**

**Reclassified Nature:**

**Caller:**  
**Addr:**  **Phone:**  **Alarm:**  **Alarm Type:**

**Vehicle #:**  **St:** FL  **Report Only:** No  **Race:**  **Sex:**  **Age:**

**Call Taker:** Unit:316  **Console:** QRYSRV

**Geo-Verified Addr.:** Yes  **Nature Summary Code:**  **Disposition:** OAC  **Close Comments:**

**Notes:** ROBERT JONES WAS CONTACTED BY CAPTAIN JENKINS AND MYSELF. HE WAS TOLD HE WAS BEING MONITORED DUE TO HIS LONG STANDING COMMITMENT TO CRIMINAL ACTIVITY. HE WAS ENCOURAGED TO ABANDON HIS CRIMINAL WAYS. WE SHARED WITH ROBERT RECENT INTEL THAT SUGGESTED HE WAS ATTEMPTING TO "PUT TOGETHER A CREW." HE WAS ADVISED ANY FUTURE CRIMINAL ACTIVITY WOULD LEAD TO HIM BEING DIRECT FILED AS AN ADULT. [09/26/15 01:05:09 Unit:316]

### Times

| | | |
|---|---|---|
| Call Received: 09/26/15 00:35:58 | Time From Call Received | |
| Call Routed: 09/26/15 00:35:59 | 000:00:01 | Unit Reaction: (1st Dispatch to 1st Arrive) |
| Call Take Finished: 09/26/15 00:35:59 | 000:00:01 | En-Route: (1st Dispatch to 1st En-Route) |
| 1st Dispatch: 09/26/15 00:35:59 | 000:00:01 (Time Held) | On-Scene: 000:31:38 (1st Arrive to Last Clear) |
| 1st En-Route: | | |
| 1st Arrive: 09/26/15 00:35:59 | 000:00:01 (Reaction Time) | |
| Last Clear: 09/26/15 01:07:37 | 000:31:39 | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 316 | 4157 | D | Dispatched | 09/26/15 00:35:59 | Stat/Beat: 16 | | Unit:316 |
| 316 | 4157 | A | Arrived | 09/26/15 00:35:59 | Stat/Beat: 16 | | Unit:316 |
| 316 | 4157 | C | Cleared | 09/26/15 01:07:37 | | OAC | Unit:316 |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 09/26/15 00:35:58 | By: SELF | | Unit:316 |
| | | FIN | Finished Call Taking | 09/26/15 00:35:59 | | | Unit:316 |

EXHIBIT A 1-4-22

**Report Generated:** 08/19/2021 10:47:26  **User ID:** NB3326

\\PSAFIL01.PASCO911.LAN\ossicad\cad\rpt\EventHistory_Event_Portrait

Note: Comments may truncate in portrait. Use landscape to avoid truncation.

Defendant08581  
Page 1 of 2

| | | | |
|---|---|---|---|
| CHG Changed Street | 09/26/15 00:38:59 | 4844 FLORAMAR TER --> 3810 HEADS | Unit:3I6 |
| CHG Changed Nature | 09/26/15 00:38:59 | DIRECTED PATROL PERFORMED --> | Unit:3I6 |
| ARM Added Remarks | 09/26/15 01:05:09 | | Unit:3I6 |