UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    *Plaintiffs*,

v.

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    *Defendant*.

Case No. 8:21-cv-00555-SDM-CPT

## PLAINTIFFS' FIRST SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Dalanea Taylor, Tammy Heilman, Darlene Deegan, and Robert A. Jones III provide the following initial disclosures of information relevant to this litigation. Plaintiffs may supplement these initial disclosures as appropriate and necessary.

A.    Identity of persons likely to have discoverable information

| Name | Subject Matter |
|---|---|
| Dalanea Taylor<br>7208 Adare Drive<br>Hudson, FL 34667<br>(727) 495-4816 | Information regarding Defendant's enforcement of the Intelligence-Led Policing Program ("the Program") against her. |
| Tammy Heilman<br>3229 Primrose Drive<br>Holiday, FL 34691<br>(727) 412-4438 | Information regarding Defendant's enforcement of the Program against her. |

1

EXHIBIT 1
3-24-22 DEEGAN

| | |
|---|---|
| Darlene Deegan<br>14137 Amanda Avenue<br>Hudson, FL 34667<br>(727) 495-4816 | Information regarding Defendant's enforcement of the Program against her. |
| Robert A. Jones III<br>3114 Sandhill Drive<br>Holiday, FL 34691<br>(904) 881-0767 | Information regarding Defendant's enforcement of the Program against him. |
| Sheriff Chis Nocco<br>8700 Citizens Drive<br>New Port Richey, FL 34654<br>(727) 847-5878 | Information regarding the creation and enforcement of the Program. |

**B.     Documents and tangible things in the possession of Plaintiffs that they may use to support their claims**

The following is a non-exclusive list of documents in Plaintiffs' possession that Plaintiffs may use to support their claim. Plaintiffs believe that the Defendant already has many of these documents in his possession.

| Document | Doc. Date | Plaintiff | Bates No. |
|---|---|---|---|
| Dalanea Taylor PSCO Incident Records | 1/23/12 – 4/15/16 | Dalanea Taylor | Plaintiffs00001 |
| Paneson Arrest Record | 10/14/17 | Darlene Deegan | Plaintiffs00080 |
| Paneson Incident Report - Investigation | 10/14/17 | Darlene Deegan | Plaintiffs00081 |
| Paneson Incident Report - Suspect List | 10/14/17 | Darlene Deegan | Plaintiffs00082 |
| Impound Records | 10/20/17 | Darlene Deegan | Plaintiffs00083 |
| Paneson Notice of VOP Hearing | 10/21/17 | Darlene Deegan | Plaintiffs00092 |
| Darlene Deegan PSCO Incident Records | 6/6/18 – 6/27/19 | Darlene Deegan | Plaintiffs00093 |

2

| Shipt Pre-Adverse Action Notice | 4/20/21 | Tammy Heilman | Plaintiffs00114 |
|---|---|---|---|
| Shipt Application Rejection | 4/30/21 | Tammy Heilman | Plaintiffs00121 |
| Tammy Heilman PCSO Incident Records | 3/1/16 – 9/18/18 | Tammy Heilman | Plaintiffs00123 |
| Deputy Squad Car Conversation (video) | 9/16/16 | Tammy Heilman | Plaintiffs00143 |
| Seatbelt Bodycam (video) | 9/16/16 | Tammy Heilman | Plaintiffs00144 |
| Screen Door Arrest (video) | 9/18/18 | Tammy Heilman | Plaintiffs00145 |
| Incident & Supplemental Report | 12/26/15, 2/19/16 | Robert Jones | Plaintiffs00146 |
| Kyle Rae Recommendation to File No Information | 2/19/16 | Robert Jones | Plaintiffs00151 |
| Return of Some Seized Property | 5/2/16 | Robert Jones | Plaintiffs00152 |
| Letter to Judge Wansboro | 5/21/16 | Robert Jones | Plaintiffs00154 |
| Notice of Jury Trial - Marijuana Possession Not More Than 20 Grams | 12/18/16 | Robert Jones | Plaintiffs00157 |
| Robert Jones III PCSO Incident Records | 12/25/15 – 3/29/16 | Robert Jones | Plaintiffs00161 |
| Conversation on the Way to Station 1 (video) | 1/4/16 | Robert Jones | Plaintiffs00181 |
| Conversation on the Way to Station 2 (video) | 1/4/16 | Robert Jones | Plaintiffs00182 |
| Failure to Appear Warrant (video) | 1/4/16 | Robert Jones | Plaintiffs00183 |
| Code Violation Pictures - Noncooperation Threat (video) | 3/28/16 | Robert Jones | Plaintiffs00184 |
| Discussion of Potential Code Violations (video) | 3/28/16 | Robert Jones | Plaintiffs00185 |
| Explaining Code Violations (video) | 3/28/16 | Robert Jones | Plaintiffs00186 |
| Prolific Offender Check Pre-Code Violations (video) | 3/28/16 | Robert Jones | Plaintiffs00187 |
| ILP-Manual | 5/10/18 | N/A | Plaintiffs00188 |
| Tampa Bay Times Body-Camera Article | 9/3/20 | N/A | Plaintiffs00271 |

