# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Pasco Sheriff's Office
**ORI:** FL0510000
**Case#:** 16-025814
**Date / Time Reported:** 07/01/2016 21:16 Fri
**Last Known Secure:** 07/01/2016 21:00 Fri
**At Found:** 07/01/2016 21:16 Fri

## INCIDENT DATA

**Location of Incident:** 12412 US HIGHWAY 19, Bayonet Point FL 34669
**Gang Relat:** NO
**Premise Type:**
**Zone/Tract:** G6

**#1 Crime Incident(s):** Theft Petit Retail (Com)
812.015 PETIT
**Weapon / Tools:** NOT APPLICABLE
Entry / Exit / Security / Activity

**#2 Crime Incident:** ( )
**#3 Crime Incident:** ( )

**MO:** Object Of Target/Cell Phone/Charger, Point of Exit/Front Door, Point of Entry/Front Door, Type of Security/Security Camera, Type of Structure/Department Store

## VICTIM

**# of Victims:** 1  **Type:** BUSINESS  **Injury:**  **Domestic:** N

**V1** Victim/Business Name: KMART,
**Victim of Crime #:** 1
**DOB/Age:**
**Race/Sex:**
**Relationship To Offender:**
**Resident Status:** N/A
**Military Branch/Status:**

**Home Address:** 12412 US HIGHWAY 19, Bayonet Point FL 34667-
**Home Phone:** 727-863-2475
**Business Phone:** 727-863-2475

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT  **Injury:**

**Code:** IO  **Name:** DEEGAN, DARLENE
**DOB/Age:** 65  **Race:** W  **Sex:** F
**Home Address:** 5907 BEVERLY DR, HUDSON FL 34667-
**Home Phone:** 727-862-1633
**Employer Name/Address:** RETIRED (PERFORMER)

## PROPERTY

L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 35 | 6 | $0.00 | | 1 | SECURITY DVD | | |
| | 99 | 6 | $0.00 | | 1 | PHOTO AFFIDAVIT | | |
| | 31 | S | $49.99 | | 1 | ELECTRIC SWITCH | BELKIN/Insight | 722868980439 |
| | 03 | INFO | $0.00 | | 1 | WHI,  FL | FORD Mustang | |

EXHIBIT 3  3-24-22  DEEGAN

**Officer/ID#:** COLALUCA, G. J. (PAT1) (4176)
**Outstanding Stolen Val [Total Stolen]:** $49.99 [$49.99]
**Invest ID#:** COLALUCA, G. J. (PAT1) (4176)
**Supervisor:** WINTERS, L. A. (2137)

**Status:** Complainant Signature
**Case Status:** Inactive  07/01/2016
**Case Disposition:**  Page 1

R_CS1IBR  Printed By: NB3326, DETLTREC02  Sys#: 998599  03/26/2021 07:36

## Incident Report Additional Name List

*Pasco Sheriff's Office*   OCA: 16-025814

Additional Name List

| Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1) WI  2 | STROUD, JOSH | | | 23 | W | M |
| | Address: 362 CREAAIDA CIR, SPRINGHILL, FL 34609- | | H: 352-606-8476 | | | |
| | Empl/Addr: Phantom Fireworks | | B: - - | | | |
| | | | Mobile #: - - | | | |
| 2) WI  1 | YAZDI, JEFFREY N | | | 37 | W | M |
| | Address: 3709 MORLEY DR, HOLIDAY, FL 34652- | | H: 727-808-4976 | | | |
| | Empl/Addr: Kmart | | B: 727-863-2475 | | | |
| | | | Mobile #: 727-808-4976 | | | |

## INCIDENT/INVESTIGATION REPORT

*Pasco Sheriff's Office*

Case # *16-025814*

Status Codes: L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
MILLER, K.M. (3094)

Suspect Hate / Bias Motivated:   *None*

## INCIDENT/INVESTIGATION REPORT
*Pasco Sheriff's Office*

Narr. (cont.) OCA: 16-025814

NARRATIVE

## REPORTING OFFICER NARRATIVE

Pasco Sheriff's Office

| Victim | Offense | OCA |
|---|---|---|
| KMART | THEFT PETIT RETAIL | 16-025814 |
| | | Date / Time Reported |
| | | Fri 07/01/2016 21:16 |

RELATED CASES: 16025847
STAT DATA:
BWC ACTIVATED: Yes
SUPPORT DOCUMENTS: 1 Property Receipt, 1 Written Statement, 1 Photo Affidavit, 1 Surveilence DVD, 1 Copy of Transaction Receipt , 1 Copy of card info used

On 7/1/16 at 2121 hrs, I was dispatched to the Kmart located at 12412 US Highway 19, Hudson, Florida, 34667, in reference to a petty theft.

Upon my arrival I made contact with the asset protection officer (Jeff Yazdi) ,who stated a white male approximately 6 foot tall, wearing a Tampa Bay Devil Rays ball cap, a white Michael Jordan shirt and blue jeans, selected several items from electronic section of the store . The suspect paid for the items with store credit at approximately 2115 hrs. The store credit card was in Darleen Deegan's name.

