# INCIDENT/INVESTIGATION REPORT

| Agency Name | Pasco Sheriff's Office |
|---|---|
| ORI | FL0510000 |
| Location of Incident | 14137 AMANDA AVE, Hudson FL 34667 |
| Gang Related | NO |
| Premise Type | Home Of |
| Zone/Tract | G4 |

| Case # | 18-037150 |
|---|---|
| Date / Time Reported | 09/16/2018 19:39 Sun |
| Last Known Secure | 08/19/2018 00:00 Sun |
| At Found | 09/03/2018 00:00 Mon |

**INCIDENT DATA**

#1 Crime Incident(s) (Com): Theft Grand 300 Less Than 5k Dols — 812.014.2C1 — F
Weapon / Tools: NOT APPLICABLE
Entry / Exit / Security / Activity

#2 Crime Incident ( )
Weapon / Tools
Entry / Exit / Security / Activity

#3 Crime Incident ( )
Weapon / Tools
Entry / Exit / Security / Activity

**MO:** Tool/Weapon Used/No Tool/Weapon Used, Method Of Entry/Unlocked Window/Door, Object Of Target/Appliances, Object Of Target/Household Items, Object Of Target/Tools/Small Machinery, Offense Type/Grand Theft, Point of Entry/Garage Door, Point of Exit/Garage Door, Type of

# of Victims: 1   Type: INDIVIDUAL/ NOT LAW   Injury: None   Domestic: N

**VICTIM**

| | V1 | Victim/Business Name: DEEGAN, DARLENE | Victim of Crime #: 1 | DOB: [redacted] Age 67 | Race: W | Sex: F | Relationship To Offender: | Resident Status: Resident | Military Branch/Status: |
|---|---|---|---|---|---|---|---|---|---|

Home Address: 14137 AMANDA AVE, Hudson FL 34667-
Home Phone: 727-495-4816
Employer Name/Address: RETIRED (PERFORMER)
Business Phone: —   Mobile Phone: —

VYR / Make / Model / Style / Color / Lic/Lis / VIN

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:

| Code | Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | LINDENBURG, ANDREW LAWRENCE | | [redacted] Age 59 | W | M | | | |

Home Address: 1832 HOWLE LN, HOLIDAY FL 34691-
Home Phone: 727-505-8137
Employer Name/Address: A1 Southern Plumbing (PLUMBER)

Type:   Injury:

| Code | Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:   Mobile Phone:

**PROPERTY**

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found   ("OJ") = Recovered for Other Jurisdiction

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 13 | S | $50.00 | | 1 | TOASTER OVEN | HAMILTON BEACH | |
| 1 | 55 | S | $800.00 | | 1 | MISC HANDTOOLS | | |
| 1 | 55 | S | $60.00 | | 1 | BOLT CUTTERS | | |
| 1 | 13 | S | $300.00 | | 1 | STEAM CLEANER | BISSELL/Powersteamer | |
| 1 | 13 | S,R | $50.00 | | 1 | WINDOW AC UNIT | GE/Aet05ln11 | DT369005 |
| 1 | 13 | R | $50.00 | | 1 | WINDOW AC UNIT | GE/Aet05ln11 | DT369005 |
| 1 | 99 | 6 | $1.00 | | 4 | LATENT PRINT CARDS | | |

EXHIBIT 7   3-31-22 [signature] Deegan

Outstanding Stolen Val [Total Stolen]: $1,260.00 [$1,260.00]

Officer/ID#: COOPER, D. (PAT1) (5579)
Invest ID#: COOPER, D. (PAT1) (5579)
Supervisor: CARSON, C. (PAT3, PCU3) (4796)

Status / Complainant Signature
Case Status: Cleared By Arrest   09/30/2018
Case Disposition: Cleared By Arrest   09/30/2018
Page 1

## Incident Report Additional Name List

*Pasco Sheriff's Office*　　　　　　　　　　　　　　　　　　　　　　　　　OCA: 18-037150

Additional Name List

| Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1) WI  1 | BRUNO, JEANNINE | | ███ | 45 | W | F |
| Address | 14200 AMANDA AVE , HUDSON, FL 34667- | | H: 727-495-4697 | | | |
| Empl/Addr | | | B:  -  - | | | |
| | | | Mobile #: 727-495-4697 | | | |

