# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Pasco Sheriff's Office
**ORI:** FL0510000
**Case#:** 19-019045
**Date / Time Reported:** 05/08/2019 08:07 Wed
**Last Known Secure:** 05/08/2019 08:07 Wed
**At Found:** 05/08/2019 08:07 Wed

**Location of Incident:** 14137 AMANDA AVE, Hudson FL 34667
**Gang Related:** NO
**Premise Type:** Highway/street/road/e
**Zone/Tract:** G4

## Crime Incidents

**#1 Crime Incident(s):** Heroin- Possess — 893.13.6A  PHER  (Com) F
Weapon / Tools: NOT APPLICABLE

**#2 Crime Incident:** Possess Or Use Drug Paraphernalia — 893.147.1  (Com) M

**#3 Crime Incident:** Trespass On Property Other Than Structure Or Conveyance - 810.09.2A  (Com) M

## Victim

**# of Victims:** 2
**Type:** INDIVIDUAL/ NOT LAW
**Domestic:** N

**V1:** DEEGAN, DARLENE
Victim of Crime #: 3
Age: 68  Race: W  Sex: F
Resident Status: Resident
**Home Address:** 14137 AMANDA AVE, Hudson FL 34667-
**Home Phone:** 727-495-4816
**Employer Name/Address:** RETIRED

## Others Involved

**Type:** SOCIETY/PUBLIC
**Code:** V2  **Name:** State of Florida
Victim of Crime #: 1,2
Resident Status: N/A

## Property

L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found  ("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 15 | 6 | | $0.00 | | 1 | CG02 - EMPTY SYRINGE | | |
| 55 | | SAFE | $0.00 | | 1 | CG03 - FOLDING KNIFE | | |
| 99 | | SAFE | $0.00 | | 1 | CG05 - BAG W/ FEMALE CLOTHING | | |
| 99 | | SAFE | $0.00 | | 1 | CG04 - BACKPACK W/ WOMEN'S CLOTHING | | |

EXHIBIT 14  3-24-22  Deegan

**Officer/ID#:** GALLAGHER, C. (PAT1, SO08) (5377)
**Invest ID#:** GALLAGHER, C. (PAT1, SO08) (5377)
**Supervisor:** ROSENBLOOM, M. S. (PAT2, SO15)
**Status/Complainant Signature:**
**Case Status:** Cleared By Arrest  05/08/2019
**Case Disposition:** Cleared By Arrest  05/08/2019
Page 1

R_CS1TBR  Printed By: NB3326, DETLTREC02  Sys#: 1149630  08/18/2021 12:15

## INCIDENT/INVESTIGATION REPORT

*Pasco Sheriff's Office*

Case # 19-019045

Status Codes   L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | D | 6 | 1.000 | DU | CG01 - METAL SPOON W/ HEROIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Assisting Officers**
MURPHY, J.J. (4848)

Suspect Hate / Bias Motivated:   None

## INCIDENT/INVESTIGATION REPORT
*Pasco Sheriff's Office*

Narr. (cont.) OCA: 19-019045

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Pasco Sheriff's Office | | OCA |
|---|---|---|
| | | 19-019045 |
| Victim | Offense | Date / Time Reported |
| DEEGAN, DARLENE | HEROIN- POSSESS | Wed 05/08/2019 08:07 |

RELATED CASES: 19-019051.
STAT DATA: None.
BWC ACTIVATED: Yes.
SUPPORT DOCUMENTS: 1 Probable Cause Affidavit.

On 5/8/19 at approximately 0813 hours, I responded to 14137 Amanda Ave, Hudson, FL, 34667 in reference to a trespassing, later reclassified to a possession of heroin, possession of paraphernalia, and trespassing.

Upon arrival, I observed a male and female walking in the intersection of Hudson Avenue and Amanda Avenue. I made contact with them and recognized the male as Tyler Paneson from previous encounters. I later identified the female as Sarah Smith. As I approached Tyler in my marked patrol vehicle, I observed him placing a backpack and plastic bag on the ground and start to walk towards my vehicle.

I then spoke with Tyler. Tyler advised he was at his trailer with Sarah and then left. Tyler appeared to be under the influence of an unknown narcotic. A search of RMS showed Tyler was trespassed from 14137 Amanda Ave at the request of Darlene Deegan on 4/10/2018.

I contacted Darlene Deegan via telephone. Darlene advised Tyler had snuck onto her property with an unknown female. Darlene advised she did not want Tyler there and he did not live at her residence. Darlene informed me she had security cameras around her house and had Tyler on video on her property.

