


# Pasco Sheriff's Office
## PASCO COUNTY ORDINANCE CITATION

Agency #: 16008202    Court Case #: 51-20___-_____-COA__S

The undersigned officer certifies that on MARCH  1  2016  at  1830s

Defendant: HEILMAN, TAMMY, LYNNE    SPN#: ___

DOB: ___    Sex: ☐ Male ☑ Female   Race: WHITE   Height: 509   Weight: 180

Hair: BROWN    Eyes: BROWN    Driver's License #: ___

Location of Violation: 3229 PRIMROSE DR    HOLIDAY    FL 34691

Defendant's Physical Address: 3229 PRIMROSE DR   HOLIDAY   FL 34691

Defendant's Mailing Address: 3229 PRIMROSE DR   HOLIDAY   FL 34691

Home Telephone: (727) 939-2535   Work Telephone: ___   Cell Phone: ___

The above-named person did violate the following provision of the Pasco County Code of Ordinances/Land Development Code:

| Violation | Code | Counts | Offense | Mandatory Court (if checked) |
|---|---|---|---|---|
| Inoperative/Wrecked/Unlicensed Vehicles Class II | C.O. 106.54 | | | ☐ |
| Overgrown Conditions Class I | C.O. 42-1 | | | ☐ |
| RV's, Boats, Trailers Class II | C.O. 530.5 | | | ☐ |
| Accumulation of Junk/Debris Class II | C.O. 530.8 | | | ☐ |
| Commercial Vehicles Class I | C.O. 530.16 | | | ☐ |
| Possession of Spice Class IV | C.O. 66-62 | | | ☐ |
| Lack of Posted Address Class V | C.O. 82-29 | 1 | | ☑ |
| Zoning Violation Class VI | C.O. | | | ☐ |
| Other: Class | C.O. | | | ☐ |

Officer's Statement of Facts Concerning Violation:

The listed subject lives at the above location. The subject was issued multiple verbal warnings by Deputy M.Schell and myself to put numbers on her mailbox. The subject still has no visible numbers on the mailbox.

☑ ENTERED

Evidence
☑ Photographic ☑ Body Worn Camera

Physical Description: (Defendant - Tattoos, Scars, Features)

DEPUTY M. SCHELL

SGT.S.SOTO
WITNESS NAME    ADDRESS - STREET    CITY    STATE    ZIP

I swear and affirm that the above statements are true and correct to the best of my knowledge and belief.

3/1/16    1843    M.CELESTE/CORPORAL
Date of Issue   Time of Issue   Name / Title   Supervisory Approval   Thumb Print

## ARRAIGNMENT INFORMATION

4/28/16  0900
Date   Time

☐ Robert D. Sumner Judicial Center, 38053 Live Oak Avenue, Dade City
☑ West Pasco Judicial Center, 7530 Little Road, New Port Richey

*YOU ARE REQUIRED TO APPEAR AT ARRAIGNMENT ON ANY CHARGE MARKED "MANDATORY COURT". FOR ALL OTHER CHARGES, YOU MUST EITHER PAY THE CITATION OR APPEAR FOR ARRAIGNMENT.

FAILURE TO COMPLY WITH THE INSTRUCTIONS TO PERSONS CITED (SET FORTH ON THE SUPPLEMENTAL PAGE ACCOMPANYING THIS CITATION) MAY RESULT IN A JUDGMENT ENTERED AGAINST YOU IN AN AMOUNT OF UP TO $500.00 OR A WARRANT BEING ISSUED FOR YOUR ARREST. ANY PERSON WHO WILLFULLY REFUSES TO SIGN AND ACCEPT A CITATION ISSUED BY AN OFFICER MAY BE GUILTY OF A MISDEMEANOR OF THE SECOND DEGREE, IN ACCORDANCE WITH FLORIDA STATUTES (F.S.) 828.27(5), PUNISHABLE AS PROVIDED IN F.S. 775.082, 775.084. YOUR SIGNATURE IS NOT AN ADMISSION OF GUILT, SEE F.S. 901.15(1) FOR AUTHORITY OF LEO TO ARREST FOR ORDINANCE VIOLATION.

