# PASCO COUNTY ORDINANCE CITATION

| Agency No. | Court Case No. | | | | | | |
|---|---|---|---|---|---|---|---|
| 17040266 | | The undersigned officer certifies that on 10/18/2017 at 08:13 | | | | | |

Month, Day, Year / Time

**Defendant (Last, First, Middle, Alias)**
HEILMAN, TAMMY, LYNNE

SPN Number:

| DOB | Sex | Race | Height | Weight | Hair | Eyes | Driver's License No. |
|---|---|---|---|---|---|---|---|
| [redacted] | F | W | 509 | 180 | BRO | BRO | [redacted] |

**Location of Violation:** 3229 PRIMROSE DR, HOL, FL
**Physical Address (Street, City, State):** 3229 PRIMROSE DR, HOL, FL 34691
**Work or Mailing Address (Street, City, Zip):**
Home Telephone:     Work Telephone:

The above-named person did violate the following provision of the Pasco County Code of Ordinances/Land Development Code:

- ☐ Improper Confinement of Aggressive Animal. § 14-41(a/b) ☐ Mandatory Court* (if checked) Class I ___ Counts ___ Offense
- ☐ Improper Confinement of Vicious Animal § 14-41(a/c) ☐ Mandatory Court* (if checked) Class VI ___ Counts ___ Offense
- ☐ Inoperative/Wrecked/Unlicensed Vehicles § 106.54 ☐ Mandatory Court* (if checked) Class II ___ Counts ___ Offense
- ☐ RV's, Boats, Trailers § 530.5 ☐ Mandatory Court* (if checked) Class II ___ Counts ___ Offense
- ☐ Other _____ § ___ ☐ Mandatory Court* (if checked) Class ___ Counts ___ Offense
- ☐ Failure to Attach Animal License Tag § 14-96(d) ☐ Mandatory Court* (if checked) Class II ___ Counts ___ Offense
- ☐ Failure to Vaccinate (Rabies) § 14-76 ☐ Mandatory Court* (if checked) Class II ___ Counts ___ Offense
- ☐ Commercial Vehicles § 530.16 ☐ Mandatory Court* (if checked) Class I ___ Counts ___ Offense
- ☐ Zoning Violation § ___ ☐ Mandatory Court* (if checked) Class VI ___ Counts ___ Offense
- ☐ Prohibited Signs § 406.1 ☐ Mandatory Court* (if checked) Class ___ Counts ___ Offense
- ☐ Animal Constituting a Nuisance § 14-98 ☐ Mandatory Court* (if checked) Class II ___ Counts ___ Offense
- ☐ Animal Running-At-Large § 14-97(c) ☐ Mandatory Court* (if checked) Class III ___ Counts ___ Offense
- ☒ Accumulation of Junk/Debris § 530.8 ☒ Mandatory Court* (if checked) Class II __1__ Counts __1st__ Offense
- ☐ Illegal Watering § 62-98 ☐ Mandatory Court* (if checked) Class II ___ Counts ___ Offense
- ☐ Tree Removal/Protection Violation § 802 ☐ Mandatory Court* (if checked) Class ___ Counts ___ Offense

**Officer's Statement of Facts Concerning Violation:**

The defendant had an accumulation of junk in her front yard to include pieces of wood, a cinder block, and a large children's toy car. Tammy said this was all from Hurricane Irma which was over one month ago and did not contain large flying children's cars and would not have damaged a cinder block.

**Physical Description (Defendant - tattoos, scars, features):**

**Witness (Name, Address):**

I swear and affirm that the above statements are true and correct to the best of my knowledge and belief.

| 10/18/2017 | 08:13 | [signature] DRURY |
|---|---|---|
| Date of Issue | Time of Issue | Issuing Officer's Signature/Title |

Supervisory Approval

**ARRAIGNMENT INFORMATION**
12/21/17 AT 9am
Date and Time

* YOU ARE REQUIRED TO APPEAR AT ARRAIGNMENT ON ANY CHARGE MARKED "MANDATORY COURT"; FOR ALL OTHER CHARGES, YOU MUST EITHER PAY THE CITATION OR APPEAR FOR ARRAIGNMENT.

