# Pasco Sheriff's Office



RECEIVED **HR**

APR 0 9 2019

Acknowledged

Dir_____ Action_____

*Chris Nocco, Sheriff*

## Member Performance Report

Name: _____**Hiebert**_____**Stephen**_____   CJIS/ID#: ____**2745**____
            LAST                              FIRST                        MIDDLE

Position Classification: Senior Strategic Analyst   Date of Hire: ___**2/20/2006**___   or Date of Grade: _____

Rating Period Dates: From ____**2/20/2018**____ To ____**2/20/2019**____   Rater: ___**Director Larry Kraus**___

Rating Type:   **Annual**



Bureau:   **Intelligence & Criminal Investigations**

Section:   **Intelligence-led Policing**

PSO# 10017 (Rev. 10/16)

EXHIBIT
6
1-12-22

SCANNED
Defendant 0991

Defendant18992

Pasco Sheriff's Office                    **MEMBER PERFORMANCE REPORT**

**Supervisor/Member Dialogue:** It is incumbent upon the supervisor and the member evaluated to have dialogue concerning the report. Answer the following questions and document the dialogue in the space provided.

**A. What are the member's career goals?** *(Have these goals evolved from the previous rating period?)*

Strategic Analyst Hiebert would like to continue growing as an analyst by expanding his analytical tradecraft and increase his level of understanding in projection methods for changes in network structure using SNA and Game Theory. In addition, he would like to become more proficient in the programming language "R" which provided a basis for statistical modeling which may assist in the creation of network automation from our current datasets.

**B. What are the member's strengths and notable accomplishments?**

Over the course of this rating period, Strategic Analyst Hiebert has been tasked with multiple projects as well as being responsible for training two new analyst. Some of the more notable projects include a rezoning product in which PSO will create smaller more manageable zones to increase response capabilities.

Strategic Analyst Hiebert assisted with multiple other projects to include property evidence comparison in AS-400, County Commissioner District Activity Project, EAP Reviews, HUD Housing Study, and intelligence products related to violent crime, narcotics networks, and abusive offenders.

**C. Supervisor's recommendation to improve member performance.**

Strategic Analyst Hiebert is a highly skilled analyst and has a in-depth understanding of PSO current datasets. However, Strategic Analyst Hiebert is encouraged to increase the level of commutations with District and specialty analyst within ILP and provide clear and concise instruction on how data is pulled, why data is pulled, and what information is expected to be returned during specific data pulls. Strategic Analyst Hiebert has been instructed to created a "Data Guide" to ensure uniformity.

In addition, Strategic Analyst Hiebert is encouraged to compare and explain the difference between data pulled through RMS, JMS, and CAD from both the front-end and back-end of the databases, which would include the primary interface available to all members, ODBC connections, and access data tables created to to streamline data pulls.

**D. During the rating period, what didn't the member accomplish that the supervisor planned on them accomplishing? Why?**

Strategic Analyst Hiebert continues to work on updating and automating the prolific automation process, however due to the loss of two analyst the project was placed on hold until we have sufficient staffing.

Defendant18994

Pasco Sheriff's Office

MEMBER PERFORMANCE REPORT

**E. What are the supervisor's goals for the member's next evaluation period?**

The following goals are recommended for Strategic Analyst Hiebert:
Goal 1: Complete the "Data Guide"
Goal 2: Research and assist in the development of an automated process for SNA.
Goal 3: Research and assist in the development of an automated process for Prolific Offenders.

**F. What additional training or development would the supervisor recommend to improve or enhance the member's work performance and/or accomplish goals?**

The following training goals are recommended for Strategic Analyst Hiebert :
Training Goal 1: Identify a training course for "R" as it relates to Law Enforcement.
Training Goal 2: Continue to explore new training as it relates to SNA
Training Goal 3: Gain a better understanding of how District and Specialty Analyst pull and analyze data on a daily basis.

**G. Documented deficiencies.**    ☑ Not Applicable

Strategic Analyst Hiebert did not have any documented deficiencies this rating period.

Rater's Name: **Director Larry Kraus**     CJIS/EMP#: **5445**

Rater's Signature: _____     Date: 3/28/19

Member's Signature: _____     Date Completed: 03/28/19

Supervisor's Signature: _____     Date Received: 3/28/19

PSO# 10017 (Rev. 10/18)

Defendant18995

Defendant18996

Pasco Sheriff's Office

**MEMBER PERFORMANCE REPORT**

**Member Comments:**

*None at this time.*

☐ See MPR Supplement Sheet

| | | | |
|---|---|---|---|
| Stephen Hiebert | 2745 | | |
| MEMBER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**First Reviewer: Division/Section**

| | | | |
|---|---|---|---|
| Director Larry Kraus | 5445 | | 3/28/19 |
| FIRST REVIEWER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**Second Reviewer: Division Commander**

| | | | |
|---|---|---|---|
| | | | |
| SECOND REVIEWER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**Third/Final Reviewer:**

| | | | |
|---|---|---|---|
| Major Jeff Peake | 1619 | | 4/8/19 |
| THIRD/FINAL REVIEWER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**Approved for Permanent Status:**   ☐ YES   ☐ NO

