


# ILP 5 Year Executive Summary

## Assessment Highlights

- Big 4 Crimes have decreased 36 percent since 2016, with an overall 30 percent decrease in all property related crimes.

- The arrest rate for Big 4 crimes has increased 54 percent since 2016

- Identified Prolific Offenders showed a 75 percent reduction in arrest after being labeled prolific

- Narcotics and Auto Burglary were the most common UCR reported offense among prolific offenders

- Situational Awareness Bulletins increased the arrest rate by 9 percent

- For all offense reports there was a 5% decrease from 2016 to 2020 (2,591)
  - *2020 numbers skewed due to COVID-19

- Non-overdose Narcotic offenses declined 36 percent from 2016 to 2020

- Crimes against persons have increased 20 percent from 2016 to 2020

## Intelligence Analysis

- Current ILP practices are efficient and effective

- Prolific Identification is Successful

- The Crime Environment is Changing

## Regional Crime Trends

- 20 to 25 percent of Big 4 Crimes are committed by out-of-county subjects

## Prolific Scoring

- New Prolific Scoring Method

  - Narrows the Focus of the Prolific Pool by 95 percent

  - New Modeling aligns with a Crime 365 Model (Current Crime Environment)

  - New Modeling aligns with Evidence Based Policing and the Crime Harm Index

  - New Model Places an Emphasis on Violent Crime

  - 192 Models tested

## Recommendations

- Continue to develop strategies based on the current crime environment
- Stronger Geospatial Analysis Tools
- Automate Name Merging
- Automated SNA with a Direct Link from RMS
- Increased Feedback from Patrol
- Develop Automated Daily Reports
- Develop Command Dashboards

Defendant17397

# 5 Year Crime Trends



## PASCO COUNTY

## NATIONALLY

*Law Enforcement Sensitive – Not For Public Release*





# 5 Year Crime Trends



Big4 Offense Reports vs. Arrest Rate

| Big4 Offenses | 5 Year Offense Change | 5 Year Arrest Change |
|---|---|---|
| BURGLARY- FORCED | -42% | 75% |
| BURGLARY- NON FORCED | -48% | 92% |
| MOTOR VEHICLE THEFT | -31% | -12% |
| THEFT FROM VEHICLE- NOT PARTS/ACCESS | -26% | 57% |
| TOTAL | -36% | 54% |



*Law Enforcement Sensitive – Not For Public Release*

6



# Prolific Offenders

**Prolific Offenders:**

- The prolific offender program has shown successes in several ways. Notably in the reduction in property related offenses.

- When using the prolific offender tags from RMS and measuring the amount of time since an offender was tagged with the equal amount of time before an offender was tagged there is a 75% reduction in arrests.

## Prolific Offender Tagging By Year

| Year | Active | Inactive | Total | % Active |
|------|--------|----------|-------|----------|
| 2016 | 1 | 72 | 73 | 1% |
| 2017 | 11 | 208 | 219 | 5% |
| 2018 | 26 | 112 | 138 | 19% |
| 2019 | 50 | 88 | 138 | 36% |
| 2020 | 61 | 29 | 90 | 68% |
| Total | 180 | 512 | 692 | 26% |

*Law Enforcement Sensitive – Not For Public Release*

8

# Prolific Scoring Models

## Collier Method vs Pasco Method

| Qualify | Collier Method | Pasco Method |
|---|---|---|
| RMS Data | 2 Years | 3 Years |
| Minimum Qualification | 8 points: 2 Forcible Felonies or 4 other focus arrests excluding Assaults and Batteries or combination | 2 focus arrests |
| Scoring | Arrests only<br>Forcible Felony = 4<br>Burglary/Theft = 2<br>Fraud = 2<br>Narcotics = 2 | Violence = 4<br>Other Focus = 2<br>Firearm = +1<br>Suspicion = ½<br>All other arrests = 1<br>Recent jail release = 4<br>Gang = *15%<br>VOP/FT/A/IO modifier |
| Selection | Analyst and Investigative Review | Analyst Review from large pool |

## Scoring:

The scoring is based on the same types of offenses as the selection process. Multiple offenses on the same day are compressed into the highest point value. The scoring is totaled as follows:

1. 4 points for each violent arrest; 1 additional point (5 points) if with firearm
2. 2 points for each violent suspicion
3. 2 points for each burglary, theft, narcotics violation or throw/shoot deadly missile arrest; 1 additional point (3 points) if with firearm
4. 1 point for each burglary, theft, narcotics violation or throw/shoot deadly missile suspicion
5. 1 point for all other offense arrests (no value for all other suspicions)
6. 4 points total are added for less than one year since time of release from PSO Jail
7. 15% enhancer for gang member or affiliation
8. Moderated enhancement for each FTA and/or VOP
9. Moderated enhancement for each Other Involvement (Interested Other, Reporting Person, Victim, Witness) in reports exceeding four appearances

*Law Enforcement Sensitive – Not For Public Release*



# Proposed Prolific Scoring Model

**Prolific Scoring:**

Using the results of the models, we looked for correlations between historic prolific offender pools and offender activity and chose Scenario 9, Variation 8 as the model that shows the greatest results for accurately identifying prolific offenders that are actively contributing to the modern crime environment. That model was then modified and the qualities of the proposed identification system are as follows:

**Proposed Prolific Offender Scoring Method:**
- 12 month pool:
  - 8 points to be in initial pool
    - Forcible Felony = 4 points
    - Focus Crime = 2 points
- 24 month scoring:
  - Forcible Felony = 4 points
  - Focus Crime = 2 points
  - Firearm used = +1 point
  - Other identified arrests = 1 point
- Caveats
  - Aggravated Domestic – Not included as forcible felony
  - Recent release from Jail – Excluded
  - Gang Membership – Excluded
  - IO/Suspicions – Excluded
  - Auto Burglaries – Multiple offenses committed on same day only count as 1
  - Domestic Offenses – Excluded
  - Narcotic Misdemeanors – Excluded
  - County Ordinance Arrests – Excluded

**Benefits of Proposed Method:**
- Easily defined parameters
- More emphasis placed on violent/persons crimes in the initial pool selection
- Shorter time-frame for pool and scoring methods to greater select current priorities
- More streamlined, easier to duplicate
- Removal of modifiers such as gang affiliation, VOP/FTA, and suspicions to focus strictly on arrest history

*Law Enforcement Sensitive – Not For Public Release*