| Points | NameID | At LOL | lastname | firstname | middlename | dob | streetnbr | street | city | district | X | Y | AS_Pts | RecentRIse | Gang | VOP_Pts | IO_Pts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81.0 | 8513319 | 0 | FLEMING | KAMAL | CECIL | | 2808 | E WHITTIER ST | TAMPA | | 557560 | 1430098 | 77 | 4 | | 1.00 | 0.0 | 0.0 |
| 81.0 | 3727531 | 0 | HERRON | ANTIWON | D | | 3718 | 53RD ST N | TAMPA | | 0 | 0 | 77 | 4 | | 1.00 | 0.0 | 0.0 |
| 45.0 | 3727530 | 0 | WARD | STEPHEN | FARRIS | | 507 | GROVE AVE | SEFFNER | | 0 | 0 | 41 | 4 | | 1.00 | 0.0 | 0.0 |
| 34.0 | 9784555 | 0 | WISE | JULIAN | CHRISTOPHER | | | HOMELESS | NEW PORT RICHEY | D3 | 0 | 0 | 34 | 0 | | 1.00 | 0.0 | 0.0 |
| 34.0 | 3728896 | 0 | WILLIAMS | SKYLER | VONTRESS | | 3217 | N 49TH ST | TAMPA | | 0 | 0 | 24 | 4 | | 1.00 | 0.0 | 0.0 |
| 33.4 | 2902505 | 1 | BOYLE | JAMES | EDWARD | | 2337 | GRANDIN ST | HOLIDAY | | 418758 | 1403676 | 28 | 4 | | 1.00 | 0.0 | 6.0 |
| 33.4 | 2809808 | 0 | SEEDERS | ANNIE | REILLY | | 1735 | DR MLK JR ST S | ST PETERSBURG | D3 | 0 | 0 | 28 | 4 | | 1.00 | 3.4 | 0.0 |
| 32.4 | 3664180 | 0 | BENEDICT | MARK | WILLIAM | | 26237 | GLENWOOD DR | WESLEY CHAPEL | | 533242 | 1422028 | 28 | 4 | | 1.00 | 1.4 | 0.0 |
| 32.0 | 3511593 | 0 | DURHAM | KHYLE | DYLAN | | 19454 | TIMBERBLUFF DR | LAND O LAKES | D2 | 496111 | 1439030 | 26 | 4 | | 1.00 | 0.0 | 2.4 |
| 31.0 | 3569188 | 0 | GONZALEZ | CHRISTOPHER | LEMUEL | | 10312 | RAINBOW OAKS DR | HUDSON | D1 | 449011 | 1490180 | 28 | 4 | | 1.00 | 0.0 | 0.0 |
| 31.0 | 3051726 | 0 | FORD | THEODORE | ANTHONY | | 7618 | CAYUGA DR | NEW PORT RICHEY | D3 | 434483 | 1430849 | 27 | 4 | | 1.00 | 0.0 | 0.0 |
| 31.0 | 3163820 | 0 | DUMAS | ROBERT | DAVON | | 6121 | BRIDLEFORD DR | WESLEY CHAPEL | D2 | 0 | 0 | 27 | 4 | | 1.00 | 0.0 | 0.0 |
| 29.8 | 2881448 | 1 | MCDOUGALL | DONNIE | ALLEN | | 3229 | PRIMROSE DR | HOLIDAY | D3 | 411201 | 1397997 | 23 | 4 | | 1.00 | 0.0 | 0.0 |
| 29.4 | 3509850 | 1 | SALAZAR | MARCO | ANTONIO | | 15800 | PINELLAS AVE | DADE CITY | D2 | 590973 | 1471107 | 25 | 4 | | 1.00 | 0.0 | 2.8 |
| 29.4 | 3003626 | 1 | HARRIS | DYLAN | ODELL | | 8843 | KENTON RD | SAN ANTONIO | D1 | 557107 | 1436964 | 24 | 4 | | 1.00 | 2.4 | 0.0 |
| 29.2 | 2475556 | 1 | RONAN | JESSE | JAMES | | 7111 | BOUGENVILLE DR | PORT RICHEY | D3 | 431869 | 1446817 | 22 | 4 | | 1.00 | 1.4 | 0.0 |
| 28.8 | 2867514 | 1 | PUTNAM | DOMINIC | ROBERT | | 5639 | GOLDEN NUGGET DR | HOLIDAY | | 429999 | 1399756 | 21 | 4 | | 1.00 | 3.2 | 0.0 |
| 28.1 | 3600559 | 1 | CARRANO | THOMAS | FRANCIS | | 2426 | BUTTERNUT CT | DUNEDIN | D3 | 0 | 0 | 18 | 4 | | 1.15 | 0.0 | 0.0 |
| 28.0 | 3013149 | 0 | BLANCO | ALEXANDER | | | 4223 | REDCLIFF PL | NEW PORT RICHEY INCO | D1 | 436274 | 1473767 | 28 | 4 | | 1.15 | 1.4 | 1.4 |
| 27.9 | 2721176 | 1 | AMALFITANO | DOMINIC | GREGORY | | 7912 | GULF WAY | HUDSON | | 0 | 0 | 24 | 0 | | 1.00 | 0.0 | 0.0 |
| 27.4 | 3692584 | 0 | PUNG | JAYLEN | JIBRI | | 1715 | WINDERMERE WAY | TAMPA | D2 | 588647 | 1461451 | 22 | 4 | | 2.00 | 1.4 | 2.4 |
| 27.0 | 579614 | 0 | SICOLA | JACOB | DANIEL | | 36624 | THOMAS JEFFERSON RD | DADE CITY INCORPORAT | | 0 | 0 | 23 | 4 | | 1.00 | 1.4 | 0.0 |
| 27.0 | 633044 | 0 | EVERETT | DREQUAN | MARKEESE | | 14856 | HORMUTH ST | DADE CITY INCORPORAT | D1 | 443163 | 1480199 | 19 | 4 | | 1.00 | 0.0 | 0.0 |
| 26.9 | 8079530 | 1 | EDELMAN | BRIAN | ANDREW | | 9205 | WOOD DR | HUDSON | D1 | 449457 | 1456992 | 18 | 4 | | 1.00 | 1.4 | 2.4 |
| 25.6 | 3103947 | 0 | AMBROSINO | DANTE | CHRISTOPHER | | 10413 | TAMI TRL | DADE CITY INCORPORAT | D2 | 597392 | 1464826 | 22 | 4 | | 1.00 | 1.4 | 3.2 |
| 26.0 | 9522527 | 0 | NALL | JAVONE | QWAME | | 38259 | HAMPTON AVE | NEW PORT RICHEY | D3 | 0 | 0 | 22 | 4 | | 1.00 | 0.0 | 0.0 |
| 26.0 | 3198362 | 0 | HAIN | JONATHAN | JOSEPH | | 4258 | FLORAMAR TER | NEW PORT RICHEY INCO | D3 | 422563 | 1416948 | 22 | 4 | | 1.00 | 0.0 | 0.0 |
| 26.0 | 2434488 | 0 | BRUNO | LOGAN | ANTHONY | | 5014 | RIVER DR | WESLEY CHAPEL | D2 | 532788 | 1416473 | 22 | 4 | | 1.00 | 0.0 | 0.0 |
| 26.0 | 3511430 | 0 | NEWMAN | DREW | MICHAEL | | 5030 | SILVER CHARM TER | BROOKSVILLE | | 0 | 0 | 26 | 0 | | 1.00 | 1.4 | 0.0 |
| 25.4 | 2828262 | 1 | BROWN | JOSEPH | LUKE | | 16139 | PEACH ORCHARD | ST PETERSBURG | | 0 | 0 | 20 | 4 | | 1.00 | 0.0 | 0.0 |
| 25.4 | 3104241 | 0 | BROWN | DEION | RASHAUD | | 870 | 34TH SO | HOLIDAY | | 0 | 0 | 20 | 4 | | 1.00 | 1.4 | 0.0 |
| 25.2 | 3081470 | 2 | ROHLFS | DENISE | ASHLEY | | 1730 | HOLIDAY DR | ZEPHYRHILLS | D3 | 417317 | 1400408 | 17 | 4 | | 1.00 | 0.0 | 1.4 |
| 24.9 | 1719082 | 1 | WHITE | CHARLES | EUGENE | | 6130 | NORTHBROOK AVE | GAINESVILLE | D2 | 585752 | 1420250 | 20 | 4 | | 1.00 | 1.4 | 2.8 |
| 24.4 | 2962483 | 0 | CLARY | RACHEL | MADISON | | 490 | NE 89TH AVE | NEW PORT RICHEY | D1 | 429200 | 1430788 | 18 | 4 | | 1.00 | 2.4 | 2.4 |
| 24.4 | 3722317 | 1 | BARTHOLOMEW | PATRICK | AUSTIN | | 9124 | LAKE DR | NEW PORT RICHEY INCO | D3 | 460975 | 1438600 | 19 | 4 | | 1.00 | 1.4 | 0.0 |
| 24.1 | 896877 | 0 | POTTER | RANDI | LYNN | | 7681 | US HIGHWAY 19 | NEW PORT RICHEY | | 0 | 0 | 13 | 4 | | 1.15 | 1.4 | 3.2 |
| 24.0 | 2177025 | 1 | DEBOUTER | RYAN | GARRETT | | 9329 | NILE DR | WESLEY CHAPEL | D3 | 0 | 0 | 20 | 4 | | 1.00 | 1.4 | 0.0 |
| 24.0 | 2033820 | 1 | SMITH | RAY | ALAN | | 6736 | DOG ROSE DRIVE | NEW PORT RICHEY | D2 | 581026 | 1407604 | 24 | 0 | | 1.00 | 0.0 | 0.0 |
