Summary Information for the Unvetted Prolific List of December, 2020

Total offenders with at least two focus crimes:                    2111

| Top 250 by ranking: | 250 | @ LOL Detn 12/03/20 |
|---|---|---|
| D1 | 112 | 43 |
| D2 | 45 | 18 |
| D3 | 69 | 29 |
| Out of County | 24 | 9 |

Note:    After our recent discussion about multiple arrests on the same day, I again modified the calculations. We wanted to count multiple robberies on the same day, but not multiple auto burglaries. Column 3 now shows the extra (unwanted) points for additional auto burglaries on the same day. These points are subtracted resulting in the new first column (Mod Points).



EXHIBIT

F

1-12-22

| ModPts | Pts | ASExtra | NameID | LQt | lastname | firstname | middlename | dob | streetbnr | street | city | D | x | y | AS_Pts | Recentime | Gang | VOP | Of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Defendant11107

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15.4 | 15.4 | 30775357 | 0 | HEADLEY | CHRISTOPHER | LEE | ▉ | 12411 | BEAGLE RD | HUDSON | D1 | 450057 | 1485101 | 10.0 | 4 | 1 1.4 0.0 |
| 15.4 | 15.4 | 3564995 | 1 | PERREAULT | CAINE | JACOB | | 14121 | WATER TOWER DR | HUDSON | D1 | 431811 | 1465280 | 10.0 | 4 | 1 1.4 0.0 |
| 15.4 | 15.4 | 2376650 | 0 | STATON | JOHN | ERCELL | | 7212 | OAKLEY AVE | BAYONET POINT | D1 | 432500 | 1458145 | 10.0 | 4 | 1 1.4 0.0 |
| 15.4 | 15.4 | 3758660 | 0 | GORHAM | SHAYNA | LEE | | 18314 | LISA DR | HUDSON | D1 | 429250 | 1460925 | 8.0 | 4 | 1 1.4 2.0 |
| 15.4 | 15.4 | 3770319 | 0 | BUNCH | SUSAN | MARIE | | 7631 | BIRCHWOOD DR | PORT RICHEY | D1 | 434790 | 1468649 | 6.0 | 4 | 1 1.4 4.0 |
| 15.4 | 15.4 | 3068815 | 0 | SAMION | JAMES | PHILLIP | | 8918 | MIGUEL PL | PORT RICHEY | D1 | 438056 | 1467682 | 8.0 | 4 | 1 1.4 2.0 |
| 15.4 | 15.4 | 36593721 | 1 | CASATELLI | TYLER | RYAN | | 9216 | MARK TWAIN LN | PORT RICHEY | D1 | 435972 | 1439218 | 14.0 | 0 | 1 1.4 0.0 |
| 15.4 | 15.4 | 779300 | 0 | GIBSON | STEVEN | WILLIAM | | 14920 | US HIGHWAY 19 | HUDSON | D1 | 434609 | 1467781 | 10.0 | 4 | 1 1.4 0.0 |
| 15.4 | 15.4 | 3735910 | 1 | YOUNG | MARVIN | LAMONT DA'VEON | | 9110 | PEGASUS AVE | PORT RICHEY | D1 | 427705 | 1438669 | 10.0 | 0 | 2.4 1.4 |
| 15.4 | 15.4 | 2945889 | 0 | STEVENSON | JESSICA | MARIE | | 15204 | YME ST | HUDSON | D1 | 442200 | 1470700 | 6.0 | 0 | 2.4 2.4 |
| 15.3 | 15.3 | 3512672 | 0 | RIVERA | MIGUEL | ANGEL | | 9135 | HUNT CLUB LN | PORT RICHEY | D1 | 435378 | 1438950 | 5.0 | 4 | 2.8 3.5 |
| 15.3 | 15.3 | 3058126 | 0 | FREEMAN | EDWARD | LEE | | 15515 | MADELINE DR | HUDSON | D1 | 449466 | 1452545 | 4.0 | 0 | 1 2.0 5.3 |
| 15.2 | 15.2 | 3758950 | 1 | VASQUEZ | PETE | ROSALIO | | 12121 | HUDSON RIDGE DR | PORT RICHEY | D1 | 437026 | 1453464 | 12.0 | 0 | 1.4 0.0 |

