





# INTELLIGENCE-LED POLICING
## "IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

### District 3 Big Four Data: Weekly Comparison
### (08/27/18 – 09/23/18)

Legend:
- 08/27/18 – 09/02/18
- 09/03/18 – 09/09/18
- 09/10/18 – 09/16/18
- 09/17/18 – 09/23/18

Categories: BURGLARY AUTO, BURGLARY RESIDENCE, BURGLARY BUSINESS, FIREARM THEFT, VEHICLE THEFT

**AUTO BURGLARIES:** (1) **Tiara Meyers** was arrested after she used the victim's keys to gain entry into the victim's vehicle on Pinefield Ave, and removed a Discover card, which was later used by Meyers. (2) At Shiany's Bar of Grand Blvd., an unknown suspect forced down the passenger side of the victim's vehicle, removing a wallet and phone charger. (3) In the Star Box, in Buena Vista, an unlocked vehicle was entered, but nothing was reported missing. (4) In the Star Box, at The Stockyard, PC exists for **Tyler Rosencrans** after he entered the victim's vehicle by unknown means and removed a firearm, which he was later found to be in possession of (See Big 4 Slide). (5) **Tiffany Wilkens** was arrested after she entered a vehicle in the Suncoast Gymnastics parking lot. (6) In Gillpond Lake Villas, the victim's vehicle was entered via either an unlocked door or open window and a purse was taken. (7) **Jerica Miner** was arrested for entering an unlocked vehicle on Vallejo Way, NPR (See Big 4 Slide) [8] **Dawn Suri** was arrested for entering a vehicle on Trouble Creek Rd. (See Big 4 Slide).

**RESIDENTIAL BURGLARIES:** (1) In the Star Box, on Redwood Dr., **Danielle Dyer** is suspected of using a pry tool to gain entry into the residence, which she had previously been evicted from. (2) PC exists for **Javier Garcia Sanabria** after he broke into the victim's home on Oceanic Dr. twice and pawned the stolen items. (3) Appliances were stolen out of an under-construction home in Starkey Ranch. (4) An unknown white male removed a lawnmower and Dewalt impact driver from the attached carport of the victim's residence on Bolam Ave. (5-6) **Jerica Miner** was arrested after she threw a rock at a rear residential window, attempting to gain entry on Vorden St. (See Big 4 Slide). (7) An unknown suspect removed a firearm from an apartment on Columns Cir. After gaining entry by unknown means.

**BUSINESS BURGLARY:** (1) An unknown white male used a 10 lb. weightlifting plate to break open the side glass door of Rossi's restaurant and removed approximately $1000 in cash (See Big 4 Slide).

**FIREARM THEFT:** (1) In the Star Box, A black Springfield XDS 9mm was stolen from a vehicle in the parking lot of The Stockyard, but has since been recovered. (2) A Glock23 .40 firearm was removed from an apartment at Trinity Palms by unknown means.

**VEHICLE THEFT:** (1) **Logan Arthur** and **Angel Lopez** were arrested after they were in possession of a Rav4 stolen from Sun Toyota; both advised that Top 5 Offender Anthony Bernard is actually the one who stole the vehicle, but this is unconfirmed [See Big 4 Slide]. (2) **Angel Lopez** was also arrested for stealing his aunt's vehicle on Casino Dr. (See Big 4 Slide). (3) In The Star Box, Richard Riley is suspected of stealing the victim's Mercury Grand Marquis on Butte Ave, which has since been recovered in St. Petersburg.

**LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE**

# INTELLIGENCE-LED POLICING
"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

## District 3 Violent Crime Data: Weekly Comparison
### (08/27/18 – 09/23/18)



Legend: 08/27/13 - 09/02/18 ■ 09/03/18 - 09/09/18 ■ 09/10/18 - 09/16/18 ■ 09/17/18 - 09/23/18

Categories: AGGRAVATED ASSAULT, AGGRAVATED BATTERY, BURGLARY BATTERY, ROBBERY, DISCHARGE OF FIREARM

**AGGRAVATED ASSAULT:** (1) In the Star Box, **Rodney Gosa** was arrested after he threw a porcelain candle at the victim slashed the victim's vehicle tires on Alcea St. (2) In the Star Box, **Shuran Ali** was arrested after he threatened two victims with a rifle on Manor Dr. and also fired shots in the air. (3) In the Star Box, **Guillermo Melendez** threatened to cut the victim, while armed with a knife, at the 7-Eleven in front of Holiday Lake Estates. (4) In the Star Box, PC exists for **Bruce Wilkinson** after he pulled a knife on a victim on Wellington Dr. (5) **Jack Shook** was arrested after he threatened to gut the victim on Madura Dr, while armed with a utility knife. (6) An unknown suspect pointed a firearm at Lowe's following a verbal argument. (7) **Christopher Leek** was arrested for pointing a loaded firearm at his sister and also battering his father on Corporate Way in NPR.

**AGGRAVATED BATTERY:** (1) On Floramar Ter, a black female named **"Rose"** allegedly intentionally put her vehicle in reverse and attempted to hit the victim with a vehicle door. (2) **Sadie Clark** was arrested on Trouble Creek Rd., after she struck the victim in the head multiple times with a wooden stick (See Violent Crime Slide).

**BURGLARY BATTERY:** No reported incidents.

**ROBBERY:** (1) **La'Keeysiya Shorter** allegedly punched her roommate multiple times and removed more than $500 cash from the victim's pocket.

**DISCHARGE OF FIREARM:** (1) **Shuran Ali** was arrested for Discharge Firearm in Public & Use Firearm While Under the Influence on Manor Dr., after firing several shots into the air.

