Tampa Bay Times Request

**Matthew Lott:**
Shelley, Matthew Lott was before my time here in D3. The name is familiar to me, but I do not know his history off-hand as I do with Rio, Jahheen, and Donnie, who have been active during my time in D3. I can pull the data if needed though.

- Times reports that PSO deputies checked on Matthew Lott at least two dozen times in the first half of 2017
- Our reports indicate that we conducted XXX prolific offender checks on Matthew Lott in the first half of 2017 (January 1 - July 1)
- Times reports that PSO deputies resumed checks after he returned from Orlando and had earned his GED
  - Do we have any reported prolific offender checks after a return to Pasco?

> **Commented [LK1]:** Regardless of knowledge, lets conduct the necessary research on the individual and answer the questions to the best of our ability.

**Rio Wojtecki:**
Times reports that we told him that he was on the Top 5 list when he was 15 and had only been arrested once

- Rio was made a District 3 Top 5 on 09/18/2019, when he was just shy of 15 years of age and he had been arrested once prior, on 12/06/2018 for charges of both Business Burglary and Burglary Dwelling.

Was Rio on any Top 5 list and, if so, why? Based on previous answers, he would have a warrant or an active PC pick up- can we find out what the warrant or active PC pick up was?

- Rio was made a District 3 Top 5 due to his prior Big 4 arrest, which was for Burglary of a Business and Burglary Dwelling (both curtilage only), but mainly due to his criminal network and associations. Rio was in the criminal network of both Anthony Bernard (who has since moved to NY) and Tristan Busbey, both of which were Top 5's prior to Rio. Additionally, Rio associated and still currently associates with several juveniles who have big 4 arrest history, including a current District 3 Zone Focus offender, Alberto Camacho. Also, at the time of Rio's placement into Top 5 status, he was currently on probation and per an email dated 09/11/2019 from his JPO, Maria Ortiz, Rio is on probation until 06/20/2021 with a curfew of 6 pm – 6 am and random drug screenings. When Rio was selected as a Top 5, the entire Top 5 was completely replaced at the request of Captain Frick and prior to that taking effect, possible candidates were discussed with STAR during a Pre-AIM meeting, which is when STAR also suggested Rio as a Top 5. STAR advised there was rarely any parental supervision at Rio's home and other problematic juveniles were frequently at the residence. After reviewing prior STAR Nightly reports, it is also documented that on 11/25/2019, STAR was notified by Rio's JPO that he was being violated due to skipping school and testing positive in his drug screenings. That same Star Nightly report does also indicate that Rio's mother recently lost her job and would be home more often in the evening. On 10/24/2019, a Star Nightly report indicated that a member of Rio's household anonymously confirmed that Rio misses school on a regular basis and that Tristan Busbey (former Top 5) would come hang out at

> **Commented [LK2]:** Starting with RIO, lets identify how many times they have each been arrested and why.



Rio's residence during the day. Per a STAR Nightly report from 12/06/2019, Rio's mother fired Rio's defense attorney earlier that day after the defense attorney agreed with the JPO that Rio would likely violate probation again and should be sent to JDC.
- OPS Cad shows two prior PC pickups, which were for Burglary Business and Burglary Dwelling (Curtilage only for both), regarding the same incident.

- Do we have any evidence that suggests he was ever held in the back of a squad car for a possible violation of probation?
  - The only possible incident I could find pertaining to this alleged event is copied verbatim below from the STAR Nightly Report dated 12/08/2019:
    - "Rio Wojtecki [REDACTED] [Top 5] - STAR responded to 3501 Truman Drive to conduct a probation check on Rio who has an 1800-0600 curfew. Upon arrival, Rio was not at the location. Contact was made with Rio's mother who advised Rio was at his "grandmother's" residence located at 1605 Sweetspire Drive, NPR, FL 34653. Upon arrival at 1605 Sweetspire Drive, contact was made with Rio and his alleged "grandmother" Karla Conway [REDACTED]. Karla advised she was not really his grandmother, just that Rio calls her "grandma". Rio's mother claimed that Rio's Probation Officer, Maria said it was ok for Rio to spend the weekends at Karla's residence and it was allowed by the courts. Contact was attempted with Probation Officer Maria to confirm Rio could be with Karla, but had negative results. Text messages were observed between Rio and Maria, which said he must adhere to his 1800-0600 curfew and must be under "adult supervision", but did not clarify he must only be under adult supervision by his mother. Follow up will be done with Probation Officer Maria to verify that Karla is sufficient for adult supervision when he is not at home with his mother."

