**From:** Shelley Gardner
**Sent:** Monday, February 19, 2018 4:17 PM
**To:** Larry Kraus
**Subject:** Training Documents
**Attachments:** CRIME ANALYST TRAINING CHECK LIST NEW.xlsx; MLSA Training Checklist.xlsx; ILP Training Matrix.docx; ILP Section Training Checklist AUG2016.xlsx

Here are the ILP training documents that I was able to find...

Thank you.

Respectfully,

*Shelley Gardner*
Analyst Supervisor
FDLE Certified Law Enforcement Analyst
Pasco Sheriff's Office
Intelligence Led Policing Division
8700 Citizen Drive
New Port Richey, FL 34654
Office: (727)816-1585
Cell: (727)247-8575
Fax: (727)816-1600
Email: sgardner@pascosheriff.org

This correspondence is from a law enforcement agency and may contain confidential, secret, classified and/or privileged communications. Unauthorized use of this information may subject you to criminal and civil penalties. This document is the property of the Pasco County Sheriff's Office and may not be disseminated without authorization. As such this document may be exempt from public record as defined in Florida State Statute Chapter 119



# INTELLIGENCE-LED POLICING CRIME ANALYST TRAINING CHECKLIST

**TRAINEE:** _____

**PRIMARY TRAINER:** _____

**START DATE:** _____

| | VERBALIZED | SHOWN | COMPLETED | ADDITIONAL |
|---|---|---|---|---|
| **AGENCY INFORMATION:** | | | | |
| CHAIN OF COMMAND | | | | |
| GENERAL ORDERS (GO 51.1) | | | | |
| READ ILP MANUAL | | | | |
| STRATEGIC TARGETED AREA RESPONSE (STAR) | | | | |
| ACTIVE CRIME ENFORCEMENT (ACE) | | | | |
| DETENTION / COURT SERVICES | | | | |
| MAJOR CRIMES / CYBER CRIMES | | | | |
| ECONOMIC CRIME | | | | |
| PROPERTY CRIMES | | | | |
| CHILD PROTECTIVE SERVICES (CPI) | | | | |
| VICE AND NARCOTICS (V/N) | | | | |
| WARRANTS | | | | |
| INFORMATION TECHNOLOGY (IT) | | | | |
| CODE ENFORCEMENT | | | | |
| FORENSICS / PROPERTY EVIDENCE | | | | |
| DISTRICTS / ZONES / SECTORS | | | | |
| CRIMINAL PREDICATE | | | | |
| MPR/SELF EVALUATION | | | | |
| PERFORMANCE OBSERVATION REPORT | | | | |
| TRAINING/TRAVEL AUTHORIZATION FORM | | | | |
| TUITION/BOOK REIMBURSEMENT FORM | | | | |

| **ATTENDANCE:** | | | | |
|---|---|---|---|---|
| TIME SHEETS | | | | |
| ILP CALENDAR | | | | |
| LEAVE/VACATION REQUEST | | | | |
| PAYCHECK DETAIL | | | | |
| LUNCH SCHEDULE | | | | |
| WORK HOURS/ATTENDANCE/HOLIDAYS | | | | |
| SICK LEAVE USAGE | | | | |

| **OFFICE PROCEDURES:** | | | | |
|---|---|---|---|---|
| OFFICE ETIQUETTE | | | | |
| ON CALL PROCEDURES / NIGHT TIME HOURS | | | | |
| DOOR CODES | | | | |

