**PASCO SHERIFF'S OFFICE — INTELLIGENCE-LED POLICING — *CHRIS NOCCO, SHERIFF*** 

Revised 01/10/2017

## Prolific Offender Selection Process

**Introduction**

A core component of Intelligence-led Policing is targeting prolific offenders – the small minority of offenders who commit significant amounts of crime – rather than focusing on the individual crimes themselves. Identifying and targeting these "prolific" offenders may be the best way to focus our limited resources. Some studies have shown 6% of the criminals commit 60% of the crime while others estimate 20% of the criminals are responsible for as much as 80% of the crime. Regardless, with limited resources, it is incumbent on us to focus our efforts on those criminals who we have reason to believe are the most serious and prolific offenders.

While a standardized definition of a "Prolific Offender" helps align our agency's strategy, it is important to recognize that crime and criminals are ever-changing and no definition written can capture every type of situation. Criminal events such a violent crime spree, serial rapist, or homicide for example may necessitate temporary realignment of focus as well as the allocation of additional manpower and resources.

The Pasco Sheriff's Office's definition of a prolific offender is based on the frequency and types of offenses an individual has committed or is suspected of having committed. RMS/JMS data is the most viable source for evaluation of chronic offending in Pasco County at this time; however, a limitation is criminal activity outside of the county is not considered. While offenders may have committed offenses in other jurisdictions, or for which they were not suspected, using RMS/JMS data will allow for a quarterly snapshot of verifiable crime and provide an objective dataset.

According to the Pasco Sheriff's Office, a Prolific Offender is a person of any age who meets or exceeds a threshold calculated by weighing his or her three year history of arrests and suspicions for criminal offenses in Pasco County. Additional weight is awarded for violation of probation or parole (VOP), failure to appear (FTA), length of time between offenses, repetitive appearance in criminal incident reports listed as a victim, witness, or other involved, and for having a known gang affiliation.



To qualify for consideration as a prolific offender, and individual <u>must have been arrested at least twice</u> for any of the previously listed ILP-focused offense types. Once qualified, individuals are scored and ranked by the number and severity of offenses committed, gang affiliation, and time since most recent arrest which may diminish or increase the potential for an individual to reoffend.

If an individual will be detained throughout the upcoming evaluation period as determined by PSO's JMS or via a manual review of Department of Corrections or Federal Bureau of Prisons data, he/she is assigned an inactive prolific status. If an individual is deceased, he or she is removed from the selection pool.



Offenders are qualified for selection using a minimum set of criteria and are then scored and ranked to identify which will be considered prolific.

Lastly, identification as a prolific offender does not guarantee that the individual will reoffend. The relationship is a correlation between past and present behavior which may or may not predict future behavior. After individual vetting, the top 100 active individuals by point value under these criteria are assessed as Prolific Offenders in Pasco County.

## Scoring

After being qualified to the pool of offenders, each individual is scored on three criteria:

1. Criminal History (c)
2. Recidivist Factor (r)
3. Enhancements (e)

The equation to calculate an offender's total score (t) is: $t = (c + r) \times e$. Offenders are then ranked in descending order based on their total score.

## Step 1: Criminal History

An offender's criminal history is scored based on the following. Multiple charges on the same arrest or booking are compressed into the highest point value. It is important to note, we have intentionally limited the scoring to the highest charge of a particular arrest or booking for two reasons. The first is to provide a more objective scoring as different law enforcement officers may charge offenders

Page 2 of 4

AVERAGE IS THE TOTAL SCORE FOR THIS SECTION. THEN WE COULD COMBINE STEP 1 AND STEP 2 THROUGH A Z-SCORE.

**Step 3: Enhancements**
1. A 10% enhancement is added to the final score for an active gang member.
2. A 10% enhancement is added to the final score for an individual who is known to deal in or carry firearms. This is calculated based off arrest history and name alerts within RMS.

**Recommendations**

Prolific Offender assessments are conducted quarterly, so rather than purging offenders, they are given "inactive" statuses as they fall off the list and may be reactivated at a later time should they again meet the criteria. Measurable factors such as length of jail sentence(s) and/or number of Juvenile Detention Center (JDC) commitments are under consideration and may be added to the PSO prolific definition criteria in the future.

Note: A **true** definition of "prolific offender" would include unreported offenses such as those that occurred in other jurisdictions. The PSO determined that the best course is to take an objective approach in analyzing information verified by the PSO to identify prolific offenders.