## Rankings of Plaintiffs in Historical Prolific Lists

| List | Yr | MM | File | Dalanea Taylor | Tammy Heilman | Donnie McDougall | Anthony McDougall | Darlene Deegan | Tyler Paneson | Robert A. Jones III | Robert A. Jones IV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2016 | 4 | ProlificRpt201604 | 13 | | | | | | | |
| 2 | 2017 | 1 | PROLIFICS 2017 Q1 | | | 205 | | | 50 | | 198 |
| 3 | 2017 | 4 | PROLIFICS_2017Q2_REPORT_CIA-CA | 1 | | 167 | | | 102 (Jail) | | |
| 4 | 2017 | 7 | List1_20170627 | 1 | | 85 | | | | | |
| 5 | 2017 | 12 | UnReviewedProlificList20171205 | 14 | | 43 | | | 96 | | |
| 6 | 2018 | 6 | Top304Unreviewed | | | 20 | | | 111 | | |
| 7 | 2018 | 11 | Un-vetted Prolifics 20181108 | | | 13 | | | 40 | | |
| 8 | 2019 | 9 | DraftProlificList20190903 | | | 100 | | | | | |
| 9 | 2020 | 12 | UnvettedList202012 | | | 727 | 1222 | | 1697 | | |
| 10 | 2021 | 4 | UnVettedProlificList202104 | | | 1092 | 978 | | 1156 | | |
| 11 | 2021 | 7 | UnvettedList20210708 | | | 528 | 918 | | | | |

Notes:  The numbers under the plaintiff names indicates their ranks in the pool
 The mothers and father of plaintiffs never qualified for the pool (minimum 2 focus arrests in 3 years)
 The most recent three files contained a complete pool list per request of the analysts.
  Due to the low scores / high rankings, no plaintiffs would be selected as prolific offenders from these lists



EXHIBIT 11

Defendant11317