**From:** Melinda Werner
**Sent:** Monday, June 4, 2018 11:15 AM
**To:** AnalystsOnly
**Subject:** Fw: Morning Report



Melinda Werner
RTCC Supervisor
FDLE Certified Law Enforcement Analyst
Real Time Crime Center/ILP
Pasco Sheriff's Office
cell 727-514-8636
mwerner@pascosheriff.org

( For Law Enforcement Use Only)
**The information in this message is considered the property of the originating agency and should be used for Law Enforcement purposes only! If you believe that you have received this information in error, please contact the Pasco County Sheriff's Office at 727-847-5878.**
**Unless otherwise noted, the material contained in this document is considered part of active criminal intelligence and as such, are presently exempt from disclosure via the Florida Public Records Law (F.S.S. 119.07).**

**From:** Teletype
**Sent:** Saturday, June 2, 2018 6:14 AM
**To:** Overnight Email Morning Report; Nicole Fraking
**Subject:** Morning Report

**Rodger Turnbow** G4    18-021464    Grand Theft    13822 Malcolm Ave.
On 05-28-18, at 0900 hours, the victim reported his Hobie kayak stolen from his dock. At 2100 hours, deputies encountered Tyler Paneson and Steven Gibson in possession of a kayak under questionable circumstances. The after a thorough investigation, the owner could not be determined and it was unknown if it was stolen and therefore seized. Detective Duncan conducted a follow up investigation and determined it was the same kayak, developed PC for Paneson and Gibson. Gibson who is in custody on an unrelated matter was arrested, PC exists for Paneson.

Vehicle Burglary Spree    O2    18019367 and 18019363

Detective Hatfield arrested Amber Jo Spearman (3/15/18) in reference to a vehicle burglary spree that occurred on May 13, 2018. Four vehicles were broken into through unlocked doors in the area of Venice Drive and Snyder Ave. At this time, no items have been recovered. Post Miranda, Amber admitted to going into the vehicles to steal change to support her drug habit. She also stated she was present during the original neighborhood check and was at a house on Snyder when the Deputy asked the homeowner if his vehicle was broken into.

**Christine Bowman** 18-22036   Sexual Offender Failure to Register    G4
Det. S. Raymer arrested Sexual Offender Peter Walker for Sexual Offender Failure to Register on 06/01/18. Walker was convicted of Lewd or Lascivious Battery on 05/27/2008 in Marion County, Florida which is a qualifying conviction. An investigation revealed Walker was registered in Pinellas County but had established a residence at 9106 Ogalala St in New Port Richey on 05/21/2018 and failed to register this residence within 48 hours of

Defendant23288

establishment as required by statute. Walker admitted to establishing the residence and failing to register it as required as he "just didn't have the time". Case CWA.

### Jason Marques
O6     18-22076     Information for Deputy     9135 Lunar Drive Port Richey Fl

Deputies responded to the above listed address in reference to a suspicious package delivered by the US postal service. Upon arrival Deputies were informed by the homeowner they received a package from Alabama in an envelope addressed to someone who does not live at their residence. A few moments after the package arrived a red SUV pulled up in front of their home at which time a female described as a black/Hispanic female age 20-30 exited the vehicle wearing nursing scrubs. The female advised she was there to pick up a package for her boyfriend. The female homeowner questioned her as to why they were using her address for deliveries. At this time the male homeowner took pictures of the female and her vehicle at which time the female fled the scene without the package. Economic Crimes was notified because the case seemed to be linked to case 18-21925 which occurred on yesterday's date. The US Postal Inspector was notified and sent an inspector from Tampa to take the package into their custody. The package was not opened as directed by the Postal Inspector.

### Preston Di Virgilis
O5     18-22041     Search Warrant     10236 Willow Dr
On 06/01/2018, PCU 3 executed a search warrant at an address in District 1 at 10236 Willow Dr with the assistance of STAR District 1/3 and PCU1. Information was received that stolen appliances from 4018 Cranbrook Pl were in the residence which were taken in case 18011813. All of the stolen appliances were recovered from the home and arrests were made on Tara Armstrong DOB: ███████ and Joseph Morelli DOB: ███████ for grand theft.

### Charles Troy
Y6     18022139     Child Abuse     4052 Pacente Loop, Wesley Chapel
Yankee Units responded to the above address in reference to a child abuse. According to witnesses on the scene, Sharon Ward, b/f, ███████ went into the bathroom where her 11 year old granddaughter was taking a shower and began striking the child in the face and head because she discovered a snack/food in the child's bedroom. Ward admitted to the above. The child sustained swelling and redness to her eye from the strikes. Ward was arrested for Child Abuse and transported to the jail. The Abuse Hotline was notified.

### Bennie Barrington
Gulf3     18-022151     Armed Robbery / Burglary Battery     16621 Shady Hills Road, Spring Hill
Stephen Rakowski stopped at the Sunoco gas station not realizing they were closed. Stephen observed a black Nissan pull into the gas pump next to him. He was approached by the alleged suspect h/m who told him to give him his money. The suspect struck the victim then pulled out a handgun and Stephen gave him all the money in his wallet ($242). The suspect also took his cell phone out of his lap and fled the scene in an unknown direction in the black Nissan. The investigation is ongoing pending security video from the Sunoco.

Ida6     18022117/18022118     Child Abuse/Domestic Battery     1828 Patriot Lane, Holiday
Deputies responded to the listed address in reference to a child abuse investigation. Once on scene, it was determined the suspect Brian Kuehner ███████ had committed a domestic battery against his wife. An allegation was also made that Brian had shaken their three-week-old child. Bruising was observed on the child's abdomen. The child was taken to Trinity Hospital where it was determined the child had suffered a skull fracture. Forensics responded to the Hospital and Major Crimes Detective B. Mcgavok responded to All Children's Hospital where the child was being transferred. The suspect was also in custody of two of his children from a previous relationship. Telephone contact was made with the suspect who indicated he left the residence after being struck by his wife. He agreed to transfer the children over to his mother so they could be taken to the children's biological mother. It should be noted Brian did not want to meet with deputies as he felt he would be arrested

Defendant23289

without having an opportunity to tell his side of the story. The case will be pending to major crimes for further investigation.

**Bennie Barrington** Platoon 4 conducted 1 prolific offender check.

**Charles Troy** Platoon 8 conducted 1 prolific offender check.


Thank you,
Criminal Process: Teletype - Group Email
Office: 813-235-6045
Fax: 813-235-6176

** Please respond to teletype@pascosheriff.org **