# EXHIBIT 50

*Declaration of Ari Bargil in Support of Plaintiffs' Motion for Summary Judgment on Liability and Incorporated Memorandum of Law*

**From:** sgreiner@pascosheriff.org
**Sent:** Monday, March 30, 2015 12:55 PM
**To:** RICHARD A JONES;SUhal@pascosheriff.org;ANDREW R DENBO;KPhillips@pascosheriff.org;Christian J Chiavetta
**CC:** SHARON FOSHEY
**Subject:** Fw: Top-5 Updated
**Attachments:** All District Top-5 (27MAR15) (FINAL).pptm; All District Top-5 (27MAR15) (short).pptm

Greetings Richard and All:

When not on District Outcome, any effort you put into Star boxes should also attempt to focus on the top 5 identified as prooooolific offenders- so if you have a group, see attached, or part of the group in your box, target them and make arrests when you can. Send a message. We are going to keep watching you.  If we can get them to stop criminal behavior, the goal is to get them to move away or go to prison on new charges we discover, that's what we are looking for! Note that on your daily activity report to me if its a catch off the top5 group. Keep using ILP and let me know if you need to bounce any ideas off me and keep up the good work! Remember to try to split your efforts between the D.O. (like when Ace is off), and Star boxes.  There is plenty of work to go around and a target rich environment.

*Sgt. Steve Greiner MA*
*Pasco Sheriff's Office*
*Law Enforcement Operations Bureau*
*District II*
*352-518-5013*
*727-277-7181*
*We Fight As One.*

*Confidentiality Notice:  The information contained in this e-mail, including any attachments, is intended only for the recipient(s) and may contain confidential and privileged information.  Information should not be released to the media, the general public or over non-secure Internet servers.  Any unauthorized review, use, disclosure, or distribution is prohibited without prior approval of the sender.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original messages.  According to Statute 119, Intelligence information is exempt from public records release.*

-----Forwarded by Steven Greiner/PSO on 03/30/2015 12:43PM -----

To: Kenneth Gregory/PSO@PSO, James Mallo/PSO@PSO, Brett Landsberg/PSO@PSO, Sharon Foshey/PSO@PSO, William Lawless/PSO@PSO, Michael Jones/PSO@PSO, Steven Greiner/PSO@PSO, Jeffrey Peake/PSO@PSO
From: Anthony Gallo/PSO
Date: 03/27/2015 04:34PM
Cc: Shelley Gardner/PSO@PSO, Amy Parish/PSO@PSO, Melinda Werner/PSO@PSO, Ayralynne Pazdur/PSO@PSO, Diane Lawson/PSO@PSO, Jennifer Hadfield/PSO@PSO
Subject: Top-5 Updated

ALCON,

Please find attached an updated copy of the Top-5.  I've attached the short version which just shows the Top-5 list and I also attached the longer version which includes their associates.  Can you please push this out to your teams?

Thanks,

(See attached file: All District Top-5 (27MAR15) (FINAL).pptm)
(See attached file: All District Top-5 (27MAR15) (short).pptm)

V/r,

**Exhibit 50 - Page 1 of 2**

Defendant24425

Tony

ANTHONY "TONY" L. GALLO SR.
*Intelligence Led Policing Manager*
Pasco County Sheriff's Office
727-277-7232 (C)
727-816-1596 (W)
agallo@pascosheriff.org

*This correspondence is from a law enforcement agency and may contain confidential, secret, classified and/or privileged communications. Unauthorized use of this information may subject you to criminal and civil penalties. This document is the property of the Pasco County Sheriff's Office and may not be disseminated without authorization. As such this document may be exempt from public record as defined in Florida State Statute Chapter 119*

Exhibit 50 - Page 2 of 2

Defendant24426