UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR, et al.,

    Plaintiffs,

v.                                      CASE NO. 8:21-cv-555-SDM-CPT

CHRIS NOCCO,

    Defendant.
_____/

## ORDER

In violation of Rule 5.2, Federal Rules of Civil Procedure, the plaintiffs submit an unredacted attachment (Doc. 118-9) revealing the birthday of several non-parties. The attachment (Doc. 118-9) is **STRICKEN WITHOUT PREJUDICE**. The clerk must delete the image of the attachment (Doc. 118-9).

ORDERED in Tampa, Florida, on June 8, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE