UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR, et al.,

    Plaintiffs,

v.                                    CASE NO. 8:21-cv-555-SDM-CPT

CHRIS NOCCO,

    Defendant.
_____/

### CORRECTED ORDER[*]

The parties' unopposed motion (Doc. 151) to extend the time within which to respond to the cross motions (Docs. 115, 139) for summary judgment is **GRANTED**.  The parties must respond to the cross motions for summary judgment not later than **JULY 18, 2022**.

ORDERED in Tampa, Florida, on June 15, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] This corrected order supersedes the earlier order at Doc. 152.