UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

        Plaintiffs,

v.                               CASE NO.:  8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

        Defendant.

_____/

## NOTICE OF NON-ELECTRONIC FILING AND FILING UNDER SEAL PURSUANT TO COURT ORDER (DKT. 114)

Defendant CHRIS NOCCO, in his official capacity as Pasco County Sheriff, by and through undersigned counsel, and pursuant to this Court's Order dated June 6, 2022 (Dkt. 114) granting the Parties' Joint Motion to Make Non-Electronic Filing and File Under Seal (Dkt. 111), and the Unopposed Motion to Supplement the Joint Motion to Make Non-Electronic Filing and to File Under Seal (Dkt. 112), hereby gives notice that two (2) flash drives containing videos and confidential records referenced in the Motion for Summary Judgment by Defendant Sheriff (Dkt. 115), have been sent by overnight mail to the Clerk of the Court.

## NON-ELECTRONIC FILING

1.    Body-worn Camera Videos:

      • #1 through #121

2. <u>Deposition Video Exhibits</u>:

- Video exhibits to the Deposition of Mark Celeste taken on January 4, 2022 (Dkt. 121):

  – Exhibit "K" – Video 3-28-16 Code Violation-2

  – Exhibit "M" – Video Sheriff's Office Investigation.mp4

  – Exhibit "S" – Video 3-14-18

- Video exhibits to the Deposition of Tammy Heilman taken on March 23, 2022 (Dkt. 124):

  – Exhibit "28" – Body Cam Footage Extraction 1.1 County Ordinance Chickens

  – Exhibit "29" – Body Cam Footage 11-7-17 X83015724

  – Exhibit "30" – Body Cam Footage 7-26-18 X83015725

  – Exhibit "31" – Body Cam Footage 5-23-18 X83046953

- Video exhibits to the Deposition of Andrew Denbo taken on January 4, 2022 (Dkt. 126):

  – Exhibit "11" – Video 12-26-15 Contribute to Delinquency-2

  – Exhibit "12" – Video 12-26-15 Contribute to Delinquency

  – Exhibit "23" – Video Battery on LEO-17

- Video exhibits to the Deposition of Robert Jones III taken on January 27, 2022 (Dkt. 131):

  – Exhibit "28" – Jones 9-22-15 Search by Consent Video

  – Exhibit "29" – Jones 9-22-15 Encouraging to Avoid Crime Video

  – Exhibit "73" - Body Cam Extraction 1.116012033 Video

- Video exhibits to the Deposition of David Kennedy taken on March 21, 2022 (Dkt. 132):

  – Exhibit "1" – Taylor Video 2-25-18
  – Exhibit "2" – Taylor Video 3-31-18

  – Exhibit "3" – Heilman Video 3-3-2016

  – Exhibit "4" – Heilman Video 9-18-18

  – Exhibit "5" – Heilman Video 8-9-20

- Video exhibits to the Deposition of Pedro Ojeda taken on January 12, 2022 (Dkt. 136):

  – Exhibit "H" – Body-worn Camera Video

  – Exhibit "I" – Extraction 1.1 Code Invest-2 mp4

- Video exhibits to the Deposition of Dalanea Taylor taken on May 18, 2022 (Dkt. 137):

  – Exhibit "2" – 1-1-2018 Body Cam Video

  – Exhibit "3" – 3-3-2018 Body Cam Video

  – Exhibit "4" – 2-25-2018 Body Cam Video

- Video exhibits to the Deposition of Paul Reagan taken on January 11, 2022 (Dkt. 138):

  – Exhibit "9" – Video Axonflex 2x8 12-29-2017

  – Exhibit "11" – Video Extraction _1.1 Battery_on_LEO_4

### FILING UNDER SEAL

1.  Agency Documents:

- ILP Directive Final (July 12, 2021)

- STAR Team Manual (2021)

2.    <u>CAD Reports, Incident Reports with Corresponding BWC</u>:

- Deegan – CAD and Incident Reports with corresponding BWC

- Heilman – CAD and Incident Reports with corresponding BWC

- Jones – CAD and Incident Reports with corresponding BWC

- Taylor – CAD and Incident Reports with corresponding BWC

3.    <u>Confidential Juvenile Records</u>:

- Robert Jones IV

- Donnie McDougall

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  23rd  day of June, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **Ari S. Bargil, Esquire** (*abargil@ij.org*), Institute For Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, Florida 33131; **Joshua A. House, Esquire** (*jhouse@ij.org*) and **Caroline Grace Brothers, Esquire** (*cgbrothers@ij.org*), Institute For Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203; and **Robert E. Johnson, Esquire** (*rjohnson@ij.org*), Institute For Justice, 16781 Chagrin Boulevard, Suite 256, Shaker Heights, Ohio 44120.

I further certify that a copy of the foregoing Notice and exact copies of the flash drives have been sent by overnight mail to:  **Caroline Grace Brothers, Esquire**, Institute For Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203.

*s/ Robert D. Holborn II*
THOMAS W. POULTON, ESQ.
Florida Bar No.:  0083798
Email:  *poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  0091197
Email:  *grant@debevoisepoulton.com*
ERIN M. TUECHE, ESQ.
Florida Bar No.:  0045104
Email:  *tueche@debevoisepoulton.com*
ROBERT D. HOLBORN, II, ESQ.
Florida Bar No.:  0044186
Email:  *holborn@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida  32792
Telephone:  407-673-5000
Facsimile:  321-203-4304
Attorneys for Defendant Sheriff Nocco