| Tampa Bay Times PCSO Response Article | 9/3/20 | N/A | Plaintiffs00291 |
|---|---|---|---|
| Tampa Bay Times Targeted Article | 9/3/20 | N/A | Plaintiffs00325 |

C. **Computation of damages**

Plaintiffs requested an award of $1 in nominal damages for each separate Plaintiff. Plaintiffs also requested an award of compensatory damages to be calculated from the following list of costs Plaintiffs incurred. To streamline the litigation, Plaintiffs have updated their list of costs to remove damages for lost future income and emotional and reputational harm.

This list is subject to revision. Plaintiffs are seeking these damages to the extent that they are available under relevant doctrines determining the scope of relief under 42 U.S.C. § 1983.

1. Tammy Heilman, Darlene Deegan, and Robert A. Jones III paying fines for pretextual code enforcement citations issued by PCSO deputies as a result of the Program;

2. Tammy Heilman and Robert A. Jones III paying bail and bond fees, legal fees, and court costs stemming from arrests as a result of the Program;

3. Dalanea Taylor missing work and arriving late to work because of visits by PCSO deputies as a result of the Program;

4. Darlene Deegan replacing stolen personal property and retrieving her dog from Pasco Animal Services after PCSO deputies raided a home she owned as a result of the Program;

5. Robert A. Jones III replacing personal property seized by PCSO deputies as a result of the Program; and

4

      6.      Robert A. Jones III paying moving expenses to move himself and his family out of Pasco County to escape harassment by PCSO deputies as a result of the Program.

**D.**      **Insurance agreements**

Not applicable.

Dated: July 26, 2021.      Respectfully submitted,

/s/ Ari S. Bargil
Ari S. Bargil (FL Bar No. 71454)
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
abargil@ij.org

Joshua A. House (CA Bar No. 284856)*
Caroline Grace Brothers (DC Bar No. 1656094)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel.: (703) 682-9320
Fax: (703) 682-9321
jhouse@ij.org
cgbrothers@ij.org

Robert E. Johnson (OH Bar No. 0098498)*
INSTITUTE FOR JUSTICE
16781 Chagrin Boulevard, Suite 256
Shaker Heights, OH  44120
Tel.: (703) 682-9320
Fax: (703) 682-9321
rjohnson@ij.org

\* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2021, a true and correct copy of the foregoing document was served via electronic mail to the following counsel of record:

Thomas W. Poulton
poulton@debevoisepoulton.com

Jeffrey K. Grant
grant@debevoisepoulton.com

Erin M. Tueche
tueche@debevoisepoulton.com

Robert D. Holborn, II
holborn@debevoisepoulton.com

DEBEVOISE & POULTON, PA
1035 S Semoran Blvd, Suite 1010
Winter Park, FL 32792-5512

/s/ Ari S. Bargil