The unknown suspect then left and returned after approximately 15 minutes. The suspect returned one item at the service desk and went back to electronics section. He selected an electronic switch made by Belkin, serial number 231512K1200000. The suspect then went to the sock and underwear isle and removed the security device and the item from the package. The suspect then left the store past all point of sales without attempting to pay for the item.

I observed the suspect commit the offense on the store's surveillance video, I obtained a copy and later turned it into Property Evidence.

I took pictures of the box that contained the item as well as the items serial number and completed a photo affidavit which was also placed in the property evidence.

I obtain latent prints from the packaging of the camera and later turn them in to friends ex

I obtained a written statement from asset protection officer Jeff Yazdi and later turned it in to records.

I took pictures of the packaging with my agency issued cell phone and later uploaded them to evidence.com.

I spoke with Joshua Stroud who is employed at the fireworks tent located at Kmart who stated the suspect approached him about buying fireworks. Joshua stated he also made contact with the same individual when he went to the Kmart to by his girlfriend headache medicine. Joshua said he was walking back towards the fireworks tent and witnessed the suspect flee in the vehicle.

Some of the surveillance footage was not able to be burned to a DVD. I recorded the footage with my agency issued cell phone. Still shots of the footage were later forwarded to the ILP section, with a request to put picture of the suspect on the "caught on camera" web page to see if any leads can be developed on the suspect. I also entered the item as stolen in FCIC/NCIC at a later time.

A wants and warrants check on all parties met with negative results.

No further action.

ICR: 3 hours x $26.00 = $72.00

Reporting Officer: COLALUCA, G. J.
R_CS3NC

Printed By: NB3326, DETLTREC02 03/26/2021 07:36

Page 4

## Incident Report Related Vehicle List

Pasco Sheriff's Office

OCA: *16-025814*

| # | VehYr/Make/Model | Style | Color | Lic/Lis /Decal | VIN | |
|---|---|---|---|---|---|---|
| 1 | FORD, Mustang | CV | WHI | FL | | |
| | IBR Status | Date | Location | | | |
| | Information Only | 07/01/2016 | 12412 US HIGHWAY 19, BAYONET POINT FL | | | |
| | Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
| | | $0.00 | | Locally | | |
| | Name (Last, First, Middle) | | Also Known As | | Home Address | |
| | * No name * | | | | | |
| | Business Address | | | | | |
| | DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |

Notes

## CASE SUPPLEMENTAL REPORT

Printed: 03/26/2021  07:37

Pasco Sheriff's Office

OCA: **16025814**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** INACTIVE  **Case Mng Status:** NA  **Occurred:** 07/01/2016
**Offense:** THEFT PETIT RETAIL

**Investigator:** TALAMO, M. (5383)  **Date / Time:** 10/03/2018 16:12:25, Wednesday
**Supervisor:** HAUGHT, H. (5472)  **Supervisor Review Date / Time:** 10/05/2018 10:48:42, Friday
**Contact:**  **Reference:** Print Quality Control

Date: 10/03/2018.
Case #: 16-25814.
Lift(s)/Photo(s) by: G. Colaluca #4176.
Envelope #: 1.
1st Evaluator: J. Velez #5954.
2nd Evaluator: M. Talamo #5383.
Stat Data: N/A.
Supplemented by: M. Talamo #5383.
ICR: 0.25 Hours.

Latent(s)/Photo(s) submitted in the above mentioned case are: Sufficient for comparison.

If the Latent(s)/Photo(s) are sufficient for comparison, please submit a request to the Latent Print Unit (LPU) providing the name (first & last) of any subject(s) for comparison. Please also include the sex, race and date of birth for each subject along with a SID. If the Latent(s)/Photo(s) are insufficient for comparison, nothing further is needed.

PLEASE NOTE: All Latent(s)/Photo(s) that are sufficient for comparison are automatically entered into our Automated Fingerprint Identification System (AFIS) whether there is a subject(s) listed or not for comparison. No requests need to be submitted for this service. If any information is gained from the AFIS submission, it will be supplemented in this case.

## CASE SUPPLEMENTAL REPORT

Printed: 03/26/2021  07:37

*Pasco Sheriff's Office*   OCA: **16025814**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *INACTIVE*  **Case Mng Status:** *NA*  **Occurred:** *07/01/2016*
**Offense:** *THEFT PETIT RETAIL*

**Investigator:** *VELEZ, J. (5954)*  **Date / Time:** *04/06/2020 15:10:12, Monday*
**Supervisor:** *HAUGHT, H. (5472)*  **Supervisor Review Date / Time:** *04/09/2020 10:04:01, Thursday*
**Contact:**  **Reference:** *Afis Entry*

Date: 04/06/20
Case #: 16-25814
Lift(s)/Photo(s) by: G.Colaluca #4176
Envelope #: 1
AFIS Entry by: M.Talamo #5383
AFIS Follow-up by: J.Velez #5954
Stat Data: N/A
Supplemented by: J.Velez #5954
ICR: 0.50 hrs

The Automated Fingerprint Identification System (AFIS) search conducted on the sufficient for comparison latents in this case did not return anything that warranted further evaluation. The latents that have been entered are retained in the system as AFIS continually searches them against any fingerprints/palms entered into the database. In the event of a confirmed identification made from an AFIS entry at a later date, notification will be made through a follow-up supplement on this case.