## INCIDENT/INVESTIGATION REPORT

*Pasco Sheriff's Office*

Case # 18-037150

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

Assisting Officers
JULIANO, J. (5868)

Suspect Hate / Bias Motivated:   None

## INCIDENT/INVESTIGATION REPORT
*Pasco Sheriff's Office*

Narr. (cont.) OCA: 18-037150

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Pasco Sheriff`s Office | | OCA<br>18-037150 |
|---|---|---|
| Victim<br>DEEGAN, DARLENE | Offense<br>THEFT GRAND 300 LESS THAN 5K DOLS | Date / Time Reported<br>Sun 09/16/2018 19:39 |

RELATED CASES: None
STAT DATA: None
BWC ACTIVATED: Yes
SUPPORT DOCUMENTS: 2 Written Statements, Written Statement Continuations, 1 Probable Cause Affidavit
SAO INVEST: 10/11/18 at 1500 hours at the Sheriff`s Office

RECONSTRUCTION: Between 8/19/18 and 9/3/18 Robert Downey, entered Darlene Deegan`s garage while working on her roof. At the time, the Robert had permission to be in the garage to complete the work. While inside the garage, Robert removed multiple items to include: a window AC unit, a new-in-box Bissell steam cleaner, bolt cutters, a Hamilton Beach toaster over, and miscellaneous hand tools (total value approximately $1260) without Darlene`s permission, with the intent to temporarily or permanently deprive Darlene of their use. All these items were located within close proximity to each other in the rear of Darlene`s garage. Robert was observed by a witness bringing Darlene`s window AC unit to a nearby residence. The witness contacted the Darlene and the item was positively identified as hers due to a broken section of the unit. At the time of the theft, only the Robert and Darlene had access to the garage and there was no forced entry.

CRIME SCENE: The single-family residence at 14137 Amanda Ave, Hudson, Florida 34667. Specifically the single-car garage and the attic therein, on the south side of the residence.

INTERVIEW: I spoke with the victim, Darlene Deegan, outside her residence at 14137 Amanda Ave. Darlene advised during the time frame of 08/19/18 and 9/3/18, Robert Downey was assisting her with roof repairs. During that time, Robert was granted access into the interior of the garage to ensure there were no leaks. Darlene stated she was always home while Robert was working, but she was inside her office, and did not always monitor Robert as he worked. Darlene advised she ensured the door to the garage was secure whenever Robert was not working at the residence. During this time, Robert was living across the street at 14200 Amanda Ave with her friend Jeannine Bruno.

Darlene advised on 9/2/18, Jeannine arrived at her residence and informed her that Robert had brought a window AC unit to the house and installed it in the window of the room he was staying in. Jeannine thought this was suspicious because she had seen him working at Darlene`s house and he stated he got the item from a friend.

Darlene advised she was invited to Jeannine`s residence to determine if the AC unit was hers, and she identified it as one she had stored in her garage. Darlene stated it was recognizable due to a broken section of the panel on the edge of the unit. Darlene stated Robert was no longer living at the location due to being arrested a few days prior.

Darlene stated the following morning (9/3/18) she went to her garage to determine if anything else was missing and immediately noticed a new-in-box Bissell steam cleaner (valued at approximately $300), a Hamilton Beach toaster oven (valued at approximately $50), and a set of black bolt cutters (valued at $60) were missing from the rear of the garage. Darlene advised the bolt cutters had been sitting under a pair of yellow bolt cutters on a shelf in the rear of the garage, and suspected Robert had to move the yellow cutters to remove the black set. Darlene stated she then checked the attic of the garage, in which she was storing a Stanley toolbox containing approximately $800 worth of miscellaneous hand tools.

Darlene informed me that she attempted to move the box with her index finger to determine if it still contained the tools, and it moved with ease, suggesting it was almost empty.