I then detained Tyler. As Tyler was being detained, I located a counterfeit $20 bill on his person (Case #19-019051).

Cpl. J. Murphy then retrieved the bags from where Tyler had placed them. Underneath the bags, there was a metal spoon and an empty syringe. The metal spoon had white residue and a cotton wad stuck on the spoon. I identified the residue as heroin using field presumptive test kits.

I then conducted a post-Miranda interview with Tyler. Tyler declined the items belonging to him. When I asked how the items would have been underneath the bags he was carrying; Tyler advised we were in Hudson and there are spoons and syringes everywhere on the ground. I asked if either he or Sarah used heroin. Tyler stated he has not done heroin since was like 10. Tyler stated he normally does pills. I asked how he knew Sarah and he advised he had only known Sarah for a week. While speaking with Tyler, he repeatedly stated I was making a mistake and he was working for the Sheriff's Office. Tyler advised if I were to arrest him, I would be ruining a detective's investigation and attempted get me to release him on scene. Tyler was unable to provide me with a name for any detective.

A search of the bags Tyler was carrying contained women's hygiene products, women's clothing, and documents belonging to Sarah Smith. Due to Sarah leaving the scene while speaking with Tyler, I was unable to give her property to her. I later impounded the bag into Property Evidence at the District One office for return.

I then placed Tyler under arrest for possession of heroin, possession of drug paraphernalia, and trespassing. I then transported Tyler to the Land O' Lakes jail without incident.

I later impounded the spoon and syringe into Property Evidence at the District One office. I also impounded a knife found on Tyler for safe keeping.

I later scheduled an invest with the State Attorney's Office for 5/22/19 at 0900 hours.

My Body Worn Camera was activated during this incident and captured events during the investigation; however, the

## REPORTING OFFICER NARRATIVE

| Pasco Sheriff's Office | | OCA |
|---|---|---|
| | | 19-019045 |
| Victim | Offense | Date / Time Reported |
| DEEGAN, DARLENE | HEROIN- POSSESS | Wed 05/08/2019 08:07 |

camera footage was paused while conversing with a supervisor. The footage was later uploaded to Evidence.com for storage.

A wants and warrants check on all parties was conducted.

All paperwork was forwarded accordingly.

No further action was taken at this time.

ICR: $26.00 X 2 Hours: $52.00

## Incident Report Suspect List

*Pasco Sheriff's Office*

OCA: 19-019045

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | PANESON, TYLER ROBERT | PENESON, TYLER; PANESON, TYLER ROBERT; PANESON, | 14121 WATER TOWER DR HUDSON, FL 34667 352-777-6749 |

Business Address: UNEMPLOYED
727-500-5449, UNEMPLOYED

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | 34 | W | M | N | 509 | 170 | BLN | GRN | FAR | FL |

Scars, Marks, Tattoos, or other distinguishing features
SCAR LEFT KNEE / SCAR LEFT KNEE

**Reported Suspect Detail**

| Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

Mode of Travel

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char
Build, THIN
Conversation, Silent
Hair Facial, Clean Shaven
Hair Length, Short
Build, MEDIUM
Hands, Ambidextrous

# PASCO COUNTY COMPLAINT AFFIDAVIT

[X] PSO FLO 510000  [ ] NPR PD FLO 510200  [ ] PR PD FLO 510400
[ ] DC PD FLO 510100  [ ] ZPD FLO 510300  [ ] FHP FLO 279000

**OBTS NUMBER:** 5101165002
**ARREST:** [X] 1 FELONY  [X] 3. MISD
**SHIFT:** 1ST  **SECTOR:** G4
**AGENCY REPORT NUMBER:** 19-019045

**LOCATION OF ARREST:** HUDSON AVE/AMANDA AVE, HUDSON, FL, 34667
**LOCATION OF OFFENSE:** 14137 AMANDA AVE, HUDSON, FL 34667

**DATE OF ARREST:** 05/08/2019  **TIME OF ARREST:** 08:58
**BOOKING DATE:** 5/8/19  **BOOKING TIME:** 1123
**JAIL DATE:** 5/8/19  **JAIL TIME:** 1123
**WEAPON SEIZED:** [X] NO  **WEAPON TYPE:** NOT APPLICABLE
**F.P.S.S. Notified:** [X] N

**JAIL NUMBER:** A24330  **SPN NUMBER:** 100234507  **FDLE NUMBER:** 05630099  **DOC NUMBER:** R81765  **FBI NUMBER:** 188250WB6
**Domestic Related:** [X] N