Fine Amount    = $  30.00
Court Cost     = $  18.00
TOTAL FINE AMOUNT = $ 48.00

Refused
Defendant's Signature    Date

Record's Copy    PSO# 30325 (Rev. 11/15)

EXHIBIT
2
3-23-22
Heilman

IN THE COURTS OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

**JUDGMENT**
**INFRACTION DISPOSITION**

STATE OF FLORIDA, COUNTY OF PASCO
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE OR OF PUBLIC RECORD IN THIS OFFICE WITNESS MY HAND AND OFFICIAL SEAL THIS ___ DAY OF ___ 2016
PAULA S. O'NEIL, CLERK & COMPTROLLER
BY _____ DEPUTY CLERK

STATE OF FLORIDA
VS.

CASE NO: 1600972COAWS
SPN NO: 00146564   DOB: [redacted]
CHARGE: LACK OF POSTED ADDRESS

TAMMY HEILMAN
3229 PRIMROSE DR
HOLIDAY, FL 34691

You, the above styled offender, being now before the court and:
( ✓ ) having admitted/denied the commission of the above offense
(   ) having entered a plea of nolo contendere to said offense
(   ) being properly noticed to appear on _____ at _____
      for _____ and having failed to appear.

The Court being fully advised of all matters pertaining herein:
(   ) Finds you guilty of the above offense.
(   ) Finds you not guilty of the above offense
(   ) Dismisses the above case against you
( X ) Withholds adjudication
(   ) Adjudicates you guilty

And it is the order of the court that you are:
( X ) To pay a Fine in the amount of $ 30.00
( ✓ ) To pay a Cost of Recovery Contest Fee of $40.00 pursuant to FS 34.045(1)(b).
( X ) To pay a Cost of Recovery Filing Fee of $10.00 FS 34.045(1)(c).
( X ) To pay a Teen Court fee of $3.00 pursuant to FS 938.19.
( X ) To pay an additional $3.00 court costs pursuant to 938.01 and $2.00 fee Criminal Justice Education Local Government fund pursuant to 938.15.
(   ) Complete _____ hours of Community Service
( ✓ ) Must come into compliance within 10 days.
( X ) All above monetaries are due within thirty (30) days.
(   ) To Cease and Desist Road Soliciting except on Sundays with vests.
(   ) Other: _____

FILED FOR RECORD
PASCO COUNTY, FLORIDA
2016 MAY 12 PM 12:00
Paula S. O'Neil
Clerk & Comptroller
Pasco County, Florida

You are hereby advised that you have the right to appeal this judgment within thirty (30) days of the date hereof. Should you fail to file your appeal within that time, you will lose your right to do so.

It is further ordered that a certified copy of this Judgment will be recorded by the Clerk of Court as a Judgment Lien in favor of the Clerk of Court on behalf of the State of Florida, in the Official Records in the county in which the Defendant resides in and in each county in which the Defendant owns or later acquires any property. Interest shall accrue at the statutory rate.

If you are unable to pay your financial obligations today, you MUST go to the Clerk's Office to set up a payment plan and pay a $25.00 Application Fee (F.S. 28.24(26)(c). Failure to do so may result in suspension of your driver's license

Done and ordered in open court in Pasco County, Florida this 12 day of MAY, 2016

_____
Presiding Judge

Pasco County Clerk and Comptroller:
38053 Live Oak Avenue, Dade City, FL  33523 or 7530 Little Road, New Port Richey, FL  34652
Original:    Clerk                                      Copies:    Defendant/Prosecuting    Authority

JUDGMENT INFRACTION CO ORD MERGE          1                                                R091015
JW