☐ East Pasco County Courthouse, 38053 Live Oak Avenue, Dade City
☒ West Pasco Judicial Center, 7530 Little Road, New Port Richey

FAILURE TO COMPLY WITH THE INSTRUCTIONS TO PERSONS CITED (SET FORTH ON THE SUPPLEMENTAL PAGE ACCOMPANYING THIS CITATION) MAY RESULT IN A JUDGMENT ENTERED AGAINST YOU IN AN AMOUNT OF UP TO $500.00 OR A WARRANT BEING ISSUED FOR YOUR ARREST. ANY PERSON WHO WILLFULLY REFUSES TO SIGN AND ACCEPT A CITATION ISSUED BY AN OFFICER MAY BE GUILTY OF A MISDEMEANOR OF THE SECOND DEGREE, IN ACCORDANCE WITH FLORIDA STATUTES (F.S.) 828.27(5), PUNISHABLE AS PROVIDED IN F.S. 775.082, 775.083. YOUR SIGNATURE IS NOT AN ADMISSION OF GUILT, SEE F.S. 901.15(5) FOR AUTHORITY OF LEO TO ARREST FOR ORDINANCE VIOLATION.

| FINE AMOUNT | = | $ 125.00 |
|---|---|---|
| COURT COST | = | $ 18.00 |
| TOTAL FINE AMOUNT | = | $ 143.00 |

Refused 10/18/17
Defendant's Signature / Date

**EXHIBIT 5**
3-23-22 JA Heilman

wpdata/cc/ccordinancecitation_2012-01-03

IN THE COURTS OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

JUDGMENT
INFRACTION DISPOSITION

State of Florida
VS
HEILMAN, TAMMY LYNNE
3229 PRIMROSE DR
HOLIDAY, FL 34691

Case Number: 2017CO004119COAXWS
Citation(s)#:
Additional ID: 146564
DOB: [redacted]

1. ACCUMULATION OF DEBRIS VIOLATION

You, the above styled offender, being now before the court and:
(X) having admitted/(denied) the commission of the above offense
( ) having entered a plea of nolo contendere to said offense
( ) being properly noticed to appear on _____ at _____ for _____
    and having failed to appear.

The Court being fully advised of all matters pertaining herein:
( ) Finds you guilty of the above offense
( ) Finds you not guilty of the above offense
( ) Dismisses the above case against you
(X) Withholds adjudication
( ) Adjudicates you guilty

And it is the order of the court that you are:
(X) To pay a Fine in the amount of $ 125.00
( ) To pay a Cost of Recovery Contest Fee of $40.00 pursuant to FS 34.045(1)(b).
(X) To pay a Cost of Recovery Filing Fee of $10.00 pursuant to FS 34.045(1)(c).
(X) To pay a Teen Court fee of $3.00 pursuant to FS 938.19.
(X) To pay an additional $3.00 court costs pursuant to 938.01 and $2.00 fee Criminal Justice Education Local Government fund pursuant to FS 938.15.
( ) Complete _____ hours of Community Service
( ) Must come into compliance within _____ days.
(X) All above monetaries are due within 30 days.
( ) To Cease and Desist Road Soliciting except on Sundays with vests.
( ) Other: _____

You are hereby advised that you have the right to appeal this judgment within thirty(30) days of the date hereof. Should you fail to file your appeal within that time, you will lose your right to do so.

It is further ordered that a certified copy of this judgment will be recorded by the Clerk of Court as a Judgment Lien in favor of the Clerk of Court on behalf of the State of Florida, in the Official Records in the county in which the Defendant resides in and in each county in which the Defendant owns or later acquires any property. Interest shall accrue at the statutory rate.

If you are unable to pay your financial obligations today, you MUST for the Clerk's Office to set up a payment plan and pay a $25.00 Application Fee (FS 28.24(26)(c). Failure to do so may result in suspension of your driver's license.

DONE AND ORDERED in Open Court in Pasco County, Florida, this 25 day of January 2018

_____
Presiding Judge

Pasco County Clerk and Comptroller
38053 Live Oak Avenue, Dade City, Florida or 7530 Little Road, New Port Richey, FL 34652

Original: File   Copies: Defendant/Prosecuting Authority