PSO# 10017 (Rev. 10/18)

Defendant18997

Defendant18998

Pasco Sheriff's Office

## MEMBER PERFORMANCE REPORT SUPPLEMENT SHEET

NAME: _____ Hiebert _____ Stephen _____     FROM: ___ 2/20/2018 ___ TO ___ 2/20/2019
                (LAST)              (FIRST)        (MI)                              RATING PERIOD DATES

__B__ ☒  Strategic Analyst Hiebert  attended and served as a presenter and panel member at the NPS Core Lab Conference in Monterey.

In addition, Strategic Analyst Hiebert provided training in excel, access, and ODBC data pulls.

__C__ ☒  In addition, it is imperative when working on joint projects, each team member understands the methodology in which the data is collected and analyzed for final product review and dissemination.  Strategic Analyst Hiebert is encouraged to ensure any discrepancies in data are thoroughly discussed prior to finalizing or presenting a project or product.

*Submitted by:*

_Larry Kraus_
(PRINT / TYPE)         NAME

_____
                SIGNATURE

___3/28/2019___
            DATE

Defendant18999

Defendant19000

Pasco Sheriff's Office

**MEMBER PERFORMANCE REPORT**
*SELF-EVALUATION QUESTIONNAIRE*

Name: _____ Stephen Hiebert _____   CJIS/EMP.#: __2745__   Date Assigned: ___03/18/2019___

Position: _____ Strategic Analyst _____

Division: _____ Intelligence-led Policing _____   Date Due: ___03/22/2019___

Rating Period: __02/20/2018__ to __2/20/2019__

As a part of the evaluation process, use this form to review, describe and evaluate your job performance over the past evaluation period. This form will be reviewed with your supervisor prior to your evaluation meeting and will be submitted with your annual Performance Report.

**A.** What were your most significant work related accomplishments? *(Include projects, assignments, new skills or knowledge gained).*

Major Projects: New Zone Design, Property Evidence Comparison of AS-400 to Current, SNA Live-Pull Proof of Concept (Usable version available soon), Major Crimes Workload Study, Opioid Cost, Formalized EAP Reviews, County Commissioner Project, Navigation Center, Repeat Victimization.
Minor and Recurring Tasks: AVL Reports (17), Offender Lists (Prolifics, Abusive, Violent, Narcotics, and Under the Radar), LivePD (31), Traffic Crashes, PSO Maps, Human Trafficking Meetings and Data, Phone Toll and Cell Tower Analysis, Drug Study, SNA Reports, Homeless Arrests, Death Investigations, Extracts of CAD, RMS, and JMS data, HUD Housing Study, TipSoft, and testing of applicants.
Trainer: Excel, Access, ODBC, Mapping, RMS/JMS data.
Trainee: CORE Lab Conference in Monterey (Presenter and Panel Member), Risk Terrain Modeling Class GeoTime Training, NPS Monthly SNA Seminars, Ride-along, Valcri, and some Hydrology and Meteorology Online.

**B.** What are your strengths within your position? List as many as you prefer and give examples.

Research, Data Organization, Analysis, Reporting, and Training
My research abilities were demonstrated in zone redesign project.
The major crimes workload study demonstrated my data organization skills.
Designing a formal EAP review process demonstrated my analysis skills.
The minor and recurring tasks demonstrated my reporting skills.
Access classes for the other analysts demonstrated my teaching skills.

**C.** In what area of performance would you most like to improve?

I would like to expand to more types of analysis. I studied some hydrology and meteorology Online. I am improving with Social Network Analysis and need to continue improving, specifically in related topic of Game Theory for the study of dynamic networks. I would like to learn more about programming in R and Python. I would also like to learn more in statistic, specifically time-line regression.

PSO# 10150 (Rev. 4/13)

Defendant19001

Defendant19002

**MEMBER PERFORMANCE REPORT**

*SELF-EVALUATION QUESTIONNAIRE* **(Continued)**

**D.** During the rating period, what didn't you accomplish that you planned on accomplishing? Why?

Since August, 2018, I have received as many requests as when there was a Mid-Level Strategic Analyst. This has caused some requests to be deferred or re prioritized.

**E.** What are your goals for the next evaluation period?

Learn some projection methods for changes in network structure using SNA and Game Theory. Learn the programming language "R". R has some use in SNA.

**F.** What additional training or development would help you improve or enhance your work performance and/or accomplish your goals?

I would like to take an online "R" class. Coursera has courses in "R" from several well-known universities. Some have free registration; but the course would take some time away from work.