| 24.0 | 2127237 | 0 | SPEER | BRIAN | JAMES | | 3322 | DRUM RD | ZEPHYRHILLS | D2 | 0 | 0 | 16 | 4 | | 1.00 | 0.0 | 0.0 |
| 23.9 | 2977864 | 1 | PANESON | TYLER | ROBERT | | 2172 | CULBREATH RD | HUDSON | | 0 | 0 | 22 | 0 | | 1.00 | 2.0 | 2.0 |
| 23.4 | 1187359 | 1 | GLENN | TYLER | LUKE | | 14717 | HAYS RD | BROOKSVILLE | D1 | 469638 | 1467864 | 16.5 | 4 | | 1.00 | 2.0 | 1.4 |
| 23.3 | 939330 | 0 | WILLIAMS | ROBIN | ABIGAIL | | | HOMELESS | HUDSON | D3 | 0 | 0 | 22 | 4 | | 1.00 | 2.8 | 2.0 |
| 23.1 | 3534122 | 0 | WISE | DEBRA | CHARLENE | | 5651 | GOLDEN NUGGET DR | NEW PORT RICHEY | | 0 | 0 | 14 | 4 | | 1.15 | 2.4 | 0.0 |
| 23.0 | 3103916 | 1 | HAYES | HAKEEM | DESHAWN | | 7706 | SUNDOWN CT | HOLIDAY | D3 | 0 | 0 | 17 | 4 | | 1.00 | 2.0 | 0.0 |
| 23.0 | 2656714 | 0 | BRADFORD | JUSTIN | CHARLES | | 307 | NE 9TH ST | HUDSON | D1 | 587704 | 1407925 | 19 | 4 | | 1.00 | 0.0 | 0.0 |
| 23.0 | 3741717 | 1 | MCKINNON | ALLEN | ANTHONY | | 1210 | 35TH AVE N | RUSKIN | D3 | 454765 | 1464530 | 12 | 0 | | 1.00 | 0.0 | 0.0 |
| 23.0 | 9691988 | 0 | AUNSPAUGH | JACOB | DANIEL | | 9252 | COATS RD | SAINT PETERSBURG | D5 | 419304 | 1408992 | 14 | 4 | | 1.15 | 2.4 | 2.0 |
| 23.0 | 3741716 | 1 | CHAVIS | LE SIAH | ANTHONY | | 13410 | TROUT WAY | ZEPHYRHILLS | D1 | 422052 | 1410283 | 13 | 4 | | 1.00 | 2.0 | 2.8 |
| 22.8 | 3088816 | 0 | DAVIS | RANDY | ALLEN | | 4743 | TRAFFORD RD | HUDSON | D2 | 434945 | 1446146 | 13 | 4 | | 1.15 | 0.0 | 3.2 |
| 22.8 | 8673682 | 0 | WILLIAMS | DEVEN | | | 5250 | DOVE DR | HOLIDAY | D2 | 515293 | 1419357 | 14 | 4 | | 1.15 | 3.2 | 0.0 |
| 22.7 | 2920809 | 0 | BARRETT | JEFFREY | ALAN | | 7703 | JASMINE BLVD | HOLIDAY | D2 | 535422 | 1424804 | 14 | 4 | | 1.00 | 2.0 | 2.4 |
| 22.7 | 3609360 | 1 | HERNANDEZ | ANGEL | LUIS | | 22636 | MARSH WREN DR | PORT RICHEY | D3 | 603285 | 1429114 | 12 | 4 | | 1.00 | 2.4 | 2.0 |
| 22.4 | 3684550 | 0 | CYMENT | STEVEN | BENJAMIN | | 6542 | DOG ROSE DR | LAND O LAKES | D2 | 422818 | 1415031 | 14 | 4 | | 1.00 | 3.5 | 2.8 |
| 22.3 | 3083387 | 1 | BRICKER | CHRISTOPHER | LAWRENCE | | 7345 | CHENKIN RD | WESLEY CHAPEL | D1 | 513215 | 1421679 | 22 | 0 | | 1.15 | 1.4 | 0.0 |
| 22.1 | 3581268 | 0 | KNAGGS | JACQUALINE | NICOLE | | 5420 | REEF DR | ZEPHYRHILLS | D1 | 430163 | 1435962 | 16 | 4 | | 1.00 | 0.0 | 0.0 |
| 22.0 | 2957511 | 0 | MCGOWAN | WILLIE | JOSEPH | | 5950 | DESERT PEACE AVE | NEW PORT RICHEY | D2 | 590865 | 1469683 | 19 | 4 | | 1.00 | 2.0 | 0.0 |
| 22.0 | 3463460 | 0 | SMITH | VAUGHN | | | 607 | PIONEER TRL | LAND O LAKES | D3 | 0 | 0 | 15 | 4 | | 1.35 | 0.0 | 0.0 |
| 21.9 | 3602110 | 1 | MORENO | KASEY | NIEVES | | 5020 | 21ST ST | PORT RICHEY | D1 | 432823 | 1454390 | 12 | 4 | | 1.00 | 2.8 | 0.0 |
| 21.8 | 3111312 | 1 | HERNANDEZ | LEON | ANDREW | | | HOMELESS | DADE CITY | D1 | 436829 | 1445534 | 19 | 4 | | 1.00 | 2.8 | 2.8 |
| 21.7 | 3585600 | 2 | STREISEL | JOSEF | OTTO | | 7201 | HEIBNER AVE | NEW PORT RICHEY | D1 | 432842 | 1451961 | 12.5 | 4 | | 1.00 | 2.0 | 2.4 |
| 21.4 | 2714965 | 0 | BEAL | JAMIE | JOSEPH | | 8025 | LOTUS DR | BAYONET POINT | D3 | 419322 | 1409334 | 14 | 4 | | 1.15 | 2.4 | 0.0 |
| 21.4 | 3605488 | 0 | GRAY | ANTHONY | ALEXANDER | | 7202 | GULF HIGHLANDS DR | PORT RICHEY | D1 | 430901 | 1456586 | 16 | 4 | | 1.00 | 1.4 | 2.0 |
| 21.4 | 3512493 | 1 | MAYTUM | ANDRE | GARRETT | | 87526 | COOK AVE | PORT RICHEY | D1 | 463744 | 1487041 | 14 | 4 | | 1.00 | 0.0 | 1.4 |
| 21.4 | 3104216 | 0 | CHRISTY | CHRISTOPHER | LEE | | 8414 | BEDFORD ST | DADE CITY INCORPORAT | D3 | 434837 | 1449963 | 16 | 4 | | 1.00 | 2.0 | 1.4 |
| 21.4 | 2926420 | 0 | CLAYTON | ADAM | RYAN | | 2515 | US HIGHWAY 19 | HOLIDAY | D1 | 443643 | 1432904 | 9.5 | 4 | | 1.15 | 8.7 | 2.0 |
| 21.4 | 3007598 | 0 | SANTANA | BASIL | MANUEL | | 3105 | BRUTUS DR | HUDSON | D1 | 444753 | 1472481 | 10 | 4 | | 1.00 | 4.0 | 3.2 |
| 21.3 | 3578057 | 0 | HORNER | ELIJAH | JOEL | | 1231 | LINDEN LN | SPRING HILL | D3 | 429982 | 1424574 | 15 | 4 | | 1.00 | 2.0 | 0.0 |
| 21.2 | 3093528 | 1 | GALINAT | RICHARD | EDWARD | | 8010 | SYCAMORE DR | PORT RICHEY | D3 | 429267 | 1431012 | 15 | 4 | | 1.00 | 0.0 | 0.0 |
| 21.0 | 3101408 | 1 | SPINKS | KARI | LYNN | | 15513 | PETTICOAT LN | NEW PORT RICHEY | | 0 | 0 | 17 | 4 | | 1.00 | 0.0 | 0.0 |
| 21.0 | 3101817 | 0 | KAY | JAMIE | LEE | | 8749 | OLD MAIN ST | HUDSON | | 0 | 0 | 17 | 4 | | 2.00 | 0.0 | 0.0 |
| 21.0 | 2852893 | 0 | MURRAY | JOSHUA | MICHAEL | | 6625 | SUTHERLAND AVE | NEW PORT RICHEY | D2 | 594472 | 1489974 | 10 | 4 | | 1.00 | 0.0 | 0.0 |
| 21.0 | 9030393 | 0 | NEIL | BRANDON | TYLER | | 795 | LAKEWOOD DR | NEW PORT RICHEY | | 0 | 0 | 13.5 | 4 | | 1.15 | 2.8 | 2.0 |
| 21.0 | 3657558 | 0 | WALKER | SAMUEL | EARL | | 343 | SOUTWICK DR | ST. PETE | D1 | 460472 | 1445085 | 12 | 4 | | 1.00 | 2.0 | 1.4 |
| 20.9 | 9136858 | 1 | PEREZ | ALEXANDER | MATTHEW | | 18825 | US HIGHWAY 301 | TAMPA | D3 | 419854 | 1409136 | 12 | 4 | | 1.00 | 2.4 | 2.4 |
| 20.9 | 3641890 | 0 | LARUE | AARON | LYNN | | 8731 | IN 50TH ST | DADE CITY | D1 | 0 | 0 | 13 | 4 | | 1.00 | 2.4 | 1.4 |
| 20.9 | 3504764 | 1 | STONE | HARLEY | WADE | | 10331 | HUNTLEY ST | TAMPA | D2 | 594362 | 1426753 | 10 | 4 | | 1.15 | 0.0 | 0.0 |
| 20.9 | 3651452 | 0 | GLEESON | LOIS | JEAN | | 4846 | BONTON DR | NEW PORT RICHEY | | 0 | 0 | 16.5 | 4 | | 1.00 | 0.0 | 4.2 |
| 20.7 | 2918371 | 0 | LOTT | MATTHEW | BRYANT | | 1428 | STARLIGHT CV | HOLIDAY | D2 | 439929 | 1442460 | 12 | 4 | | 1.00 | 0.0 | 0.0 |