| ModPts | Pts | AltExtra | NameID | COL | lastname | firstname | middlename | dob | streetnbr | street | city | D | x | y | AS_Pts | Recentalize | Gase | VOP | Of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31.2 | 31.2 | | 3856080 | 1 | DUNCAN | KREYONN | DAE TABIAS | | 14801 | PORTER ST | DADE CITY | D2 | 591211 | 1468413 | 21.0 | 4 | | 0.0 | 2.4 |
| 27.0 | 27.0 | | 2899096 | 0 | GORDON | THOMAS | JAY | | 6250 | MANGROVE DR | WESLEY CHAPEL | D2 | 532256 | 1422123 | 23.0 | 4 | | 1.4 | 0.0 |
| 27.0 | 27.0 | | 3756024 | 0 | VALYMENKO | DMITRY | | | 7833 | BLUE SPRING DR | LAND O LAKES | | | | | 4 | | 1.0 | 0.0 |
| 27.0 | 27.0 | | 3363820 | 0 | DUMAS | ROBERT | | | 6271 | SADDLEFORD DR | WESLEY CHAPEL | D2 | | | 23.0 | 4 | | 0.0 | 0.0 |
| 25.8 | 25.8 | | 3066558 | 1 | TULL | ILLIS | FIDEL | | 16138 | LAKE CHASE BLVD | DADE CITY | D2 | | | | 0 | | 1.4 | 0.0 |
| 25.0 | 25.0 | | 3860882 | 0 | RESLIER | | | | 5904 | WILLOW RIDGE DR | ZEPHYRHILLS | D2 | 585901 | 1421138 | 27.0 | 4 | | 0.0 | 0.0 |
| | | | | | | | MALAKAI | | 21348 | MORNING MIST WAY | LAND O LAKES | D2 | 586469 | 1421131 | 20.0 | 0 | | 0.0 | 0.0 |
| 24.4 | 24.4 | | 3060700 | 1 | FLOYD | ALBERT | LEE | | | | | D2 | 507281 | 1432180 | 21.0 | 4 | | 1.0 | 0.0 |
| 23.3 | 23.3 | | 3734543 | 1 | MCMILLION | IMEAGAN | INICOLE | | 14849 | 15TH ST | DADE CITY INCORPORAT | D2 | 504098 | 1458474 | 18.0 | 4 | | 0.0 | 0.4 |
| 23.0 | 23.0 | | 3864500 | 1 | MILLER | ROBERT | WAYNE | | 6200 | TULIP DR | WESLEY CHAPEL | D2 | 534067 | 1422705 | 12.0 | 4 | | 2.0 | 3.5 |
| 19.8 | 19.8 | | 2994386 | 1 | DEES | JAMES | IRVIN | | 12638 | CURLEY ST | ZEPHYRHILLS | D2 | 597038 | 1437129 | 12.0 | 4 | | 0.0 | 0.4 |
| 19.6 | 19.6 | | 2782334 | 0 | HALL | JOE | CLAYTON | | 11273 | FRESCO LN | SAN ANTONIO | D2 | 567837 | 1456953 | 17.0 | 4 | | 3.2 | 6.2 |
| 19.4 | 19.4 | | 3500850 | 0 | SALAZAR | MARCO | ANTONIO | | 15300 | PINELLAS AVE | DADE CITY | D2 | 553505 | 1452858 | 12.0 | 4 | | 1.2 | 2.4 |
| 19.4 | 19.4 | | 2074278 | 1 | ANDERSON | CORDARREL | CHRIS | | 16120 | JONES LOOP | DADE CITY | D2 | 597103 | 1471107 | 13.0 | 4 | | 0.0 | 0.0 |
| 19.4 | 19.4 | | 2957676 | 0 | LOVE | MISTIE | | | 97840 | DAUGHTERY RD | DADE CITY | D2 | | | 11.0 | 4 | | 0.0 | 0.0 |
| 19.0 | 19.0 | | 3936858 | 0 | EARUE | AARON | LYNN | | 18825 | US HIGHWAY 301 | ZEPHYRHILLS | D2 | 595107 | 1426983 | 11.0 | 4 | | 0.0 | 0.0 |
| 19.0 | 19.0 | | 3509258 | 1 | GIBBLS | STEVEN | | | 5903 | WILLOW RIDGE DR | DADE CITY | D2 | 594472 | 1489974 | 10.0 | 4 | | 2.8 | 0.0 |
| 18.8 | 18.8 | | 3680885 | 0 | CHO | MATTHEW | JOSEPH | | 30501 | ANNANDALE DR | ZEPHYRHILLS | D2 | 586436 | 1421308 | 15.0 | 4 | | 3.5 | 2.0 |
| 18.8 | 18.8 | | 3757270 | 0 | PALUMBO | AMBER | NICOLE | | 17624 | GALVESTON ST | SPRING HILL | D2 | 556296 | 1431778 | 13.0 | 4 | | 1.0 | 0.0 |
| 18.5 | 18.5 | | 1554494 | 1 | KARPPE | MARCUS | AARON | | 13930 | OCONNOR RD | KATHLEEN | D2 | 534362 | 1426753 | 8.0 | 4 | | 1.0 | 0.0 |
| 18.4 | 18.4 | | 2991772 | 1 | STEARNS | JAMIE | LORENZO | | 38334 | THEEL AVE | ZEPHYRHILLS | D2 | 598910 | 1465436 | 14.0 | 4 | | 1.2 | 4.0 |
| 18.4 | 18.4 | | 3127825 | 0 | BIXMREE | THOMAS | JOSHUA | | 4552 | RYALS RD | ZEPHYRHILLS | D2 | | | 5.0 | 4 | | 1.2 | 2.8 |