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

## SIGNIFICANT BIG FOUR CRIME EVENTS/TRENDS
(09/17/18 – 09/23/18)

**ARMED AUTO BURGLARY - 18038164**
*1916 US 19, Holiday (The Stockyard) (16, *Star Box)*
*Case Assigned to Det. Bronson*

- Between 09/22/2018 at 2300 hours and 09/23/2018 at 0115 hours, Tyler Rosencrans entered the victim's vehicle in the parking lot of The Stockyard, and removed a Springfield XDS 9mm pistol.

- On 09/23/2018 at 0119 hours, contact was made with Rosencrans in the area of Wawa, 4026 US 19, Holiday, after it appeared he had walked away from a vehicle accident. Rosencrans was in possession of the firearm at that time, but the firearm had not yet been entered into NCIC/FCIC and was, therefore, not coming back as stolen.

- Rosencrans was arrested for Carrying Concealed Firearm on 09/23/2018, but has since been released from LOL Jail. PC exists for Rosencrans and is at the jail reference Armed Auto Burglary.



**Tyler Rosencrans**
**W/M, 06/19/94**

PC EXISTS

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

## SIGNIFICANT BIG FOUR CRIME EVENTS/TRENDS
### (09/17/18 – 09/23/18)

**BURGLARY DWELLING – 18037429**
*3403 Vorden St, New Port Richey (Seven Springs) (26)*

**BURGLARY AUTO – 18037905**
*7045 Vallejo Way, New Port Richey (Seven Springs) (26)*

**HEROIN POSSESSION – 18037645**
*5641 Main St., Apt. 1, New Port Richey (12)*

On 09/18/2018 at approx. 1107 hours, Jerica Miner removed a bicycle from an unknown location and then proceeded to return to what she said she thought was her mother's address at 3403 Vorden Dr. When Jerica could not enter the residence, she attempted to gain entry by breaking a back window panel with a rock. Also on 09/18/2018, Jerica Miner removed a cell phone charger from an unlocked vehicle on Vallejo, and also attempted to enter another vehicle. Upon contact, Miner advised she had taken Ecstasy the night prior and could not remember anything. Miner was also found to be in possession of Heroin upon contact and was subsequently arrested for Heroin Possession, as well as Burglary Dwelling and Burglary Auto x's 3.



**Jerica Miner**
WF, 10/01/94

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE





# INTELLIGENCE-LED POLICING
"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

## SIGNIFICANT BIG FOUR CRIME EVENTS/TRENDS
(09/17/18 – 09/23/18)

**BURGLARY DWELLING, FALSE VERIFICATION OF OWNERSHIP, DSP – 18035781**
**BURGLARY DWELLING – 18037225**
*5506 Oceanic Rd, Holiday (Dodge City) (16)*

**FALSE VERIFICATION OF OWNERSHIP, DSP – 18038264**
*4948 US 19, New Port Richey (Value Pawn) (12)*

Between 09/02/2018 and 09/17/2018, Javier Garcia Sanabria unlawfully entered the victim's residence at 5506 Oceanic Rd. in Holiday on two occasions and removed multiple items, which were later pawned at Golden Nugget Pawn and returned to Lowe's in Tarpon. PC exists and is at the jail for two counts of Burglary Dwelling and False Verification of Ownership. Tarpon Springs PD will also be dropping charges on Garcia Sanabria reference DSP and False Verification of Ownership.



**Javier Garcia Sanabria**
WM, 07/08/93

PC EXISTS

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE


# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

## SIGNIFICANT BIG FOUR CRIME EVENTS/TRENDS
(09/17/18 – 09/23/18)

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

**BUSINESS BURGLARY / FELONY CRIMINAL MISCHIEF– 18037194**
*7254 SR 54, New Port Richey (Rossi's Italian Restaurant) (Z6)*
*Case Assigned to Det. Bronson*

- On 9/17/2018, at approximately 0220 hours, an unknown suspect used a 10 pound weightlifting plate to damage the side glass door of the Rossi's Italian restaurant.

- The suspect proceeded to the front counter. While at the front counter, the suspect ignored the open cash register that had about $200 cash inside and focused his attention to a locked tool box, which contained about $1,000 cash. The suspect fled with the cash, by unknown means.

- The suspect is possibly a white male, in his 20s to 30s, about 6'00", wearing a dark sweater over a light colored shirt, dark pants, and light colored sneakers. The suspect used a fabric type of material to cover his face and head. Due to the grainy footage, it was unknown if the suspect used gloves to cover his prints.







# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

## SIGNIFICANT BIG FOUR CRIME EVENTS/TRENDS
### (09/17/18 – 09/23/18)

**VEHICLE THEFT – 18038140**
*5637 Casino Dr, Holiday (Forest Hills) (16)*

Between 09/22/2018 at 2000 hours and 09/23/2018 at 0250 hours, the victim's nephew, Angel Lopez, removed the victim's vehicle keys from the kitchen table of the residence and took her vehicle without permission. Upon contact, Lopez admitted to removing the keys, taking the vehicle, and driving the vehicle between Pinellas and Pasco County without a driver's license.

**VEHICLE THEFT – 18038142**
*3001 US 19, Holiday (Sun Toyota) (13)*

On 09/23/2018, at approximately 0348 hours, deputies attempted a traffic stop on a vehicle, which refused to stop, and a vehicle pursuit ensued. After a short period, the vehicle stopped and it was discovered that the vehicle had actually been stolen from Sun Toyota. The vehicle was recovered at the intersection of Doubloon Dr. and Front Dr. in Holiday with FL tag, JEAK73, which was stolen from 3220 Topp Dr. on 09/18/2018 at 1323 hours, under case 18-37404, where a witness observed a white male, approximately 13 years of age removing the plate. Contact was made with both vehicle occupants, Logan Arthur and Angel Lopez, who both advised that **Anthony Bernard, is involved and that Bernard is the one that initially stole the vehicle from the Sun Toyota.** Bernard has prior history of stealing vehicles, specifically from Sun Toyota on June 22, 2018. Contact has not been made as of yet regarding Bernard's involvement in this case and STAR3 has been notified of his possible involvement. Angel Lopez was arrested for Vehicle Theft X2 and Logan Arthur was arrested for Vehicle Theft and Flee to Elude.