Do we have him documented as a possible gang member?
- Yes, Rio is documented as a member of the Sniper Gang under STG cases 20005772 and 20008046. Copies of both reports are attached in my email reply.

Do we have a prolific offender check on Rio from January 17 (presumably of this year, but please check any year)?
- Yes. Copies of the Prolific Offender check CAD call and alleged associated medical call are attached in my email reply.

Vaughn Smith, Jr: (Not familiar)

- Did we check their home over a period of time while Vaughn was reportedly under house arrest in Hillsborough?

Defendant20638

- Do we have any evidence of "lining their block with police cars" as the Times states? Can we please check any prolific offender checks for this individual and see what the maximum amount of units on any of these checks would have been?
- Do we have any reports of putting Vaughn Smith, Sr in the back of a patrol car?
- The Times also alleges that the PSO put a picture of Vaughn Smith, Jr on our Facebook page which I have verified and found that he was posted on the agency's Facebook page on December 10, 2016 as he was wanted in connection with a crime, fled the area, and we were looking for the public's assistance as is protocol, not harassment as the family alleges: https://www.facebook.com/pascosheriff/photos/a.204821599556058/1251119348259606

Dalanea Taylor (Not familiar)

- The Times reports that we checked on Taylor "for years" after she was released from prison. Do we have any reported prolific offender checks on this individual over the course of time?
  - This includes a reported prolific offender check on January 1, 2018 in the early morning hours. Do we have a report of this?

▬▬▬

The Times reports that he was named a prolific offender when he was 12 and that we frequently checked his house. Was he named a prolific offender at 12 and do we have reports of checking his house?

- According to OPS, ▬▬▬'s Prolific Offender alert was added on 10/01/2019, which would have made him 13 at the time; however, it shoud be noted that the Prolific list was received from Stephen Heibert on 08/30/2019, which would have made ▬▬▬ 12 at the time.
- Prolific Offender checks were conducted at ▬▬▬'s prior residence of 3232 Lodi Drive, New Port Richey five times between 09/05/2019 and 11/29/2019. ▬▬▬ has since moved to 31039 Mandolin Cay Avenue, Wesley Chapel in D2 and no Prolific Offender checks have been conducted at that residence.

> **Commented [LK3]:** We need to provide additional history on why he was a prolific at such a young age and the reasoning behind him being a focus.

▬▬▬ (District 1 offender, not familiar)

- The Times reports this 17-year-old was a district target and that his brother, ▬▬▬, who is 14, was named a top 5 offender despite being arrested only for misdemeanor battery and grand theft auto and that the grand theft auto charge was reduced to misdemeanor trespassing and that ▬▬▬ did not meet the minimum criteria to be named a prolific offender. Is this true?
- Presumably, as a district target, based on previous answers, ▬▬▬ had a warrant or a PC pick up- can we confirm if that is the case and what he was wanted for?

Donnie McDougall:

Did we make "repeated visits" to his home? If we do have prolific offender checks there, can we please verify how many and over what period of time?

- Yes, but not necessarily always because of Donnie. His brother, Anthony McDougall, who also resides at 3229 Primrose Drive, is on juvenile probation, has big 4 arrest history, and is also an associate of zone focus offender ▮▮▮▮▮▮. A CAD search of 3229 Primrose Drive, Holiday (RMS address for both Donnie and Anthony), revealed 21 Prolific Offender checks between 05/14/2017 and 12/16/2018.

Overall:

- The Times alleges that kids are a "disproportionately high share of people" on our ILP lists. Do we have a percentage of children that are considered prolific offenders?
- The Times also alleges that "one-third of the young people on the prolific offender list didn't meet the minimum criteria to receive a score"
    - Do we have a response to this?

> **Commented [LK4]:** This may be a question for Steve to answer, please ensure we answer this question related to specifically to our juvenile prolific, also we should paint the picture of a spike in juvenile offenders during this time frame, I remember in 16, 17, and beginning of 18 we had a large amount of juvenile offenders, lets paint the picture.