Defendant05938

| | VERBALIZED | SHOWN | COMPLETED | ADDITIONAL |
|---|---|---|---|---|
| SUPPLIES | | | | |

| SIGN ONS: | | | | |
|---|---|---|---|---|
| AUTHORIZED DATABASE USAGE | | | | |
| ILP SHAREDRIVE | | | | |
| TLO | | | | |
| ADDRESS SECTOR INQUIRY | | | | |
| CAD | | | | |
| CAUGHT ON CAMERA | | | | |
| JJIS | | | | |
| COPLINK | | | | |
| AGENCY EMAIL | | | | |
| WWW.CRIMERPORTS.COM | | | | |
| DAVID | | | | |
| BWI | | | | |
| CA PLUS | | | | |
| CRYSTAL REPORTS | | | | |
| PHOTOSHOP | | | | |
| ANALYST NOTEBOOK | | | | |
| FLCCIS | | | | |
| FLORIDA SAFE FAMILY NETWORK (FSFN) | | | | |
| INMATE CALLING SYSTEM | | | | |
| JAIL MAIL | | | | |
| HOMEWAV | | | | |
| JMS | | | | |
| WWW.TIPSOFT.COM | | | | |
| RMS | | | | |
| BOLO MAINTENANCE | | | | |
| GOOGLE CHROME | | | | |
| LENS | | | | |
| FACES | | | | |
| GEOFEEDIA | | | | |
| INTRANET DASHBOARD | | | | |

| ADDITIONAL PROGRAMS: | | | | |
|---|---|---|---|---|
| ACCISS | | | | |
| FACEBOOK UC ACCOUNT | | | | |
| HERNANDO COUNTY JAIL CALLS | | | | |

| ILP: | | | | |
|---|---|---|---|---|
| INFORMATION SECURITY | | | | |
| ACTIONABLE INTELLIGENCE MEETINGS (AIM) | | | | |
| PHONE ETIQUETTE | | | | |

Defendant05939

| | VERBALIZED | SHOWN | COMPLETED | ADDITIONAL |
|---|---|---|---|---|
| PATROL DISTRICTS/SECTORS/ZONES | | | | |
| DATABASES/SHAREDRIVES | | | | |
| SMART BOOK | | | | |
| EMAIL ADDRESS LIST FOR BOLO'S | | | | |
| FEEDBACK FORM | | | | |
| PROJECTS DATABASE | | | | |
| NCIC/FCIC TRANSACTION LOG | | | | |
| INFORMATION REQUEST FORM | | | | |
| UNIFIED REPORT | | | | |
| RIDE-A-LONG | | | | |
| DISTRICT OUTCOME | | | | |
| TOP 5 OFFENDERS/ASSOCIATES | | | | |
| TARGET OF THE MONTH | | | | |
| PROBATIONERS | | | | |
| PROLIFIC OFFENDERS | | | | |
| OPEN SOURCES | | | | |
| | | | | |
| HANDS ON: | | | | |
| INTELLIGENCE BULLETIN | | | | |
| BOLO | | | | |
| PHOTO PACK | | | | |
| FIR'S IN RMS | | | | |
| DATA PULL IN RMS | | | | |
| DATA PULL IN JMS | | | | |
| DATA PULL IN CAD | | | | |
| LOOKING UP CALLS IN CAD | | | | |
| QUERY/ENTER TIPS IN TIPSOFT | | | | |
| STEPS FOR PRODUCING A STAR BOX | | | | |
| MAPPING IN GOOGLE MAPS | | | | |
| MAPPING/HEAT MAPS IN CRIME REPORTS | | | | |
| WORK UPS PEOPLE/PLACES | | | | |
| ANALYST NOTEBOOK | | | | |
| WEEKLY COMMAND STAFF SLIDES | | | | |

| TRAININGS: | | | | |
|---|---|---|---|---|
| ELECTRONIC WHITEBOARD TRAINING | | | | |
| FLEAT I REGISTRATION | | | | |
| FLEAT II REGISTRATION | | | | |

Defendant05940

| | | TRAINEE INITIALS | DIRECTOR INITIALS |
|---|---|---|---|
| WEEKLY REVIEWS | (SEE ATTACHED) | | |
| WEEK 1 | | | |
| WEEK 2 | | | |
| WEEK 3 | | | |
| WEEK 4 | | | |
| WEEK 5 | | | |
| WEEK 6 | | | |
| WEEK 7 | | | |
| WEEK 8 | | | |
| WEEK 9 | | | |
| WEEK 10 | | | |
| WEEK 11 | | | |
| WEEK 12 | | | |