Darlene advised she did not notify authorities of the theft immediately because Robert was also performing a job for her involving refurbishing her cabinets. Darlene stated Robert was currently in possession of the cabinets and felt if

## REPORTING OFFICER NARRATIVE

| Pasco Sheriff's Office | | OCA: 18-037150 |
|---|---|---|
| Victim: DEEGAN, DARLENE | Offense: THEFT GRAND 300 LESS THAN 5K DOLS | Date / Time Reported: Sun 09/16/2018 19:39 |

she were to have him arrested for stealing the items from the garage, she would never retrieve her cabinets.

Darlene stated she contacted Robert and met him at 1832 Hoyle Dr, Holiday, Florida 34691 to retrieve her cabinets.

Darlene informed me she was busy and was unable to file a report until 9/16/18.

INTERVIEW: I spoke with Jeannine Bruno (witness) outside her residence at 14200 Amanda Dr. Jeannine advised Robert Downey had been staying at her residence and had procured work across the street. Jeannine stated Robert was hired by Darlene to fix her roof. Jeannine informed me, one day after working at Darlene's residence, he returned to the residence with a window AC unit. Jeannine asked Robert where he got the item, and he advised it was from a friend, and proceeded to install the air conditioner into the window of the room he was staying in.

Jeannine stated she kicked Robert out of the residence a few days later due to "volatility" and began questioning the validity of Robert's story. Jeannine stated she knew Robert had been working at Darlene's residence the day he came home with the air conditioner, and felt it was odd that he walked up to the house with the item. Jeannine contacted Darlene who identified the item as belonging to her.

INTERVIEW: I spoke with Andrew Lindenberg (other) at his residence at 1832 Hoyle Dr. Andrew advised Robert had been staying with him briefly, but he had kicked him out of the residence. Andrew stated on the night of 9/16/18, Robert removed the last of his belongings from the residence and left. Andrew believed Robert was traveling to Moon Lake.

Andrew stated he did not witness Robert bring any items into the house matching the items stolen from Darlene's house, but advised he did have a large amount of tools. Andrew stated Robert also brought a Shop Vac to the house one day and said he received it from a friend.

INTERVIEW: I spoke with Robert Downey (suspect) via telephone at 212-470-3767. Robert initially advised he was currently in Hernando County, and could not meet with me to discuss the case. Robert advised he was unaware of any items taken from Darlene's house and stated he would call me back in 5 minutes to discuss meeting; however, I did not receive a return phone call.

INVESTIGATION: On 9/16/18 at approximately 2037 hours, I was dispatched to 14137 Amanda Ave, Hudson, Florida 34667, in reference to a burglary, which was later reclassified as a grand theft. Upon arrival, I made contact with Darlene and conducted the above interview.

Darlene completed and signed a Written Statement.

Darlene was unable to provide serial numbers for the items taken.

I inspected the garage doors and did not observe any signs of forced entry.

Darlene granted me access into the garage, which I observed to be a single-car garage, which was almost completely filled with miscellaneous items. Darlene directed me to the rear of the garage, where I observed two window air conditioner units stacked. Darlene advised the top unit was the one taken by Robert. I observed it to be a white GE model AET05LNL1, bearing serial number DT369005. I observed a plastic section of the unit to be broken and missing.

At the rear of the garage, I observed shelves containing various household items and tools. I observed a set of large yellow bolt cutter, which Darlene confirmed were the cutter that were on the set that was stolen.

## REPORTING OFFICER NARRATIVE

| Pasco Sheriff's Office | | OCA<br>18-037150 |
|---|---|---|
| Victim<br>DEEGAN, DARLENE | Offense<br>THEFT GRAND 300 LESS THAN 5K DOLS | Date / Time Reported<br>Sun 09/16/2018 19:39 |

I photographed the scene to include the garage and the items noted and uploaded the photographs to Evidence.com.

I located a black and yellow Stanley toolbox in the attic of the garage, and observed it to contain a bicycle chain ring and crank arm, but no hand tools.

I processed the yellow bolt cutters, air conditioner unit, garage door knob, and toolbox for latent prints and lifted a total of 4 latent prints (1 from the bolt cutters, 1 from the air conditioner, and 2 from the toolbox). I later submitted the prints to Evidence at the District 1 Office.

I made contact with Jeannine at 14200 Amanda Ave and conducted the above interview. Jeannine completed and signed a Written Statement.