**NAME (LAST, FIRST, MIDDLE):** PANESON, TYLER ROBERT
**ALIAS:** PANERSON, TYLER | PENESON, TYLER
**Convicted Sexual Predator/Offender:** [X] N

**RACE:** W  **SEX:** M  **DOB:** [redacted]  **AGE:** 34  **HEIGHT:** 5'09"  **WEIGHT:** 170  **EYE COLOR:** GREEN  **HAIR COLOR:** BLOND OR  **COMPLEXION:** FAR  **BUILD:** MEDIU

**SCARS, MARKS, TATTOOS:** SCAR LEFT KNEE / SCAR LEFT KNEE

**PHYSICAL ADDRESS:** 14121 WATER TOWER DR, HUDSON, FL, 34667
**PHONE:** (352) 777-6749
**RESIDENCE TYPE:** 2 (COUNTY)
**ADDRESS SOURCE:** SELF REPORTED

**BUSINESS ADDRESS:** UNEMPLOYED  **PHONE:** (727) 500-5449  **OCCUPATION:** UNEMPLOYED

**DRIVER'S LICENSE STATE/NUMBER:** FL [redacted]
**PLACE OF BIRTH:** DUNEDIN, FL, US  **CITIZENSHIP:** US

---

**CHARGE DESCRIPTION:** HEROIN- POSSESS
[X] FS  **STATUTE VIOLATION NUMBER:** 893.13.6A PHER  **NCIC #:** 3551  **COURT CASE #:** 19CF002864AWS.1
**ACTIVITY:** P POSSESS  **CODE:** N  **TYPE:** E HEROIN  **CODE:** N

**CHARGE DESCRIPTION:** POSSESS OR USE DRUG PARAPHERNALIA
[X] FS  **STATUTE VIOLATION NUMBER:** 893.147.1  **NCIC #:** 3550  **COURT CASE #:** 19CF002864AWS.1
**ACTIVITY:** P POSSESS  **CODE:** N  **TYPE:** P PARAPHERNALIA EQUIPMENT  **CODE:** N

---

**REQUEST FOR INVESTIGATIVE COSTS RECOVERY FSS 938.27(1)**
**CJIS #:** 5377
**# of Investigative hrs.:** 2 x 26.00 = 52.00

ON THE **8** DAY OF **May**, 20**19** AT **8:26** [X] A.M.

**(SPECIFICALLY INCLUDE FACTS CONSTITUTING CAUSE FOR ARREST.)**

On the above date and time, I came into contact with the defendant at the above location. Pasco Sheriff's Office received a call from the defendant's mother advising the defendant was on her property; a few houses away from where I located the defendant. The defendant's mother had video recording of the defendant on her property. The defendant was trespassed from the property on 4/10/2018. The defendant was then detained. After being detained and search incident to arrest, a metal spoon with residue and syringe were located underneath the bags the defendant was carrying. Prior to making contact with the defendant, he was witnessed by deputies placing the bags on the ground. The residue tested positively for heroin using field
*** Continued ***

---

[X] MIRANDA WARNING
[X] HOLD FOR FIRST APPEARANCE - DO NOT BOND OUT

**BOND CHARGE #:** 10,000  **BOND CHARGE #:** 500

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

X [signature]

**NAME (PRINTED):** GALLAGHER, C.  **CJIS #:** 5377

PAGE 1 of 2

**Pasco Sheriff's Office** — **COMPLAINT AFFIDAVIT CONTINUATION SHEET**

PAGE 2 OF 2

DEFENDANT: PANESON, TYLER ROBERT
AGENCY REPORT NO.: 19-019045

CHARGE DESCRIPTION: TRESPASS ON PROPERTY OTHER THAN STRUCTURE OR
F.S. [x]  ORD. [ ]  CIVIL INF. [ ]
STATUTE VIOLATION NUMBER: 810.09.2A
NCIC #: 5707
COURT CASE #: 19CF002864AWS-3
ACTIVITY: N N/A, P. POSSESS
CODE: N
CODE: N

Narrative:
presumptive test kits. In a post-Miranda interview, the defendant declined the spoon or syringe belonging to him. Due to the recordings of the defendant and the items being found in his possession, I found probable cause for the above listed charges. I then placed the defendant under arrest and transported him to the Land O' Lakes jail without incident. I request high bond.

CNT 3. 500

\* \* \* End \* \* \*

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

X [signature]
GALLAGHER, C.     5377
NAME (PRINTED)    CJIS #