**G.** What feedback or suggestions do you have to improve your area of assignment?

There is enough potential workload for the strategic analyst that a fair amount of triage is needed. It would be helpful to reserve some time for pro-active efforts.

| | |
|---|---|
| _____ | 03/19/19 |
| Member's Signature | Date Completed |
| _____ | 3/19/2019 |
| Supervisor's Signature | Date Received |

Defendant19003

Defendant19004

# Pasco Sheriff's Office



**We Fight As One**

**PASCO SHERIFF**

SCANNED

ENTERED

RECEIVED
OCT 2 7 2017
BY:_____

*Chris Nocco, Sheriff*

# Member Performance Report

Name: _____Hiebert_____   _____Stephen_____   ___F.___   CJIS/ID#: ___2745___
   LAST                              FIRST                     MIDDLE

Position Classification: __Strategic Analyst__   Date of Hire: __02/20/2006__   or Date of Grade: _____

Rating Period Dates: From ___02/21/2016___ To ___02/20/2017___   Rater: ___Lt. Justin Ross___

Rating Type:   Annual

Bureau:   Intelligence & Criminal Investigations

Section:   Intelligence-led Policing

PSC# 10017 (Rev. 8/16)

Defendant19005

Defendant19006

Pasco Sheriff's Office

**MEMBER PERFORMANCE REPORT**

**Supervisor/Member Dialogue:** It is incumbent upon the supervisor and the member evaluated to have dialogue concerning the report. Answer the following questions and document the dialogue in the space provided.

**A. What are the member's career goals?** *(Have these goals evolved from the previous rating period?)*

Strategic Analyst Hiebert is entering is 12th year with the Sheriff's Office. He has found his niche at the agency working as a strategist within the Intelligence-led Policing section. His analytical mind and ability to operate in the abstract makes him perfect for the position. Strategic Analyst Hiebert continues to self-develop and learn new analytical techniques that will allow him to better make recommendations on improving agency-wide effectiveness and efficiency.

**B. What are the member's strengths and notable accomplishments?**

Strategic Analyst Hiebert is a humble, intelligent, and selfless team-player with impeccable work-ethic. He consistently performs at a high-level in a fast-paced, dynamic environment that is the Intelligence-led Policing Section. Strategic Analyst Hiebert is well-organized which allows him to complete assignments well in advance of deadlines. Because of this, he is the go-to analyst for complex, strategic products requested by Executive Staff. During this rating period, he has continued to be a mentor for his fellow Strategic Analyst as well as other analysts within the ILP section. He has built databases and queries in addition to instructing them on working with large amounts of data, which will allow analysts to create better operational and strategic level products to impact crime within their areas of responsibility. Strategic Analyst Hiebert has mastered big data manipulation and analysis.                                                                    (CONTINUED)

**C. Supervisor's recommendation to improve member performance.**

The only recommendation I have for Strategic Analyst Hiebert to improve performance is to continue to learn. Strategic Analyst Hiebert is an extremely self-motivated analyst and is always searching for on-line courses to expand his knowledge and analytical capabilities. Two examples were courses he took in ArcGIS and Risk-Terrain Modeling. I would recommend he continue to find more courses from ESRI and publishing analytical maps for both internal and external use. Applications like this will assist line-level officers with conducting their own analysis and impact their decisions on self-initiated activities in their effort to reduce crime. In addition, developing a better understand of how the front-end or user interface works for internal systems such as MCT, MFR, and RMS, will allow him to better understand the back-end tables and provide context when conducting mass-data pulls.

**D. During the rating period, what didn't the member accomplish that the supervisor planned on them accomplishing?  Why?**                                                                    (CONTINUED)

The goals set for Strategic Analyst Hiebert last rating period were generalized and aimed at mentoring other analysts and conducting exploratory research to improve the operations of the PSO. Strategic Analyst Hiebert worked in these areas throughout the rating period and met all expectations. There were no other assignments that were left unfinished.

PSO# 10017 (Rev. 8/16)

Defendant19007

Defendant19008

Pasco Sheriff's Office                                        *MEMBER PERFORMANCE REPORT*

**E.  What are the supervisor's goals for the member's next evaluation period?**

Goals for Strategic Analyst Hiebert over the next rating period are:
- Continue to update the SNA database with information from technologies in the detention center and CAD
- Create a priority warrant calculation to assist with identifying the active warrants that if served, would have the most significant impact on the crime picture.
- Create an Abusive Offender definition to further the agency's response to family violence
- Explore Near Repeat Modeling and Near Repeat Calculators
- Train the Criminal Intelligence Analysts in ODBC and mass-data pulls

**F.  What additional training or development would the supervisor recommend to improve or enhance    the member's work performance and/or accomplish goals?**

I would recommend Strategic Analyst Hiebert look for additional training opportunities in:
- ESRI ArcGIS Maps
- Social Network Analysis
- Near Repeat Modeling
- Staffing calculations for detectives

**G.  Documented deficiencies.**    [✓] Not Applicable

Strategic Analyst Hiebert did not have any disciplinary actions, corrective actions, or other documented deficiencies during this rating period.