| 20.7 | 8757476 | 1 | SMITH | RONALD | BAPTISTE | | 6872 | ANGUS VALLEY DR | TARPON SPRINGS | D1 | 592999 | 1476182 | 14 | 4 | | 1.00 | 2.4 | 2.0 |
| 20.5 | 3670374 | 1 | PALUMBO | AMBER | NICOLE | | 1201 | ORIENT RD | WESLEY CHAPEL | D3 | 422731 | 1401424 | 14 | 0 | | 1.00 | 2.4 | 0.0 |
| 20.4 | 2670504 | 0 | ARRINGTON | JOSHUA | ANTWAN | | 900 | S HIGHLAND AVE | TAMPA | D3 | 502660 | 1405272 | 15 | 4 | | 1.00 | 1.4 | 0.0 |
| 20.4 | 808789 | 0 | SWITZER | RACHEL | DENISE | | 16285 | 14TH ST | CLEARWATER | D1 | 435521 | 1442305 | 15 | 4 | | 1.00 | 1.4 | 0.0 |
| 20.4 | 3508855 | 1 | STIEHM | LEON | DAVID | | 1921 | AT LARGE | DADE CITY | D2 | 595193 | 1417511 | 15 | 4 | | 1.00 | 1.4 | 0.0 |
| 20.4 | 3547245 | 0 | BRYNER | MICHAEL | LEE | | 2852 | HACIENDA WAY | HUDSON | D2 | 607956 | 1485647 | 13 | 4 | | 1.00 | 1.4 | 2.0 |
| 20.4 | 2859636 | 1 | LABOMBARD | JOSHUA | TYLER | | 811 | WILSON RD | HOLIDAY | D2 | 591557 | 1462776 | 12 | 4 | | 1.00 | 1.4 | 2.8 |
| 20.4 | 3566822 | 0 | GORDON | THOMAS | JAY | | 5205 | CHALAFONTE DR | LAND O LAKES | D3 | 415695 | 1401987 | 16 | 4 | | 1.00 | 2.0 | 2.5 |
| 20.4 | 3664408 | 0 | MAURICIO-CASTANEDA | OBED | MANUEL | | 8625 | RIDGE ST | PORT RICHEY | D3 | 421418 | 1401124 | 10 | 4 | | 1.00 | 0.0 | 2.0 |
| 20.2 | 2974163 | 0 | REYES | DIXON | | | 37218 | SEMMES ST | ZEPHYRHILLS INCORPOR | D3 | 421258 | 1415809 | 14 | 4 | | 1.00 | 4.0 | 2.0 |
| 20.0 | 3105235 | 0 | VALENTINE | RICHARD | JAMES | | 2025 | MAJESTIC OAK CT | ZEPHYRHILLS | D3 | 435298 | 1409067 | 16 | 4 | | 1.00 | 2.0 | 0.0 |
| 20.0 | 3781600 | 0 | BYRD | JUSTIN | ROBERT | | 1845 | PLEASURE DR | DADE CITY INCORPORAT | D3 | 426132 | 1415878 | 14 | 4 | | 1.00 | 0.0 | 0.0 |
| 20.0 | 3125932 | 0 | NEWMAN | GARY | | | 122 | RALLY LN | HOLIDAY | D3 | 449434 | 1428760 | 14 | 4 | | 1.00 | 0.0 | 0.0 |
| 20.0 | 3587010 | 1 | CROWE | MORGAN | BRIANN | | 5400 | SUWANNEE DR | HOLIDAY | D3 | 0 | 0 | 16 | 4 | | 1.00 | 0.0 | 0.0 |
| 20.0 | 3091098 | 0 | COLON | MICHAEL | ERIC | | 6032 | MURROW ST | NEW PORT RICHEY | D3 | 437638 | 1427989 | 16 | 4 | | 1.00 | 0.0 | 0.0 |
| 20.0 | 3069858 | 0 | THOMPSON | JAMES | G | | 7250 | 19TH AVE | NEW PORT RICHEY | D1 | 431910 | 1446729 | 20 | 4 | | 1.00 | 0.0 | 0.0 |
| 20.0 | 1158180 | 0 | FISHER | THOMAS | HENRY | | | BALTUSROL DR | NEW PORT RICHEY | D1 | 486240 | 1456410 | 20 | 4 | | 1.00 | 0.0 | 0.0 |
| 20.0 | 3067678 | 0 | JOHNSON | JULIAN | DAVID | | | AT LARGE | NEW PORT RICHEY | D3 | 0 | 0 | 14 | 4 | | 1.00 | 0.0 | 2.0 |
| 20.0 | 2757057 | 0 | SNYDER | HARRY | CALVIN | | 8215 | TREELET CT | NEW PORT RICHEY | D3 | 525425 | 1405745 | 14 | 4 | | 1.00 | 2.0 | 0.0 |
| 20.0 | 3527110 | 0 | GREEN | ALEXIS | JASMINE LEE | | 10618 | AGATE CT | NEW PORT RICHEY | | | | | | | | | |
| 20.0 | 8770960 | 1 | RANSOM | BRIAN | KEITH | | 17405 | TANGELO DR | PORT RICHEY | | | | | | | | | |
| 20.0 | 3622744 | 0 | ALFORD | DAVID | | | 3105 | PEA TREE CT | SPRING HILL | | | | | | | | | |
| 20.0 | 3730380 | 1 | AMBROSIO | STEVEN | | | 4824 | HYDE PARK BLVD | TRINITY | | | | | | | | | |
| | | | BRADLEY | MAZIE | JOSEPH | | | | WESLEY CHAPEL | | | | | | | | | |

EXHIBIT D 1-12-22   PENGAD 800-631-6989

| Points | NameID | At_LOL | lastname | firstname | middlename | dob | streetnbr | street | city | district | x | y | AS_Pts | RecentRisc | Gang | VOP_Pts | TO_Pts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31.0 | 3569188 | 0 | GONZALEZ | CHRISTOPHER | LEMUEL |  | 10312 | RAINBOW OAKS DR | HUDSON | D1 | 449011 | 1490180 | 27 | 4 | 1.00 | 0.0 | 0.0 |
| 29.2 | 2475556 | 1 | RONAN | JESSE | JAMES |  | 7111 | BOUGENVILLE DR | PORT RICHEY | D1 | 431889 | 1446817 | 22 | 4 | 1.00 | 3.2 | 0.0 |
| 27.9 | 2721176 | 1 | AMALFITANO | DOMINIC | GREGORY |  | 7912 | GULF WAY | HUDSON | D1 | 436274 | 1479767 | 24 | 0 | 1.00 | 1.4 | 2.4 |
| 26.9 | 3079330 | 1 | EDELMAN | BRIAN | ANDREW |  | 9205 | WOOD DR | HUDSON | D1 | 443163 | 1480159 | 19 | 4 | 1.00 | 1.4 | 2.4 |
| 26.6 | 3103947 | 0 | AMBROSINO | DANTE | CHRISTOPHER |  | 10413 | TAMI TRL | HUDSON | D1 | 449457 | 1458992 | 18 | 4 | 1.00 | 1.4 | 3.2 |
| 24.4 | 3722317 | 1 | BARTHOLOMEW | PATRICK | AUSTIN |  | 9124 | LAKE DR | NEW PORT RICHEY | D1 | 460975 | 1438600 | 19 | 4 | 1.00 | 1.4 | 0.0 |
| 25.9 | 2977864 | 1 | PANESON | TYLER | ROBERT |  |  |  | HUDSON | D1 | 0 | 0 | 16.5 | 4 | 1.00 | 2.0 | 1.4 |
| 23.8 | 939330 | 0 | WILLIAMS | ROBIN | ABIGAIL |  | 14717 | HAYS RD | HUDSON | D1 | 469638 | 1467864 | 14.5 | 4 | 1.00 | 2.8 | 2.0 |
| 23.0 | 2656714 | 0 | BRADFORD | JUSTIN | CHARLES |  | 7706 | SUNDOWN CT | HUDSON | D1 | 0 | 0 | 19 | 4 | 1.00 | 0.0 | 0.0 |
| 22.8 | 3088816 | 0 | DAVIS | RANDY | ALLEN |  | 11410 | TROUT WAY | HUDSON | D1 | 454765 | 1464590 | 12 | 4 | 1.00 | 2.4 | 2.0 |
| 22.7 | 3609360 | 1 | HERNANDEZ | ANGEL | LUIS |  | 7703 | JASMINE BLVD | PORT RICHEY | D1 | 434945 | 1446148 | 18 | 4 | 1.15 | 3.2 | 0.0 |
| 22.0 | 3463460 | 0 | MORENO | KASEY | NIEVES |  | 6607 | PIONEER TRL | PORT RICHEY | D1 | 430163 | 1495962 | 16 | 4 | 1.15 | 2.0 | 0.0 |
| 21.7 | 3585600 | 1 | BEAL | JAMIE | JOSEPH |  | 7201 | HEIBNER AVE | BAYONET POINT | D1 | 432823 | 1454990 | 12 | 4 | 1.00 | 2.8 | 2.8 |
| 21.4 | 2714965 | 0 | GRAY | ANTHONY | ALEXANDER |  | 8025 | LOTUS DR | PORT RICHEY | D1 | 436829 | 1445594 | 13 | 4 | 1.00 | 2.0 | 2.4 |
| 21.4 | 3605488 | 1 | MAYUM | ANDRE | GARRETT |  | 7202 | GULF HIGHLANDS DR | PORT RICHEY | D1 | 432342 | 1451961 | 12.5 | 4 | 1.00 | 2.4 | 0.0 |