| 18.0 | 18.0 | | 3564426 | 0 | RUSH | DAEMON | DAKOTA | | 37860 | DAUGHTERY RD | ZEPHYRHILLS | D2 | 586606 | 1474312 | 12.0 | 4 | | 2.4 | 0.0 |
| 18.0 | 18.0 | | 3730642 | 0 | MCGEE | ROBERT | MARSHALL | | 5036 | LANTANA ST | DADE CITY | D2 | 599107 | 1471107 | 9.0 | 4 | | 1.2 | 0.0 |
| 18.0 | 18.0 | | 3778447 | 0 | KOHLER | NATHAN | LIVINGSTON | | 18015 | MARK RD | DADE CITY | D2 | 503480 | 1467341 | 14.0 | 4 | | 1.4 | 2.0 |
| 18.0 | 18.0 | | 3711060 | 1 | NEWSOME | KARLIE | JEAN | | 3833 | ALLEN RD | ZEPHYRHILLS | D2 | 596338 | 1487341 | 14.0 | 4 | | 1.2 | 0.0 |
| 18.0 | 18.0 | | 3803467 | 0 | BEAENY | CODY | STERLING | | 6637 | WOODSMAN DR | WESLEY CHAPEL | D2 | 588942 | 1420299 | 14.0 | 4 | | 1.0 | 0.0 |
| 17.3 | 17.3 | | 3717971 | 1 | MALDONADO | JOSHUA | TOMAS | | | HOMELESS | | D2 | 590480 | 1425394 | 14.0 | 4 | | 0.0 | 0.0 |
| 17.0 | 23.0 | 6 | 3087287 | 1 | SANDERS | BRIAN | KEITH | | 1222 | GOLDENFINCH DR | PLANT CITY | D2 | 592391 | 1475222 | 12.0 | 4 | | 2.4 | 2.0 |
| 17.0 | 17.0 | | 3741716 | 0 | CHAWS | ABIELASH | | | 9651 | MESHA LANE | WESLEY CHAPEL | D2 | 599372 | 1443060 | 12.0 | 4 | | 1.0 | 0.0 |
| 16.6 | 16.6 | | 3638146 | 0 | LLEOWITH | LESIAH | ANTHONY | | 8252 | COATS RD | DADE CITY | D2 | 590886 | 1436965 | 8.0 | 4 | | 2.4 | 4.5 |
| 16.4 | 16.4 | | 2792186 | 0 | FROST | ROBERT | ANDREW | | 4128 | TRANSUE DR | ZEPHYRHILLS | D2 | 587704 | 1407325 | 10.0 | 4 | | 2.4 | 0.0 |
| 16.4 | 16.4 | | 2058390 | 0 | WILLIAMS | DYLAN | VINCENT | | 37726 | COLINA DR | DADE CITY | D2 | 599168 | 1401833 | | 4 | | 0.0 | 0.0 |
| 16.4 | 16.4 | | 3099049 | 0 | ROGERS | MAURICE | DELSHAY | | 20914 | BREEDEN RD | LACOOCHEE | D2 | | | 8.0 | 0 | | 2.0 | 0.0 |
| 16.4 | 16.4 | | 3058210 | 0 | MIKOFF | ASHLEY | ANN | | 19140 | US HIGHWAY 301 | LACOOCHEE | D2 | 597649 | 1500516 | 10.0 | 4 | | 0.0 | 2.8 |
| | | | | | | GEORGE | JOSEPH | | 6872 | ANGUS VALLEY DR | WESLEY CHAPEL | D2 | 590351 | 1491867 | 11.0 | 1 | | 1.0 | 0.0 |
| 16.0 | 16.0 | | 3680090 | 1 | INGLESTON | JOSEPH | EDWARD | | | | | D2 | 534715 | 1425395 | 6.0 | 4 | | 2.4 | 2.4 |
| 16.0 | 16.0 | 8 | 3647854 | 0 | RIVERA | GABRIEL | XAVIER | | 30219 | ROSE LN | ZEPHYRHILLS INCORPOR | D2 | 599479 | 1421962 | | 4 | | 1.4 | 0.0 |
| 16.0 | 16.0 | | 3777263 | 0 | LONES | JOSHUA | CAL | | 7711 | TUSCAN BAY CIR | WESLEY CHAPEL | D2 | 550881 | 1420902 | | 4 | | 0.0 | 0.0 |
| 15.9 | 15.9 | | 3831560 | 1 | RAMIREZ CALLEAS | JOSE | FRANCISCO | | 18614 | LAWRENCE RD | DADE CITY | D2 | 595428 | 1487227 | | 4 | | 1.4 | 0.0 |
| 15.7 | 15.7 | | 2451076 | 0 | HEMBREE | CODY | | | 41135 | SUTGRUS RD | CRYSTAL SPRINGS | D2 | 599494 | 1403388 | | 1 | | 1.0 | 0.0 |
| 15.4 | 17.4 | 2 | 3238855 | 1 | FARDELLO | MICHAEL | LEE | | 4552 | RYALS RD | ZEPHYRHILLS | D2 | 599419 | 1410890 | | 4 | | 1.4 | 3.5 |
| 15.4 | 15.4 | | 3100561 | 1 | HENRY | TAYLER | NICOLE | | 3931 | AUTUMN PALM DR | ZEPHYRHILLS | D2 | 586670 | 1434312 | | 4 | | 1.4 | 3.5 |
| 15.3 | 15.3 | | 3611820 | 1 | CASTRALLO-CASTRL | GERARDO | JAVIER | | 2070 | SWEETSROOM CIR | WESLEY CHAPEL | D2 | 599419 | 1410890 | | 0 | | 1.4 | 0.0 |
| | | | 2166060 | 0 | LAWRENCE | MICHELLE | ROSE | | 28919 | MIDNIGHT STAR LP | WESLEY CHAPEL | D2 | 546317 | 1399900 | 10.0 | 4 | | 1.4 | 0.0 |
| | | | | | | | | | 23237 | SIERRARD | LAND O LAKES | D2 | 517889 | 1419300 | 12.0 | 4 | | 2.8 | 0.0 |