Angel Lopez
W/M, 08/14/2004
ARRESTED/RELEASED


Logan Arthur
W/M, 01/15/2004
ARRESTED/RELEASED


Anthony Bernard
W/M, 01/16/2003
TOP 5

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

Law Enforcement Sensitive – Not For Public Release

# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

## D3 NOTABLE ARRESTS
## (09/17/18 – 09/23/18)



**TIFFANY WILKENS**
W/F, 07/30/83
Case: 18-37318
**Charge:** Burglary Auto
**MO:** On 09/17/2018, at approximately 2102 hours, Tiffany Wilkens entered the victim's unlocked vehicle, leaving behind her personal cell phone in the victim's vehicle. Wilkens was located after a 911 call was placed reference a Mandown. Wilkens was placed under arrest reference Burglary Auto.



**TIARA MEYERS**
W/F, 08/08/93
Case: 18-37405, 18-37510
**Charge:** Burglary Auto, Fraudulent Use of Credit Card
**MO:** On 09/15/2018, Tiara Meyers used the victim's keys to remove the victim's Discover card from her vehicle, which she later used to pay her Sprint phone bill and Spectrum bill, as well as make a purchase at Wawa, which was captured on surveillance. Meyers are arrested by Det. Garcia on 09/20/2018 for Burglary Auto and Fraudulent Use of Credit Card.



LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE



# INTELLIGENCE-LED POLICING

*"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."*

## D3 NOTABLE ARRESTS
### (09/17/18 – 09/23/18)



**ANTHONY MAGAZU**
W/M, 02/25/66
Case: 18-34588

**Charge:** Burglary Dwelling, False Verification of Ownership
**MO:** Between May and August of 2018, Anthony Magazu owned/sold property from his fathers residence, including a shot gun and a bayonet. Magazu sent several text messages to his brother, admitting to selling the items and breaking into his father's locked bedroom. Magazu was taken into custody on 09/23/2018 for Burglary Dwelling and multiple counts of False Verification of Ownership.

LOL JAIL




**RODNEY GOSA**
B/M, 01/28/74
Case: 18-37803

**Charge:** Domestic Aggravated Assault
**MO:** On 09/10/2018, Rodney Gosa picked up a porcelain candle and threw it at the victim. Gosa also grabbed a knife and slashed the victim's vehicle tires as she was screaming for help and attempting to leave. Gosa was arrested for Domestic Aggravated Assault and now has active PC at the jail reference Violation of Pre-Trial Release Domestic following an incident on 9/25/18, reference case 18-38357.

ARRESTED/RELEASED PC EXISTS



**SHURAN ALI**
W/M, 10/24/70
Case: 18-37498

**Charge:** Domestic Aggravated Assault, Aggravated Assault MO: On 09/19/2018, Shuran Ali fired several rounds from a rifle and threatened to kill two victims, while pointing a .22 rifle at them. Ali was arrested for Domestic Aggravated Assault and Aggravated Assault and charges of Discharge of Firearm and Use Firearm While Under the Influence were forwarded to the SAO.

LOL JAIL

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE



# INTELLIGENCE-LED POLICING

*"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"*

## DISTRICT 3 CODE ENFORCEMENT

| Date | Defendant | Case | District | Location | Violation | Fine |
|------|-----------|------|----------|----------|-----------|------|
| 9/17/18 | Maurice Buff | 18037195 | 3 | 5327 Van Doren Ave | Junk/debris | $143.00 |
| 9/18/18 | Elizabeth Ortiz | 18037346 | 3 | 1434 Whitehall | Unregistered vehicle | $143.00 |
| 9/18/18 | | | 3 | Noise meter training | | |
| 9/18/18 | Crime Prevention Meeting | | 3 | | | |
| 9/19/18 | | | 3 | Gulf Harbors | Harbors redevelopment meeting | |
| 9/20/18 | | 18037732 18037736 18037753 | 3 | 1817 US 19 1801 US 19 4413 Buena Vista | Trespass agreements | |
| 9/21/18 | Crime Prevention | | 3 | | Complete survey/forms | |
| | | | | | Total | $286.00 |

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

## DOC RELEASES
## (09/17/18 – 09/23/18)



**STEPHEN MCCOMSEY**
WM, 02/06/92
**Address Upon Release:** 8748 Gum Tree Ave, NPR (23)
**Release Date:** 09/18/18

**Offense History:** Armed Burglary, Burglary Dwelling, Discharge Destructive Device, Aggravated Battery, Aggravated Assault

**JASON TELLADO**
WM, 08/22/82
**Address Upon Release:** 6531 Celeste Ln, NPR (Z2)
**Release Date:** 09/23/18

**Offense History:** Burglary Structure, Burglary Dwelling, Vehicle Theft, Loitering/Prowling, Grand Theft, Aggravated Battery W/ Deadly Weapon, Narcotics



**MICHAEL ROBERTS**
WM, 11/29/66
**Address Upon Release:** 2638 Almond Dr, Holiday (13)
**Release Date:** 09/19/18

**Offense History:** Burglary Dwelling, Burglary Structure, Trafficking in Stolen Property, Grand Theft, Flee/Elude LEO, Loitering/Prowling



**DYLAN STILES**
RMS ALERT: GANG MEMBER (THE SQUAD)
WM, 02/15/96
**Address Upon Release:** 4203 Meteor Dr, NPR (14)
**Release Date:** 09/24/18

**Offense History:** Armed Burglary, Burglary Dwelling, Felon in Possession of Firearm, Carrying Concealed Firearm, Aggravated Battery, Grand Theft, VOP, Loitering/Prowling, Narcotics