TRAINING COMPLETION DATE: _____

TRAINEE SIGNATURE: _____

TRAINER SIGNATURE: _____

SUPERVISRY SIGNATURE: _____

Defendant05941

# ILP SECTION TRAINING CHECKLIST

| TRAINEE: | | |
|---|---|---|
| PRIMARY TRAINER: | | |
| START DATE: | | |

| | VERBALIZED | SHOWN | COMPLETED | ADDITIONAL |
|---|---|---|---|---|
| OFFICE PROCEDURE | | | | |
| | | | | |
| AGENCY ORGANIZATION | | | | |
| AIM MEETING | | | | |
| ANALYTICAL SUPPORT | | | | |
| AUTHORIZED DATABASE USAGE | | | | |
| BANK ROBBERY | | | | |
| COMBINATION TO INSIDE AND OUTSIDE DOORS | | | | |
| GENERAL ORDERS | | | | |
| INFORMATION SECURITY | | | | |
| LEAVE REQUEST | | | | |
| LUNCH SCHEDULE | | | | |
| OFFICE ETIQUETTE | | | | |
| ON-CALL SCHEDULE/NIGHT TIME HOURS ESCORT | | | | |
| OTHER AGENCY LIAISON | | | | |
| PATROL DISTRICTS/SECTORS/ZONES | | | | |
| PAYCHECK DETAIL | | | | |
| PHONE ETIQUETTE | | | | |
| QUICKR CALENDAR | | | | |
| SICK LEAVE USAGE/SLP | | | | |
| TIME SHEETS | | | | |
| TIP LINE | | | | |
| WORK HOURS/ATTENDANCE/HOLIDAYS | | | | |
| JAIL INTEL PROGRAM (ILO) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Defendant05942

|  | VERBALIZED | SHOWN | COMPLETED | ADDITIONAL |
|---|---|---|---|---|
| ACCESS DATABASES/SHARE DRIVE |  |  |  |  |
| ACCURINT/TLO |  |  |  |  |
| ACISS/INSITE |  |  |  |  |
| ADDRESS SECTOR INQUIRY |  |  |  |  |
| AS400-CRIMES |  |  |  |  |
| ASSOCIATION MATRIX |  |  |  |  |
| CAD CAMP |  |  |  |  |
| CAUGHT ON CAMERA |  |  |  |  |
| CJNET |  |  |  |  |
| COPLINK |  |  |  |  |
| CRIME REPORTS/SUPPLEMENTS/CASE ASSIGNMENT |  |  |  |  |
| CRIMEREPORTS.COM |  |  |  |  |
| DAVID |  |  |  |  |
| DIRECTORY |  |  |  |  |
| E-ALERT |  |  |  |  |
| EMAIL ADDRESS LISTS (BOLOs, ETC...) |  |  |  |  |
| EMAIL SYSTEM (WEBMAIL) |  |  |  |  |
| FACEBOOK |  |  |  |  |
| FACIAL RECOGNITION |  |  |  |  |
| FINDER / BWI |  |  |  |  |
| FINANCIAL INSTITUTION SECURITY COALITION (FISC) |  |  |  |  |
| FLCCIS |  |  |  |  |
| FLORIDA SAFE FAMILY NETWORK |  |  |  |  |
| GANG DATABASE |  |  |  |  |
| GIS |  |  |  |  |
| HOME PAGE |  |  |  |  |
| INMATE CALLING SYSTEM / JAIL MAIL |  |  |  |  |
| INMATE MANAGEMENT SYSTEM |  |  |  |  |
| ISIS |  |  |  |  |
| JJIS |  |  |  |  |
| LENS |  |  |  |  |
| LOTIS INOTES EMAIL |  |  |  |  |
| LOTUS NOTES/SAMETIME |  |  |  |  |
| OFFENDER MAPPING |  |  |  |  |
| OFFICER SAFETY |  |  |  |  |
| QUICKR |  |  |  |  |
| RAPS |  |  |  |  |
| RMS/CAD OLD AND NEW |  |  |  |  |
| TIPSOFT |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Defendant05943