I conducted a neighborhood check at the following locations:

14134 Amanda Ave, where I made contact with Kristin Gillion (         , 803-397-2370). Kristin advised she has only been at the location since 9/11/18 and was only staying temporarily. Kristin was unable to provide any information regarding the incident. I observed multiple surveillance cameras on the residence which appeared to point towards the direct of Darlene's residence. Kristin advised she did not have access to the footage but provided me with the property owner's contact information (Marisela Anzziani 727-729-0063).

14203 Amanda Ave, where I made contact with Steve Kissinger (         , 727-815-6710). Steve advised he did not observe anyone remove any items from Darlene's residence during the possible time frame of the incident.

I attempted to contact Marisela via telephone but was met with voicemail. I left a message with the case number and advised Marisela to contact the Sheriff's Office in regards to obtaining the video.

I provided Darlene with my business card and this case number.

I responded to 1832 Hoyle Dr, Holiday, Florida 34691, where I made contact with Andrew Lindenberg and conducted the above interview.

I contacted Robert via telephone and obtained the above interview. As the time of this report, I still have not received a return call and have been unable to make in-person contact with Robert.

I conducted a RAPID=BWI search of pawn transactions involving Robert Downey, but did not observe any transactions involving the stolen items.

Based on the lack of signs of forced entry, it appears the items were taken by someone with access to the garage, which during the time frame of the incident, were Darlene and Robert. Due to Jeannine advised she personally observed Robert with what was later determined to be an item involved in the theft (Darlene's air conditioner), as well as the proximity of the other items reported stolen to the AC unit and Robert's seeming unwillingness to cooperate, I determined there is Probable Cause to arrest Robert for the Grand Theft of Darlene's items.

Due to being unable to make contact with Robert, I completed a Probable Cause Affidavit and transported it Teletype.

A wants and warrants check on all parties met with negative results.

No further action.

---

| Reporting Officer: COOPER, D.<br>R_CS3NC | Printed By: NB3326, DETLTREC02 03/26/2021 07:47 | Page 6 |
|---|---|---|

## REPORTING OFFICER NARRATIVE

| | | |
|---|---|---|
| Pasco Sheriff's Office | | OCA: 18-037150 |
| Victim: DEEGAN, DARLENE | Offense: THEFT GRAND 300 LESS THAN 5K DOLS | Date / Time Reported: Sun 09/16/2018 19:39 |

ICR: 5 hours x $26.00=$130.00

## Incident Report Suspect List

*Pasco Sheriff's Office*

OCA: 18-037150

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | DOWNEY, ROBERT EDWARD | | 14200 AMANDA AVE<br>HUDSON, FL 34667<br>212-470-3769 |
| | Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 48 | W | M | N | 510 | 200 | BAL | GRN | FAR | [redacted] FL |

Scars, Marks, Tattoos, or other distinguishing features

---

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes

Physical Char
*Build, MEDIUM*
*Hair Facial, Clean Shaven*
*Hair Length / Bald, alding*
*Hands, Right Handed*

## CASE SUPPLEMENTAL REPORT

Printed: 03/26/2021  07:47

*Pasco Sheriff's Office*  OCA: **18037150**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST   **Case Mng Status:** NA   **Occurred:** 08/19/2018
**Offense:** THEFT GRAND 300 LESS THAN 5K DOLS

**Investigator:** VELEZ, J. (5954)   **Date / Time:** 09/19/2018 14:30:35, Wednesday
**Supervisor:** HAUGHT, H. (5472)   **Supervisor Review Date / Time:** 09/19/2018 15:42:38, Wednesday
**Contact:**   **Reference:** Print Quality Control

Date: 09/19/18
Case #: 18-37150
Lift(s)/Photo(s) by: D. Cooper #5579
Envelope #: 1
1st Evaluator: M. Talamo #5383
2nd Evaluator: J. Velez #5954
Stat Data: N/A
Supplemented by: J. Velez #5954
ICR: 0.25 hrs

Latent(s)/Photo(s) submitted in the above mentioned case are: Insufficient for Comparison

If the Latent(s)/Photo(s) are sufficient for comparison, please submit a request to the Latent Print Unit (LPU) providing the name (first & last) of any subject(s) for comparison. Please also include the sex, race and date of birth for each subject along with a SID. If the Latent(s)/Photo(s) are insufficient for comparison, nothing further is needed.