Rater's Name: _Lieutenant Justin Ross_          CJIS/EMP#: **2786**

Rater's Signature: _____2786___     Date: _10-13-2017_

Member's Signature: _____     Date Completed: _10/13/17_

Supervisor's Signature: _____     Date Received: _10/24/17_

PSO# 10017 (Rev. 8/16)

Defendant19009

Defendant19010

Pasco Sheriff's Office

# MEMBER PERFORMANCE REPORT

**Member Comments:**

I enjoy working to bring information to decision makers here at PSO. It is not lost on me the trust placed in the analyses so I will continue to strive to make them accurate and meaningful.

☐ See MPR Supplement Sheet

| Stephen Hiebert | 2745 | _Stephen Hiebert_ | 10/13/17 |
|---|---|---|---|
| MEMBER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**First Reviewer: Division/Section**

| | | | |
|---|---|---|---|
| FIRST REVIEWER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**Second Reviewer: Division Commander**

| | | | |
|---|---|---|---|
| SECOND REVIEWER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**Third/Final Reviewer:**

| Major Jeff Peake | 1619 | _mj_ | 10/24/17 |
|---|---|---|---|
| THIRD/FINAL REVIEWER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**Approved for Permanent Status:** ☐ YES ☐ NO

PSO# 10017 (Rev. 8/16)

Defendant19011

Defendant19012

Pasco Sheriff's Office          **MEMBER PERFORMANCE REPORT SUPPLEMENT SHEET**

NAME: ___Hiebert___  ___Stephen___  ___F.___     FROM: ___2/21/2016___ TO ___2/20/2017___
      (LAST)    (FIRST)    (MI)                            RATING PERIOD DATES

  B. A few of the major projects completed by Strategic Analyst Hiebert include a City of NPR Annexation study, patrol staffing study, desk officer utilization study, and Marine Interdiction for Drug and Human Trafficking. Strategic Analyst Hiebert also worked with fellow Strategic Analyst Vreeland to update the agency's definition of a prolific offender and the process used to identify STAR boxes. He has

developed a command understanding of Social Network Analysis through our agency's partnership with the Naval Post Graduate School. Strategic Analyst Hiebert constructed a relationship database using artificial intelligence to identify relationships and automate the SNA edge-list build. This has streamlined the SNA process and allowed other analysts to leverage all of the relationship data

available within our databases. His work is definitely a major contributor to how far advanced the Pasco Sheriff's Office is in our SNA efforts.

  C. In addition, since being assigned to ILP, I have seen first hand the benefit of having a sworn law enforcement officer assigned to work with the analysts to provide context to requests for products and explain policies and procedures for law enforcement activities. Having this understanding allows analysts to be more responsive to the needs of operators and complete more accurate assessments and products. To help in this effort, I would recommend Strategic Analyst Hiebert go on a couple ride-a-longs with patrol and

STAR to understand their missions and how law enforcement activities are carried out. This knowledge will assist Strategic Analyst Hiebert in his analysis.

**Submitted by:**

___Lieutenant Justin Ross___          _____     ___10-13-2017___
(PRINT / TYPE)      NAME                       SIGNATURE            DATE

Defendant19013

Defendant19014

Pasco Sheriff's Office

# MEMBER PERFORMANCE REPORT
## SELF-EVALUATION QUESTIONNAIRE

Name: _____ Stephen Hiebert _____  CJIS/EMP#: _2745_  Date Assigned: __05/15/2017__

Position: _____ Strategic Analyst _____  Date Due: __05/26/2017__

Division: _____ Intelligence-led Policing _____  Rating Period: __02/20/2016__ to __02/20/2017__

As a part of the evaluation process, use this form to review, describe and evaluate your job performance over the past evaluation period. This form will be reviewed with your supervisor prior to your evaluation meeting and will be submitted with your annual Performance Report.

**A.** What were your most significant work related accomplishments? *(Include projects, assignments, new skills or knowledge gained).*

\* Projection of Deputy Staffing and Pay, Staffing and Deployment Study, Increase in Obligated Time per Call, Projection of Jail Population
\* Prolific Offender List, Prolific Narcotics Offender List, Review of Predictive Analytics Methods and Potential
\* Maps: STAR Boxes, MP4, Potential Shooting Range Site, Proposed Intervention Locations for Auto Burglaries.
\* Generated 12 AVL reports and 26 area reports of crimes and or calls for service, Excel Class assistance, Excel/Access assists: 8.
\* Flood Model (Due to lack of expertise, this project was converted to a map of likely flooded areas and potential staging areas).
\* Report on Suicides and Domestic Violence, Body-Worn Cameras, MO. and Desk Officers
\* Assisted with the review of CA+ and CrimeReports, and the application for the NIJ SNA grant.
\* SNA: Partnership with NPS, Sample Report, Network Builder Databases. Report on At-Risk Youth for NPS
\* Assisted in the testing and selection of new employees.
\* Attended a one-day Financial Analysis training by IALEIA and an six month on-line class in Risk Terrain Modeling