| 21.4 | 2926420 | 0 | SANTANA | BASIL | MANUEL |  | 12515 | US HIGHWAY 19 | HUDSON | D1 | 430901 | 1456586 | 14 | 4 | 1.15 | 2.0 | 1.4 |
| 21.4 | 3007593 | 0 | HORNER | ELIJAH | JOEL |  | 13105 | BRUTUS DR | SPRING HILL | D1 | 463744 | 1487041 | 16 | 4 | 1.00 | 1.4 | 0.0 |
| 21.3 | 3578057 | 0 | GALINAT | RICHARD | EDWARD |  | 11231 | LINDEN LN | PORT RICHEY | D1 | 434337 | 1449963 | 9.5 | 4 | 1.00 | 8.7 | 2.0 |
| 21.0 | 3101408 | 1 | KAY | JAMIE | LEE |  | 5518 | PETTICOAT LN | HUDSON | D1 | 444753 | 1472481 | 15 | 4 | 1.15 | 2.0 | 0.0 |
| 20.9 | 3504764 | 1 | GLEESON | LOIS | JEAN |  | 0381 | HUNTLEY ST | NEW PORT RICHEY | D1 | 460472 | 1445085 | 12 | 4 | 1.00 | 2.4 | 2.4 |
| 20.4 | 3508855 | 1 | BRYNER | MICHAEL | LEE |  |  | AT LARGE | HUDSON | D1 | 0 | 0 | 14 | 4 | 1.00 | 2.4 | 0.0 |
| 20.4 | 3565822 | 0 | MAURICIO-CASTANEDA | OBED | MANUEL |  | 7811 | CHALAFONTE DR | PORT RICHEY | D1 | 435521 | 1442305 | 15 | 4 | 1.00 | 1.4 | 0.0 |
| 20.0 | 3527110 | 0 | RANSOM | BRIAN | KEITH |  | 10618 | AGATE CT | PORT RICHEY | D1 | 431910 | 1446729 | 20 | 0 | 1.00 | 0.0 | 0.0 |
| 20.0 | 3770960 | 1 | ALFORD | DAVID |  |  | 17405 | TANGELO DR | SPRING HILL | D1 | 436240 | 1456410 | 20 | 4 | 1.00 | 0.0 | 0.0 |
| 19.9 | 3186330 | 1 | NEWELL | CHARLES | EDWARD |  | 9950 | TEAK ST | NEW PORT RICHEY | D1 | 443956 | 1452675 | 9 | 4 | 1.00 | 0.0 | 0.0 |
| 19.8 | 3057021 | 0 | OSBORNE | BOBBY | JOE |  | 9902 | GILBERT ST | NEW PORT RICHEY | D1 | 458492 | 1442647 | 12 | 4 | 1.00 | 3.2 | 3.7 |
| 19.7 | 3742969 | 0 | CARDENAS | JOSEPH | ANTHONY |  |  | HOMELESS |  | D1 | 452294 | 1452292 | 8 | 4 | 1.15 | 1.4 | 0.0 |
| 19.7 | 3518292 | 1 | LESTER | NICHOLE | ELIZABETH |  | 9731 | GENE ST | HUDSON | D1 | 445975 | 1458516 | 10 | 4 | 1.15 | 3.5 | 2.4 |
| 19.7 | 288898 | 1 | TRAINOR | EVAN | BRENT |  | 18210 | HANSON RD | LAND O LAKES | D1 | 490529 | 1448654 | 10 | 4 | 1.00 | 2.8 | 2.8 |
| 19.7 | 3085062 | 0 | SAMION | ZACHARY | KYLE |  | 11854 | CATON AVE | NEW PORT RICHEY | D1 | 457196 | 1444600 | 10 | 4 | 1.00 | 2.8 | 2.8 |
| 19.7 | 3104692 | 0 | GUINDON | JASON | EDWARD |  | 12924 | BUCKHORN DR | HUDSON | D1 | 458579 | 1458817 | 10.5 | 4 | 1.00 | 2.8 | 2.8 |
| 19.6 | 3103075 | 0 | PRICE | GABRIELLE | LEANN |  | 9240 | KIOWA DR | NEW PORT RICHEY | D1 | 443317 | 1451776 | 7 | 4 | 1.00 | 1.4 | 3.7 |
| 19.6 | 3492434 | 0 | RUTHERFORD | DWAYNE | ALLEN JOSEPH |  | 11611 | SCALLOP DR | PORT RICHEY | D1 | 433025 | 1451856 | 13 | 4 | 1.15 | 3.7 | 3.2 |
| 19.4 | 288933 | 0 | PADILLA | JEREMY | MICHAEL |  | 10524 | EVERGREEN ST | NEW PORT RICHEY | D1 | 464357 | 1446035 | 14 | 4 | 1.00 | 0.0 | 0.0 |
| 19.4 | 3556340 | 0 | MILLS | MATTHEW | KEVIN |  | 9445 | CARDY ST | NEW PORT RICHEY | D1 | 459873 | 1440439 | 14 | 4 | 1.00 | 1.4 | 0.0 |
| 19.4 | 3646808 | 0 | WATSON | STEVEN | JAMES |  | 8550 | ROBILINA RD | PORT RICHEY | D1 | 429024 | 1435781 | 14 | 4 | 1.00 | 1.4 | 0.0 |
| 19.2 | 8072173 | 1 | LACEY | STEVEN | DANIEL |  | 6611 | CATHY DR | PORT RICHEY | D1 | 429248 | 1450366 | 11 | 4 | 1.00 | 1.4 | 0.0 |
| 19.0 | 3062910 | 1 | HUBBARD | JAMAEL | MION |  | 6527 | RIDGE CREST DR | PORT RICHEY | D1 | 428797 | 1436960 | 13 | 4 | 1.00 | 2.8 | 1.4 |
| 19.0 | 2851605 | 0 | SHELHAMER | STEPHEN | JOSHUA |  | 17009 | SHIRLA RAE DR | SHADY HILLS | D1 | 484664 | 1478801 | 15 | 4 | 1.00 | 2.0 | 0.0 |
| 18.9 | 3555038 | 0 | THOMPSON | JEFFREY | FILMORE |  | 6715 | DEEB ST | PORT RICHEY | D1 | 429702 | 1435678 | 10 | 4 | 1.00 | 0.0 | 0.0 |
| 18.7 | 2440841 | 0 | COLVIN | STEVEN | ERIC |  | 9808 | LEE ST | HUDSON | D1 | 446229 | 1459266 | 9.5 | 4 | 1.15 | 2.8 | 9.0 |
| 18.6 | 3103601 | 0 | CERULLO | JOHN | CHRISTOPHER |  | 7216 | ASHWOOD DR | PORT RICHEY | D1 | 482506 | 1451547 | 7 | 4 | 1.15 | 3.2 | 0.0 |
| 18.5 | 3063978 | 0 | DARBY | DOREEN | ANN |  | 13120 | LAKE KARL DR | HUDSON | D1 | 456221 | 1459905 | 8 | 4 | 1.15 | 2.4 | 3.5 |
| 18.4 | 3069133 | 1 | ROZON | JOHN | BERNARD |  |  | HOMELESS | HUDSON | D1 | 0 | 0 | 13 | 4 | 1.00 | 1.4 | 5.1 |
| 18.4 | 3104442 | 1 | SOTO | LEON |  |  | 7705 | EMBASSY BLVD | PORT RICHEY | D1 | 434948 | 1439238 | 9 | 4 | 1.00 | 1.4 | 0.0 |
| 18.1 | 3102685 | 0 | HERNANDEZ | VICTOR | IGNACIO |  | 7703 | JASMINE BLVD | PORT RICHEY | D1 | 434945 | 1446148 | 10 | 4 | 1.15 | 3.5 | 0.0 |
| 18.0 | 3053246 | 0 | BOLLINGER | TERRIE | RANDALL |  | 13241 | MIAMI ST | HUDSON | D1 | 0 | 0 | 10 | 4 | 1.15 | 2.0 | 0.0 |
| 18.0 | 3185873 | 0 | DAVIS | LEWIS | JAMES |  | 13217 | LAUDERDALE ST | BAYONET POINT | D1 | 432768 | 1460404 | 14 | 4 | 1.00 | 2.0 | 2.0 |
| 18.0 | 3596117 | 0 | GASTON | WILLIAM |  |  | 11004 | TAFT DR | PORT RICHEY | D1 | 432865 | 1448602 | 12 | 4 | 1.00 | 0.0 | 2.0 |
| 17.9 | 2879990 | 0 | MILLER | JADE | MARIE |  | 7350 | KAUAI LP | NEW PORT RICHEY | D1 | 428730 | 1437506 | 10 | 4 | 1.00 | 2.0 | 0.0 |
| 17.9 | 3164167 | 0 | VALENTIN | VICKI | LEE |  | 7425 | ALLYSON ST | PORT RICHEY | D1 | 483671 | 1452735 | 10 | 4 | 1.00 | 1.4 | 2.4 |
| 17.9 | 3085957 | 0 | LANDWEHR | SHERRY | LYNN |  | 10310 | AMADEUS DR | PORT RICHEY | D1 | 436377 | 1444970 | 10 | 4 | 1.00 | 1.4 | 2.4 |
| 17.7 | 2994646 | 0 | GILMORE | KRISTINA | ALENE |  | 8310 | WHITMAN LANE | PORT RICHEY | D1 | 0 | 0 | 7.5 | 4 | 1.00 | 1.4 | 2.4 |
| 17.7 | 2261586 | 0 | ELY | JAMES | DAVID |  | 11011 | ARECA DR | PORT RICHEY | D1 | 433886 | 1448685 | 8 | 4 | 1.00 | 3.7 | 2.4 |