Defendant 11199

| ModPts | Pts | ABExtra | NameID | LOE | lastname | firstname | middlename | dob | streetnbr | street | city | D | x | y | AS_Pts | RecentHit | Geno | VOP | Oi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30.0 | 30.0 | | 3602270 | 1 | TORRES | JANNER | | | 7334 | SPRING FLOWER DR BLDG 11 | | D3 | 436691 | 1407693 | 24.0 | | | 2.4 | 0.0 |
| 28.5 | 28.5 | | 2684550 | 0 | OSMENT | STEVEN | BENJAMIN | | 3804 | ASHMONTE DR | LAND O LAKES | D3 | 456691 | 1407693 | 20.5 | | | 2.0 | 2.0 |
| 26.0 | 35.0 | 10 | 3786559 | 0 | WISE | JULIAN | CHRISTOPHER | | | | HOMELESS | D3 | | | 14.0 | | | 0.0 | 0.0 |
| 26.0 | 26.0 | | 3557026 | 0 | URBINA | MICHAEL | | | 8530 | NIXON RD | NEW PORT RICHEY | D3 | | | 20.0 | | | 0.0 | 0.0 |
| 26.0 | 26.0 | | 2302505 | 0 | BOYLE | JAMES | EDWARD | | 2337 | GRANDEN ST | HOLIDAY | D3 | | | 26.0 | | | 2.4 | 0.0 |
| 24.2 | 24.2 | | 3600550 | 1 | CARRANO | THOMAS | FRANCIS | | 5720 | BERLIN DR | PORT RICHEY INCORPOR | D3 | 424511 | 1434632 | 17.0 | | | 0.0 | 0.0 |
| 25.8 | 23.8 | | 3508901 | 0 | CORNWELL | JAMES | FLOYD | | | | | D3 | | | | | | | |
| 23.8 | 23.8 | | 3099235 | 0 | NICHOLS | MICHAEL | ERIN | | 6706 | CANDICE LN | NEW PORT RICHEY INCO | D3 | 429002 | 1428453 | 16.0 | | | 0.0 | 0.0 |
| 22.7 | 22.7 | | 3780006 | 0 | MILLER | RICHARD | GAGE | | 5139 | ROSADA AVE | HOLIDAY | D3 | 421382 | 1404059 | 11.0 | | | 2.8 | 3.2 |
| | | | | | | | | | 1535 | SYLVAN WAY | BREMERTO | D3 | 421018 | 1402075 | 12.0 | | | 0.0 | 0.0 |
| 22.6 | 22.6 | 4 | 3672794 | 0 | BATCHELOR | JEREMIAH | | | | | | D3 | | | | | | | |
| 22.1 | 22.1 | | 3096319 | 1 | KNIGHT | MICHAEL | LAMAR | | 5147 | GREENWOOD ST | NEW PORT RICHEY INCO | D3 | 427299 | 1418951 | 4.0 | | 1 | 1.4 | 3.2 |
| 22.0 | 22.0 | | 2434688 | 0 | BRUNO | LOGAN | ANTHONY | | 6221 | CECELIA DR | NEW PORT RICHEY INCO | D3 | 427074 | 1417651 | 14.0 | | | 1.4 | 0.0 |
| 21.0 | 22.0 | | 2175688 | 1 | DICKEY | SAMUEL | ESTEBAN | | 6014 | RIVER DR | NEW PORT RICHEY INCO | D3 | 422563 | 1416968 | 22.0 | | | 1.0 | 0.0 |
| 21.0 | 21.0 | | 3603205 | 1 | CASTILLO | VICTOR | MANUEL | | 6924 | CORSON AVE | NEW PORT RICHEY INCO | D3 | 426008 | 1415431 | 14.0 | | | 0.0 | 0.0 |
| 20.8 | 20.8 | | 2719580 | 0 | GLENGERSTER | RICHARD | WILLIAM | | 4368 | PLAZA DR | HOLIDAY | D3 | 421134 | 1406307 | 13.0 | | | 0.0 | 0.0 |
| 20.5 | 20.5 | 1 | 3605561 | 1 | GRACIANI | ALEJANDRO | JAVIER | | 7816 | HARDWICK DR | NEW PORT RICHEY | D3 | 435517 | 1412392 | 14.0 | | | 1.0 | 0.0 |
| 20.1 | 20.1 | | 3100092 | 1 | JACKSON | ISAAN | | | 7131 | MAUREEN DR | HOLIDAY | D3 | | | | | | | |
| | | | | | | | | | 4408 | TERRY LOOP | NEW PORT RICHEY | D3 | | | 26.0 | | | | |
| 20.0 | 22.0 | | 3846044 | 0 | MCDANIEL | AUSTIN | | | 5542 | MAGNOLIA WAY | NEW PORT RICHEY INCO | D3 | 423078 | 1407106 | 18.0 | | | 0.0 | 0.0 |
| 20.0 | 20.0 | | 3502814 | 0 | MCCAMBRIDGE | TYLER | JOHN | | 7250 | CEDAR POINT DR | NEW PORT RICHEY | D3 | 432659 | 1406343 | 15.0 | | | 0.0 | 0.0 |
| 19.4 | 21.4 | 2 | 2700240 | 1 | CURL | TONY | JAMES | | 6423 | LANGSTON AVE | NEW PORT RICHEY | D3 | 426187 | 1431975 | 10.5 | | | 1.4 | 0.0 |
| 19.4 | 19.4 | | 3005220 | 0 | HALLENBAKE | VINCENT | OBADIAH | | 5301 | MANOR DR | HOLIDAY | D3 | 420999 | 1410068 | 12.0 | | | 2.4 | 0.0 |
| 19.3 | 19.3 | | 2117824 | 1 | CATALANO | EUGENE | VINCENT | | 5341 | MAITLAND DR | HOLIDAY | D3 | 420435 | 1410068 | 12.0 | | | 1.2 | 0.4 |
| 19.3 | 19.3 | | 3553834 | 1 | REINER | ZAYKELL | RASHANN | | 7215 | BROADMOOR DR | NEW PORT RICHEY | D3 | 419372 | 1415792 | 11.0 | | | 1.8 | 0.0 |
| 19.0 | 19.0 | | 3672794 | 0 | AMBROSIO | STEVEN | JOHN | | 6105 | PEA TREE CT | NEW PORT RICHEY | D3 | 430955 | 1405278 | 15.0 | | | 2.4 | 0.0 |
| 18.8 | 18.8 | | 3591177 | 0 | GAY | MICHAEL | ANDREW | | 6040 | INDIANA ST | NEW PORT RICHEY INCO | D3 | 426205 | 1425357 | | | | | |
| 18.5 | 18.5 | | 3672851 | 1 | GUTIERREZ | CHRISTOPHER | LUIS | | 3537 | ELFERS PKWY | NEW PORT RICHEY INCO | D3 | 429182 | 1410049 | 4.0 | | 1 | 2.8 | 2.0 |
| 18.4 | 18.4 | | 3158038 | 0 | JILECZ | JAMLOS | BOYD | | 5916 | RIDDLE RD | HOLIDAY | D3 | 425303 | 1399844 | 4.0 | | | 0.0 | 4.5 |
| 18.4 | 18.4 | | 3046370 | 0 | BARB | MITCH | ALAN | | 6914 | ABERDEEN AVE | NEW PORT RICHEY | D3 | 429144 | 1430653 | 12.0 | | | 0.0 | 0.0 |
| 18.2 | 18.2 | | 2971047 | 1 | EVERSOLL | TYLER | JAMES | | 6206 | WYOMING AVE | NEW PORT RICHEY INCO | D3 | 425820 | 1422578 | 10.0 | | | 1.4 | 0.0 |
| 18.0 | 28.0 | 10 | 2117025 | 1 | DEBOUTER | RYAN | GARRETT | | 5939 | MILE DR | HOLIDAY | D3 | | | 22.0 | | | 0.0 | 0.0 |
| 18.0 | 18.0 | | 3688582 | 0 | WHEELER | KEVIN | RAY | | 1811 | HOMELESS | NEW PORT RICHEY INCO | D3 | 430087 | 1400787 | 4.0 | | | 1.4 | 0.0 |
| 18.0 | 18.0 | | 2902740 | 0 | MILLS | DANTE | CHRISTOPHER | | | RIVERSIDE DR | HOMELESS | D3 | 417193 | | 22.0 | | | 0.0 | 2.0 |
| 18.0 | 18.0 | | 3079232 | 1 | JOHNSON | ERIC | CHRISTOPHER | | 1205 | HARSHAW RD | TARPON SPRINGS | D3 | | | 4.0 | | | 0.0 | 0.0 |