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

# INTELLIGENCE-LED POLICING

## "IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

## EAP: TRINITY AUTO BURGLARY SPREE (INTRODUCTION)

Since 06/20/18, there have been multiple auto burglary sprees believed to have been committed by the same male suspect. The sprees occurred in Millpond Estates, Hills of San Jose, Trinity Oaks, Oak Ridge, Trinity West, and Tanglewood Terrace.

| SUBDIVISION | DATE/TIME OF OFFENSE |
| --- | --- |
| Millpond Estates | Wednesday 06/20/18 at 0544 hours |
| Hills of San Jose | Thursday, 07/12/18 at 0530 hours |
| Trinity Oaks | Monday, 07/23/18 at 0514 hours |
| Oak Ridge | Tuesday, 07/24/18 at 0304 hours |
| Trinity West | Tuesday 08/14/18 between 0300 and 0430 hours |
| Tanglewood Terrace | Wednesday, 08/22/18 at 0435 hours |



**Analysis:**

Based on the past behavior of the suspect, and assuming that all the listed incidents involved the same suspect, there is a 68% confidence rate that the suspect will commit his next auto burglary offense in the outlined/shaded area displayed on the map between 08/25/18 at 09/12/18, between 0334 hours and 0538 hours. The suspect has committed offenses Monday through Thursday.

**Recommendation:**

Directed patrols should be conducted in the outlined/shaded area displayed on the map. It is recommended that these patrols be conducted primarily between 0300 and 0600 hours.

**Update:**

There were no additional auto burglaries committed during the reporting period that match the same M.O. as this suspect. There were multiple directed patrols also conducted through each of the listed areas and the surrounding areas.

LAW ENFORCEMENT SENSITIVE – Not For Public Release



Trinity Oaks



Oak Ridge



Trinity West

# INTELLIGENCE-LED POLICING

### "IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

## Arrests and Trespass Warnings - Kohls

Between 03/19/2018 and 09/10/2018, 20 subjects were arrested at Kohls, regarding 20 documented incidents, including Grand and Petit Retail Theft, Narcotics Offenses, Criminal Mischief, and Contributing to the Delinquency of a Minor. Of the 20 arrested suspects, four were issued Trespass Warnings. An additional two subjects were also trespassed; however they were not arrested.

### ARRESTED FOR THEFT GRAND RETAIL OR THEFT PETIT RETAIL



**JEFFREY NICHOLAS**
[INCARCERATED]
WM, 06/07/75
CASE #18-20966
THEFT PETIT RETAIL, 05/24/18



**VIRGINIA BRACKENS**
WF, 10/23/80
CASE #18-27167, 18-27503
THEFT PETIT RETAIL, 07/11/18



**JENNIFER HAYES**
WF, 01/04/85
CASE #18-32312, 18-32677 & 18-32878
THEFT PETIT RETAIL, 08/15/18 & 8/19/18 (x2)



**HEATHER WARSTLER**
WF, 05/24/88
CASE # 18-22621
THEFT PETIT RETAIL, 06/10/18



**MICHAEL NUTT**
WM, 12/04/86
CASE #16-11754
THEFT GRAND RETAIL, 07/11/18



**SARAH SMITH**
WF, 07/25/84
CASE #18-23105
THEFT PETIT RETAIL, 06/08/18
ISSUED TRESPASS WARNING.



**CHAD ADDISON**
WM, 10/03/89
CASE #18-25618
THEFT PETIT RETAIL, 06/27/18

**JOSEPH PADURANO**
2 ACTIVE FTA WARRANTS
WM, 09/29/77
THEFT PETIT RETAIL, 06/27/18




**JOSHUA FIELDS**
WM, 09/22/88
CASE #18-23033
THEFT PETIT RETAIL, 07/15/18
ISSUED TRESPASS WARNING.



**BRETT BOWEN**
WM, 02/21/33
CASE #18-2?900
FRAUD USE OF CREDIT CARD, 07/14/18





### ARRESTED FOR THEFT GRAND RETAIL OR THEFT PETIT RETAIL (cont)

**MARINA PALOMBO**
WF, 09/10/94
CASE #16-31763
THEFT PETIT RETAIL, 08/10/18
ISSUED TRESPASS WARNING.

**CHRISTOPHER ALHOLM**
[INCARCERATED] DRUG USER
WM, 04/11/97
CASE #18-110?5
THEFT PETIT RETAIL, OBSTRUCTION, POSS DRUG PARA, 05/20/18

**MICHELLE SNARE-OTTO**
WF, 09/24/88
CASE #18-1485?
THEFT GRAND RETAIL, 04/07/18



**KRISTINA TERRER**
WF, 07/10/70
CASE #16-???42
THEFT GRAND RETAIL, CONTR. TO DELIN. OF A MINOR, DESTRUCTION, 08/04/18
ISSUED TRESPASS WARNING.

**RYAN GLENN**
WM, 01/11/97
CASE #18-32114
MARIJUANA POSSESSION & POSS OR USE DRUG PARA, 08/13/18

**KRISTY MILLER**
WF, 02/23/99
CASE #18-27508
THEFT GRAND RETAIL, HEROIN POSSESSION, MARIJUANA POSSESSION, POSS OR USE DRUG PARA, 07/11/18