| OTHER | VERBALIZED | SHOWN | COMPLETED | ADDITIONAL |
|---|---|---|---|---|
| ASSESSMENTS/STRATEGIC STUDIES | | | | |
| CIVIL RIGHTS RESTORATION | | | | |
| CPI REQUESTS | | | | |
| FAX COVER SHEET | | | | |
| FDLE PUBLIC ACCESS TIPS | | | | |
| FEEDBACK FORM | | | | |
| INFORMATION REQUEST | | | | |
| INTELLIGENCE BULLETIN | | | | |
| MPR/SELF EVALUATION | | | | |
| NCIC-FCIC TRANSACTION LOG | | | | |
| PERFORMANCE OBSERVATION REPORT | | | | |
| PHOTO PACK | | | | |
| PICTURE LINK | | | | |
| PROJECTS DATABASE | | | | |
| RETAIL THEFT REPORT | | | | |
| RIDE-A-LONG | | | | |
| TRAINING /TRAVEL AUTHORIZATION | | | | |
| TUITION/BOOK REIMBURSEMENT FORM | | | | |
| UNIFIED REPORT | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Defendant05944

| COMPLETION OF TRAINING (DATE) BY SIGNING, YOU ARE CERTIFYING THAT THE INFORMATION HAS BEEN TAUGHT AND FOR ANY ADDITIONAL INSTRUCTION YOU SHOULD CONTACT YOUR SUPERVISOR. | | | | |
|---|---|---|---|---|
| TRAINEE SIGNATURE X | DATE | | | |
| | | | | |
| TRAINER SIGNATURE X | DATE | | | |
| | | | | |
| SUPERVISORY SIGNATURE X | DATE | | | |
| | | | | |

Defendant05945



# ILP Training Matrix



| Strategic Analyst | Criminal Intelligence Analyst | Crime Analyst | Mid-Level Strategic Analyst | Admin Crime Support Specialist |
|---|---|---|---|---|
| In-house training<br><br>2-months | In-house training<br><br>2-months | In-house training<br><br>2-months | In-house training<br><br>2-months | In-house training<br><br>2-months |
| FLEAT 1<br><br>3-Days<br>Free + exp | FLEAT 1<br><br>3-Days<br>Free + exp | IATP at FLETC<br><br>2-weeks<br>$2800 + exp | FLEAT 1<br><br>3-Days<br>Free + exp | Excel Training<br>(12 hr course) (taught locally) |
| FLEAT 2<br><br>3-Days<br>Free + exp | FLEAT 2<br><br>3-Days<br>Free + exp | Basic Analysis Training Course<br><br>5-Days<br>Free + exp. | FLEAT 2<br><br>3-Days<br>Free + exp | FCIC/NCIC Access Training |
| IATP at FLETC<br><br>2-weeks<br>$2800 + exp | IATP at FLETC<br><br>2-weeks<br>$2800 + exp | FLEAT 1<br><br>3-Days<br>Free + exp | IATP at FLETC<br><br>2-weeks<br>$2800 + exp | DAVID Training |
| Analyst Academy<br><br>6-months<br>Free + exp | Analyst Academy<br><br>6-months<br>Free + exp | FLEAT 2<br><br>3-Days<br>Free + exp | Analyst Academy<br><br>6-months<br>Free + exp | Social Media Investigation & Predictive Analytics Training |
| Crime Mapping Conf. (Joint effort between NIJ and IALEIA)<br><br>3-Days<br>$1500 + exp. | Gang Certification Training/Seminar (Florida Gang Investigative Association - FGIA) (Basic Certification)<br><br>$300-$600 + exp | FIAT<br><br>5-Days<br>$600 | Crime Mapping Conf. (Joint effort between NIJ and IALEIA)<br><br>3-Days<br>$1500 + exp. | Advanced Excel Training |
| Staffing and Deployment Seminar<br><br>3-Days<br>$900 + exp. | | Analyst Academy<br><br>6-months<br>Free + exp | Staffing and Deployment Seminar<br><br>3-Days<br>$900 + exp. | FACES Training |

1

Defendant05946



# ILP Training Matrix



| | | | | Investigative Training for TipSoft |
|---|---|---|---|---|
| | | | | |

Denotes courses recommended to be completed in first year within discipline

Denotes courses recommended to be completed in second year within discipline

Denotes courses recommended to be completed in third year and beyond within discipline

To qualify for the matrix, advanced training courses must be a minimum of 24 hours.