PLEASE NOTE: All Latent(s)/Photo(s) that are sufficient for comparison are automatically entered into our Automated Fingerprint Identification System (AFIS) whether there is a subject(s) listed or not for comparison. No requests need to be submitted for this service. If any information is gained from the AFIS submission, it will be supplemented in this case.

## CASE SUPPLEMENTAL REPORT

Printed: 03/26/2021  07:47

Pasco Sheriff's Office

OCA: **18037150**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST  **Case Mng Status:** NA  **Occurred:** 08/19/2018
**Offense:** THEFT GRAND 300 LESS THAN 5K DOLS

**Investigator:** COOPER, D. (5579)  **Date / Time:** 09/19/2018 20:13:35, Wednesday
**Supervisor:** CARSON, C. (4796)  **Supervisor Review Date / Time:** 09/20/2018 01:21:16, Thursday
**Contact:**  **Reference:** Supplement Completed

RELATED CASE: None
STAT DATA: None
BWC ACTIVATED: Yes
SUPPORT DOCUMENTS: None

On 9/19/18 at approximately 20:10 hours, I attempted to reach Robert Downey via telephone and was sent directly to voicemail. At this time, Robert Downey has made no effort to contact me about his involvement in this case.

No further action taken at this time.

ICR: .5 hours x $26=$13

## CASE SUPPLEMENTAL REPORT

Printed: 03/26/2021  07:47

Pasco Sheriff's Office

OCA: **18037150**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST  **Case Mng Status:** NA  **Occurred:** 08/19/2018
**Offense:** THEFT GRAND 300 LESS THAN 5K DOLS

**Investigator:** COOPER, D. (5579)  **Date / Time:** 09/25/2018 02:12:40, Tuesday
**Supervisor:** CARSON, C. (4796)  **Supervisor Review Date / Time:** 09/25/2018 04:44:46, Tuesday
**Contact:**  **Reference:** Supplement Completed

RELATED CASE: None
STAT DATA: None
BWC ACTIVATED: Yes
SUPPORT DOCUMENTS: None

On 9/20/18, I received an email advising Jeanie from Jeanie's EZ Out Bail Bonds called regarding Robert Downey. The email stated Robert wished to turn himself in but Jeanie wished to speak with me first. Jeanie provided the number 727-277-2011 for me to contact her.

On 9/25/18 at approximately 0205 hours, I attempted to call Jeanie at the number provided but was met with voicemail. I left a voicemail informing Jeanie of when I work and also advising she can contact the Sheriff's Office directly with any information on the whereabouts of Robert.

I took no further action at this time.

ICR: .5 hours x $26.00=$13.00

## CASE SUPPLEMENTAL REPORT

Printed: 03/26/2021 07:47

Pasco Sheriff's Office

OCA: **18037150**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST  **Case Mng Status:** NA  **Occurred:** 08/19/2018
**Offense:** THEFT GRAND 300 LESS THAN 5K DOLS

**Investigator:** ZIERDEN, B. M. (6095)  **Date / Time:** 10/04/2018 05:58:53, Thursday
**Supervisor:** LINDSEY, W. M. (2001)  **Supervisor Review Date / Time:** 10/04/2018 21:49:19, Thursday
**Contact:**  **Reference:** Supplement Completed

RELATED CASE: None
STAT DATA: No
BWC ACTIVATED: Yes
SUPPORT DOCUMENTS: Statement of Miranda Rights form

On 09/30/2018 at 21:40 hours, I was dispatched to Leo Kidd Ave and Ridge Road, Port Richey, for an assist other agency call. Port Richey PD had made a traffic stop, in which they identified a male subject (later identified at Robert Downey) that had a PC pickup from the Pasco Sheriff's Office. I took Robert into custody after confirming the PC pickup through Teletype, via operator #2102. I transported Robert to the Pasco County Jail. While in the booking area, I read Robert his Miranda rights and he signed a Statement of Miranda Rights form. He chose not to speak with us and asked for an attorney. All necessary sections of the PC Affidavit were completed and given to the booking deputies.

A wants and warrants check was done on all parties with negative results.