**B.** What are your strengths within your position? List as many as you prefer and give examples.

Research, Data Organization, Analysis, Reporting, and Teaching
My research abilities were demonstrated in building the SNA network builder program.
The SNA network builder program also demonstrated my data organization skills.
Projecting deputy staffing and pay out to 2025 and the desk officer report demonstrated my analysis skills.
The monthly and ad hoc reports demonstrated my reporting skills.
Assisting with the Excel classes, helping others with Excel and Access and mentoring the Mid-Level Strategic Analyst demonstrated my teaching skills.
Note: At this point (18 months), the Mid-Level Strategic Analyst is able to be completely self-sufficient and has become more proficient at mapping than the mentor. Although programming and algorithms are not part of the job description, a basic knowledge has been achieved.

**C.** In what area of performance would you most like to improve?

I would like to expand to more types of analysis. I am planning to learn enough hydrology and meteorology to provide some actionable intelligence regarding flooding. I am improving with Social Network Analysis and need to continue improving, specifically in related topic of Game Theory. I would like to learn more about telephone analysis.

PSO# 10150 (Rev. 4/13)

Defendant19015

## MEMBER PERFORMANCE REPORT

### SELF-EVALUATION QUESTIONNAIRE (Continued)

**D.** During the rating period, what didn't you accomplish that you planned on accomplishing?  Why?

I did not get the planned ride-along this year.

**E.** What are your goals for the next evaluation period?

Develop a flood model using the Army Corps of Engineers program.  Learn how to project changes in network structure using SNA and Game Theory.

**F.** What additional training or development would help you improve or enhance your work performance and/or accomplish your goals?

I would like to visit the Naval Postgraduate School for further mentoring in SNA.

**G.** What feedback or suggestions do you have to improve your area of assignment?

There is enough potential workload for the strategic analysts that a fair amount of triage is needed.

_____          10/05/17
Member's Signature                  Date Completed

_____          10-05-2017
Supervisor's Signature              Date Received

Defendant19016

# Pasco Sheriff's Office



ENTERED

Received

MAY 1 0 2016

Human Resources

## *Chris Nocco, Sheriff*

# Member Performance Report

Name: _____ **Hiebert** _____ **Stephen** _____  CJIS/ID#: _____ **2745**
              LAST                    FIRST              MIDDLE

Position Classification: Senior Strategic Analyst   Date of Hire: __2/20/2006__   or Date of Grade: _____

Rating Period Dates: From __2/20/2015__ To __2/20/2016__   Rater: Anthony "Tony" L. Gallo Sr.

Rating Type:   Annual

Bureau:   Law Enforcement

Section:   Intelligence-led Policing

PSO# 10017 (Rev. 2/16)

Pasco Sheriff's Office                    *MEMBER PERFORMANCE REPORT*

**Supervisor/Member Dialogue:** It is incumbent upon the supervisor and the member evaluated to have dialogue concerning the report.  Answer the following questions and document the dialogue in the space provided.

**A.  What are the member's career goals?** *(Have these goals evolved from the previous rating period?)*
Sr. Strategic Analyst Hiebert routinely sets the standard high for himself as it relates to personal, yearly and career goals.Sr. Strategic Analyst Stephen Hiebert is a professional and highly respected member of the Intelligence-Led Policing team and has many career aspirations. His primary career goal is to continue to propagate his knowledge and that of the Intelligence-Led Policing team as it relates to data exploration and discovery. The primary means he would like to do this is through Social Network Analysis, which he has received some training and has also been self-taught ... he is motivated! His goal also entails manipulating, organizing, validating, and analyzing large volumes of data sets and figures to determine the inner findings and extractions which would be strategically and tactically usable by PSO for actionable intelligence.

Sr. Strategic Analyst Stephen Hiebert is a dedicated analyst and always first in line to assist with projects and tasks. Sr. Strategic Analyst Hiebert has created data bases and provided instructional training to the newly created Mid-Level Strategic Analyst position. Sr. Strategic Analyst Hiebert enjoys using his extensive knowledge in computer operations to mentor the younger analysts in the Intelligence-Led Policing Section. He has done this with his new protege, Criminal Intelligence Analysts, and Crime Analysts within the Intelligence-Led Policing Section, and also with members throughout PSO.

Sr. Strategic Analyst Hiebert is active in the local community and has used his skills and abilities to support the church he attends.

**B.  What are the member's strengths and notable accomplishments?**
Sr. Strategic Analyst Hiebert's most  notable accomplishment this year was completing his Master's Degree in Criminal Justice at St. Leo University. He also completed a course in Economic and Social Network Analysis. Both of these accomplishments will have a positive affect throughout multiple units within PSO, as he will bring what he has learned to PSO.