| 17.5 | 1866009 | 0 | KOEZENO | JERRY | LEE |  | 10612 | EVERGREEN ST | NEW PORT RICHEY | D1 | 464361 | 1446490 | 9.5 | 4 | 1.00 | 2.8 | 2.8 |
| 17.5 | 940540 | 0 | MONTGOMERY | JACOB | NATHANIAL |  | 10432 | OLSEN ST | NEW PORT RICHEY | D1 | 469252 | 1445591 | 10 | 4 | 1.15 | 2.0 | 0.0 |
| 17.4 | 1533423 | 0 | MENDES | MATTHEW | VICTOR |  | 8046 | MONARCH DR | PORT RICHEY | D1 | 436929 | 1441263 | 11 | 4 | 1.15 | 1.4 | 0.0 |
| 17.4 | 5109969 | 0 | ROSENCRANS | TYLER | MICHAEL |  | 13008 | MOOSE LN | HUDSON | D1 | 460220 | 1459213 | 12 | 4 | 1.00 | 2.4 | 0.0 |
| 17.4 | 1567420 | 0 | MILLER | MICHELLE | LEIGH |  | 7123 | EDNA AVE | BAYONET POINT | D1 | 432052 | 1455392 | 12 | 4 | 1.00 | 1.4 | 0.0 |
| 17.4 | 2938952 | 1 | KAAR | NICHOLAS | JAMES |  | 7332 | BRENTWOOD DR | PORT RICHEY | D1 | 433137 | 1442863 | 12 | 4 | 1.00 | 1.4 | 0.0 |
| 17.3 | 3540360 | 0 | ORSINI | AMBER | LOUISE |  | 7215 | HEIBNER AVE | BAYONET POINT | D1 | 432507 | 1454388 | 8 | 4 | 1.00 | 0.0 | 1.4 |
| 17.2 | 3088425 | -1 | CROFT | DAVID | EDWARD |  | 10206 | OAK ST | HUDSON | D1 | 0 | 0 | 10 | 4 | 1.15 | 3.5 | 0.0 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1.00 | 3.2 | 0.0 |

| Points | NameID | At | LOL | lastname | firstname | middlename | dob | streetnbr | street | city | district | x | y | AS_Pts | RecentRise | Gang | VOP_Pts | IO_Pts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32.4 | 3664180 | 0 | | BENEDICT | MARK | WILLIAM | | 26237 | GLENWOOD DR | WESLEY CHAPEL | D2 | 533242 | 1422028 | 26 | 4 | | 1.00 | 0.0 | 2.4 |
| 32.0 | 3511599 | 0 | | DURHAM | KHYLE | DYLAN | | 19454 | TIMBERBLUFF DR | LAND O LAKES | D2 | 496111 | 1439036 | 28 | 4 | | 1.00 | 0.0 | 2.4 |
| 31.0 | 9163620 | 0 | | DUMAS | ROBERT | DAYON | | 6121 | BRIDLEFORD DR | WESLEY CHAPEL | D2 | 0 | 0 | 27 | 4 | | 1.00 | 0.0 | 0.0 |
| 29.4 | 3509850 | 1 | | SALAZAR | MARCO | ANTONIO | | 15300 | PINELLAS AVE | DADE CITY | D2 | 590973 | 1471107 | 23 | 4 | | 1.00 | 0.0 | 0.0 |
| 29.4 | 3003626 | 1 | | HARRIS | DYLAN | ODELL | | 8843 | KENTON RD | SAN ANTONIO | D2 | 557167 | 1436964 | 24 | 4 | | 1.00 | 2.4 | 0.0 |
| 27.0 | 579614 | 0 | | SICOLA | JACOB | DANIEL | | 36624 | THOMAS JEFFERSON RD | DADE CITY INCORPORAT | D2 | 588647 | 1461451 | 23 | 4 | | 1.00 | 1.4 | 0.0 |
| 26.0 | 3522527 | 0 | | NALL | JAVONE | QWAME | | 38253 | HAMPTON AVE | DADE CITY INCORPORAT | D2 | 597392 | 1464826 | 22 | 4 | | 1.00 | 0.0 | 0.0 |
| 26.0 | 3511430 | 0 | | NEWMAN | DREW | MICHAEL | | 5030 | SILVER CHARM TER | WESLEY CHAPEL | D2 | 532768 | 1416473 | 26 | 0 | | 1.00 | 0.0 | 0.0 |
| 24.9 | 1719082 | 1 | | WHITE | CHARLES | EUGENE | | 36130 | NORTHBROOK AVE | ZEPHYRHILLS | D2 | 585752 | 1420250 | 20 | 0 | | 1.00 | 0.0 | 0.0 |
| 24.0 | 2033320 | 1 | | SMITH | RAY | ALAN | | 6736 | DOG ROSE DRIVE | WESLEY CHAPEL | D2 | 0 | 0 | 24 | 0 | | 1.00 | 2.4 | 2.4 |
| 24.0 | 2127237 | 0 | | SPEER | BRIAN | JAMES | | 3322 | DRUM RD | ZEPHYRHILLS | D2 | 581028 | 1407604 | 16 | 4 | | 1.00 | 0.0 | 0.0 |
| 23.0 | 3741716 | 1 | | CHAVIS | LE SIAH | ANTHONY | | 3252 | COATS RD | ZEPHYRHILLS | D2 | 587704 | 1407325 | 23 | 0 | | 1.00 | 2.0 | 2.0 |
| 22.4 | 9684550 | 0 | | CYMENT | STEVEN | BENJAMIN | | 22836 | MARSH WREN DR | LAND O LAKES | D2 | 515233 | 1413357 | 14 | 4 | | 1.00 | 0.0 | 0.0 |
| 22.4 | 3543195 | 1 | | BRICKER | CHRISTOPHER | LAWRENCE | | 6542 | DOG ROSE DR | WESLEY CHAPEL | D2 | 535422 | 1424804 | 14 | 4 | | 1.00 | 2.0 | 2.4 |
| 22.3 | 3083367 | 1 | | KNAGGS | JACQUALINE | NICOLE | | 7345 | CHENKIN RD | ZEPHYRHILLS | D2 | 603285 | 1429114 | 12 | 4 | | 1.00 | 2.4 | 2.0 |
| 22.0 | 2957511 | 0 | | SMITH | VAUGHN | | | 6950 | DESERT PEACE AVE | LAND O LAKES | D2 | 513215 | 1421679 | 22 | 0 | | 1.00 | 3.5 | 2.8 |
| 21.9 | 3602110 | 1 | | HERNANDEZ | LEON | ANDREW | | 5020 | 21ST ST | DADE CITY | D2 | 590665 | 1469683 | 19 | 0 | | 1.15 | 0.0 | 0.0 |
| 20.9 | 8136858 | 1 | | LARUE | AARON | LYNN | | 8825 | US HIGHWAY 301 | DADE CITY | D2 | 594472 | 1489974 | 10 | 4 | | 1.15 | 0.0 | 0.0 |
| 20.7 | 3757476 | 1 | | PALUMBO | AMBER | NICOLE | | 872 | ANGUS VALLEY DR | WESLEY CHAPEL | D2 | 584362 | 1426753 | 10 | 4 | | 1.00 | 2.8 | 2.0 |
| 20.4 | 808789 | 0 | | STIEHM | LEON | DAVID | | 16235 | 14TH ST | DADE CITY | D2 | 592999 | 1476182 | 14 | 4 | | 1.00 | 2.4 | 4.2 |
| 20.4 | 3664408 | 0 | | REYES | DIXON | | | 5205 | RIDGE ST | ZEPHYRHILLS INCORPOR | D2 | 595193 | 1417511 | 13 | 4 | | 1.00 | 0.0 | 2.4 |
| 20.2 | 2974163 | 0 | | VALENTINE | RICHARD | JAMES | | 8625 | SEMMES ST | ZEPHYRHILLS | D2 | 607956 | 1435647 | 12 | 4 | | 1.00 | 1.4 | 2.0 |
| 20.0 | 3105235 | 0 | | BYRD | JUSTIN | ROBERT | | 37218 | MAJESTIC OAK CT | DADE CITY INCORPORAT | D2 | 591557 | 1462776 | 12 | 4 | | 1.00 | 1.4 | 2.8 |
| 20.0 | 3730380 | 1 | | BRADLEY | MAZNE' | JOSEPH | | 24824 | HYDE PARK BLVD | WESLEY CHAPEL | D2 | 525425 | 1405745 | 14 | 4 | | 1.00 | 2.0 | 2.0 |
| 20.0 | 2913900 | 0 | | MEILERKE | KEVIN | MICHAEL | | 38424 | 2ND AVE | ZEPHYRHILLS INCORPOR | D2 | 596138 | 1419457 | 14 | 4 | | 1.00 | 2.0 | 0.0 |
| 19.6 | 239176 | 1 | | THOMPSON | WILLIAM | JASON | | 141 | VILLAGE LANE | LAND O LAKES | D2 | 0 | 0 | 13 | 4 | | 1.00 | 2.0 | 0.0 |
| 19.4 | 2486448 | 1 | | WHITE | GAGE | ANDREW | | 041 | AUTUMN PALM DR | ZEPHYRHILLS | D2 | 595329 | 1411481 | 14 | 4 | | 1.15 | 0.0 | 0.0 |
| 19.3 | 3522634 | 0 | | REYNOSO | RICARDO | | | 4925 | MEREDITH ST | DADE CITY | D2 | 591055 | 1469194 | 12.5 | 4 | | 1.00 | 1.4 | 0.0 |