| 18.0 | 18.0 | | 3090319 | 0 | BROWN | MATTHEW | JASON | | 6995 | | NEW PORT RICHEY | D3 | 410965 | 1408595 | 4.0 | | | 1.4 | 0.0 |
| 18.0 | 18.0 | | 3109701 | 0 | NICOLAZZI | NICHOLAS | EUGENE | | | HOMELESS | NEW PORT RICHEY INCO | D3 | 426632 | 1423316 | 4.0 | | | 2.0 | 0.0 |
| 17.9 | 17.9 | | 3103240 | 0 | KIRBY | SCOTT | PATRICK | | 20333 | LAKE PATIENCE RD | LAND O LAKES | D3 | 434922 | 1411729 | 9.5 | | | 2.4 | 2.0 |
| 17.9 | 17.9 | | 3744540 | 0 | SEFTON | JORDAN | ROBERT | | 6116 | GRAND BLVD | NEW PORT RICHEY INCO | D3 | 429430 | 1419051 | 12.5 | | | 1.4 | 0.0 |
| 17.7 | 17.7 | | 2717400 | 0 | GIAMMARINARO | JOHN | ANTHONY | | 6550 | MAIN ST | NEW PORT RICHEY INCO | D3 | 428933 | 1423361 | 4.0 | | | 3.7 | 0.0 |
| 17.5 | 17.5 | | 2940032 | 1 | DAUM | CHRISTINA | ROSEANNE | | 4099 | NEWCASTLE DR | HOLIDAY | D3 | 420556 | 1400094 | 4.0 | | | 4.8 | 4.7 |
| 17.5 | 17.5 | 1 | 3650150 | 0 | ANDERSON | DONATO | ANTHONY | | 1049 | VIKING DR | HOLIDAY | D3 | 422481 | 1423489 | 10.0 | | | 0.0 | 0.0 |
| 17.5 | 17.5 | 1 | 3027890 | 1 | MARTIN | SEAN | THOMAS | | 6557 | TRUMPET VINE LOOP | TRINITY | D3 | 422481 | 1423489 | 10.0 | | | 1.4 | 0.0 |
| 17.5 | 17.5 | 1 | 1357672 | 1 | DEROUSSE | JUSTEN | EARL | | | AT LARGE | WESLEY CHAPEL | D3 | | | | | | | |
| 17.5 | 17.5 | | 3758810 | 0 | BIDWELL | CHRISTOPHER | ALLEN | | 6500 | MAIN ST | NEW PORT RICHEY INCO | D3 | 428884 | 1424156 | 7.0 | | | 2.0 | 2.8 |
| 17.4 | 17.4 | | 3742697 | 0 | WATSON | TALIQUE | RAHEEM | | 7957 | ROYAL PALM DR | NEW PORT RICHEY INCO | D3 | 421489 | 1429345 | | | | | |
| 17.0 | 17.0 | | 3095572 | 1 | VALENTINE | JONATHAN | EDWARD | | 6523 | US HIGHWAY 19 | NEW PORT RICHEY INCO | D3 | 421522 | 1425372 | 4.0 | | | 1.4 | 0.0 |
| 17.0 | 17.0 | 1 | 3728251 | 1 | CAMACHO | ALBERTO | EVAN | | 8947 | JARVIS ST | PORT RICHEY | D3 | 420556 | 1400094 | 9.0 | | | 1.4 | 0.0 |
| 17.0 | 17.0 | | 3586600 | 0 | NEAL | JAMIE | JOSEPH | | | HOMELESS | FLAMENGO DR | D3 | | | | | | | |
| 16.6 | 16.6 | | 3645290 | 0 | TOBE | ANTHONY | CHARLES | | 4123 | HIGHWATER DR | NEW PORT RICHEY INCO | D3 | 419679 | 1413074 | 11.0 | | | 1.4 | 0.0 |
| 16.5 | 16.5 | | 2615600 | 1 | BURNEY | TYRELL | LAMON | | 7531 | FILTON LN | NEW PORT RICHEY INCO | D3 | 434064 | 1412633 | 11.0 | | | 0.0 | 2.8 |
| 16.4 | 16.4 | | 3530990 | 1 | VINSON | DANTE | LEE | | 1037 | SPRINGFIELD DR | HOLIDAY | D3 | 410197 | 1396788 | 12.5 | | | 2.4 | 0.0 |
| 16.4 | 16.4 | | 2464489 | 1 | BONNE | SEAN | MICHAEL | | 3319 | ABERDEEN AVE | HOLIDAY | D3 | 410836 | 1409830 | 4.0 | | | 2.4 | 0.0 |
| | | | 3018459 | 1 | RIVERA-CHRISTO | JOSE | ANTONIO | | 6524 | | | D3 | | | | | | | |
| 16.4 | 16.4 | | 3728972 | 1 | PIPPIN | JONATHAN | CHRISTOPHER | | 6542 | CANDICE LN | NEW PORT RICHEY INCO | D3 | 428885 | 1428589 | 11.5 | | | 1.4 | 3.5 |
| 16.3 | 16.3 | | 686877 | 0 | POTTER | RANDI | LYNN | | 7681 | US HIGHWAY 19 | NEW PORT RICHEY INCO | D3 | | | | | | | |
| 16.1 | 16.1 | | 3542180 | 1 | MILLIGAN | DWAYNE | ADAM | | 1018 | SOLAR DR | HOLIDAY | D3 | 410019 | 1396607 | 13.0 | | | 0.0 | 0.0 |
| 16.0 | 16.0 | 10 | 2545606 | 0 | CARLIN | DAVID | MATTHEW | | 8898 | CRESTWOOD BLVD | HOLIDAY | D3 | 411908 | 1402076 | 10.0 | | | 2.4 | 3.5 |
| | | | 3864267 | 0 | AGUDELO | JORGE | | | | NIGHT OWL CT | | D3 | 420806 | 1413611 | 22.0 | | | 1.4 | 0.0 |
| 16.0 | 16.0 | 2 | 3798708 | 0 | PIPES | RYAN | ANDREW | | 5417 | LEMON ST | NEW PORT RICHEY INCO | D3 | 423822 | 1414404 | 14.0 | | | 1.4 | 0.0 |
| 16.0 | 16.0 | | 90723 | 0 | SIMONSON | EVAN | DEAN | | 7238 | SHARPSBURG BLVD | NEW PORT RICHEY INCO | D3 | 435682 | 1414498 | 12.0 | | | 0.0 | 0.0 |
| 16.0 | 16.0 | | 1808287 | 0 | ALAWEE | ABRAHAM | MAHMOND | | 6847 | WILLITS AVE | NEW PORT RICHEY INCO | D3 | 430488 | 1407886 | 14.0 | | | 1.4 | 0.0 |
| 16.0 | 16.0 | | 3606171 | 1 | PARRA | JORGE | ELIEZER | | 6732 | LASSEN AVE | HOLIDAY | D3 | 418524 | 1405981 | 12.0 | | | 1.4 | 0.0 |
| 16.0 | 16.0 | | 2093635 | 0 | MELTON | PHILIP | PHONS | | | MOUNT BANDON DR | LAND O LAKES | D3 | | | | | | | |
| 16.0 | 16.0 | | 3741001 | 0 | DI MARION | DEMARION | | | 4231 | | | D3 | 404853 | 1408148 | 12.0 | | | 0.0 | 0.0 |
| 15.8 | 15.8 | | 3701376 | 0 | GREEN | ROMARIE | JEREMIAH | | 6422 | GILBAUTE DR | NEW PORT RICHEY INCO | D3 | 404842 | 1412965 | 10.5 | | | 0.0 | 0.0 |
| 15.8 | 15.8 | | 2831365 | 0 | THURSTON | CURTIS | LEE | | 3338 | OILBUNN RD | NEW PORT RICHEY INCO | D3 | 437706 | 1429695 | 10.0 | | | 1.4 | 0.0 |
| 15.4 | 15.4 | 6 | 3771548 | 1 | MORGAN | JAVON | OSHA | | 8829 | DARLINGTON RD | HOLIDAY | D3 | 411200 | 1397402 | 8.0 | | | 2.0 | 0.0 |
| 15.4 | 15.4 | | 3093430 | 0 | BBENZA | NICHOLAS | | | 8428 | BATTLE CT | HOLIDAY | D3 | 438836 | 1428093 | 4.0 | | | 1.4 | 0.0 |
| 15.4 | 15.4 | 1 | 3530494 | 1 | CRADLE | JAMES | LOUIS | | 5211 | HIBISCUS CT | NEW PORT RICHEY INCO | D3 | 424632 | 1413036 | 4.0 | | | 1.4 | 2.0 |
| 15.4 | 15.4 | | 3071686 | 1 | BOWMAN | KALEB | ANDREW | | 334 | REEF DR | NEW PORT RICHEY | D3 | 422432 | 1413034 | 8.0 | | | 1.4 | 2.0 |