**DAWN KUPSIK**
WF, 12/18/64
CASE #18-17?6?
THEFT GRAND RETAIL, CRIMINAL MISCHIEF & C/S CHILLING/ELEG..
05/??/18

**KALE KUPSIK**
WM, 12/19/01
CASE #18-17606
THEFT GRAND RETAIL & CRIMINAL MISCHIEF 05/??/18

**MICHAEL KUPSIK**
WM, 08/?1/03
CASE #18-17606
THEFT GRAND RETAIL & CRIMINAL MISCHIEF, 05/27/18

### OFFENDER IN THEFT GRAND RETAIL OR THEFT PETIT RETAIL (cont)

**THE FOLLOWING SUBJECTS WERE LISTED AS AN OFFENDER AND WERE NOT ARRESTED**





**AMANDA STEWART**
WF, 00/11/85
CASE #18-20?71
THEFT PETIT RETAIL, 03/25/18
OFFENDER – NOT ARRESTED




**CRYSTAL FIGUEROA**
WF, 07/17/82
CASE #18-20?67
THEFT GRAND RETAIL, 05/27/18
OFFENDER – NOT ARRESTED









# INTELLIGENCE-LED POLICING
"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

LAW ENFORCEMENT SENSITIVE – Not For Public Release

## OFFENDER IN THEFT GRAND RETAIL OR THEFT PETIT RETAIL (cont)

**THE FOLLOWING SUBJECTS WERE LISTED AS AN OFFENDER AND WERE NOT ARRESTED**



**KORIE BROWN**
WF, 07/16/89
CASE #18-29444
THEFT PETIT RETAIL & OBTAIN REFUND
WITH FALSE RECEIPT, 07/05/18
*OFFENDER – NOT ARRESTED*



**TURK LEMPFERT**
WM, 02/26/92
CASE #18-29444
THEFT PETIT RETAIL & OBTAIN REFUND
WITH FALSE RECEIPT, 07/05/18
*OFFENDER – NOT ARRESTED*



**DANIEL JOHNSON**
(INCARCERATED)
WM, 08/24/74
CASE #18-20971
THEFT PETIT RETAIL, 03/25/18
*OFFENDER – NOT ARRESTED*



**JEWELIE MESTER**
VF, 11/28/01
CASE #18-12406
THEFT GRAND RETAIL, 03/27/18
*OFFENDER – NOT ARRESTED*



**DOUGLAS JARRETT**
PROLIFIC OFFENDER
WM, 11/05/87
CASE #18-18829
THEFT PETIT RETAIL, 05/09/18
*OFFENDER – NOT ARRESTED*



**LAVENA WOODS**
NARCOTICS
WF, 07/16/89
CASE #18-24355
THEFT GRAND RETAIL, 06/18/18
*OFFENDER – NOT ARRESTED*



**SHVANNE TEURER**
WF, 08/02/02
CASE #18-30742
THEFT GRAND RETAIL, 08/03/18
*OFFENDER – PLACED ON DIVERSION*

## ADDITIONAL TRESPASS WARNINGS ISSUED BY PSO




**TARA ARMSTRONG**
WF, 11/20/76
TRESPASSED ON 08/10/18
REF CASE #18-31763
THEFT PETIT RETAIL, 08/10/18

**JAMES COX**
WM, 07/03/64
TRESPASSED ON 08/10/18
REF CASE #18-31763
THEFT PETIT RETAIL, 08/10/18





# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

## DISTRICT 3 TARGET



**ARRESTED**

\*\* Booking Photo 10/04/17 \*\*

**EDWIN PEREZ-MALDONADO**
\*Convicted Felon/On Probation\*
WM, 11/29/67
HT: 5'06" WT: 180 LBS
RMS Address: 4619 Darlington Rd, Holiday
FL DL: P625-200-67-429-0 (Valid)
REGISTERED VEHICLE: None
WARRANT ISSUED ON 08/27/18: FTA Grand Theft of Motor Vehicle

ASSOCIATES: Wilfredo Rodriguez, Diana Rodriguez, Denise Marty
CRIMINAL ACTIVITY: Vehicle Theft, FTA Warrants, Scheme to Defraud over $300



**30 DAY CONTACT INFORMATION (MOST CURRENT ON TOP) (PASS INFO TO ILP@PASCOSHERIFF.ORG):**

**09/21/18:** Edwin turned himself into the New Port Richey Police Department on 09/21/2018 and was arrested on his active FTA warrant.

**09/18/18:** STAR conducted directed patrols in the area of Buena Vista, which met with negative results.

**09/17/18:** STAR conducted surveillance at 4111 Louis Ave. due to recent information suggesting Edwin has been at the location, but he was not observed during this time. A vehicle was leaving the location and a traffic stop was conducted. Contact was made with R/O Aristos Kazouris 12/28/1946. Aristos claimed to not know Edwin and had no information to provide. A citation was issued to Aristos.

**LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE**



# INTELLIGENCE-LED POLICING
### "IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

## DISTRICT 3 TARGET



** DAVID Photo 03/28/18**

**VICTOR CASTILLO** *NEW DISTRICT 3 TARGET*
AKA "Rey Rambo"
*Felony Probation, Drug Dealer, Violent Tendencies, Gang Member (The Squad)*
WM, 01/31/97
HT: 5'09" WT: 180 LBS
LKA: 1338 Weston Oaks Dr., Apt. 4208, Holiday
FL DL: C234-873-97-031-0 (Valid Learners)
**REGISTERED VEHICLE:** None

**ASSOCIATES:** Pamela Cortes Bonilla (Girlfriend), Shalonda Salazar (Mother), Erin Monaco (Associate)
**CRIMINAL ACTIVITY:** Robbery with Deadly Weapon, Home Invasion, Armed Burglary, Burglary Auto, Grand Theft Motor Vehicle, VOP, Battery, Narcotics

**LAST 30 DAY CONTACT INFORMATION (MOST CURRENT ON TOP) (PASS INFO TO ILP@PASCOSHERIFF.ORG):**

**04/24/18:** STAR responded to 9136 Prosperity Ln., PR and made contact with Ashley Taylor (DOB: 02/15/1997), who used to be in a relationship with Castillo in April. Castillo came to the house approximately two weeks ago, but she did not remember what kind of car he was in. Castillo was with another male, but she did not know who and advised she no longer talks to Castillo. STAR also responded to 7236 San Moritz Dr., PR, to attempt to make contact with Linda Chaffer (DOB:02/13/1997). Chaffer is in a relationship with Victor Castillo's brother, Alejandro Castillo (DOB: 10/25/1995) Detective D. Murphy discovered through Jail phone calls that Victor Castillo owes Chaffer money and Chaffer said she would contact Victor Castillo to get her money. There was no answer at the door at this location. STAR also responded 7204 Oakshire Dr. and conducted surveillance. STAR observed the vehicle stayed at the location. Murphy later made contact at this location and met with James Monaco who was uncooperative with STAR. He advised Erin was not home and James did not provide any useful information.

*LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE*

# INTELLIGENCE-LED POLICING

## "IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

## DISTRICT 3 TOP 5

INFO VALID AS OF 09/25/18 @ 1100 HOURS

Number after name represents
days on target list

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE



### ALEXANDER JOANIDES - 98
GANG MEMBER (CRIPS)
WM 04/13/88
LKA: 1210 CALVARY RD, LOT 15, HOL
VOP, DWLSR, FTA, RESIST OFFICER, CO ORD, KIDNAP,
DOMESTIC BATTERY, CARRY CONCEALED WEAPON



### LATRELL MERCED – 238
BM, 04/18/03
LKA: 5645 CHIPPER DR, HOL
BURGLARY AUTO, LOITERING/PROWLING,
GRAND THEFT, FALSE NAME TO LEO

JUV. PROBATION



### TYLER MCCAMBRIDGE – 259
WM, 03/20/02
LKA: 4016 CLAREMONT DR, HOL
BURGLARY AUTO, CONTRABAND COUNTY DET,
VEHICLE THEFT, NVDL, BATTERY ON SCHOOL EMP,
DISRUPT/ INTERFERE SCH FUNCT, TRESPASS,
ASSAULT ON SCHOOL EMP, BATTERY

JUV. PROBATION



### ANTHONY BERNARD- 50
WM 01/16/03
LKA: 3402 OTTWAY DR, HOL
RESIST OFFICER, VEHICLE THEFT, BURGLARY
BUSINESS OCCUPIED, DOMESTIC AGGRAVATED
ASSAULT, AGGRAVATED ASSAULT



### DONNIE MCDOUGALL – 8
WM, 01/04/00
3229 PRIMROSE DR, HOL
CRIMINAL MISCHIEF, DOM AGG ASSAULT, DOMESTIC
BATTERY, VEHICLE THEFT, BURGLARY AUTO ARMED, VOP,
RESIST OFFICER, BATTERY ON SPECIFIED OFFICIAL



# INTELLIGENCE-LED POLICING
"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

NO VALID AS OF 09/25/18, 1100 HRS



**ALEXANDER JOANIDES - 98**
**GANG MEMBER (CRIPS)**
WM 04/13/88
AKA: 1210 CALVARY RD, LOT 15, HOL
VOP, DWLSR, FTA, RESIST OFFICER,
CO ORD, KIDNAP, DOMESTIC
BATTERY, CARRY CONCEALED WEAP

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE


**SAMANTHA WALKER**
WF 10/28/90
4345 MORLOCK LN, HOL
*RONNI WELLS' SISTER*
*ALEXANDER JOANIDE'S GF*


**KATHERINE SLAUGHTER**
WF 05/12/86
6406 PUEBLO AV, NPR
*SISTER*


**JUSTIN HERC**
WM 04/27/90
4028 REGGIE DR, HOL
*ASSOCIATE*

**JOSHUA DANIELS**
BM 06/21/88
4345 MORLOCK LN, HOL
*ASSOCIATE*


**PAIGE HOYT**
WF 05/17/96
1851 RALLY LN, HOL
*ASSOCIATE*


**PHILIP HOYT**
WM 04/06/97
4345 MORLOCK LN, HOL
*ASSOCIATE*


**STEFFANOS KARVOUNIS**
WF 09/04/81
3545 HOLIDAY LAKE DR, HOL
*ASSOCIATE*


**KAYLA ROWENS**
WF 03/12/93
3302 MAITLAND DR, HOL
*STEFANOS KARVOUNIS'S GF*

**JESSICA SYME**
WF 08/29/89
1012 HILTON LN, HOL
*ASSOCIATE*


**AMANDA CATLIN**
WF 06/07/91
3246 THORNY RIDGE RD, HOL
*PROLIFIC OFFENDER ASSOCIATE*


**AMANDA VLAMAKIS**
WF 05/16/88
3508 BEDFORD ST, HOL
*FELONY PROBATION ASSOCIATE*


**PIERRE FOWLER**
BM 12/31/88
4632 PIRATE PLC, NPR
*FELONY PROBATION ASSOCIATE*





# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE



VALID AS OF 09/25/18, 1100 HRS

ALEXANDER IOANIDES



DWAYNE MILLIGAN
WM 09/20/63
3551 HOLIDAY LAKE DR,
HOL
*UNCOOPERATIVE W/LEO*
ASSOCIATE

MARK GREGORSKI
WM 10/18/90
9251 DRESDEN LN, PR
ASSOCIATE



LEIGHA KOLLAR
WF 10/20/89
3110 HUNTINGTON RD,
HOL
ASSOCIATE



CHRISTOPHER NICHOLS
WM 04/16/89
7605 ROSEWOOD DR, PR
ASSOCIATE



RICHARD MILLER
WM 03/03/94
1851 RALLY LN, HOL
*PROLIFIC OFFENDER
PAIGE HOYT'S COUSIN/*
ASSOCIATE

DONNIE MCDOUGALL
WM 01/04/00
3229 PRIMROSE DR, HOL
*PROLIFIC OFFENDER*
ASSOCIATE

KYLE EARNEST
WM 09/28/93
3111 ATLANTIS DR, HOL
ASSOCIATE

RYAN MERRITT
WM 11/25/97
3122 HUNTINGTON RD,
HOL
ASSOCIATE



THOMAS WHITNEY-GRA[...]
WM 02/26/91
4379 JORDANA WY,
APT 101, HOLIDAY
ASSOCIATE

# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

**NO VALID AS OF 09/25/18, 1100 HRS**



**JUVENILE PROBATION**

**LATRELL MERCED – 238**
BM 04/18/03
LKA: 5645 CHIPPER DR, HOL
BURGLARY AUTO,
LOITERING/PROWLING,
GRAND THEFT, FALSE NAME TO LEO