FGIA – Florida Gang Investigative Association

FLEAT – Florida Law Enforcement Analyst Training

FIAT – Foundations of Intelligence Analyst Training

IATP – Intelligence Analysis Training Program

2

Defendant05947

# MLSA TRAINING CHECKLIST

| TRAINEE: | | | |
|---|---|---|---|
| **PRIMARY TRAINER:** | | | |
| **START DATE:** | | | |
| OFFICE PROCEDURE | TRAINEE | TRAINER | Date |
| AGENCY ORGANIZATION | | | |
| ANALYTICAL SUPPORT | | | |
| AUTHORIZED DATABASE USAGE | | | |
| COMBINATION TO INSIDE AND OUTSIDE DOORS | | | |
| GENERAL ORDERS | | | |
| INFORMATION SECURITY | | | |
| LEAVE REQUEST | | | |
| LUNCH SCHEDULE | | | |
| OFFICE ETIQUETTE | | | |
| ON-CALL SCHEDULE/NIGHT TIME HOURS ESCORT | | | |
| PATROL DISTRICTS/SECTORS/ZONES | | | |
| PAYCHECK DETAIL | | | |
| PHONE ETIQUETTE | | | |
| QUICKR CALENDAR | | | |
| SICK LEAVE USAGE/SLP | | | |
| TIME SHEETS | | | |
| WORK HOURS/ATTENDANCE/HOLIDAYS | | | |
| | | | |
| ACCESS DATABASES/SHARE DRIVE | | | |
| ADDRESS SECTOR INQUIRY | | | |
| AS400-CRIMES | | | |
| ASSOCIATION MATRIX | | | |
| CAD CAMP | | | |
| CRIME REPORTS/SUPPLEMENTS/CASE ASSIGNMENT | | | |
| CRIMEREPORTS.COM | | | |
| DIRECTORY | | | |
| EMAIL ADDRESS LISTS (BOLOs, ETC...) | | | |
| EMAIL SYSTEM (WEBMAIL) | | | |
| HOME PAGE | | | |
| INMATE MANAGEMENT SYSTEM | | | |
| LENS | | | |
| LOTIS INOTES EMAIL | | | |
| LOTUS NOTES/SAMETIME | | | |
| OFFENDER MAPPING | | | |
| OFFICER SAFETY | | | |
| QUICKR | | | |
| RAPS | | | |
| RMS/CAD OLD AND NEW | | | |

Defendant05948

# MLSA TRAINING CHECKLIST

| | | | |
|---|---|---|---|
| **TRAINEE:** | | | |
| **PRIMARY TRAINER:** | | | |
| **START DATE:** | | | |
| OFFICE PROCEDURE | TRAINEE | TRAINER | Date |
| | | | |
| ASSESSMENTS/STRATEGIC STUDIES | | | |
| FAX COVER SHEET | | | |
| FEEDBACK FORM | | | |
| INFORMATION REQUEST | | | |
| MPR/SELF EVALUATION | | | |
| PERFORMANCE OBSERVATION REPORT | | | |
| PROJECTS DATABASE | | | |
| RIDE-A-LONG | | | |
| TRAINING /TRAVEL AUTHORIZATION | | | |
| TUITION/BOOK REIMBURSEMENT FORM | | | |
| | | | |
| Web-based Data Sources | | | |
| | | | |
| EXCEL | | | |
|   EXCEL COURSE: PREP | | | |
|   EXCEL COURSE: TEACH | | | |
| ACCESS | | | |
| POWERPOINT | | | |
| GIS | | | |
|   GEOCODING | | | |
|   COUNTY SHAPEFILES | | | |
| AVL | | | |
| Crystal Reports | | | |
| PROJECTIONS | | | |
| PROLIFICS | | | |
| | | | |
| | | | |
| COMPLETION OF TRAINING (DATE) | | | |
| TRAINEE SIGNATURE | | | DATE |
| X | | | |
| | | | |
| TRAINER SIGNATURE | | | DATE |
| X | | | |
| | | | |
| SUPERVISORY SIGNATURE | | | DATE |
| X | | | |

Defendant05949