Sr. Strategic Analyst Hiebert's most prominent strengths is his ability to dissect  raw intelligence data into usable intelligence products using MicroSoft Excell and MicroSoft Access, the two toughest programs in Microsoft Office to master. One of his most notable accomplishments during this reporting period was to use these programs and his knowledge of criminal justice to create a working definition of a prolific offender. He utilized the collected information to create a database to pull out the top 100 prolific offenders in Pasco County based on a numeric process he developed. This is the first time that the Pasco County Sheriff's Office has had a definition or a process of this nature.

Sr. Strategic Analyst Hiebert's prides himself on completing requested tasks prior to deadlines and typically goes above and beyond on requested products by producing additional information in which he believes will assist the customer. Sr. Strategic Analyst Hiebert is the PSO trainer for MS-Excel and instructed twenty-four PSO members during the multiple 12-hour courses he instructed.

**C.  Supervisor's recommendation to improve member performance.**
Sr. Strategic Analyst Hiebert continues to not only improve himself, but in the process improves PSO and ILP as a whole.  This reporting period Sr. Strategic Analyst Hiebert completed his Master's Degree in Criminal Justice and volunteered and successfully completed the Economic and Social Network Analysis Course.

I've encourage Sr. Strategic Analyst Hiebert to pursue additional training course in Social Network Analysis present by the International Association of Law Enforcement Intelligence Analyst (IALEIA) as well as doing a temporary duty (TDY) to the Kansas City Police Department to do additional hands on training with Dr. Fox, the foremost expert on Social Network Analysis.

I have also encouraged Sr. Strategic Analyst Hiebert to occasionally do ride-alongs so that he can have a different perspective of the areas he does his products on. This will allow Sr. Strategic Analyst Hiebert the understanding and crucial affects his products have on deputies patrolling Pasco County.

**D.  During the rating period, what didn't the member accomplish that the supervisor planned on them accomplishing?  Why?**

During most of the this reporting period Sr. Strategic Analyst Hiebert was either the only Strategic Analyst supporting PSO and the other half of the year was set producing strategic products and training the new Mid-Level Strategic Analyst. Do to these factors he was not able to accomplish the ride-a-longs the supervisor planned for him. However, with the Mid-Level Strategic Analyst advancing more rapidly than expected, Sr. Strategic Analyst Hiebert will have the time to participate in multiple ride-a-longs during the next reporting period.

Defendant19018

Pasco Sheriff's Office

## MEMBER PERFORMANCE REPORT

**E.  What are the supervisor's goals for the member's next evaluation period?**

I would like to see Sr. Strategic Analyst Hiebert continue to mentor members of PSO in excel and other software applications, to aid in alleviating tasks placed on him. This will allow him additional time to perform his Strategic Analytical duties and responsibilities, which continue to be placed on him.

Another goal that I would like to see Sr. Strategic Analyst Hiebert work on more during this next reporting period, is exploratory research in order to provide directions and guidance on many aspects of PSO. This type of research will allow for both positive and negative results, which will greatly improve many components of PSO, by adding, deleting and/or changing parameters.

**F.  What additional training or development would the supervisor recommend to improve or enhance the member's work performance and/or accomplish goals?**

I would recommend that Sr. Strategic Analyst Hiebert attend conferences that promote newer technological advancements in his career field. This will not only ensure Sr. Strategic Analyst Hiebert continues to stay abreast in his career development and the computer programs in his field, but it would be of grave value to PSO that he stays on the forefront of technology.

As a career enhancement, there are other avenues that Sr. Strategic Analyst Hiebert can improve to effectively support the Criminal Intelligence Analysts, and that would be to learn the "ins and outs" of telephone analysis and financial analysis. ILP occasionally is requested by Economic and Cyerber Divisions to support financial and telephone analysis. He has made a leap in this direction by recently attending an economics analysis course.

**G.  Documented deficiencies.**  ☑ **Not Applicable**

Rater's Name: _Anthony "Tony" L. Gallo Sr._     CJIS/EMP#: _4845_

Rater's Signature: _[signature]_     Date: _2/20/16_

Member's Signature: _[signature]_     Date Completed: _2/20/16_

Rater's Supervisor's Signature: _[signature]_     Date Received: _5/4/16_

PSO# 10017 (Rev. 2/15)

Pasco Sheriff's Office

## MEMBER PERFORMANCE REPORT

**Member Comments:**

N/A

☑ **See MPR Supplement Sheet**

| Stephen Hiebert | 2745 | *Stephen Hiebert* | 2/20/16 |
|---|---|---|---|
| MEMBER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**First Reviewer:  Division/Section**

| | | | |
|---|---|---|---|
| FIRST REVIEWER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**Second Reviewer:  Division Commander**

| Capt. Chris Beaman | 1987 | *Chris Beaman* | 5/4/16 |
|---|---|---|---|
| SECOND REVIEWER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**Third/Final Reviewer:**

| Maj. John Conlin | 701 | *Wm J. Col* | 5/6/16 |
|---|---|---|---|
| THIRD/FINAL REVIEWER'S NAME (PRINT) | CJIS/EMP# | SIGNATURE | DATE |

**Approved for Permanent Status:**  ☐ YES  ☐ NO

PSO# 10017 (Rev. 2/16)