| 19.3 | 2166060 | 1 | | LAWRENCE | MICHELLE | ROSE | | 29237 | SIERRA RD | LAND O LAKES | D2 | 517382 | 1415300 | 12.5 | 4 | | 1.00 | 1.4 | 1.4 |
| 18.9 | 3730722 | 0 | | PEREZ | GABRIEL | ANTHONY | | 18551 | KEENE RD | LAND O LAKES | D2 | 492524 | 1447176 | 10 | 4 | | 1.00 | 2.8 | 0.0 |
| 18.7 | 2141146 | 0 | | HERRERA | MIGUEL | | | 37010 | TAIT AVE | DADE CITY | D2 | 590667 | 1469915 | 11 | 4 | | 1.15 | 2.8 | 0.0 |
| 18.2 | 2918625 | 1 | | LOCKE | JOSHUA | GRANT | | 7404 | 20TH ST | ZEPHYRHILLS | D2 | 601107 | 1429053 | 10 | 4 | | 1.15 | 1.4 | 0.0 |
| 18.1 | 1148917 | 0 | | CINTRON | EDWIN | SAMUEL | | 7431 | CASTANEA DR | PORT RICHEY | D2 | 609382 | 1431179 | 10 | 4 | | 1.00 | 2.8 | 1.4 |
| 18.0 | 1777263 | 0 | | LONES | JOSHUA | OAL | | 8414 | LAWRENCE RD | DADE CITY | D2 | 595428 | 1487727 | 12 | 4 | | 1.15 | 2.0 | 0.0 |
| 18.0 | 3781975 | 0 | | MILLER | ROBERT | WAYNE | | 38229 | RUTH AVE | DADE CITY | D2 | 596982 | 1437065 | 8 | 4 | | 1.00 | 2.0 | 0.0 |
| 18.0 | 3121519 | 0 | | SLABACH | STACY | RENEE | | 946 | THAMES PL | WESLEY CHAPEL | D2 | 536924 | 1416063 | 8 | 4 | | 1.00 | 2.0 | 4.0 |
| 18.0 | 3670213 | 1 | | PHILLIPS | JEREMY | WAYNE | | | HOMELESS | ZEPHYRHILLS | D2 | 0 | 0 | 12 | 4 | | 1.00 | 4.0 | 2.0 |
| 18.0 | 976876 | 0 | | HARRIS | ANTHONY | ORLANDO | | | AT LARGE | ZEPHYRHILLS | D2 | 595845 | 1410046 | 12 | 4 | | 1.00 | 2.0 | 0.0 |
| 18.0 | 8079009 | 0 | | GABAREE | JEAN | LORENZO | | 35036 | SATEEN DR | ZEPHYRHILLS | D2 | 579878 | 1412935 | 12 | 4 | | 1.00 | 2.0 | 0.0 |
| 18.0 | 3588099 | 0 | | HARRISON | DERRIONTE | RAMONE | | 38621 | FIR AVE | ZEPHYRHILLS | D2 | 598920 | 1412634 | 14 | 4 | | 1.00 | 2.0 | 0.0 |
| 17.8 | 3594426 | 0 | | BUSH | DAEMON | DAKOTA | | 37840 | DAUGHTERY RD | ZEPHYRHILLS | D2 | 595107 | 1426593 | 11 | 4 | | 1.00 | 0.0 | 0.0 |
| 17.8 | 9094293 | 1 | | WARD | SAMUEL | ZACHARIAH | | 38015 | MARK RD | DADE CITY | D2 | 596138 | 1487143 | 5 | 4 | | 1.00 | 1.4 | 1.4 |
| 17.7 | 3665558 | 0 | | VALLE | FIDEL | MANUAL | | 14346 | GRAHAM ST | DADE CITY INCORPORAT | D2 | 592765 | 1466223 | 10 | 4 | | 1.00 | 2.4 | 6.3 |
| 17.5 | 2618977 | 0 | | VASQUEZ | ANGEL | | | 57321 | SAFARI DR | DADE CITY | D2 | 592390 | 1475504 | 13.5 | 4 | | 1.00 | 3.7 | 0.0 |
| 17.5 | 3092544 | 0 | | COCKEFUR | DARRYLE | HERBERT | | 16711 | PETRAS LN | BROOKSVILLE | D2 | 500826 | 1478687 | 8 | 4 | | 1.00 | 0.0 | 0.0 |
| 17.5 | 3659932 | 0 | | CHAFFIN | RIDGE | CURTIS | | 30813 | TEMPLE STAND AVE | WESLEY CHAPEL | D2 | 557455 | 1417475 | 10 | 4 | | 1.00 | 3.5 | 2.0 |
| 17.4 | 2429792 | 0 | | SPICER | BRENT | THOMAS | | 24927 | OAKS BLVD | WESLEY CHAPEL | D2 | 526060 | 1412080 | 11 | 4 | | 1.00 | 0.0 | 3.5 |
| 17.4 | 3307797 | 0 | | WHITT | BILLY | BUCK | | 1426 | CRYSTAL SPRINGS RD | CRYSTAL SPRINGS | D2 | 596880 | 1397580 | 10 | 4 | | 1.00 | 0.0 | 2.4 |
| 17.4 | 3106961 | 1 | | HENRY | TAYLER | NICOLE | | 22916 | HAWK HILL LP | LAND O LAKES | D2 | 515437 | 1408470 | 12 | 4 | | 1.00 | 1.4 | 2.0 |
| 17.4 | 763105 | 1 | | COOK | JASON | JEREMY | | 6723 | 20TH ST | ZEPHYRHILLS | D2 | 600319 | 1425565 | 10 | 4 | | 1.00 | 1.4 | 0.0 |
| 17.4 | 2838416 | 1 | | HOOKS | CHRISTOPHER | DEWAYNE | | 4493 | CHANCEY RD | ZEPHYRHILLS | D2 | 575506 | 1408542 | 12 | 4 | | 1.00 | 2.0 | 1.4 |
| 17.2 | 2899064 | 1 | | PHELPS | CHRISTY | MARIE | | 5416 | VILLAGE LN | LAND O LAKES | D2 | 504229 | 1418979 | 10 | 4 | | 1.00 | 1.4 | 0.0 |
| 17.2 | 2987419 | 0 | | BARTELL | KYLE | MICHAEL | | 607 | BAKER RD | LUTZ | D2 | 524970 | 1396996 | 10 | 4 | | 1.00 | 3.2 | 0.0 |

Defendant11184

| Points | NameID | At_LOL | lastname | firstname | middlename | dob | streetnbr | street | city | district | x | y | A5_Pts | RecentRise | Gang | VOP_Pts | IO_Pts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34.0 | 3784559 | 1 | WISE | JULIAN | CHRISTOPHER | | | HOMELESS | NEW PORT RICHEY | D3 | 0 | 0 | 84 | 0 | 1.00 | 0.0 | 0.0 |
| 33.4 | 2902505 | 1 | BOYLE | JAMES | EDWARD | | 2387 | GRANDIN ST | HOLIDAY | D3 | 418758 | 1403676 | 28 | 4 | 1.00 | 0.0 | 0.0 |
| 31.0 | 3051726 | 0 | FORD | THEODORE | ANTHONY | | 7618 | CAYUGA DR | NEW PORT RICHEY | D3 | 434483 | 1430849 | 27 | 4 | 1.00 | 1.4 | 0.0 |
| 29.8 | 2881443 | 1 | MCDOUGALL | DONNIE | ALLEN | | 9229 | PRIMROSE DR | HOLIDAY | D3 | 411201 | 1397997 | 25 | 4 | 1.00 | 0.0 | 0.0 |
| 28.8 | 2867514 | 1 | PUTNAM | DOMINIC | ROBERT | | 5639 | GOLDEN NUGGET DR | HOLIDAY | D3 | 429999 | 1399756 | 23 | 4 | 1.00 | 0.0 | 2.8 |
| 28.0 | 3013149 | 0 | BLANCO | ALEXANDER | | | 4223 | REDCLIFF PL | NEW PORT RICHEY INCO | D3 | 0 | 0 | 21 | 4 | 1.15 | 0.0 | 0.0 |
| 26.0 | 3198382 | 0 | HAIN | JONATHAN | JOSEPH | | 4258 | FLORAMAR TER | NEW PORT RICHEY | D3 | 0 | 0 | 28 | 0 | 1.00 | 0.0 | 0.0 |
| 26.0 | 2434488 | 0 | BRUNO | LOGAN | ANTHONY | | 6014 | RIVER DR | NEW PORT RICHEY INCO | D3 | 422563 | 1416948 | 22 | 4 | 1.00 | 0.0 | 0.0 |
| 25.2 | 3081470 | 1 | ROHLFS | DENISE | ASHLEY | | 1730 | HOLIDAY DR | HOLIDAY | D3 | 417317 | 1400408 | 22 | 4 | 1.00 | 0.0 | 0.0 |
| 24.1 | 886877 | 0 | POTTER | RANDI | LYNN | | 7631 | US HIGHWAY 19 | NEW PORT RICHEY INCO | D3 | 0 | 0 | 17 | 4 | 1.00 | 1.4 | 2.8 |
| 24.0 | 2177025 | 1 | DEBOUTER | RYAN | GARRETT | | 9329 | NILE DR | NEW PORT RICHEY | D3 | 0 | 0 | 13 | 4 | 1.15 | 1.4 | 3.2 |
| 23.1 | 3534122 | 0 | WISE | DEBRA | CHARLENE | | | HOMELESS | NEW PORT RICHEY | D3 | 0 | 0 | 20 | 4 | 1.00 | 0.0 | 0.0 |