Defendant11200

| ModPts | Pts | ABExtra | NameID | LOL | lastname | firstname | middlename | dob | streetnbr | street | city | D | x | y | AS_Pts | RecentRise | Gang | VOP | OI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29.0 | 35.0 | 8 | 3569188 | 1 | GONZALEZ | CHRISTOPHER | LEMUEL | | 8550 | ULMERTON RD | LARGO | | 0 | 0 | 31.0 | 4 | | 1 | 0.0 | 0.0 |
| 22.0 | 22.0 | | 1187359 | 0 | GLENN | TYLER | LUKE | | 2172 | CULBREATH RD | BROOKSVILLE | | 0 | 0 | 22.0 | 4 | | 1 | 0.0 | 0.0 |
| 20.7 | 20.7 | | 3520014 | 1 | DAVIS | DOMINIC | ISAIAH | | 605 | E LIME ST | TARPON SPRINGS | | 0 | 0 | 18.0 | 0 | | | 0.0 | 0.0 |
| 20.5 | 26.5 | 6 | 3741717 | 1 | MCKINNON | ALLEN | ANTHONY | | 307 | NE 9TH ST | RUSKIN | | 0 | 0 | 23.0 | 0 | | | 0.0 | 0.0 |
| 20.4 | 20.4 | | 1107590 | 0 | HARBAUGH | KENNETH | JAMES EUGENE | | 1068 | ROOSEVELT AVE | BROOKSVILLE | | 0 | 0 | 23.0 | 4 | | 2 | 2.4 | 0.0 |
| 16.9 | 21.9 | 2 | 3565746 | 0 | WALTER-BLAIR | MARVIN | | | | UNKNOWN | | | 0 | 0 | 14.0 | 0 | | 1 | 2.4 | 0.0 |
| 18.7 | 18.7 | | 2908173 | 0 | HILL | TRAVIS | L | | 8504 | NORTHCLIFF | | | 0 | 0 | 12.0 | 4 | | 1 | 0.0 | 3.5 |
| 16.8 | 16.8 | | 3785196 | 1 | RISER | TYLER | ALLEN | | 7000 | H. C. KELLE | ORLANDO | | 0 | 0 | 11.0 | 4 | | 2 | 1.4 | 0.0 |
| | | | | | | ANGELINA | MARY | | | AT LARGE | PASCO CO | | 0 | 0 | 8.0 | 4 | | 2 | 2.0 | 1.4 |
| 16.6 | 16.6 | | 3612614 | 0 | MARTINEZ | CHRISTOPHER | | | 6424 | CALIFORNIA ST | BROOKSVILLE | | 0 | 0 | 10.0 | 4 | | 1 | 2.6 | 0.0 |
| 16.4 | 16.4 | | 3849263 | 1 | EDWARDS | ALEISHA | LOUISE | | 5354 | SPRINGWOOD RD | SPRING HILL | | 0 | 0 | 8.0 | 0 | | | 0.0 | 0.0 |
| 16.4 | 16.4 | | 3087421 | 0 | KORTEPETER | JESICA | ANN | | 912 | HALF MOON CIR | HILLSBOROUGH COUNTY | 501737 | 1883731 | 11.0 | 4 | | 1 | 0.0 | 2.4 |
| 16.4 | 16.4 | | 3622166 | 0 | GONZALEZ | ANGEL | LUIS | | 11979 | MAYFLOWER RD | SPRING HILL | | 0 | 0 | 9.0 | | | 1 | 1.4 | 0.0 |
| 16.2 | 16.2 | | 3501995 | 1 | SHAVERS | BRANDON | ROY | | 5007 | PARKHILL PLACE | SPRING HILL | | 0 | 0 | 8.0 | | | 1 | 2.8 | 1.4 |
| 16.2 | 18.2 | 2 | 2972297 | 0 | FERRER | RAFAEL | | | | HOMELESS | TAMPA | | 0 | 0 | 13.0 | 0 | | 1 | 2.0 | 1.4 |
| 16.0 | 16.0 | | 3159842 | 0 | RYAN | STEVEN | TERRENCE | | 3173 | HARROW RD | NEW PORT RICHEY | | 0 | 0 | 12.0 | 4 | | 1 | 0.0 | 0.0 |
| 16.0 | 16.0 | | 1348827 | 1 | RIVERA | SAMANTHA | DOLORES | | 8265 | NELY LAKE RD | SPRING HILL | | 0 | 0 | 12.0 | 4 | | 1 | 0.0 | 3.2 |
| 16.0 | 16.0 | | 2406410 | 0 | CROUSE | WILLIAM | DEAN AVERY | | 8901 | AQUARIUS DR | BROOKSVILLE | | 0 | 0 | 12.0 | 4 | | 1 | 2.0 | 0.0 |
| 16.0 | 16.0 | | 3672481 | 0 | ADAM | THOMAS | JOHN | | 1736 | DR MLK JR ST S | PORT RICHEY | | 0 | 0 | 10.0 | 4 | | 1 | 2.0 | 0.0 |
| 15.8 | 15.8 | | 3563641 | 1 | LUMLEY | ADAM | WAYNE WINSLOE | | | HOMELESS | ST PETERSBURG | | 0 | 0 | 12.0 | 0 | | 1 | 0.0 | 0.0 |
| 15.8 | 15.8 | | 3532136 | 0 | ALEXANDER | KELLY | MARIE | | 1820 | ANNA RD | DADE CITY | | 0 | 0 | 8.0 | 4 | | 2 | 2.0 | 0.0 |
| 15.7 | 15.7 | | 3710616 | 0 | LOFTON | WARREN | CLARK | | 10410 | LOQUAT ER | ODESSA | | 0 | 0 | 6.0 | 4 | | 2 | 2.0 | 0.0 |
| 15.4 | 15.4 | | 2790172 | 0 | HOLDEN | TYLER | JOHN | | 14295 | HARMON DR | PORT RICHEY | | 0 | 0 | 6.0 | | | 1 | 2.0 | 3.7 |
| 15.3 | 15.3 | | 3680006 | 0 | HANNY | | | | | | SPRING HILL | | 0 | 0 | 8.0 | | | 2 | 2.4 | 2.8 |

Defendant 11201

| MadPts | Pts | ABExtra | NameID | LOE | lastname | firstname | middlename | streetno | street | city | ID | x | y | AS_Pts | Percentile | Gang | VOP | OI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Defendant11202