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE



**JEREMIAH BATCHELOR**
BM 06/21/02
5147 GREENWOOD ST,
NPR
*JUVENILE PROBATION*
*ASSOCIATE*

**ZYKEY FLOWERS**
BM 06/29/02
5251 PALAFOX DR, HOL
*JUVENILE PROBATION*
*ASSOCIATE*

**RONALD BAKER**
WM 03/16/02
3624 LINKWOOD ST, HOL
*ASSOCIATE*



**TYLER CASATELLI**
WM 12/23/01
9216 MARK TWAIN LN, PR
*JUVENILE PROBATION*
*ASSOCIATE*



**COMMITMENT**

**TYRESE ST VALLE**
BM 11/06/03
5945 LOUISIANA AV, NPR
POSS GANG CONNECTIONS;
COMMITTED – OKALOOSA
YOUTH ACADEMY
*ASSOCIATE*

**DEMETRIUS NELSON**
BM 06/28/01
5941 HIGH ST, NPR
*FRIEND OF TYRESE ST VALLE*

**MASON SAVAGE**
WM 09/15/02
7530 NOTRE DAME DR, NPR
*FRIEND OF TYRESE ST VALLE*



**CHRISHAUD MONTGOMERY**
BM 07/27/01
1206 E HOLLAND AV, TAMPA
*FRIEND OF TYRESE ST VALLE*

**LOGAN BRUNO**
WM 06/10/01
6014 RIVER RD, NPR
*FRIEND OF TYLER CASATELLI*

**JOHN CLAPP**
WM 03/26/02
6310 KELLER DR, PR
*FRIEND OF TYLER CASATELLI*

**PROBATION**

**OBED MAURICIO-CASTANEDA**
WM 09/09/00
7811 CHALAFONTE DR, PR
*JUVENILE PROBATION*
*FRIEND OF TRISTIAN YOUNG*



**REYIK RODRIGUEZ**
WM 09/08/01
6726 SANDALWOOD DR, PR
*GANG MEMBER*
*FRIEND OF TRISTIAN YOUNG*





# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

VALID AS OF 09/25/18, 1100 HRS



**JUVENILE PROBATION**

**TYLER MCCAMBRIDGE – 259**
WM 03/20/02
LKA: 4016 CLAREMONT DR, HOL
BURGLARY AUTO, CONTRABAND
COUNTY DET, VEHICLE THEFT, NVDL,
BATTERY ON SCHOOL EMP, DISRUPT/
INTERFERE SCH FUNCT, TRESPASS,
ASSAULT ON SCHOOL EMP, BATTERY