Defendant19020

Pasco Sheriff's Office          **MEMBER PERFORMANCE REPORT SUPPLEMENT SHEET**

NAME: _____ Hiebert _____ Stephen _____          FROM: _____ 2/20/15 _____ TO _____ 2/20/16
      (LAST)      (FIRST)    (MI)          RATING PERIOD DATES

N/A

Submitted by:

Anthony "Tony" L. Gallo Sr.
(PRINT / TYPE)      NAME

_____
SIGNATURE

2/20/16
DATE

Defendant19021

Defendant19022

Pasco Sheriff's Office

## MEMBER PERFORMANCE REPORT
### SELF-EVALUATION QUESTIONNAIRE

Name: _____ Stephen Hiebert _____ CJIS/EMP.#: __2745__ Date Assigned: ____02/04/2016____

Position: _____ Strategic Analyst _____ Date Due: ____02/20/2016____

Division: _____ Operational Logistics _____ Rating Period: __02/20/2015__ to __02/20/2016__

As a part of the evaluation process, use this form to review, describe and evaluate your job performance over the past evaluation period. This form will be reviewed with your supervisor prior to your evaluation meeting and will be submitted with your annual Performance Report.

**A.** What were your most significant work related accomplishments? *(Include projects, assignments, new skills or knowledge gained).*

Created an EZ Button to pull weekly RMS data for district analysts. Taught 12 - Hour Excel Classes ending 02/20/2015 and 06/19/2015. Improved the format and process for the monthly MO Report. Created a format and process for the monthly Probationer Report. Definition of "Prolific" and reporting process. Created a format and process for the AVL STAR Report and the Tips report.
Created ad hoc report for Desk Officer, ME Drug-related deaths, and Infant deaths.
Generated twelve AVL reports and eighteen area reports of crimes and or calls for service.
Gathered data and made recommendations for the Pasco Sex offender policy.
Estimated the number of people in Pasco residing on the water.
Assisted with the development of CA+.
Took an online class in Social and Economic Networks.
Assisted in the selection of several new employees and the training of the Mid-level Strategic Analyst. Designed the new office layout.
Completed a M.S. in Criminal Justice at St. Leo University.

**B.** What are your strengths within your position? List as many as you prefer and give examples.

Research, Data Organization, Analysis, Reporting, and Teaching
My research abilities were demonstrated in the project to define "Prolific" offenders.
The EZ button and the development of various monthly reports were good examples of my data organization skills.
Working with drug-related and child deaths as well as the Pasco Sex offender policy demonstrated my analysis skills.
The monthly and ad hoc reports demonstrated my reporting skills.
Teaching the Excel classes and training the Mid-Level Strategic Analyst demonstrated my teaching skills.

**C.** In what area of performance would you most like to improve?

I would like to expand to more types of analysis. I am scheduled to take a one-day class in Financial Analysis at Tallahassee this year. I am improving with Social Network Analysis and need to continue improving. I would like to learn more about telephone analysis.

Defendant19023

## MEMBER PERFORMANCE REPORT

### SELF-EVALUATION QUESTIONNAIRE (Continued)

**D.** During the rating period, what didn't you accomplish that you planned on accomplishing?  Why?

**E.** What are your goals for the next evaluation period?

Develop strategic products from SNA.  Develop strategic products from the locations and times of calls and cases.

**F.** What additional training or development would help you improve or enhance your work performance and/or accomplish your goals?

I would like to apply to the Naval Postgraduate School for a M.A. as funded by FEMA.

**G.** What feedback or suggestions do you have to improve your area of assignment?

| | |
|---|---|
| _Stephen Richart_ | 02/20/16 |
| Member's Signature | Date Completed |
| _signature_ | 20 FEB 16 |
| Supervisor's Signature | Date Received |

Defendant19024

# Pasco Sheriff's Office







*Chris Nocco, Sheriff*

## Member Performance Report

Name: _____ **Hiebert** _____   **Stephen** _____   _____   CJIS/ID#: ___ **2745** ___
LAST                       FIRST              MIDDLE

Position Classification: Senior Strategic Analyst   Date of Hire: ___ 2/20/2006 ___   or Date of Grade: _____

Rating Period Dates: From ___ 2/20/2014 ___ To ___ 2/20/2015 ___   Rater: ___ Anthony L. Gallo Sr. ___

Rating Type:   Annual

Bureau:   Operational Logistics

Section:   Intelligence-led Policing

PSO# 10017 (Rev. 2/15)

Defendant19026

Pasco Sheriff's Office                    **MEMBER PERFORMANCE REPORT**

**Supervisor/Member Dialogue:** It is incumbent upon the supervisor and the member evaluated to have dialogue concerning the report. Answer the following questions and document the dialogue in the space provided.

**A. What are the member's career goals?** *(Have these goals evolved from the previous rating period?)*

By far, Sr. Strategic Analyst Hiebert is one of the hardest working and most dedicated PSO employees on staff today! He has multiple career goals for the upcoming reporting period that surpass the goals that he set forth during the previous reporting period.

During this reporting period, Sr. Strategic Analyst Hiebert would like to study strategic tools that could signal the presence of criminal activity so action arms can form a tactical response utilizing his work. He would also like to train the analyst that will fill the new position of Mid-Level Strategic Analyst, as this will increase productivity from the Strategic Analyst positions, thereby being of great value in furthering PSO effectiveness and efficiency.

**B. What are the member's strengths and notable accomplishments?**

Sr. Strategic Analyst Hiebert's most notable accomplishment was standing out amongst all civilians in PSO, by being nominated and selected as the PSO Civilian of the Year for 2014.

Without question, Sr. Strategic Analyst Hiebert's greatest strength is his ability to manipulate raw data into usable intelligence products. Mr. Hiebert is always punctual when it comes to meeting deadlines and usually has the product to the customer prior to the date requested with even more usable information than was requested as well. Other excellent qualities of Sr. Strategic Analyst Hiebert is his ability to teach his peers how to use excel and other computer programs, by continuously instructing classes for all PSO members.

Sr. Strategic Analyst was very successful in completing 316 hours producing a new patrol zone map, 114 hours on a response time study, conducted 25 Automatic Vehicle Locator reports, produced 28 analytical products, and instructed 36 hours of excel training.

**C. Supervisor's recommendation to improve member performance.**

Sr. Strategic Analyst Hiebert personifies professionalism as does his work. Mr. Hiebert continuously exceeds expectations in his professional and personal life. At this time, I see no areas where Mr. Hiebert is lacking in performance, as the quality and quantity of his work is continuously lauded by all members of PSO.

My only recommendation for Sr. Strategic Analyst Hiebert would be to occasionally do ride-alongs so that he can have a different perspective of the areas he does his products on.

**D. During the rating period, what didn't the member accomplish that the supervisor planned on them accomplishing? Why?**

This question cannot be answered due to a change in reporting systems. There is no documentation indicated what the previous supervisor of Sr. Strategic Analyst Hiebert required him to accomplish during the reporting period.

Defendant19028

Pasco Sheriff's Office                                    **MEMBER PERFORMANCE REPORT**

**E.  What are the supervisor's goals for the member's next evaluation period?**

I would like to see Sr. Strategic Analyst Hiebert continue to mentor members of PSO in excel and other software applications, to aid in alleviating tasks placed on him, so that he has more time to perform his Strategic Analytical duties and responsibilities.

Another goal that I would like to see Sr. Strategic Analyst Hiebert work on more during this next reporting period, is exploratory research in order to provide directions and guidance on many aspects of PSO.  This type of research will allow for both positive and negative results, which will greatly improve many components of PSO, by adding new, deleting or changing parameters.

**F.  What additional training or development would the supervisor recommend to improve or enhance the member's work performance and/or accomplish goals?**

I would recommend that Sr. Strategic Analyst Hiebert attend conferences that promote newer technological advancements in his career field.  This will not only ensure Sr. Strategic Analyst Hiebert continues to stay abreast in his career development and the computer programs in his field, but it would be of grave value to PSO that he stays on the forefront of technology.

As a career enhancement, there are other avenues that Sr. Strategic Analyst Hiebert can improve to effectively support the Criminal Intelligence Analysts, and that would be to learn the "ins and outs" of telephone analysis and financial analysis.  ILP occasionally is requested by Economic and Cyerber Divisions to support financial and telephone analysis.

**G.  Documented deficiencies.**   ☑ **Not Applicable**

Rater's Name: _ANTHONY L. GALLO SR_   CJIS/EMP#: _4845_

Rater's Signature: _____   Date: _20 FEB 15_

Member's Signature: _____   Date Completed: _02/20/2015_

Rater's Supervisor's Signature: _____   Date Received: _4/3/15_

Defendant19030

Pasco Sheriff's Office

## MEMBER PERFORMANCE REPORT

**Member Comments:**

*No comments,*

☑ **See MPR Supplement Sheet**

Stephen Hiebert 2745 *[signature]* 02/20/2015
MEMBER'S NAME (PRINT) CJIS/EMP# SIGNATURE DATE

**First Reviewer:  Division/Section**

_____
FIRST REVIEWER'S NAME (PRINT) CJIS/EMP# SIGNATURE DATE

**Second Reviewer:  Division Commander**

Capt. Jeff Peake 1619 *[signature]* 6/3/15
SECOND REVIEWER'S NAME (PRINT) CJIS/EMP# SIGNATURE DATE

**Third/Final Reviewer:**

Maj. John Corbin 701 *[signature]* 6/3/15
THIRD/FINAL REVIEWER'S NAME (PRINT) CJIS/EMP# SIGNATURE DATE

**Approved for Permanent Status:** ☐ **YES** ☐ **NO**

PSO# 10017 (Rev. 2/16)

Defendant19031

Defendant19032