| 23.0 | 3103916 | 1 | HAYES | HAKEEM | DESHAWN | | 5651 | GOLDEN NUGGET DR | HOLIDAY | D3 | 0 | 0 | 14 | 4 | 1.15 | 2.4 | 0.0 |
| 22.8 | 3673682 | 0 | WILLIAMS | DEVEN | | | 4743 | TRAFFORD RD | HOLIDAY | D3 | 0 | 0 | 17 | 4 | 1.00 | 2.0 | 0.0 |
| 22.7 | 2920309 | 0 | BARRETT | JEFFREY | ALAN | | 5250 | DOVE DR | HOLIDAY | D3 | 419904 | 1403992 | 14 | 4 | 1.00 | 2.0 | 2.8 |
| 22.1 | 3581258 | 0 | MCGOWAN | WILLIE | JOSEPH | | 5420 | REEF DR | HOLIDAY | D3 | 422052 | 1410283 | 13 | 4 | 1.15 | 0.0 | 3.2 |
| 21.8 | 3111312 | 0 | STREISEL | JOSEF | OTTO | | | | NEW PORT RICHEY | D3 | 422818 | 1413031 | 14 | 4 | 1.15 | 1.4 | 0.0 |
| 21.4 | 3104216 | 0 | CLAYTON | ADAM | RYAN | | | HOMELESS | NEW PORT RICHEY | D3 | 0 | 0 | 15 | 4 | 1.00 | 2.8 | 0.0 |
| 21.2 | 3099528 | 1 | SPINKS | KARI | LYNN | | 3414 | BEDFORD ST | HOLIDAY | D3 | 419322 | 1409314 | 16 | 4 | 1.00 | 0.0 | 1.4 |
| 21.0 | 3101817 | 0 | MURRAY | JOSHUA | MICHAEL | | 8010 | SYCAMORE DR | NEW PORT RICHEY | D3 | 443643 | 1432904 | 10 | 4 | 1.00 | 4.0 | 3.2 |
| 21.0 | 2852893 | 0 | NEIL | BRANDON | TYLER | | 6749 | OLD MAIN ST | NEW PORT RICHEY | D3 | 429982 | 1424574 | 17 | 4 | 1.00 | 0.0 | 0.0 |
| 20.9 | 3651452 | 0 | LOTT | MATTHEW | BRYANT | | 6625 | SUTHERLAND AVE | NEW PORT RICHEY | D3 | 425267 | 1431012 | 15 | 4 | 1.00 | 2.0 | 0.0 |
| 20.7 | 2918371 | 0 | SMITH | RONALD | BAPTISTE | | 4846 | BONTON DR | HOLIDAY | D3 | 419854 | 1403136 | 13 | 4 | 1.00 | 2.4 | 1.4 |
| 20.4 | 3547245 | 0 | LABOMBARD | JOSHUA | TYLER | | 1428 | STARLIGHT CV | TARPON SPRINGS | D3 | 0 | 0 | 14 | 4 | 1.15 | 0.0 | 0.0 |
| 20.4 | 2859635 | 1 | GORDON | THOMAS | JAY | | 1921 | HACIENDA WAY | HOLIDAY | D3 | 422731 | 1401424 | 19 | 0 | 1.00 | 1.4 | 0.0 |
| 20.0 | 3781600 | 0 | NEWMAN | GARY | | | 2832 | WILSON RD | LAND O LAKES | D3 | 502660 | 1405272 | 15 | 4 | 1.00 | 1.4 | 0.0 |
| 20.0 | 3125932 | 0 | CROWE | MORGAN | BRIANN | | 2025 | PLEASURE DR | HOLIDAY | D3 | 415895 | 1401987 | 16 | 4 | 1.00 | 0.0 | 0.0 |
| 20.0 | 3587010 | 1 | COLON | MICHAEL | ERIC | | 1845 | RALLY LN | HOLIDAY | D3 | 421418 | 1401124 | 10 | 4 | 1.00 | 4.0 | 2.0 |
| 20.0 | 3091088 | 1 | THOMPSON | JAMES | G | | 5122 | SUWANNEE DR | NEW PORT RICHEY | D3 | 421258 | 1413809 | 14 | 4 | 1.00 | 2.0 | 0.0 |
| 20.0 | 3069858 | 0 | FISHER | THOMAS | HENRY | | 3400 | MURROW ST | NEW PORT RICHEY | D3 | 436298 | 1409067 | 16 | 4 | 1.00 | 0.0 | 0.0 |
| 20.0 | 1158180 | 0 | JOHNSON | JULLIAN | DAVID | | 6032 | 9TH AVE | NEW PORT RICHEY | D3 | 426132 | 1415878 | 14 | 4 | 1.00 | 2.0 | 0.0 |
| 20.0 | 3067678 | 0 | SNYDER | HARRY | CALVIN | | 7250 | BALTUSROL DR | NEW PORT RICHEY | D3 | 449434 | 1428760 | 16 | 4 | 1.00 | 0.0 | 0.0 |
| 20.0 | 2757057 | 0 | GREEN | ALEXIS | JASMINE LEE | | | AT LARGE | NEW PORT RICHEY | D3 | 0 | 0 | 16 | 4 | 1.00 | 0.0 | 0.0 |
| 20.0 | 3672744 | 0 | AMBROSIO | STEVEN | JOHN | | 8215 | TREELET CT | NEW PORT RICHEY | D3 | 437638 | 1427989 | 16 | 4 | 1.00 | 0.0 | 0.0 |
| 19.9 | 1249803 | 0 | ECHEVARRIA | ELEXIS | ESCALADE | | 8105 | PEA TREE CT | TRINITY | D3 | 0 | 0 | 14 | 4 | 1.00 | 0.0 | 2.0 |
| 19.4 | 3028469 | 0 | CREMEANS | MARK | ALLEN | | 4258 | MANIHI DR | NEW PORT RICHEY | D3 | 438502 | 1413845 | 12 | 4 | 1.00 | 1.4 | 2.4 |
| 19.4 | 2957717 | 0 | PISANI | JASON | BENJAMIN | | 3307 | BROOKFIELD DR | HOLIDAY | D3 | 410829 | 1408668 | 14 | 4 | 1.00 | 1.4 | 0.0 |
| 19.3 | 852864 | 1 | WHITNEY-GRAY | THOMAS | MICHAEL | | 3531 | ELFERS PKWY | NEW PORT RICHEY | D3 | 429187 | 1409984 | 14 | 4 | 1.00 | 0.0 | 1.4 |
| 19.0 | 3643341 | 0 | MONTANEZ | KING ZIG | ALLAH | | 4979 | JORDANA WAY | HOLIDAY | D3 | 417220 | 1405832 | 10 | 4 | 1.15 | 0.0 | 3.2 |
| 18.8 | 3600906 | 0 | LAMBROS | BRIANNA | MICHELLE | | 5442 | GOLDEN NUGGET DR | HOLIDAY | D3 | 422946 | 1399606 | 13 | 4 | 1.00 | 2.0 | 0.0 |
| 18.8 | 3650536 | 0 | GAUSE | SHAQUELL | DARIUS | | 4097 | DALWOOD DR | HOLIDAY | D3 | 417548 | 1403594 | 12 | 4 | 1.00 | 1.4 | 1.4 |
| 18.7 | 3014540 | 0 | VAZQUEZ | JUSTIN | DANIEL | | 1400 | JENNINGS DR | HOLIDAY | D3 | 419055 | 1398556 | 12 | 4 | 1.00 | 1.4 | 1.4 |
| 18.6 | 3780006 | 0 | MILLER | RICHARD | GAGE | | 1827 | HACIENDA WAY | HOLIDAY | D3 | 422740 | 1400917 | 11 | 4 | 1.15 | 1.4 | 0.0 |
| 18.4 | 3042274 | 0 | WHEELER | KEVIN | RAY | | 1639 | PATRIOT LN | HOLIDAY | D3 | 0 | 0 | 8 | 4 | 1.00 | 3.5 | 3.2 |
| 18.4 | 3730136 | 1 | PARHAM | SHANE | LEE | | 3250 | SAND KEY DR | PALM HARBOR | D3 | 417193 | 1400787 | 12 | 4 | 1.00 | 2.4 | 0.0 |
| 18.4 | 3175659 | 1 | CATLIN | AMANDA | ROSE | | 5209 | FLORA AVE | HOLIDAY | D3 | 421566 | 1397762 | 19 | 4 | 1.00 | 1.4 | 0.0 |
| 18.4 | 2547867 | 0 | GUEST | JACOB | JAMES | | 3246 | THORNY RIDGE DR | HOLIDAY | D3 | 416245 | 1408560 | 11 | 4 | 1.00 | 1.4 | 2.0 |
| 18.1 | 3646763 | 0 | TROCHE | JOSE | FRANCESCO | | 2606 | CHEVAL DR | HOLIDAY | D3 | 418201 | 1405043 | 12 | 4 | 1.15 | 0.0 | 0.0 |
| 18.0 | 3771948 | 1 | MORGAN | JAVON | OSHA | | 1850 | ARCADIA RD | HOLIDAY | D3 | 420528 | 1401178 | 7.5 | 4 | 1.15 | 3.5 | 1.4 |
| 18.0 | 3626726 | 0 | GREEN | CHRISTIAN | JAMAL | | 3829 | DARLINGTON RD | HOLIDAY | D3 | 414437 | 1401434 | 18 | 0 | 1.00 | 0.0 | 0.0 |
| 18.0 | 3052906 | 0 | SPENCER | DAVID | JAMES | | 5247 | WHIPPOORWILL DR | HOLIDAY | D3 | 422014 | 1407114 | 12 | 4 | 1.00 | 2.0 | 0.0 |
| 18.0 | 3603025 | 0 | REYES | VICTOR | MANUAL | | 5647 | LEISURE LN | NEW PORT RICHEY | D3 | 421252 | 1421207 | 14 | 4 | 1.00 | 0.0 | 0.0 |
| 17.8 | 1140700 | 0 | DODSON | MOLLY | JEAN | | 4725 | TROUBLE CREEK RD | NEW PORT RICHEY | D3 | 419249 | 1415022 | 14 | 4 | 1.00 | 0.0 | 0.0 |
| 17.5 | 3052122 | 0 | LAUGHERY | JAMES | MARSHALL | | 1225 | HICKORY LANE | HOLIDAY | D3 | 0 | 0 | 11 | 4 | 1.00 | 2.8 | 0.0 |
| 17.5 | 3603205 | 1 | CASTILLO | VICTOR | MANUEL | | 10542 | HELENA ST | NEW PORT RICHEY | D3 | 0 | 0 | 7 | 4 | 1.15 | 2.4 | 2.4 |
| 17.5 | 3697749 | 1 | MEADE | SUZANNE | MARIE | | 4348 | PLAZA DR | HOLIDAY | D3 | 417134 | 1406807 | 10 | 4 | 1.15 | 1.4 | 0.0 |
| 17.4 | 3529143 | 1 | SPIRES-VELASQUEZ | SELARA | LYNN | | 3086 | PINEVIEW DR | HOLIDAY | D3 | 405999 | 1407536 | 13.5 | 4 | 1.00 | 0.0 | 0.0 |
| 17.4 | 3512043 | 0 | FRANK | ERIN | HOLLAND | | 6040 | INDIANA AVE | NEW PORT RICHEY INCO | D3 | 426205 | 1425857 | 11 | 4 | 1.00 | 2.4 | 0.0 |
| 17.2 | 3088843 | 0 | LABOLT | SCOTT | J | | 9722 | PATRICIAN DR | NEW PORT RICHEY | D3 | 445579 | 1412986 | 10 | 4 | 1.00 | 2.0 | 1.4 |
| | | | | | | | 9690 | JEROME DR | NEW PORT RICHEY | D3 | 0 | 0 | 8 | 4 | 1.15 | 1.4 | 2.0 |

Defendant11185

| Points | NameID | At_LOL | lastname | firstname | middlename | dob | streetnbr | street | city | district | x | y | AS_Pts | RecentRise | Gang | VOP_Pts | IO_Pts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81.0 | 3727531 | 0 | HERRON | ANTIWON | D | | 3718 | 53RD ST N | TAMPA | | 0 | 0 | 77 | 4 | 1.00 | 0.0 | 0.0 |
| 81.0 | 3513319 | 0 | FLEMING | KAMAL | CECIL | | 2908 | E WHITTIER ST | TAMPA | | 557560 | 1430098 | 77 | 4 | 1.00 | 0.0 | 0.0 |
| 45.0 | 3727530 | 0 | WARD | STEPHEN | FARRIS | | 507 | GROVE AVE | SEFFNER | | 0 | 0 | 41 | 4 | 1.00 | 0.0 | 0.0 |
| 34.0 | 3728896 | 0 | WILLIAMS | SKYLER | VONTRESS | | 3217 | N 49TH ST | TAMPA | | 0 | 0 | 24 | 4 | 1.00 | 0.0 | 6.0 |
| 33.4 | 2809808 | 0 | SEEDERS | ANNIE | REILLY | | 1735 | DR MLK JR ST S | ST PETERSBURG | | 0 | 0 | 29 | 4 | 1.00 | 1.4 | 0.0 |
| 28.1 | 3600559 | 1 | CARRANO | THOMAS | FRANCIS | | 2426 | BUTTERNUT CT | DUNEDIN | | 0 | 0 | 18 | 4 | 1.15 | 1.4 | 1.4 |
| 27.4 | 3692584 | 0 | PUNG | JAYLEN | JIBRI | | 1715 | WINDERMERE WAY | TAMPA | | 0 | 0 | 22 | 4 | 1.00 | 1.4 | 0.0 |
| 27.0 | 633044 | 0 | EVERETT | DREQUAN | MARKEESE | | 14656 | HORMUTH ST | DADE CITY INCORPORAT | | 0 | 0 | 28 | 4 | 1.00 | 0.0 | 0.0 |
| 25.4 | 2828262 | 1 | BROWN | JOSEPH | LUKE | | 16139 | PEACH ORCHARD | BROOKSVILLE | | 0 | 0 | 20 | 4 | 1.00 | 1.4 | 0.0 |
| 25.4 | 3104241 | 0 | BROWN | DEION | RASHAUD | | 870 | 34TH SO | ST PETERSBURG | | 0 | 0 | 20 | 4 | 1.00 | 0.0 | 1.4 |
| 24.4 | 2962483 | 0 | CLARY | RACHEL | MADISON | | 3430 | NE 39TH AVE | GAINESVILLE | | 429200 | 1430788 | 18 | 4 | 1.00 | 2.4 | 0.0 |
| 23.4 | 1187359 | 1 | GLENN | TYLER | LUKE | | 2172 | CULBREATH RD | BROOKSVILLE | | 0 | 0 | 22 | 0 | 1.00 | 1.4 | 0.0 |
| 23.0 | 3741717 | 1 | MCKINNON | ALLEN | ANTHONY | | 307 | NE 9TH ST | RUSKIN | | 0 | 0 | 23 | 0 | 1.00 | 0.0 | 0.0 |
| 23.0 | 3691988 | 0 | AUNSPAUGH | JACOB | DANIEL | | 1210 | 95TH AVE N | SAINT PETERSBURG | | 0 | 0 | 18 | 4 | 1.00 | 0.0 | 0.0 |
| 21.4 | 3512493 | 1 | CHRISTY | CHRISTOPHER | LEE | | 37526 | COOK AVE | DADE CITY INCORPORAT | | 0 | 0 | 14 | 4 | 1.00 | 1.4 | 2.0 |
| 21.0 | 3030393 | 0 | WALKER | SAMUEL | EARL | | 1795 | LAKEWOOD DR | ST. PETE | | 0 | 0 | 17 | 4 | 1.00 | 0.0 | 0.0 |
| 21.0 | 3667558 | 0 | PEREZ | ALEXANDER | MATTHEW | | 5343 | SOUTWICK DR | TAMPA | | 0 | 0 | 17 | 4 | 1.00 | 0.0 | 0.0 |
| 20.9 | 3641890 | 0 | STONE | HARLEY | WADE | | 8731 | N 50TH ST | TAMPA | | 0 | 0 | 19.5 | 4 | 1.00 | 2.0 | 1.4 |
| 20.5 | 3670374 | 1 | ARRINGTON | JOSHUA | ANTWAN | | 1201 | ORIENT RD | TAMPA | | 0 | 0 | 16.5 | 4 | 1.00 | 0.0 | 0.0 |
| 20.4 | 2670504 | 0 | SWITZER | RACHEL | DENISE | | 900 | S HIGHLAND AVE | CLEARWATER | | 439929 | 1442480 | 12 | 4 | 1.00 | 2.4 | 2.0 |
| 19.6 | 3535594 | 0 | CURRIER | KENNETH | LEE | | 318 | N GRACE ST | BUSHNELL | | 0 | 0 | 17 | 0 | 1.15 | 0.0 | 0.0 |
| 19.4 | 3148640 | 1 | LILLY | CHRISTOPHER | MICHAEL | | 15808 | DEWITT CT | LUTZ | | 0 | 0 | 18 | 0 | 1.00 | 1.4 | 0.0 |
| 16.8 | 3104703 | 0 | CONFER | JASON | CHARLES | | 986 | LAKEWOOD RD | MADISON | | 0 | 0 | 16 | 0 | 1.00 | 1.4 | 1.4 |
| 18.6 | 3636730 | 0 | OZUNA | ALEXANDER | OMAREE | | 11309 | OUTRIGGER AVE | SPRING HILL | | 0 | 0 | 10 | 4 | 1.00 | 3.2 | 1.4 |
| 18.4 | 1302574 | 1 | DEMELLO | AARON | JOAQUIM | | 1169 | BARRANCA AVE | SPRING HILL | | 0 | 0 | 8 | 4 | 1.00 | 2.4 | 4.0 |
| 18.4 | 3556590 | 0 | MCCOMAS | JOSEPH | WAYNE | | 4553 | COLLINS CT | SPRING HILL | | 0 | 0 | 13 | 4 | 1.00 | 1.4 | 0.0 |
| 17.5 | 3681606 | 0 | NOLAN | NOAH | CHRISTOPHER | | 216 | S 12TH STREET | DECATUR | | 0 | 0 | 10 | 4 | 1.15 | 1.4 | 0.0 |
| 17.4 | 3743483 | 0 | WILSON | JERON | MERCELL | | 12521 | TINSLEY TERRACE | TAMPA | | 0 | 0 | 12 | 4 | 1.00 | 1.4 | 0.0 |

Defendant11186

## Un-vetted Prolifics:

This Excel shows the un-vetted top 202 prolifics in spreadsheet Top202.
D1 has 62 with a last known address in D1.
D2 has 53 with a last known address in D2.
D3 has 59 with a last known address in D3.
OOC has 28 with unknown or out of county addresses.

Some factors that may influence your choice on whether to include them in your list of prolifics:
    Are they in jail for at least the next three months? Column C indicates if they were at LOL on 11/08/18.
    Are they incarcerated elsewhere or have they moved out of state?
    Are their offenses all or mostly on one day?
    Please check the OOC spreadsheet for people who may have moved to your district.