Defendant 111203

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16.4 | 16.4 | | 1680006 | 1 | INGLESTON | JOSEPH | EDWARD | | 38719 | ROSE LN | | ZEPHYRHILLS INCORPOR | D2 | 599478 | 1421902 | 13.0 | 0 | 1.4 0.0 |
| 16.3 | 16.3 | | 2778678 | 0 | WITTY | DAVID | JOHN | | 12513 | US HIGHWAY 19 | | HUDSON | D1 | 430501 | 1455586 | 6.0 | 4 | 2.4 3.5 |
| 16.2 | 16.2 | | 3542380 | 1 | MILLIGAN | DWAYNE | ALAN | | 1018 | SOLAR DR | | HOLIDAY | D1 | 413010 | 1806907 | 8.0 | 0 | 2.4 3.5 |
| 16.2 | 16.2 | | 3106985 | 1 | SHAVERS | BRANDON | ROY | | 1177 | PORT CT | | SPRING HILL | | | | 8.0 | 4 | 1.4 0.0 |
| 16.2 | 16.2 | | 3737746 | 1 | CHIAVER | JONATHAN | LYNN | | 13806 | COCO AVE | | HUDSON | D1 | 430534 | 1463481 | 6.0 | 4 | 1.28 1.4 |
| 16.2 | 16.2 | | 3509898 | 1 | ROUSHSEDGE | JOHN | ALEXANDER | | 1808 | TUMBLEWEED DR | | HOLIDAY | | | | 8.0 | 4 | 4.2 0.0 |
| 16.2 | 16.2 | | 2632843 | 1 | HILL | ARMANI | T | | 6532 | STONE RD | | PORT RICHEY | D1 | 431643 | 1459689 | 8.0 | 4 | 1.4 0.0 |
| 16.2 | 16.2 | | 3524474 | 0 | ROGERS | LIA | RAFAEL | | 7979 | GREENWOOD LP | | NEW PORT RICHEY | D1 | 431771 | 1462699 | 8.0 | 4 | 1.40 0.0 |
| 16.2 | 16.2 | | 2972397 | 0 | FERRER | JOSE | AUSTIN | | 5007 | PARKHILL PLACE | | TAMPA | | | | 8.0 | 4 | 2.40 3.2 |
| 16.2 | 16.2 | | 2851026 | 0 | SIMS | JAMES | WILLIE | | 8425 | JAMES JOSEPH WAY | | PORT RICHEY | D3 | 438864 | 1452378 | 9.0 | 4 | 3.2 0.0 |
| 16.2 | 16.2 | | 2953142 | 0 | CHATTROCK-KIERNAN | MICHELE | LYNN | | 9727 | MIRAMAR ST | | NEW PORT RICHEY | D1 | 458811 | 1461855 | 4.0 | | |
| 16.1 | 16.1 | | 3966371 | 1 | MCDERMOTT | DAWN | MARIE | | 10765 | ELM DR | | NEW PORT RICHEY | D1 | 437814 | 1452794 | 10.0 | 4 | 3.5 4.7 |
| 16.1 | 16.1 | | 2541506 | 0 | CARLIN | DAVID | MATTHEW | | 4330 | CRESTWOOD BLVD | | NEW PORT RICHEY | D3 | 439228 | 1451079 | 10.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 2999077 | 0 | BRENNAN | EDWARD | DANIEL | | 13932 | SEA BRIDGE DR | | HUDSON | D1 | 465186 | 1452696 | 8.0 | 0 | 0.0 0.0 |
| 16.0 | 16.0 | 10 | 3864262 | 0 | AGURILLO | DAVID | | | 8338 | NIGHT OWL CT | | NEW PORT RICHEY | D3 | 420808 | 1418611 | 22.0 | 0 | 0.0 0.0 |
| 16.0 | 16.0 | 4 | 3647454 | 0 | RIVERA | GABRIEL | XAVIER | | 7711 | TUSCAN BAY CIR | | WESLEY CHAPEL | D2 | 559881 | 1430902 | 20.0 | | |
| 16.0 | 20.0 | 4 | 3848913 | 0 | WATT | ZACHARY | ALFONSO | | 7541 | BRIARWOOD DR | | PORT RICHEY | D1 | 484294 | 1445302 | 16.0 | 4 | 1.4 0.0 |
| 16.0 | 18.0 | 2 | 3793708 | 0 | PIPES | RYAN | ANDREW | | 5417 | LEMON ST | | PORT RICHEY INCO | | | | | | |
| 16.0 | 16.0 | | 3756100 | 0 | FEWKA | STEVEN | DENNIS | | 15825 | TODD TRL | | SPRING HILL | D1 | 475482 | 1420908 | 14.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 60723 | 0 | SIMONSON | EVAN | DEAN | | 7218 | SHARPSSNING BLVD | | NEW PORT RICHEY | D3 | 432290 | 1485168 | 12.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 3150842 | 0 | RYAN | STEVEN | TERRENCE | | | HOMELESS | | NEW PORT RICHEY | D3 | 432290 | 1414498 | 12.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 1948807 | 1 | RIVERA | SAMANTHA | DOLORES | | 3173 | HARROW RD | | SPRING HILL | | | | 12.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 3111312 | 0 | STREISEL | JOSEF | OTTO | | 9210 | UNICORN AVE | | PORT RICHEY | D1 | 428439 | 1439990 | 10.0 | 4 | 1.00 0.0 |
| 16.0 | 16.0 | | 1777283 | 0 | JONES | JOSHUA | OAL | | 10414 | LAWRENCE RD | | DADE CITY | D2 | 595428 | 1487727 | 10.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 1808287 | 0 | ALAWEE | ABRAHAM | MAHMOND | | 8847 | WELLES AVE | | NEW PORT RICHEY | D3 | 430068 | 1407886 | 12.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 3606171 | 1 | PARRA | JORGE | ELIECER | | 2025 | RANCHITA TRL | | HOLIDAY | D1 | 418534 | 1401881 | 10.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 2036483 | 0 | MELTON | PHILIP | RYAN | | 6752 | LASSON AVE | | NEW PORT RICHEY | D3 | 429078 | 1408148 | 12.0 | 4 | 1.4 0.0 |
| 16.0 | 16.0 | | 2405410 | 0 | CROUSE | WILLIAM | DEAN AVERY | | 3265 | NEFF LAKE RD | | BROOKSVILLE | | | | 10.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 3741000 | 0 | ALLEN | DA'MARION | | | 4281 | MOUNT BANDON DR | | LAND O LAKES | D3 | 494942 | 1412367 | 14.0 | 4 | 2.0 0.0 |
| 16.0 | 16.0 | | 3637321 | 1 | EXPOSITO | SHAWN | MICHAEL | | 9606 | GRAY FOX LN | | PORT RICHEY | D3 | 436414 | 1441167 | 12.0 | 4 | 2.0 0.0 |
| 16.0 | 16.0 | | 3672463 | 0 | ADAM | THOMAS | JOHN | | 8901 | AGUABILIA DR | | PORT RICHEY | | | | 10.0 | 4 | 2.0 0.0 |
| 16.0 | 16.0 | | 3022118 | 0 | KIMBERLIN | DYLAN | MICHAEL | | 13116 | DAMIA ST | | BAYONET POINT | D1 | 432396 | 1459682 | 12.0 | 4 | 2.0 0.0 |
| 16.0 | 16.0 | | 3701876 | 0 | GREEN | JEREMIAH | JEREMIAH | | 6351 | EDENMORE AVE | | NEW PORT RICHEY | D3 | 427708 | 1429605 | 12.0 | 4 | 2.0 0.0 |
| 16.0 | 16.0 | | 3831559 | 1 | RAMIREZ CALLEJAS | JOSE | FRANCISCO | | 14135 | SUTORIUS RD | | CRYSTAL SPRINGS | D2 | 612252 | 1403386 | 12.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 3832064 | 0 | RODNER | TRAVIS | JAMES | | 9410 | PONTIAC ST | | NEW PORT RICHEY | D1 | 444058 | 1430588 | 12.0 | 4 | 0.0 0.0 |
| 16.0 | 16.0 | | 3784847 | 0 | GARY | LORENZO | TREYVON | | 8110 | PEGASUS AVE | | PORT RICHEY | D1 | 427705 | 1440068 | 12.0 | 4 | 0.0 0.0 |
| 15.9 | 15.9 | | 2651070 | 0 | HEMSBEE | CODY | JAMES | | 4552 | RYALS RD | | ZEPHYRHILLS | D2 | 586670 | 1414312 | 7.0 | 4 | 1.00 0.0 |
| 15.9 | 15.9 | | 2927908 | 0 | MOURADIAN | KODY | ARTEEN | | 11115 | MARTHA AVE | | PORT RICHEY | D3 | 431728 | 1445279 | 6.0 | 4 | 1.4 3.5 |
| 15.8 | 15.8 | | 3503641 | 1 | LUMLEY | THOMAS | WAYNE WINSLOE | | 1755 | DR MLK JR ST S | | ST PETERSBURG | | | | 12.0 | | 2.4 1.4 |
| 15.8 | 15.8 | | 3532130 | 0 | HALDEMAN | ADAM | | | | HOWLELESS | | DADE CITY | | | | 8.0 | 4 | 2.4 1.4 |
| 15.7 | 15.7 | | 2621269 | 0 | THURSTON | CURTIS | LEE | | 3228 | RAUBURN RD | | HOLIDAY | D1 | 410218 | 1397402 | 8.0 | 4 | 0.0 0.0 |
| 15.7 | 15.7 | | 3710410 | 0 | LOFTON | KELLY | MARIE | | 1820 | ANNA RD | | ODESSA | | | | 8.0 | 4 | 0.0 0.0 |
| 15.7 | 15.7 | | 3809790 | 1 | DIENER | RUSSELL | JOHN | | 6540 | DATE PALM BLVD | | PORT RICHEY | D1 | 429938 | 1435997 | 8.0 | 4 | 1.20 0.0 |
| 15.7 | 15.7 | | 3244855 | 1 | FARDELLO | MICHAEL | LEE | | 3931 | AUTUMN PALM DR | | ZEPHYRHILLS | D2 | 595419 | 1410910 | 8.0 | 4 | 3.4 5.1 |
| 15.4 | 17.4 | 2 | 2868782 | 0 | VAUGHAN | KRISTIN | LEE | | 12735 | TOURTH ISLE | | HUDSON | D1 | 428702 | 1457997 | 6.0 | 4 | 2.8 2.8 |
| 15.4 | 15.8 | | 3771948 | 0 | MORGAN | JAVON | OSHA | | 8829 | DARLINGTON RD | | HOLIDAY | D1 | 414497 | 1404434 | 20.0 | 4 | 2.8 2.8 |
| 15.4 | 17.4 | 3 | 3784816 | 0 | SMITH | JACILAN | JABRIL | | 8712 | MARLEY AVE | | NEW PORT RICHEY | D2 | 436429 | 1407349 | 12.0 | 4 | 2.8 2.8 |
| 15.4 | 17.4 | 2 | 3106561 | 1 | HENRY | TAYLER | NICOLE | | 2070 | SWEETBROOM DR | | WESLEY CHAPEL | D2 | 526691 | 1399161 | | | 1.4 0.0 |
| 15.4 | 15.4 | | 3075585 | 0 | HEADLEY | CHRISTOPHER | J | | 12411 | DEANGLE RD | | HUDSON | D1 | 460057 | 1485101 | 10.0 | 4 | |
| 15.4 | 15.4 | | 3098432 | 0 | BRIENZA | NICHOLAS | ANDREW | | 6478 | BATTEL CT | | HUDSON | D1 | 438816 | 1428394 | 10.0 | 4 | 1.4 0.0 |
| 15.4 | 15.4 | | 3054225 | 1 | PERREAULT | CAINE | JACOB | | 14121 | WATER TOWER DR | | HUDSON | D1 | 433611 | 1465290 | 10.0 | 4 | 0.0 1.4 |
| 15.4 | 15.4 | | 2176000 | 0 | STATON | JOHN | EXCELL | | 7212 | OAKLEY AVE | | BAYONET POINT | D1 | 432900 | 1458345 | 10.0 | 4 | 1.4 0.0 |
| 15.4 | 15.4 | | 3520194 | 1 | CRADLE | JAMES | LOUIS | | 5221 | HIBISCUS CT | | NEW PORT RICHEY INCO | D3 | 421696 | 1417373 | 10.0 | 4 | 1.4 0.0 |
| 15.4 | 15.4 | | 3773860 | 0 | GORHAM | SHAYNA | LEE | | 13164 | LISA DR | | HUDSON | D1 | 428290 | 1460025 | 6.0 | 4 | 1.4 0.0 |
| 15.4 | 15.4 | | 3707819 | 0 | BUNCH | SUSAN | MARIE | | 7631 | BIRCHWOOD DR | | PORT RICHEY | D3 | 434780 | 1446849 | 6.0 | 4 | 1.4 0.0 |
| 15.4 | 15.4 | | 3066815 | 0 | SAMSON | JAMES | PHILLIP | | 8918 | MIGUEL PL | | NEW PORT RICHEY | D3 | 438054 | 1407682 | 0.0 | 4 | 1.4 0.0 |
| 15.4 | 15.4 | | 3071686 | 1 | BOWMAN | KALEB | RYAN | | 9036 | REEF DR | | NEW PORT RICHEY | D3 | 432432 | 1413094 | 6.0 | 4 | 1.4 0.0 |
| 15.4 | 15.48 | | 3639372 | 1 | CASATELLI | TYLER | STEVEN | | 9216 | MARK TWAIN LN | | HUDSON | D1 | 435972 | 1439218 | 0.0 | 4 | 1.4 0.0 |
| 15.4 | 15.4 | | 775300 | 0 | GIBSON | STEVEN | WILLIAM | | 14920 | HELSINKI RD | | HUDSON | D1 | 436628 | 1462731 | 0.0 | 4 | 1.4 0.0 |
| 15.4 | 15.4 | 1 | 3631120 | 1 | CASTALDO-CASTIEL | GERARDO | JAVIER | | 28619 | MIDNIGHT STAR LP | | WESLEY CHAPEL | D2 | 540377 | 1396950 | 0.0 | 4 | 1.4 0.0 |
| 15.4 | 15.4 | | 3736910 | 1 | YOUNG | MARVIN | LAMONT DA'NEON | | 9190 | PEGASUS AVE | | PORT RICHEY | D1 | 427705 | 1438660 | 16.0 | | |
| 15.4 | 15.4 | | 2903889 | 0 | STEVENSON | JESSICA | MARIE | | 15204 | VINE ST | | HUDSON | D1 | 442200 | 1470760 | 0.0 | 4 | 2.4 1.4 |
| 15.4 | 15.4 | | 2790172 | 0 | ACKER | WARREN | CLARK | | 10416 | LOQUAT DR | | PORT RICHEY | | | | 6.0 | 4 | 2.4 1.4 |
| 15.3 | 15.3 | | 2160000 | 0 | LAWRENCE | MICHELLE | ROSE | | 23237 | SIERRA RD | | LAND O LAKES | D2 | 517382 | 1415500 | 12.0 | 4 | 2.8 0.0 |
| 15.3 | 15.3 | | 3532677 | 0 | RIVERA | MIGUEL | ANGEL | | 9135 | HUNT CLUB LN | | PORT RICHEY | D1 | 435178 | 1438265 | 12.0 | 4 | 2.8 0.0 |
| 15.3 | 15.3 | | 3053126 | 0 | FREEMAN | EDWARD | LEE | | 15505 | MADELINE DR | | HUDSON | D1 | 443466 | 1452545 | 12.0 | 4 | 2.8 0.0 |
| 15.2 | 15.2 | | 3668000 | 0 | HANWY | TYLER | JOHN | | 14205 | HARMON DR | | SPRING HILL | | | | 12.0 | 4 | 2.4 2.8 |
| 15.2 | 15.2 | | 3793890 | 1 | VASQUEZ | PETE | ROSALIO | | 12121 | HUDSON RIDGE DR | | PORT RICHEY | D1 | 437006 | 1453664 | 12.0 | | 1.4 0.0 |

Defendant 11204

Defendant11205

Defendant11205

Defendant11207

Defendant11208

Defendant11212

Defendant11214

Defendant112

Defendant1121

Defendant112