**PROBATION**

**JENNY MCCAMBRIDGE**
WF 01/04/83
4016 WILSON DR, HOL
*TYLER'S MOTHER*




**DAVID FORD JR**
WM 08/13/73
4106 CLAREMONT DR, NPR
*ASSOCIATE*



**COMMITMENT**

**DYLAN COOPER**
WM 12/18/00
3404 WILSON DR, HOL
*COMMITMENT - HASTINGS*
*ASSOCIATE*



**CHRISTOPHER SHAPPELL**
WM 10/11/83
3017 CORONA DR, HOL
*JENNY'S BOYFRIEND*




**ACTIVE PC**

**DOMINIC SHAMBLIN**
WM 10/04/00
11220 ARECA DR, PR (D1)
*ASSOCIATE*

**HUNTER PRESS**
WM 04/13/01
3050 LECANTO ST, HOL
*ASSOCIATE*



**JORDAN SEFTON**
WM 12/17/99
731 LONG LINES LN,
LEHIGH ACRES
*ASSOCIATE*




**KYLE BEAVERS**
WM 02/22/03
8760 DORIS LN, NPR
*CONDITIONAL RELEASE*
*ASSOCIATE*



**BRANDON SANCHEZ GIL**
WM 07/11/99
6030 150TH AV N,
CLEARWATER
*ASSOCIATE*

**STEVEN SANCHEZ**
WM 07/14/01
STAYING AT HOTELS IN NPF
AREA
*ON CONDITIONAL RELEASE*
*ASSOCIATE*

**SPENCER BATAILLE**
WM 06/10/02
7522 PLATHE RD, NPR
*ASSOCIATE*



**CHRISTOHER SANCHEZ**
WM 03/07/04
6030 150TH AV N, LOT 37,
CLEARWATER
*JUVENILE PROBATION*
*ASSOCIATE*

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

# INTELLIGENCE-LED POLICING

*"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"*



VALID AS OF 09/25/18, 1100 HRS

TYLER MCCAMBRIDGE



**PINELLAS**



**KING ZIG MONTANEZ**
WM 07/09/99
5442 GOLDEN NUGGET DR, HOL
*PROBATION*
*PROLIFIC OFFENDER*
*ASSOCIATE*

**BRIANNA GRACIANI**
WF 06/13/96
3435 ELKRIDGE DR, HOL
*GANG MEMBER/PROLIFIC OFF.*
*ASSOCIATE*

**MATTHEW SYLVESTER**
WM 03/06/96
7107 WENTWORTH WY, NPR
*ASSOCIATE*



**RODOLFO RAMOS**
WM 09/16/99
2049 ERIN DR, HOL
*ASSOCIATE*









**LOLJAIL**

**ANTONIO NOGUERAS**
WM 01/29/00
4145 GRAYTON DR, HOL
*PROLIFIC OFFENDER*
*ASSOCIATE*

**PINELLAS**

**THOMAS CARRANO**
WM 01/16/82
HOMELESS, NPR
*PROLIFIC OFFENDER*
*ASSOCIATE*

**LOLJAIL**

**MICHELLE ANDRE**
WF 12/30/78
3636 HENDRIX ST, HOL
*JENNY'S FRIEND*





**RYAN HARROUN**
WM 03/05/96
6832 ACACIA CT, PR
*ASSOCIATE*



LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

# INTELLIGENCE-LED POLICING

*"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."*




AS OF 09/25/18, 1100 HRS

**ANTHONY BERNARD – 50**
WM 01/16/03
LKA: 3402 OTTWAY DR, HOL
RESIST OFFICER, VEHICLE THEFT,
BURGLARY BUSINESS OCCUPIED,
DOMESTIC AGGRAVATED ASSAULT,
AGGRAVATED ASSAULT



**STEVEN DOTY**
WM 04/08/90
3402 OTTWAY DR, HOL
*FATHER*



**TRISTAN BUSBEY**
WM 09/15/03
3811 BEECHWOOD DR, HOL
*ASSOCIATE*



**HALEY BRANNON**
WF 0324/04
12600 GREEN OAK LN, DC
*ASSOCIATE*



**BRIANNA LAMBROS**
WF 02/27/03
4037 DALWOOD DR, HOL
*PROLIFIC OFFENDER*
*ASSOCIATE*

**HUNTER RAO**
WM 10/22/05
1152 CHANCELLOR DR, HOL
*PREVIOUSLY ON DIVERSION*
*ASSOCIATE*



**JASON FOTI**
WM 02/11/04
1850 MELODY DR, HOL
*PREVIOUSLY ON DIVERSION*
*ASSOCIATE*




**DESTINY GIBSON**
WF 11/25/03
3312 KIMBERLY OAKS DR, HOL
*PREVIOUSLY ON DIVERSION*
*ASSOCIATE*

**LOGAN ARTHUR**
WM 01/15/04
4849 ANN DR, HOL
*ASSOCIATE*



**JAMES MORRIS**
WM 09/14/03
5633 ANDREA DR, HOL
*ASSOCIATE*

**TYLER PARKER**
WM 10/16/00
3602 KIMBERLY OAKS DR,
HOL
*ASSOCIATE*




**WANTED**

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE

# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"

LAW ENFORCEMENT SENSITIVE – Not For Public Release

NO VALID AS OF 09/18/18, 1100 HRS





**DONNIE MCDOUGALL - 8**
WM 01/04/00
3229 PRIMROSE DR, HOL
CRIMINAL MISCHIEF, DOM AGG
ASSAULT, DOMESTIC BATTERY,
VEHICLE THEFT, BURGLARY AUTO
ARMED, VOP, RESIST OFFICER,
BATTERY ON SPECIFIED OFFICIAL



**ADRIANA MCGEHEE**
WF 10/23/97
1313 CHANCELLOR DR, HOL
ASSOCIATE

 

**JEFFERY HARDEN**
WM 05/27/99
1350 BRIXTON LN, HOL
ASSOCIATE

**KINSEY ANDERSON**
WF 12/18/00
1237 DARTMOUTH DR, HOL
ASSOCIATE

**ALEX CARRION**
ANTI-LEO SENTIMENT
BM 08/22/99
1414 VIKING DR, HOL
ASSOCIATE



**TAMMY HEILMAN**
ANTI-LEO SENTIMENT
WF 08/06/74
3229 PRIMROSE DR, HOL
MISD. PROBATION
MOTHER

  

**COLIN JOHNSTON**
WM 07/23/99
3625 PANOLA DR, HOL
ASSOCIATE

**TRISTAN BUSBEY**
WM 09/15/03
3811 BEECHWOOD DR,
HOL
ASSOCIATE

**ANTHONY BERNARD**
WM 01/16/03
3402 OTTWAY DR, HOL
ASSOCIATE

 

**BRYAN BUSKEY**
BM 05/06/96
1401 SOLAR DR, HOL
ASSOCIATE



**BRENDAN SHOWALTER**
WM 02/05/97
1401 SOLAR DR, HOL
COMM CONTROL PROBATION
ASSOCIATE

  

**BRANDON FRIST**
WM 12/29/98
1427 BRIXTON LN, HOL
ASSOCIATE

**MEGAN CHISSELL**
WF 06/06/00
1851 LUSTERLEAF PLC,
TRINITY
FORMER GIRLFRIEND

# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY"




VALID AS OF 09/25/18, 1100 HRS

**DONNIE MCDOUGALL**



**TYLER MCDOUGALL**
WF 12/30/97
3229 PRIMROSE DR, HOL
*SISTER*




**KARL ZAESKE**
WM 06/05/02
3353 HOOVER DR, HOL

*ASSOCIATE*

**TREVOR LAW**
WM 02/28/01
1108 EAST LEMON ST, TPS
*JUVENILE PROBATION*
*ASSOCIATE*

**RONALD MASTRODONATO**
WM 12/02/98
2640 WOOD POINTE DR, HOL
*ASSOCIATE*



**JUSTIN HALE**
WM 08/08/95
3229 PRIMROSE DR, HOL
*REGISTERED FELON, ESCAPE*
*RISK/WILL RUN, NARCOTICS*
*ASSOCIATE*

*LAW ENFORCEMENT SENSITIVE – Not For Public Release*



INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

District 3 Pawner of the Week

No new Top Pawner this week due to Kohl's EAP taking place on Thursday, 09/27/2018, which is being organized by PCU3 Det. Perez.



LAW ENFORCEMENT SENSITIVE — NOT FOR PUBLIC RELEASE



## D3 ILP Analysts:

April Toney
atoney@pascosheriff.org

Ashley Burch
aburch@pascosheriff.org

LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE