# EXHIBIT 16

*Declaration of Ari Bargil in Support of Plaintiffs' Motion for Summary Judgment on Liability and Incorporated Memorandum of Law*



**A**

**D3 - Actionable Intelligence (3 MAR 16) WORKING COPY V2**

Exhibit 16 - Page 1 of 84

 **ACTIONABLE INTELLIGENCE**
Law Enforcement Sensitive 

# DISTRICT 3
## CAPT JENKINS

## MELINDA WERNER/
## ALEX NAVARRO MCGAHA
**(DISTRICT ANALYSTS)**
**(9- hours)**

Exhibit 16 - Page 2 of 84

Defendant14802



**ACTIONABLE INTELLIGENCE**
Law Enforcement Sensitive

## Code Enforcement
## District # 3

**Total from 2/29/16-3/7/16 =** $7,057.00          **Total amount YTD=** $21,204.00

**2/29/16**
█████████ – Citation issued to █████████████ for junk/debris. **$148.00**

**3/1/16**
**3229 PRIMROSE DR -** No mailbox numbers. (Donny McDougal's house) **$48.00**

**3/2/16**
█████████ – Citation issued to █████████ for unregistered vehicles **$408.00**

**3/3/16**
█████████ – ██████████████ **house)** Permitted Use Violation, Took photographs and holding citations until needed

**3229 PRIMROSE DR –**. (Donny McDougal's house) Permitted Use Violation for having chickens (X5) **$2,518.00**

█████████ – Assist Property Crimes, citation issued to ███████ for no mailbox numbers, junk, overgrown **$369.00**

**3/4/16**
█████████ – Assist D1 Code Corporal, cited ███████ for multiple violations **$3,048.00**.

**3/5/-3/6 –** Conducted bar checks at ████ and ████████ ████████████ and ████████ ) No alcohol violations observed.

Conducted business check at ████████████ ) and issued ████████ a citation for not displaying business license. ***OPERATING AS A BOTTLE CLUB ILLEGALLY*** **$518.00**

**Exhibit 16 - Page 3 of 84**

Defendant14816

## ACTIONABLE INTELLIGENCE
Law Enforcement Sensitive

## Code Enforcement
## District # 3

| Date | Defendant | District | Location | Violation | Fine Amount | Week Total | Notes |
|------|-----------|----------|----------|-----------|-------------|------------|-------|
| 2/29 | ■ | 3 | ■ | Junk | 148.00 | $7,057.00 | |
| 3/1 | Tammy Heilman | 3 | 3229 PRIMROSE DR | Mailbox numbers | 48.00 | | |
| 3/2 | ■ | 3 | ■ | Unregistered vehicle X3 | 408.00 | | |
| 3/3 | ■ | 3 | ■ | Permitted Use | | | Holding citations until needed |
| 3/3 | Tammy Heilman | 3 | 3229 PRIMROSE DR | Permitted Use X5 | 2,518.00 | | Five chickens on property zoned R4 |
| 3/3 | ■ | 3 | ■ | Junk, overgrown, mailbox numbers | 369.00 | | Assist property Crimes |
| 3/4 | ■ | 1 | ■ | Multiple | 3,048.00 | | Assist D1 Code Corporal |

Exhibit 16 - Page 4 of 84

Defendant14817



MOVIN ON TO TOP-5 AND TARGET OF THE MONTH.

Exhibit 16 - Page 5 of 84

Defendant14819



# ACTIONABLE INTELLIGENCE
### Law Enforcement Sensitive

## DISTRICT 3
## TOP 5

Number after
name represents
days on target list

**ROBERT ARTHUR JONES, IV,
AKA BOBBY JONES – 29**
W/M; DOB          /99
LKA: 3810 HEADSAIL DR , NPR (12)
CRIMINAL ACTIVITY: BURGLARY, NARCOTICS
SANCTIONS: N/A (CHARGES PENDING)

-111
B/M; DOB:
LKA:                    (13)
CRIMINAL ACTIVITY: PROPERTY CRIMES
SANCTIONS: N/A (CHARGES PENDING)

- 29
W/M; DOB:            (12)
CRIMINAL ACTIVITY: PROPERTY CRIMES,
TRESPASSING, LOITERING
SANCTIONS: N/A (CHARGES PENDING)

- 81
B/M; DOB
LKA:
FREQUENTS            (15)
CRIMINAL ACTIVITY: VEHICLE THEFT,
BURGLARY, NARCOTICS.
SANCTIONS: N/A (CHARGES PENDING)

- 29
B/M; DOB:
LKA:                    (15)
CRIMINAL ACTIVITY: VEHICLE THEFT,
NARCOTICS; FALSE ID TO LEO
SANCTIONS: N/A (CHARGES PENDING)

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST



UPDATE: 3/7/16: NO CHANGES THIS WEEK, PLEASE NOTE _____ GETS OUT 3/13 FROM JDC. _____ S MOVE TO BEACON SQUARE IN THE PROCESS OF BEING CONFIRMED
THAT IT HAS OCCURRED.

UPDATE 3/1/16: _____ STILL IN PINELLAS JDC, EXPECTED RELEASE DATE IS 3/13/16, OTHERWISE, NO UPDATES
2/24/2016: NO CHANGES TO THIS SLIDE ... QUICK RUN DOWN OF THESE FOLKS ... _____ IS STILL DETAINED IN LOL, BLANCO IS STILL LIVING IN A HOTEL OVER IN D1 WITH
HIS FOLKS, _____ IS STILL IN JDC IN PINELLAS, _____ ????????, _____ JONES ???????
2/17/2016: THE UPDATE TO THIS SLIDE IS THAT _____ WAS RELEASED FROM JDC ON THE 13TH AND IS STILL IN A HOTEL ROOM OVER IN D1
UPDATE 2/15/16: _____ RELEASED FROM JDC ON 2/13, ALSO NOTE ROOM NUMBER CHANGE FROM 108 TO 204 FOR BELMONT HOTEL ROOM, PER DJJ, HIS FATHER STATED
THEY SHOULD BE OUT OF THERE THE BEGINNING OF _____ RCH

UPDATE 2/9/16: _____ REPLACES _____ IN TOP 5, IS IN JDC UNTIL 2/13; _____ HAS BEEN TRANSFERRED TO PINELLAS JDC AND IS SET TO BE
RELEASED 2/24; _____ AND BOBBY JONES REPLACE _____ AND _____
UPDATE 2/2/2016: _____ DETAINED 2/2/16 FOR BATTERY AND ASSAULT ON RALLY LN, TAKEN TO D1 FOR INTERVIEWING IN 1/30 CARPLEX DR HOME INVASION;
_____; EXPECTED RELEASE DATE 2/3 FROM JDC
UPDATE 1/26/2016: _____ ARRESTED 1/24 IN PINELLAS JDC FOR POSSESSION OF COCAINE, IS IN PINELLAS JDC, NO PROJECTED RELEASE DATE IN THE SYSTEM YET
UPDATE 1/19/2016: THE PROPOSED CHANGES HAVE NOT BEEN _____ DE YET TO THE TOP 5 DUE TO TRAINING AND HOLIDAY OCCURRING, AS WELL AS RENEWED ACTIVITY
AMONGST SOME OF THE CURRENT TOP 5 MEMBERS/ASSOCIATES; _____ ARRESTED FOR DSP ON 1/13, IN JDC WITH EXPECTED RELEASE DATE OF 2/3/16
UPDATE 01/12/2016: _____ RELEASED FROM JDC ON 01/09
UPDATE 01/05/2016: _____ TRANSFERRED TO PINELLAS JDC ON 12/31, EXPECTED RELEASE DATE IS STILL 1/9/16; NO OTHER CHANGES
UPDATE 1/29/2015: CORRECTED _____ S DOB FROM _____ TO _____ OTHERWISE, NO CHANGES; EXPECTED RELEASE DATE 1/9/16
UPDATE 12/22/15: NE _____ TOP 5 MEMBER _____ CURRENTLY IN JDC, EXPECTED RELEASE DATE IS 1/9/16
UPDATE 12/15/15: _____ TRANSFERRED TO ADULT JAIL; _____ MOVED TO NY, IS IN THE PROCESS OF BEING REPLACED
UPDATE 12/8/15: _____ ARRESTED 12/8 FOR BURGLARY, _____ RELEASED FROM JDC ON 12/3
UPDATE 12/1/15: _____
UPDATE 11/24/15: NE _____ TOP 5 MEMBERS, _____ AND _____ MISSED COURT ON 11/16, FTA ISSUED, HOWEVER AN ERROR
WAS MADE AND IT WAS ISSUED IN _____ S NAME INSTEAD AND IS CURRENTLY ACTIVE IN WARRANTS SYSTEM.
UPDATE 11/17/15: _____ ON HOME DETENTION, MISSED COURT ON 11/16 AND JUDGE ISSUED AN FTA, HOWEVER IT'S NOT YET ACTIVE OR SHOWING
IN RMS
UPDATE 11/10/15: _____ ARRESTED 11/4 FOR AUTO BURGLARY
UPDATE 11/3/15: _____ S ORDER TO TAKE INTO CUSTODY FINALLY SERVED! _____ ARRESTED 11/2 FOR DOMESTIC BATTERY BUT DIDN'T SCORE FOR
DETENTION SO WAS RELEASED, REPORT IS NOT IN RMS YET.
UPDATE 10/27/15: _____ NO LONGER ON HOME DETENTION STATUS
UPDATE 10/20/15: _____ NO LONGER ON DETENTION STATUS, ADDED _____
_____ ON HOME DETENTION UNTIL END OF WEEK, AND ALSO HAS ACTIVE FTA FOR CURFEW VIOLATION UNDER THE NAME " _____ WHO ARE ALSO ASSOCIATES OF _____ BUT NO ONE HAS SERVED IT
YET _____ ARRESTED, AT JDC AS OF 10/16 FOR A BURGLARY THAT OCCURRED BACK IN _____ Y. _____ STILL IN JAIL.
UPDATE 10/6/15: UPDATED TO SHOW _____ JDC STATUS IN HILLSBOROUGH; _____ ARRESTED 10/4 ON PC FOR BURGLARY BUSINESS, GRAND THEFT, CRIMINAL MISCHIEF,
VEHICLE THEFT.
UPDATE 9/22/15: _____
_____ WAS DETAINED THIS WEEK ON A PC FOR PETITE THEFT, _____ IS NOW ON PROBATION.
NO CHANGES TO TOP 5 MEMBERS.

19

Exhibit 16 - Page 6 of 84

Defendant14820



UPDATE 3/7/16: ██████████'S WARRANTS NO LONGER ACTIVE, STILL IN DJJ
COMMITMENT PROGRAM

UPDATE 3/1/16: ██████████' STATUS CHANGED FROM DIVERSION TO JUVENILE
PROBATION, NO OTHER CHANGES
NO CHANGES TO THIS SLIDE
UPDATE 2/22/16: NO CHANGES THIS WEEK
UPDATE 2/15/16: ADDED PROBATION NOTATION TO ██████████, AS IT WAS,
INADVERTANTLY, LEFT OFF LAST WEEK.  ADDED ACTIVE WARRANT FOR ████████
DIRECT FILE INTRO INTO OR POSS CONTRA IN A CDF.
2/9/16: NEW TOP 5 MEMBER, BOBBY JONES

Exhibit 16 - Page 7 of 84

Defendant14824

# B

**D3 - Actionable Intelligence (10 MAR 16)**

Exhibit 16 - Page 8 of 84



# ACTIONABLE INTELLIGENCE
Law Enforcement Sensitive

# DISTRICT 3
# CAPT JENKINS

# MELINDA WERNER/
# ALEX NAVARRO MCGAHA
### (DISTRICT ANALYST)
### (12 - hours)

Exhibit 16 - Page 9 of 84
Defendant15321

 

# ACTIONABLE INTELLIGENCE
## Law Enforcement Sensitive

## AIM MEETING NOTES
## 03/01/2016

**TARGET OF THE MONTH:** NEW TARGET OF THE MONTH, ███████████ INTRODUCED.

**TOP 5:**

████████: DEP COLLINS: STILL DETAINED, IS IN CONFINEMENT RIGHT NOW. ████████████ IS USING HIS EMAIL ACCOUNT RIGHT NOW TO CONTACT ██████████ AND PASS PHONE NUMBERS. CAPT REQUESTED ATTENTION BE PAID TO ████████████ WHILE ████████ IS IN. ████████████ SAID THAT ██████████ HAD COURT YESTERDAY AND IT LOOKS LIKE SHE MAY BE SENT BACK TO JUVENILE COURT.

**JONES:** DEP BOLLENBACHER ATTEMPTED CONTACT, DAD NOT ANSWERING DOOR. WILL BE TAKING CPL CELESTE (CODE ENFORCEMENT) WITH HIM TO VISIT DAD. INFORMANT TOLD ████████████ THAT JONES' YOUNGER SIBLINGS HAD A LEMONADE STAND, LOCAL DRUG DEALERS CAME BY AND YELLED TO STOP TAKING AWAY THEIR BUSINESS. IT APPEARS THE YOUNGER ONES ARE BEING USED AS LOOKOUTS.

████████: DEP BOLLENBACHER: RECEIVED WORD HE WAS GOING TO HANG OUT NEAR RIVER RIDGE LAST WEEK BUT DIDN'T OCCUR. ██████████ IS OUT, FAMILY HAS LEFT HIM SO NOT SURE WHO HE IS WITH, MOM IS IN NY. NOT SURE WHERE HE IS. DET SHADRICK SAID ████████████ HAD COURT YESTERDAY BUT STILL NO DETERMINATION ABOUT WHERE HIS CASE IS GOING.

████████: DEP COLLINS: ARRESTED 2/21 BY TARPON SPRINGS FOR ROBBERY BY SUDDEN SNATCHING. THERE WAS A TIP THAT ██████████ FATHER WAS GOING TO ALLOW ████████████ TO STAY WITH HIM WHEN HE GETS OUT AS LONG AS HE STAYS OUT OF TROUBLE.

████████: DEP WILLIAMSON: STILL SAYS HE'S LOOKING FOR A JOB. HAS A BICYCLE HE RIDES AROUND ON, IS ALWAYS THERE WHEN WILLIAMSON GOES BY EXCEPT FOR ONLY A FEW TIMES. INFO RECEIVED THAT HE'S BEEN SMOKING MARIJUANA BUT NOT DOING ANYTHING WILD.

**PCU:**

████████: OAK RIDGE, HAS SOME PRINTS

████████: NATURE'S HIDEAWAY, HAS SOME PRINTS. 2015 HYUNDAI SONATA, PINELLAS HAD A STOLEN VEH, ON STAR PINGED OFF GREY FOX, VEHICLE EVENTUALLY LOCATED AT ████████████, IN NPR'S JURISDICTION, SET UP ON HOUSE, K9 DID A TRACK, PICKED ONE UP FROM CAR INTO ENTRY TO HOUSE. 1 FEMALE JUVENILE CAME OUT OF HOUSE, RUNAWAY, BUT NOT HABITUAL. 3 MALES CAME OUT, ████████████, DONNIE MCDOUGALL AND ████████████. INTERVIEWED ALL 3, ENDED UP ARRESTING ████████████, CONFESSED, WOULDN'T SAY WHO ELSE WAS IN THE CAR, SAID HE WAS IN THE BACK PASSENGER SEAT. SAID HE DIDN'T WANT TO GET HIS "COUSIN" (████████████) IN TROUBLE. ████████████ WAS FEMALE IN THE CAR.

████████: RESEARCHED 370Z'S, ONLY 13 IN PASCO, SILVER, THERE'S ONE AT THE NE CORNER OF FOXWOOD. TRYING TO TIE IT TO HERITAGE SPRINGS.

**Exhibit 16 - Page 10 of 84**




# ACTIONABLE INTELLIGENCE
## Law Enforcement Sensitive



# DISTRICT 3
# TOP 5

**-104**

B/M, DOB:
LKA: _____ (I3)
CRIMINAL ACTIVITY: PROPERTY CRIMES
SANCTIONS: N/A (CHARGES PENDING)

Number after name represents days on target list

**ROBERT ARTHUR JONES, IV, AKA BOBBY JONES – 22**
W/M; DOB ___/99
LKA: 3810 HEADSAIL DR , NPR (I2)
CRIMINAL ACTIVITY: BURGLARY, NARCOTICS
SANCTIONS: N/A (CHARGES PENDING)



**- 22**

W/M, DOB:
LKA: _____ (I2)
CRIMINAL ACTIVITY: PROPERTY CRIMES, TRESPASSING, LOITERING
SANCTIONS: N/A (CHARGES PENDING)




**– 74**

B/M;
LKA:
_____, FREQUENTS
_____ (I5)
CRIMINAL ACTIVITY: VEHICLE THEFT, BURGLARY, NARCOTICS.
SANCTIONS: N/A (CHARGES PENDING)



**- 22**

B/M, DOB:
LKA: _____ (I5)
CRIMINAL ACTIVITY: VEHICLE THEFT, NARCOTICS; FALSE ID TO LEO
SANCTIONS: N/A (CHARGES PENDING)

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

**Exhibit 16 - Page 11 of 84**

Defendant15338



**UPDATE: 3/7/16:**

UPDATE 3/1/16 ████████ STILL IN PINELLAS JDC, EXPECTED RELEASE DATE IS 3/13/16, OTHERWISE, NO UPDATES
2/24/2016  NO CHANGES TO THIS SLIDE ... QUICK RUN DOWN OF THESE FOLKS ... ████████ IS STILL DETIANED IN LO███████ IS STILL LIVING IN A HOTEL OVER IN D1 WITH HIS FOLKS ████████ IS STILL IN JDC IN PINELLA ██████ ?????????, ████████ ????????
2/17/2016: THE UPDATE TO THIS SLIDE IS THA ████████ WAS RELEASED FROM JDC ON THE 13TH AND IS STILL IN A HOTEL ROOM OVER IN D1
UPDATE 2/15/16 ████████ RELEASED FROM JDC ON 2/13, ALSO NOTE ROOM NUMBER CHANGE FROM 108 TO 204 FOR BELMONT HOTEL ROOM, PE████ HIS FATHER STATED THEY SHO  LD BE O  F THERE THE BEGINNING OF MARCH

UPDATE 2/9/16 ████████ REPLACES ████████Y IN TOP 5, IS IN JDC UNTIL 2/13 ████████ HAS BEEN TRANSFERRED TO PINELLAS JDC AND IS SET TO BE RELEASED 2/24; ████████ AND ██ REPLAC███████ AND TH████████
UPDATE 2/2/2016: ████████ DETAINED 2/2/16 FOR BATTERY AND ASSAULT ON RALLY LN, TAKEN TO D1 FOR INTERVIEWING IN 1/30 GARFIELD DR HOME INVASION;
████████ EXPECTED RELEASE DATE 2/3 FROM JDC]
UPDATE 1  20  ████████ ARRESTED  24 IN PINELLAS FOR POSSESSION OF COCAINE, IS IN PINELLAS JDC, NO PROJECTED RELEASE DATE IN THE SYSTEM  YET
UPDATE  9  20  ████████ED CHANGES HAVE NOT BEEN MADE YET TO THE TOP 5 D  E TO TRAINING AND HOLIDAY OCC  RRING, AS WELL AS RENEWED ACTIVITY AMONGST SOME OF THE CURRENT TOP 5 MEMBERS/ASSOCIATES ████████ ARRESTED FOR DSP ON 1/13, IN JDC WITH EXPECTED RELEASE D ATE OF 2/3/16
UPDATE 01/12/2016 ████████ RELEASED FROM JDC ON 01/09
UPDATE 0  05  20 ████████ TRANSFERRED TO PINELLAS JDC ON 12/31, EXPECTED RELEASE DATE IS STILL 1/9/16; NO OTHER CHANGES
UPDATE 12/29/2015: CORRECTI████████'S DOB FROM ████████ TO ████████ OTHERWISE, NO CHANGES; EXPECTED RELEASE DATE 1/9/16
UPDATE 12/22/15: NEW TOP 5 MEMBER ████████, CURRENTLY IN JDC, EXPECTED RELEASE DATE IS 1/9/16
UPDATE 12/10/15: ████████ TRANSFERRE ████████ JAIL ████████ MOVED TO NY, IS IN THE PROCESS OF BEING REPLACED
UPDATE 12/8/15: ████████ ARRESTED 12/8 FOR BURGLARY ████████ RELEASED FROM JDC ON  2
UPDATE  2    5 ████████ ARRESTED 11/26 (PASCO JAIL) ████████ ARRESTED 11/28 (PASCO JAIL)
UPDATE 11/24/15: NEW TOP 5 MEMBERS ████████ AN ████████ MISSED COURT ON 11/16, FTA ISSUED, HOWEVER AN ERROR WAS MADE AND IT WAS ISSUED █████████████'S NAME INSTEAD AND IS CURRENTLY ACTIVE IN WARRANTS SYSTEM.
UPDATE 11/7/1 ████████ ON HOME DETENTION ████████ MISSED COURT ON 11/16 AND JUDGE ISSUED AN FTA, HOWEVER IT'S NOT YET ACTIVE OR SHOWING IN RMS
UPDATE 11/10/15: ████████E ARRESTED 11/4 FOR AUTO BURGLARY
UPDATE 11/3/15 ████████ ORDER TO TAKE INTO CUSTODY FINALLY SERVED ████████ ARRESTED 11/2 FOR DOMESTIC BATTERY BUT DIDN'T SCORE FOR DETENTION SO WAS RELEASED.  REPORT IS NOT IN RMS YET.
UPDATE 10/27/1 ████████ N  L  NGER  ON DETENTION STATUS, ADDED ████████ (WHO ARE ALSO ASSOCIATES OF ████████).
████████ ON HOME DETENTION UNTIL END OF WEEK, AND ALSO HAS ACTIVE F TA FOR CURFEW VIOLATION UNDER THE NAME ████████ BUT NO ONE HAS SERVED IT ████████ ARRESTED, AT JDC AS OF 10/16 FOR A BURGLARY THAT OCCURRED BACK IN MAY ████████ AND ████████ STILL
UPDATE 10/6/15: UPDATED TO SHOW ████████'S JDC STATUS IN HILLSBOROUGH ████████ ARRESTED 10/4 ON PC FOR BURGLARY BUSINESS, GRAND THEFT, CRIMINAL MISCHIEF, VEHICLE THEFT.
  PDATE 9  22   5:
████████ WAS DETAINED THIS WEEK ON A PC FOR PETITE THEFT ████████ IS NOW ON PROBATION.
NO CHANGES TO TOP 5 MEMBERS

**Exhibit 16 - Page 12 of 84**

Defendant15338

# C

**D3 - Actionable Intelligence (7 APR) FINAL**

Exhibit 16 - Page 13 of 84

Defendant15105



*ACTIONABLE INTELLIGENCE*
Law Enforcement Sensitive

## DISTRICT 3
## CAPT JENKINS

# MELINDA WERNER/
# ALEX NAVARRO MCGAHA

**(DISTRICT ANALYSTS)**
**(10- hours)**



Exhibit 16 - Page 14 of 84



# ACTIONABLE INTELLIGENCE
## Law Enforcement Sensitive

## D3 Big Four Data – IDA
## (03/28 – 04/03/16)

16-11802, 11815, 11961, 11968, 11971, 12003, 12015, 12019, 12030, 12061, 12071, 12072, 12074, 12076, 12122, 13182, 13184: (FLORAMAR/GULF HARBORS) BETWEEN 3/26 AND 3/28

BOBBY JONES, JR /99 — DETAINED PASCO JDC

BOBBY JONES, SR /77

**STARS REPRESENT PREVIOUS AUTO BURGLARIES, SQUARES REPRESENT ACTIVITY OCCURRING AFTER 4/3/16**

UPDATE: BOBBY JONES, JR STILL IN JDC, EXPECTED RELEASE DATE IS 4/19/16. JONES, SR AND A PO1, DET WILLIAMSON IS FOLLOWING UP REGARDING HIS POSSIBLE INVOLVEMENT. ADDITIONAL ACTIVITY OCCURRED THE NIGHT OF 4/4/16; A BLACK DODGE RAM, FL TAG _____ WAS STOLEN FROM _____ (16-13184). ALSO ON MARLIN DR, 3 UNSECURED VEHICLES WERE RUMMAGED THROUGH AND ONE OF THE VICTIMS SAW A MALE SUSPECT LEAVING IN A BLACK DODGE RAM (16-13182). AN ADDITIONAL WITNESS SAW A BLACK DODGE TRUCK AND A RED JEEP PATRIOT LEAVING. THE DRIVER OF THE DODGE WAS A WM, APPRX 20 YRS OLD, WITH SHORT BROWN HAIR. THE RAM IS EQUIPPED WITH AN ONSTAR TYPE DEVICE AND HAD GPS HITS IN CLEARWATER. _____ WAS MENTIONED AS _____ _____ BONDED OUT.

BETWEEN 03/26/16 AND 03/28/16 A TOTAL OF 13 REPORTS WERE TAKEN INVOLVING APPROXIMATELY 20-25 AUTO BURGLARIES IN THE FLORAMAR AREA/GULF HARBORS AREA. THE MAJORITY OF THE VEHICLES WERE UNLOCKED AND VARIOUS ITEMS WERE TAKEN INCLUDING WALLETS, GUNS, MONEY ELECTRONICS. SIGNBOARDS HAVE BEEN PLACED AT THE _____ LOCATION WARNING THE PUBLIC TO LOCK THEIR VEHICLE DOORS. TRASH PULLS AND SURVEILLANCE WERE SUBSEQUENTLY CONDUCTED. AS A RESULT OF THE _____ _____ ACE AND STAR WERE ABLE TO LINK 3 CASE NUMBERS, SPANNING 2 DAYS OF AUTO BURGLARIES TO PROPERTY LOCATED IN THE _____ WITH THE RESULTS OF THE _____ AND ADDITIONAL INTEL, A SEARCH WARRANT WAS ABLE TO BE OBTAINED AND SERVED ON BOBBY JONES' HOME. THE JONES' HOME, AS APOINT OF REFERENCE (CIRCLED ON MAP), IS LOCATED AT 3810 HEADSAIL DR. BOBBY JONES, JR IS GOING TO BE CHARGED WITH AUTO BURGLARY AND POSSESSION OF MARIJUANA AND BOBBY JONES, SR, WITH CHILD NEGLECT AND POSSESSION OF MARIJUANA. ALSO IN THE HOME AT THE TIME THE SEARCH WARRANT WAS SERVED, WAS _____ AND A BABY FOR WHOM SHE WAS CARING. _____ WAS NOT CHARGED.

**ACTION REQUIRED: CONTINUE TO INCREASE PATROLS BETWEEN THE HOURS OF 2300 AND 0800 AND FIR ANYONE IN THE AREA DURING THE OVERNIGHT HOURS.**

**AIM NOTES:** 3/30/16, BURGLARIES DISCUSSED. _____ WERE WORKED AS A JOINT EFFORT BETWEEN ACE, STAR, PCU. THE GOAL IS TO CHARGE BOBBY JONES, JR WITH ALL OF THE BURGLARIES. IT'S POSSIBLE THAT _____ AND S_____ WERE ALSO INVOLVED. 12.5 (03/29/2016)

Exhibit 16 - Page 15 of 84



# *ACTIONABLE INTELLIGENCE*

Law Enforcement Sensitive

## AIM MEETING NOTES

## 03/31/2016

**CAPT JENKINS:** SENT ANOTHER LETTER TO SAO TODAY REMINDING THEM THEY WERE ASKED IN OCT TO DIRECT FILE BOBBY JONES, JR AND WE ARE ASKING AGAIN FOR DIRECT FILING. DET WILLIAMS ASKED TO GET A CLOSER DATE FOR INVEST AND TO ASK THE SAO AGAIN TO DIRECT FILE.

**PCU:**

SGT THOMAS: WORKING WITH SAO, CAME UP WITH SOME PAPERWORK WITH CRIMINAL CASE INFORMATION FROM PINELLAS COUNTY, LOOKS LIKE IT'S BEING PROVIDED INAPPROPRIATELY BY SOMEONE CONNECTED WITH BOBBY JONES. IT SEEMS LIKE THE JONES' ARE STAYING A STEP AHEAD OF PSO.

POLSON: THERE IS A TREND OF TAILGATE THEFTS FROM PASCO, PINELLAS AND POSSIBLY POLK COUNTY PART OF A BIGGER SCHEME OUT OF TEXAS, WHERE PERSON HAS LEGITIMATE CAR BUSINESS AND COMES TO FLORIDA AND WILL MAKE PURCHASES. A SUSPECT WAS CAUGHT AND ARRESTED ATTEMPTING TO STEAL TAILGATE FROM F250.

ZOCCOLI ▮▮ SENTENCED TO 10 YRS DOC

**TARGET OF THE MONTH/** ▮: SWEENEY WENT TO THE GENESIS ADDRESS, NOT THERE. HIS TRUCK DOESN'T WORK AND HE'S LIVING UNDER A BRIDGE. HE'S BEEN SEEN IN THE AREA BUT IS THOUGHT TO BE GOING COUCH TO COUCH OR HOMELESS.

**TOP 5:**

▮: COLLINS; EMAIL FROM ▮ TALKING ABOUT $10 THAT ▮ WAS DRIVING AND THEY WENT THROUGH A DRIVE THRU. HOLT; GOT ▮ FOR STRONG ARM, THIS IS HIS SECOND AND HE IS DOING 21 DAYS.

KNIGHTS: MURPHY: HE IS AFRAID OF GOING TO JAIL BECAUSE HE WILL BE LOCKED UP, HE CLAIMS HE IS TRYING TO GET A JOB AND HAS A NEW GIRLFRIEND, ▮ ARRESTED AND IS ON HOME DETENTION. ▮ MOTHER IS SUPPORTIVE AND COOPERATIVE ▮ IS HANGING OUT WITH HIS GIRLFRIEND AND HER BROTHER.

BOLLENBACHER; STILL IN JDC.

JONES: THOMAS; PAPERWORK OF 30 PAGES FOUND AT JONES RESIDENCE, INCLUDE CRIMINAL CASES OF JONES AND ▮ IN PINELLAS AND RECORDS ARE NOT REDACTED. ▮ IS IN PINELLAS PLANNING AND DONNA JONES IS IN AND OUT OF THE JONES HOME, SHE IS NOT LE FRIENDLY. WILLIAMSON; OBTAINED SEARCH WARRANT AND FOUND DRUGS, EVIDENCE OF SELLING THC, AND ITEMS FROM OTHER BURGLARY. ONLY JONES CHARGED WITH TWO BURGLARIES AND OTHER SUSPECTS ARE ▮ JONES IV AND JONES SR WERE ARRESTED.

▮ BOLLENBACHER; WAS PREVIOUSLY UNABLE TO LOCATE AND CONSIDERED HOMELESS, HOWEVER, HE WAS CAUGHT WITH THE HELP OF A RESIDENT THAT CELESTE ISSUED CITATIONS TO. ▮ IS ON HOME DETENTION. REAGAN; MADE CONTACT WITH

▮.



Exhibit 16 - Page 16 of 84



# ACTIONABLE INTELLIGENCE
Law Enforcement Sensitive

## Code Enforcement

## District 3

| Date | Defendant | Case | District | Location | Violation | Fine |
|---|---|---|---|---|---|---|
| 3/28/16 | ROBERT JONES | 16012033 16012034 16012035 | 3 | 3810 HEADSAIL DRIVE | Overgrown, house numbers, trailer violation | $374.00 |
| 3/31/16 | ■ | 16012512 | 3 | ■ | Junk and debris X2 | $278.00 |
| 4/1/16 | ■ | 16012647 16012656 16012657 16012658 | 1 | ■ | Illegal burn, unregistered vehicles X5, waste water violation, zoning violationX2 | $2,722.00 |
| 4/1/16 | ■ | 16012636 16012637 16012638 16012643 | 1 | ■ | 7 unregistered vehicles no numbers, unsecured refrigerator, junk and debris, no house numbers | $1,297.00 |
| 4/1/16 | ■ | 16012666 16012667 16012668 16012669 | 1 | ■ | No house numbers, unregistered vehicle, junk/debris, and overgrown grass | $777.00 |

Defendant15117

Exhibit 16 - Page 17 of 84



# ACTIONABLE INTELLIGENCE
## Law Enforcement Sensitive

# DISTRICT 3
# TOP 5

Number after name represents days on target list



DETAINED PASCO JDC

**ROBERT ARTHUR JONES, IV,**
**AKA BOBBY JONES – 57**
W/M; DOB        /1999
LKA: 3810 HEADSAIL DR, NPR (12)
CRIMINAL ACTIVITY: BURGLARY, NARCOTICS
SANCTIONS: N/A (CHARGES PENDING)




**- 57**

B/M; DOB:                        (15)
LKA
CRIMINAL ACTIVITY: VEHICLE THEFT,
NARCOTICS; FALSE ID TO LEO
SANCTIONS: N/A (CHARGES PENDING)

JUVENILE
PROBATION JDC
DETAINED

**- 109**

B/M; DOB
LKA:
SPRINGS, FREQUENTS                        (15)
,
CRIMINAL ACTIVITY: VEHICLE THEFT,
BURGLARY, NARCOTICS.
SANCTIONS: N/A (CHARGES PENDING)

DETAINED PASCO
JAIL

**- 139**

B/M, DOB
LKA:
CRIMINAL ACTIVITY: PROPERTY CRIMES
SANCTIONS: N/A (CHARGES PENDING)

DETAINED
PASCO JDC

**57**

W/M; DOB:
LKA:
CRIMINAL ACTIVITY: PROPERTY CRIMES,
TRESPASSING, LOITERING
SANCTIONS: N/A (CHARGES PENDING)

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

**Exhibit 16 - Page 18 of 84**



Exhibit 16 - Page 19 of 84

# D

**D3 - Actionable Intelligence (28 APR 16) IN PROGRESS**

Exhibit 16 - Page 20 of 84

Defendant116459



*ACTIONABLE INTELLIGENCE*
Law Enforcement Sensitive

## DISTRICT 3
## CAPT JENKINS

# MELINDA WERNER/
# ALEX NAVARRO MCGAHA

**(DISTRICT ANALYSTS)**
**(12- hours)**



**Exhibit 16 - Page 21 of 84**



# ACTIONABLE INTELLIGENCE
## Law Enforcement Sensitive

### D3 Big Four Data – IDA
### (04/04 – 04/24/16)

**16-15456, 15404, AND 15401**
**(FLORAMAR /GULF HARBORS)**
**BETWEEN 04/19-4/20**

ASSOCIATE

ASSOCIATE

FLED TARPON

DETAINED PINELLAS JDC



**BOBBY JONES, JR**
**/99**

\*\*STARS REPRESENT PREVIOUS AUTO BURGLARIES

I2.5 (03/29/2016)

UPDATE:  AUTO BURGLARIES CONTINUE IN GULF HARBORS, INCLUDING  FIVE VEHICLES AND ONE AUTO THEFT.  A WHITE TOYOTA CAMRY FL TAG ███████ FLED TARPON SPRINGS PD AND AN AOA WAS CALLED TO PSO.  VEHICLE OWNERS WERE UNAWARE OF THEFT UNTIL PSO CONTACT, OWNERS HAD THE  ONLY TWO SETS OF KEYS IN THEIR POSSESSION.  CURRENTLY THERE ARE NO NEW LEADS.  JONES WAS STILL DETAINED AT PINELLAS JDC DURING THIS TIME, HOWEVER SINCE THEN HAS BEEN RELEASED AND ██ IS STILL CURRENTLY DETAINED.

BOBBY JONES, JR STILL IN JDC, EXPECTED RELEASE DATE IS 4/19/16.  ALSO ANOTHER SPREE OCCURRED 04/04/16 WHERE THREE UNLOCKED VEHICLES WERE ACCESSED BUT NOTHING STOLEN, HOWEVER, A FOUR VEHICLE WAS STOLEN THAT CONTAINED A PISTOL IN A LOCK BOX.  UCONNECT DID LOCATE THE VEHICLE'S COORDINATES AND PINELLAS COUNTY PD ARRESTED ████████ AND CHARGED HIM WITH RESISTING AN OFFICER WITH VIOLENCE, GRAND THEFT (VEHICLE AND FIREARM), NO VALID DL, AND LEAVING THE SCENE OF A CRASH INVOLVING PROPERTY DAMAGE. ICONS REPRESENT SPREE FROM 03/26-04/04, TOTALING 38 VEHICLES BEING BURGLARIZED AND/OR THEFT. █████████ DENIED INVOLVEMENT AND ████ REFUSED TO TALK, AND CURRENTLY FURTHER EVIDENCE IS NEEDED TO LINK THEM TO THE SPREE. BETWEEN 03/26/16 AND 03/28/16 A TOTAL OF 13 REPORTS WERE TAKEN INVOLVING APPROXIMATELY 20-25 AUTO BURGLARIES IN THE FLORAMAR AREA/GULF HARBORS AREA.  THE MAJORITY OF THE VEHICLES WERE UNLOCKED AND VARIOUS ITEMS WERE TAKEN INCLUDING WALLETS, GUNS, MONEY ELECTRONICS.  SIGNBOARDS HAVE BEEN PLACED AT THE LOCATION WARNING THE PUBLIC TO LOCK THEIR VEHICLE DOORS. █████████ AND SURVEILLANCE WERE SUBSEQUENTLY CONDUCTED.  AS A RESULT OF THE ████████████████ CE AND STAR WERE ABLE TO LINK 3 CASE NUMBERS, SPANNING 2 DAYS OF AUTO BURGLARIES TO PROPERTY LOCATED IN THE TRASH.  WITH THE RESULTS OF THE ████████████ ND ADDITIONAL INTEL, A SEARCH WARRANT WAS ABLE TO BE OBTAINED AND SERVED ON BOBBY JONES' HOME.  THE JONES' HOME, AS A POINT OF REFERENCE (CIRCLED ON MAP), IS LOCATED AT 3810 HEADSAIL DR.  BOBBY JONES, JR IS GOING TO BE CHARGED WITH AUTO BURGLARY AND POSSESSION OF MARIJUANA AND BOBBY JONES, SR, WITH CHILD NEGLECT AND POSSESSION OF MARIJUANA.  ALSO IN THE HOME AT THE TIME THE SEARCH WARRANT WAS SERVED, WAS ████████ AND  A BABY FOR WHOM SHE WAS CARING. ████ WAS NOT CHARGED. (16-11802, 11815, 11961, 11968, 11971, 12003, 12015, 12019, 12030, 12061, 12071, 12072, 12074, 12076, 12122, 13182, 13184, 13184, 13182)

**ACTION REQUIRED: CONTINUE TO INCREASE PATROLS BETWEEN THE HOURS OF 2300 AND 0800 AND FIR ANYONE IN THE AREA DURING THE OVERNIGHT HOURS.**

AIM NOTES: n/a

**Exhibit 16 - Page 22 of 84**



# *ACTIONABLE INTELLIGENCE*
## Law Enforcement Sensitive
## AIM MEETING NOTES
## 04/20/2016

CAPT JENKINS: DISCUSSED LOOKING AT THE IMPLEMENTATION OF ███████ SIMILAR TO HOW D2 IS USING THEM. DISCUSSED INVOLVEMENT IN COLONIAL HILLS SPREE. ROBERT JONES HAS MOVED TO PALM HARBOR AND ALL OF STAR WILL VISIT PERIODICALLY TO MAKE PRESENCE KNOWN AND MAINTAIN PRESSURE.

**PCU:**

THOMAS: ███ STOLE VEHICLE FROM D1 AND CRASHED OFF MOOG. ARRESTED 4/20/16

POLSON: MOTORCYCLES STOLEN OUT OF THOUSAND OAKS EAST, MIGHT BE CONNECTED TO THE ONES FROM D1, ██████ IS A POI. STILL LOOKING AT ADDITONAL PLAYERS WITH ██████ AND FORMING ADDITIONAL PC FOR HIM.

WILLIAMSON: DISCUSSED ██████ ARREST IN COLONIAL HILLS SPREE, HAS PC TO MAKE AN ARREST ON ████████ CONFESSED TO FOREST HILLS SPREE AND WAS ARRESTED FOR THEM AS WELL, SAID HE CAN'T REMEMBER THE ONES FROM THE PAST, ONLY REMEMBERED FROM THE CURRENT SPREE. WENT TO THE SEARCH WARRANT FOR ██████'S STORAGE UNIT, THERE WERE SEVERAL APPLIANCES BUT UNABLE TO MATCH ALL OF THEM; ADMITTED THAT HE'S CASING NEW CONSTRUCTION TO FIGURE OUT WHEN THEY'RE BEING DELIVERED.

**TARGET OF THE MONTH:** NEW TARGET OF THE MONTH INTRODUCTED, ████████

**TOP 5:**

COLLINS: ████ HAS HAD NO RECENT ACTIVITY IN THE JAIL, ████ HANGING OUT WITH SOMEONE NAMES ████

MURPHY: NO TRAFFIC OF JUVENILES IN OR OUT OF HOUSE, HE AND MOM SAID HE'S DONE WITH THE LIFE AND IS STAYING OUT OF TROUBLE. ████ ARRESTED LAST WEEK, ADMITTED TO S-10, NEIBER CONTRADICTING INFO ABOUT WHETHER WARRANT ACTIVE.

BOLLENBACHER ████ IN JDC, ███████ ON HIS WAY TO JDC, MOM HAS BEEN KEEPING ████ AT HOME, ████ AT THE JAC RIGHT NOW.

COLLINS: RELEASED EARLY FROM PINELLAS JDC WITHOUT DOING FULL 21 DAYS. A PATROL DEPUTY MADE CONTACT WITH HIM ████████ JUST RELEASED. TIP CAME IN ████ MONDAY, SAID THAT ████ WAS COMMITTING OFFENSES. ███████ (RESEARCH BY DELAINE IS GETTING RELEASED EARLY)

AND ADDITIONAL AUTO BURGLARIES



**Exhibit 16 - Page 23 of 84**




# ACTIONABLE INTELLIGENCE

## DISTRICT 3
## TOP 5

Number after name represents days on target list



**ROBERT ARTHUR JONES, IV,**
**AKA "BOBBY" JONES – 78**
W/M; DOB ___/1999
LKA: 3810 HEADSAIL DR, NPR (12)
CRIMINAL ACTIVITY: BURGLARY, NARCOTICS
SANCTIONS: N/A (CHARGES PENDING)



**" ___ " – 4 ___**
**B/M, DOB:**
LKA: ___
CRIMINAL ACTIVITY: VEHICLE THEFT,
NARCOTICS; FALSE ID TO LEO
SANCTIONS: N/A (CHARGES PENDING)

**" ___ " 130**
JUVENILE PROBATION
**B/M;**
LKA: ___
FREQUENTS ___
CRIMINAL ACTIVITY: VEHICLE THEFT,
BURGLARY, NARCOTICS.
SANCTIONS: N/A (CHARGES PENDING)

**4 ___**
DETAINED PASCO JDC
**B/M,**
LKA:
CRIMINAL ACTIVITY: BURGLARY AUTO,
LOITERING, NARCOTICS
SANCTIONS: N/A (CHARGES PENDING)

**– 78**
DETAINED PASCO JDC
**W/M;**
LKA:
CRIMINAL ACTIVITY: PROPERTY CRIMES,
TRESPASSING, LOITERING
SANCTIONS: N/A (CHARGES PENDING)

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

Exhibit 16 - Page 24 of 84

# ACTIONABLE INTELLIGENCE

W/M
(ASSOCIATE)
DJJ/COMMITMENT PROGRAM

W/M
(CRIMINAL ASSOCIATE)
JUVENILE PROBATION

W/F
(ASSOCIATE)
LOL JAIL
DETAINED
07 DEC 15

W/F
(ASSOCIATE)
JUVENILE PROBATION

B/M
(CRIMINAL ASSOCIATE)
REVOKED DL/ JUVENILE PROBATION

ROBERT JONES, III
W/M         /77
4805 ALT 19 APT 325
COVE SPRINGS
PALM HABOR
(FATHER)

W/F
(GIRLFRIEND)

W/M
(CRIMINAL ASSOCIATE)
JUVENILE PROBATION

INFO VALID AS OF 04/25/16 1330 HRS

ROBERT ARTHUR JONES, IV, "BOBBY"
"KLOUT BOY JONES" – 78
W/M DOB       /1999
**POSSIBLE ADDRESS:**
4805 Alt 19 Apt 325
Palm Harbor
**CRIMINAL ACTIVITY:**
BURGLARY AUTO,
NARCOTICS
SANCTIONS: N/A
(CHARGES PENDING)

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

Exhibit 16 - Page 25 of 84

## ACTIONABLE INTELLIGENCE

B/M

(ASSOCIATE)
**JUVENILE PROBATION**

W/M
(CRIMINAL
ASSOCIATE)
**DOC/PRISON**

W/M
(CRIMINAL ASSOCIATE)

**DETAINED
JDC**



**INFO VALID AS OF 04/25/16 1330 HRS**



ROBERT ARTHUR JONES, IV, "BOBBY"
"KLOUT BOY JONES"
W/M DOB        /1999

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

**Exhibit 16 - Page 26 of 84**

# E

**D3 - Actionable Intelligence (12 may)**

Exhibit 16 - Page 27 of 84

 **ACTIONABLE INTELLIGENCE** 
Law Enforcement Sensitive

# **DISTRICT 3**
## **CAPT JENKINS**

## **MELINDA WERNER/**
## **ALEX NAVARRO MCGAHA**
**(DISTRICT ANALYSTS)**
**(12 - hours)**

**Exhibit 16 - Page 28 of 84**

Defendant15438



**ACTIONABLE INTELLIGENCE**

**DISTRICT 3**

**TOP 5**

*DETAINED PASCO JDC*

-18
B/M, DOB
LKA:
CRIMINAL ACTIVITY:  BURGLARY AUTO,
LOITERING , NARCOTICS
SANCTIONS: N/A (CHARGES PENDING)

**ROBERT ARTHUR JONES, IV,
AKA "BOBBY" JONES – 92**
W/M/ DOB      /1999
LKA: 3810 HEADSAIL DR , NPR (I2)
CRIMINAL ACTIVITY: BURGLARY, NARCOTICS
SANCTIONS: N/A (CHARGES PENDING)

Number after
name represents
days on target list

*JUVENILE PROBATION*

– 92
W/M, DOB
LKA:
CRIMINAL ACTIVITY: PROPERTY CRIMES,
TRESPASSING, LOITERING
SANCTIONS: N/A (CHARGES PENDING)

– 144
B/M, DOB
LKA:
CRIMINAL ACTIVITY: VEHICLE THEFT,
BURGLARY, NARCOTICS
SANCTIONS: N/A (CHARGES PENDING)

- 18
B/M, DOB
LKA:
CRIMINAL ACTIVITY: VEHICLE THEFT,
NARCOTICS; FALSE ID TO LEO
SANCTIONS: N/A (CHARGES PENDING)

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

UPDATE 5/09/16:           PROJECTED RELASED IS MAY 12TH . JONES HAS UPDATED HIS DL ADDRESS SHOWING PROOF RESIDENCY AT 1571 AMBERLEA DR S, DUNEDIN .

UPDATE 5/3/16:           RELEASED FROM JDC AND           IS STILL DETAINED
UPDATE: 4/25/16           RT JONES HAS BEEN RELEAS      C.           IS DUE TO BE RELEASED MAY 2ND. NEW TOP FIVE ADDED:           AND
UPDATE: 4/18/16:      IS STILL DETAINED AT JDC WITH PROJEC           WAS RELEASED AND RECENTLY           VIOLA
UPDATE 4/11/16: F      ONES STILL IN JDC, EXPECTED RELEASE DATE IS 4/19, FAMILY MOVE      M HEADSAIL DR ADDRESS, EMAIL SENT TO DJJ ON 4/11 REQUESTING
UPDATED ADDRESS,           RELEASED FROM JDC ON 4/9 AND WAS ARRESTED FOR CASE 16-2878.           STILL IN JDC, EXPECTED RELEASE DATE IS 4/20.  NO CHANGES
TO           OR
UPDATE      /05/2016:           E IS CURRENTLY DETAINED AT PINELLAS JDC AND ROBERT JONES IS DETAINED AT PASCO JDC
UPDATE 3/28/16:           IS CURRENTLY DETAINED AT PASCO JDC
UPDATE 3/21/16:           ARRESTED ON 3/20, FOR VEHICLE THEFT OF THE WHITE CHARGER IN LAST WEEK'S REPORTS, 16-9850, WHICH WAS RECOVERED NEAR ROANOKE, WAS ID'D
VIA PHOTOPACK BY A WITNESS.  NOW MEETS STATUTORY CRITERIA FOR A DISCRETIONARY DIRECT FILE TO THE ADULT SYSTEM;           BONDED OUT ON 3/17/16.
UPDATE: 03/14/16:           RELEASED 03/09/16 AND IS ON JUVENILE PROBATION
UPDATE: 3/7/16: NO CHANGES THIS WEEK, PLEASE NOTE           GETS OUT 3/13 FROM JDC.           'S MOVE TO BEACON SQUARE IN THE PROCESS OF BEING CONFIRMED THAT IT
HAS OCCURRED.
UPDATE 3/1/16:           STILL IN PINELLAS JDC, EXPECTED RELEASE DATE IS 3/13/16, OTHERWISE, NO UPDATES
2/24/2016:  NO CHANGES TO THIS SLIDE …  QUICK RUN DOWN OF THESE FOLKS ..           IS STILL DETAINED IN LOL,           IS STILL LIVING IN A HOTEL OVER IN D1 WITH HIS
FOLKS,           IS STILL IN JDC IN PINELLAS,           ?????????, JONES ????????
2/17/2016: THE UPDATE TO THIS SLIDE IS THAT           WAS RELEASED FROM JDC ON THE 13TH AND IS STILL IN A HOTEL ROOM OVER IN D1
UPDATE 2/15/16:           RELEASED FROM JDC ON 2/13, ALSO NOTE ROOM NUMBER CHANGE FROM 108 TO 204 FOR BELMONT HOTEL ROOM, PER DJJ, HIS FATHER STATED THEY
SHOULD BE OUT OF THERE THE BEGINNING OF MARCH
UPDATE 2/9/16:           REPLACES           IN TOP 5, IS IN JDC UNTIL 2/13           HAS BEEN TRANSFERRED TO PINELLAS JDC AND IS SET TO BE RELEASED
2/24; TRAVON B           OBBY JONES           DETAINED 2/2/16 FOR BA     TERY AND A           ALLY LN, TAKEN TO D1 FOR INTERVIEWING IN 1/30 GARFIELD DR HOME INVASION;           'S
EXPECTED RELEASE           N JDC
UPDATE 1/26/2016:           ARRESTED 1/24 IN PINELLAS FOR POSSESSION OF COCAINE, IS IN PINELLAS JDC, NO PROJECTED RELEASE DATE IN THE SYSTEM YET
UPDATE 1/19/2016: THE PROPOSED CHANGES HAVE NO           T TO THE TOP 5 DUE TO TRAINING AND HOLIDAY OCCURRING, AS WELL AS RENEWED ACTIVITY AMONGST
SOME OF THE CURREN           MBERS/ASSOCIATES,           ARRESTED FOR DSP ON 1/13, IN JDC WITH EXPECTED RELEASE DATE OF 2/3/16
UPDATE 01/12/2016:           RELEASED FROM JDC ON 01/09
UPDATE 01/05/2016:           SFERRED TO PIN      JDC O      1, EXPECTED RELEASE DATE IS STILL 1/9/16, NO OTHER CHANGES
UPDATE 12/29/2015:           'S DOB FROM           , OTHERWISE, NO CHANGES; EXPECTED RELEASE DATE 1/9/16
UPDATE 12/22/15: NEW TOP 5 ME           ILY           EXPECTED RELEASE DATE IS 1/9/16
UPDATE 12/10/15:           TRANSFER           AIL;           MOVED TO NY, IS IN THE PROCESS OF BEING REPLACED
UPDATE 12/8/15           ARRESTED 12/8 FOR BURGLARY;           RELEASED FROM JDC ON 12/3
UPDATE 12/3/15           ARRESTED 11/26 ON           ARRESTED 11/28 (PASCO JAIL)
UPDATE 11/24/15           ERS           AN           ENTLY ACTIVE IN WARRANTS SYSTEM;           MISSED COURT ON 11/16, FTA ISSUED, HOWEVER AN ERROR WAS
MADE AND IT WAS           'S NAME INSTEAD AND           ENTLY ACTIVE IN WARRANTS SYSTEM
UPDATE 11/17/15           ON HOME DETENTION,           MISSED COURT ON 11/16 AND JUDGE ISSUED AN FTA, HOWEVER IT'S NOT YET ACTIVE OR SHOWING IN RMS
UPDATE 11/10/15           11/4 FOR AUTO BURGLARY
UPDATE 11/3/15           'S ORDER TO TAKE INTO CUSTODY FINALLY SERVED!           ARRESTED 11/2 FOR DOMESTIC BATTERY BUT DIDN'T SCORE FOR DETENTION SO
WAS RELEASED. REPORT IS NOT IN RMS YET.
UPDATE 10/27/15:           NO LONGER ON HOME DETENTION STATUS
UPDATE 10/20/15:           NO LONGER ON DETENTION STATUS, ADDED TWIN BROTHERS           AND           (WHO ARE ALSO ASSOCIATES OF     ).
ON HOME DETENTION UNTIL END OF WEEK, AND ALSO HAS ACTIVE FTA FOR CURFEW VIOLATION UNDER THE NAME           BUT NO ONE HAS SERVED IT YET. STEVEN
ARRESTED, AT JDC AS OF 10/16 FOR A BURGLARY THAT OCCURRED BACK IN MAY.     AND           STILL IN JAIL.
UPDATE 10/6/15: UPDATED TO SHOW LEE'S JDC STATUS IN HILLSBOROUGH;           ARRESTED 10/4 ON PC FOR BURGLARY BUSINESS, GRAND THEFT, CRIMINAL MISCHIEF, VEHICLE
THEFT.
UPDATE 9/22/15:
          WAS DETAINED THIS WEEK ON A PC FOR PETITE THEFT.           IS NOW ON PROBATION.
NO CHANGES TO TOP 5 MEMBERS

**Exhibit 16 - Page 29 of 84**

Defendant15453



UPDATE 5/09/16:  JONES HAS UPDATED HIS DL ADDRESS SHOWING PROOF RESIDENCY AT 1571 AMBERLEA DR S, DUNEDIN .  ██████ HAS BEEN RELEASED.  ██████ IS DETAINED AT PINELLAS JCD AS OF MAY 9

UPDATE 5/03/16:  ██████ WAS ARRESTED ON 5/02 FOR THEFT PETIT AND CLAIMED JONES IS IN JACKSONVILLE WITH HIS MOTHER
UPDATE 4/25/16:  BOBBY JONES HAS BEEN RELEASED FROM JDC.
UPDATE 4/18/16:  NEW ADDRESS OBTAINED FOR JONES AS 4805 ALT 19, APT 325; PALM HABOR AND ANOTHER CHARGED DROPPED ON BOBBY JONES.  HE IS CURRENTLY BEING DETAINED AT PINELLAS JDC.  ██████████████ WAS SENTENCED BACK TO JUVENILE SYSTEM AND IS DETAINED AT JDC.

UPDATE 4/11/16: BOBBY JONES STILL IN JDC, EXPECTED RELEASE DATE IS 4/19, ██████████ AWAY FROM HEADSAIL DR ADDRESS, EMAIL SENT TO DJJ ON 4/11 REQUESTING UPDATED ADDRESS.  ██████████████ IS NOW AT SUMTER ANNEX, CURRENT RELEASE DATE IS 4/18/2025.  ADDED BOBBY JONES, SR TO SLIDE.

UPDATED 04/05/2016:  ROBERT JONES IV WAS ARRESTED FOR BURGLARY AUTO, MARIJUANA POSSESSION, AND TAMPERING WITH EVIDENCE AND IS CURRENTLY DETAINED AT JDC.  ██████████ WAS ARRESTED FOR TAMPERING WITH EVIDENCE AND BONDED OUT.  ██████████ WAS SENTEN █████ E PRISON ON 03/10/16
UPDATE 03/28/16: NO UPDATES
UPDATE 3/21/16: ADDED JONES' GIRLFRIEND ██████████; NO OTHER CHANGES
UPDATE 3/14/16: NO UPDATES
UPDATE 3/7/16: ██████████'S WARRANTS NO LONGER ACTIVE, STILL IN DJJ COMMITMENT PROGRAM
UPDATE 3/1/16: █████' STATUS CHANGED FROM DIVERSION TO JUVENILE PROBATION, NO OTHER CHANGES
NO CHANGES TO THIS SLIDE
UPDATE 2/22/16: NO CHANGES THIS WEEK
UPDATE 2/15/16: ADDED PROBATION NOTATION TO ██████████, AS IT WAS, INADVERTANTLY, LEFT OFF LAST WEEK.  ADDED ACTIVE WARRANT FOR ██████████; DIRECT FILE INTRO INTO OR POSS CONTRA IN A CDF.
2/9/16: NEW TOP 5 MEMBER, BOBBY JONES

**Exhibit 16 - Page 30 of 84**

Defendant15458



UPDATE 5/09/16: NO UPDATES


UPDATE 05/03/16: ████ HAS BEEN RELEASED FROM JDC
UPDATE 4/25/16: ██████████ IS COMMITTED TO A PROGRAM BUT IS IN JDC WHILE WAITING FOR PLACEMENT
UPDATE 4/18/16: NEW ADDRESS OBTAINED FOR JONES AS 4805 ALT 19, APT 325; PALM HABOR AND ANOTHER CHARGED DROPPED ON BOBBY JONES.  HE IS CURRENTLY BEING DETAINED AT PINELLAS JDC. ████████ WAS SENTENCED BACK TO JUVENILE SYSTEM AND IS DETAINED AT JDC.


UPDATE 4/11/16: BOBBY JONES STILL IN JDC, EXPECTED RELEASE DATE IS 4/19, FAMILY M███████████ M HEADSAIL DR ADDRESS, EMAIL SENT TO DJJ ON 4/11 REQUESTING UPDATED ADDRESS. ████████████ IS NOW AT SUMTER ANNEX, CURRENT RELEASE DATE IS 4/18/2025.  ADDED BOBBY JONES, SR TO SLIDE.


UPDATED 04/05/2016:  ROBERT JONES IV WAS ARRESTED FOR BURGLARY AUTO, MARIJUANA POSSESSION, AND TAMPERING WITH EVIDENCE AND IS CURRENTLY DETAINED AT JDC. ████████ WAS ARRESTED FOR TAMPERING WITH EVIDENCE AND BONDED OUT. ████████████ WAS SENTENCED TO STATE PRISON ON 03/10/16
UPDATE 03/28/16: NO UPDATES
UPDATE 3/21/16: ADDED JONES' GIRLFRIEND ████████; NO OTHER CHANGES
UPDATE 3/14/16: NO UPDATES
UPDATE 3/7/16: ██████ S WARRANTS NO LONGER ACTIVE, STILL IN DJJ COMMITMENT PROGRAM
UPDATE 3/1/16: ██████████' STATUS CHANGED FROM DIVERSION TO JUVENILE PROBATION, NO OTHER CHANGES
NO CHANGES TO THIS SLIDE
UPDATE 2/22/16: NO CHANGES THIS WEEK
UPDATE 2/15/16: ADDED PROBATION NOTATION ███████████L, AS IT WAS, INADVERTANTLY, LEFT OFF LAST WEEK.  ADDED ACTIVE WARRANT FOR ████████, DIRECT FILE INTRO INTO OR POSS CONTRA IN A CDF.
2/9/16: NEW TOP 5 MEMBER, BOBBY JONES

**Exhibit 16 - Page 31 of 84**

Defendant15459



# F

**D1 Actionable Intelligence 070416 to 071016**

Exhibit 16 - Page 32 of 84

Defendant13381



*ACTIONABLE INTELLIGENCE*
Law Enforcement Sensitive

## DISTRICT 1
## CAPT SELTZER

# JENNIFER HADFIELD
# MITCHELL MORGAN
**(DISTRICT ANALYST)**
**(10-hours)**



Exhibit 16 - Page 33 of 84



# ACTIONABLE INTELLIGENCE
## Law Enforcement Sensitive

## MINI AIM
## (07/06/16)

**PROPERTY CRIMES**

(JERRY)- HAS 76 "PROLIFIC PAWNER'S" IN D1. HE IS CURRENTLY SETTING UP A LIST OF WHAT THEY HAVE PAWNED. HE IS HAVING PROBLEMS WITH THE SOFTWARE PROGRAM.

(MULKEY)- ARRESTED AND INTERVIEWED ███████. HE CONFESSED TO THE BURGLARY AT HIS MOTHER'S HOME, BUT NOT TO OTHERS. HE ADVISED HE WAS IN MIAMI WHEN SOME OF THE BURGLARIES OCCURRED.

(PFENNINGER)- HAS INTERVIEWED ████████████. HE ADVISED THAT THE ASO HAS DROPPED CHARGES ON HIM BEFORE AS THEY FEEL HE DOES NOT HAVE THE MENTAL CAPACITY. HE IS LOOKING FOR ███████████ SHE PAWNED JEWELRY FROM A BURGLARY. FEEL'S TYLER PANESON IS GETTING HELP FROM HIS MOTHER. HE IS OBTAINING POI'S AND ADDITIONAL PROPERTY FROM WORD OF LIFE CHURCH.

(JUSTICE)- IS LOOKING FOR A ████████. SHE IS HOLDING THE VICTIM'S COMPRESSOR FOR RANSOM AS SHE BELIEVE'S THE VICTIM HAS HER CELL PHONE. WAS WORKING THE BURGLARIES IN JASMINE ESTATES AND LOOKING TO MEET WITH WITNESS FOR PHOTO PACK.

(HANSON)-IN REFERENCE TO QUAIL RIDGE COMMUNITY, HE WAS PROVIDED THE WRONG DATE FOR THE VIDEO OF THE VEHICLE GATES. HE IS ALSO TRYING TO GET WITH A NEIGHBOR, WHO HAS VIDEO OF THE SUSPECT'S ENTERING THE VEHICLE THAT WAS STOLEN.

(MITCHELL)- MITCHELL- HAS BEEN CHECKING PAWN SHOPS TO VERIFY THYE ARE COMPLETING FORMS. HE RECEIVED AN EMAIL ABOUT ███████ IN REFERENCE TO 16-23197. HAS REACHED OUT TO VICTIM'S, BUT THEY HAVE NOT CONTACTED HIM. HAS BEEN MAKING CONTACT WITH PROLIFIC PAWNERS.

**CODE ENFORCEMENT**

(OJEDA)- WENT TO ████████'S HOME. HE WAS NOT THERE, BUT FOUND ████████ AND ████████ ADVISED HE "JUST GOT OUT OF PRISON." HE ISSUED CITATIONS FOR ORDINANCE VIOLATIONS. HE ADVISED OF THE UPCOMING SWEEP IN MOON LAKE, CONCERNING TOP 5 AND ASSOCIATES.

**STAR**

(MORRIS)- INTERVIEWED ███████████. HE DENIED ANY INVOLVEMENT IN THE RECENT BURGLARIES. REVIEWED THE VIDEO FROM RECENT BURGLARIES IN JASMINE ESTATES AND THE SUBJECT APPEARS TO BE 5'8 SKINNY WITH CURLY HAIR. HE WAS GOING FROM CAR TO CAR. ADVISED THAT ████████ HAD BEEN STAYING AT THE HOME OF ███████████.

**ILO**

(HAYES)- AT THE "JUNKYARD COLONY" THERE IS A MALE FROM TEXAS, WHO HAS A FELONY INDICTMENT FOR AN UNKNOWN CHARGE. HE IS AN ENFORCED FOR THE ARYAN BROTHERHOOD. HE HAS DIFFERNET NAMES, SUCH AS ███████, ███████, WHO ADVISED THAT "████████" IS ███████. HEMAY HAVE ALREADY SOLD THE STOLEN FORD MUSTANG. HE ALSO SPOKE OF ███████ AND "GANG" DEALING DOPE.

**ACE**

(NYE)-ADVISED OF 2 HOME INVASIONS THAT HAD OCCURRED. HAD GONE TO HOME OF ████████, WHERE HE LIVES WITH HIS MOTHER. IN HIS ROOM, HE HAS NEW CLOTHING AND SHOES WITH TAGS STILL ON THEM. IT WAS LEARNED THAT HE DOES NOT WORK, BUT ALWAYS HAS MONEY. PARAPHERNALIA WITH CRACK WAS FOUND IN HIS ROOM. HE ADVISED THAT HE SELLS TO PEOPLE HE KNOWS, BUT DENIES BEING A DRUG DEALER.

**WARRANTS**

(SKALA)- ASKED THAT SUPERVISORS PLEASE HAVE DEPUTIES COMPLETE DILIGENT SEARCH AND THAT ALL NOTES BE UPDATED.

**MCU**

(TONER)- ADVISED THAT ████████ SHOULD BE CONSIDERED A PROLIFIC OFFENDER. HE DENIED HAVING A GUN, WAS THERE TO SELL HE DRUGS. THE VICTIM FROM HOME INVASION HAD LIED. ███████ HAD APPEARED AT THE FIRST HOME INVASION. ███████ HAD COMMITTED THE HOME INVASION AND INVOLVED WITH ███████.



Defendant13389

Exhibit 16 - Page 34 of 84



# ACTIONABLE INTELLIGENCE

Law Enforcement Sensitive

## DISTRICT 1

# TARGET OF THE MONTH

### TYLER ROBERT PANESON



**W/M, DOB:** ▮▮/1984

LKA: 14343 THOMPSON AVE, HUDSON

CRIMINAL ACTIVITY: THEFT GRAND, POSSESS, SELL, DELIVER, MAKE CONTROLLED SUBSTANCE, CARRYING CONCEALED FIREARM, FRAUDULENT USE OF CREDIT CARD

ACTIVE PC FOR BURGLARY RESIDENCE AND GRAND THEFT

**POINT OF CONTACT: DET. PFENNINGER 727-277-7116, DISTRICT 1 PROPERTY CRIMES**

PAST 30 DAY CONTACT INFORMATION (MOST CURRENT ON TOP) (PASS INFO TO ILP@PASCOSHERIFF.ORG):

Defendant13395

**Exhibit 16 - Page 35 of 84**





## ACTIONABLE INTELLIGENCE
### Law Enforcement Sensitive

INFO VALID AS OF 07/12/16 1046 HRS

DALANEA TAYLOR "BABY D"
W/F   /99
5319 LUNA VISTA DR, NPR
(CRIMINAL ASSOCIATE)
(HOUSE ARREST)

B/M
UNKNOWN
(FRIEND)
(NO VALID D/L)

W/F
(CRIMINAL ASSOCIATE)
(COMMITMENT PROGRAM)

W/M
(CRIMINAL ASSOCIATE)
(NO VALID D/L)

W/M
(CRIMINAL ASSOCIATE)
(NO VALID D/L)

W/M
(CRIMINAL ASSOCIATE)
(VALID D/L)

W/M
(FORMER FRIEND)
(JUV. PROBATION)

W/M
(FRIEND)
(D/L SUSPENDED)

B/M
(CRIMINAL ASSOCIATE)
(D/L SUSPENDED)

W/M
(FRIEND)
(SENTENCED 6 YRS)

W/M
(CRIMINAL ASSOCIATE)
(EXPIRED D/L)

B/M
(FRIEND)
(D/L SUSPENDED)

B/M
(FRIEND)
(D/L REVOKED)

B/M
(FRIEND)
(JUV. PROBATION)

Defendant13409

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

Exhibit 16 - Page 36 of 84

# G

**D1 Actionable Intelligence 071116 to 071716**

Exhibit 16 - Page 37 of 84

Defendant13412



*ACTIONABLE INTELLIGENCE*
Law Enforcement Sensitive

## DISTRICT 1
## CAPT SELTZER

# JENNIFER HADFIELD
# MITCHELL MORGAN
**(DISTRICT ANALYST)**
**(10-hours)**



**Exhibit 16 - Page 38 of 84**



# *ACTIONABLE INTELLIGENCE*
## Law Enforcement Sensitive

## MINI AIM
## (07/13/16)

Defendant13420

**PROPERTY CRIMES**

(JERRY)- ███████ HAS PAWNED A BARETTA HANDGUN AND HE IS A FELON. ███████, GIRLFRIEND OF ███████, HAS PAWNED 3 NEW GENERATORS AND OTHER NEW ITEMS.

(MULKEY)- ARRESTED ███████ HAVE FINGERPRINT MATCH FOR ███████ FROM A 2014 BURGLARY.

(PFENNINGER)- ARRESTED ███████ AND HER BOYFRIEND ███████ FOR STOLEN VEHICLE, WHO ADVISED THAT HE GOT THE VEHICLE FROM ███████.

(PFENNINGER)- ARRESTED ███████ AND HER BOYFRIEND ███████ FOR BURGLARYON SPICEBOX WAY. THEY ARE BOTH BLAMING THE OTHER. ALSO FOUND AN OPEN DOOR ON ANOTHER HOME ON SPICE BOX WAY. THE OWNER LIVES UP NOTH. ███████ IS WORKING FOR A PLUMBING COMPANY. STILL LOOKING FOR TYLER PANESON. CONFIRMED HIS PRINTS WERE ON THE FRONT PART OF A STOLEN GOLF CART, FOUND INSIDE THE STOLEN TRAILER. BELIEVE HIS MOTHER IS HIDING HIM AT 1 OF HER HOMES. WENT TO ███████, LOOKING FOR ███████. HE IS NO LONGER THERE. CHECKED ABANDONED TRAILERS ON GULFBREEZE AND THE HOMELESS CAMP ON US19, BEHIND WALMART. HE WAS ADVISED THAT ███████ STEALS BICYCLES.  ARRESTED ███████ FPOR STOLEN VEHICLE. HE WAS WITH ███████ CLAIMS HE GOT THE VEHICLE FROM ███████.

(TURNBOW)- ███████ HAS A VOP WARRANT, STAYING IN NPR PD JURISDICTION.

(JUSTICE)- THE WITNESS IN EMBASSY HILLS AREA COULD NOT IDENTIFY ███████ OR ███████ THE RESIDENTS ON WESTWIND DO NOT KNOW ANYTHING. IN GREENBRIAR, FOUND A WITNESS WHO ADVISED THAT ███████ HAS GONE INTO A HOME. THEY HAVE SEEN ███████ WEARING A HOODIE.

(HANSON)- HAS THE PICTURE OF THE VAN PLACED ON "CAUGHT ON CAMERA" AND "FACEBOOK" IN ATTEMPT TO IDENTIFY. HE SUSPECTS THE VSN COULD BE FROM THE MOON LAKE AREA, DUE TO THE RECOVERY OF THE STOLEN VEHICLE. HE SUSPECT'S ███████ AS THE POI IN A BURGLAY-RESIDENCE. ███████ IS FRIEND OF ███████.

(MITCHELL)- ARRESTED ███████ FOR FALSE OWNERSHIP. SHE ADVISED ███████ WAS WITH HER AND PROVIDED HER WITH THE GPS.

**STAR**

(MORRIS)- A NPR PD BANK ROBBERY SUSPECT WAS ARRESTED BY STAR, AFTER SURVEILLENCE OF HIS HOME. NPR PD RELEASED HIM, DUE TO "NO PC".

**ILO**

(HAYES)- SWEENY OBTAINED VIDEO AFTER SEEING ███████ ON A MOTORCYCLE WITH ANOTHER UNKNOWN MALE. ATH ERACETRACK ON SR52. LOOKING TO FILE DWLS-FELONY ON ███████.

**ACE**

(SCHYLER)- ADVISED ███████ POSTED A CAMERA AND SPEAKERS FOR SALE. FOUND WITNESS WHO OBSERVED 2 MALE S CARRYING BOXES, BELIEVED TO BE SPEAKERS.

(IZIZARRY)- ACE IS GOING BACK ON CASES, LOOKING FOR ███████ AND ARRESTED ███████.

(BENNETT)- WENT TO ███████ FOR THE MOON LAKE SWWEP. LOOKED FOR ███████, HE WASN'T THERE. LEARNED THAT ███████ SISTER IS DYING OF CANCER AND AT BAYONET POINT HOSPITAL. ARRESTED ███████.

**FORENSICS**- ADVISED THERE WOULD NOT BE A FINGERPRINT EXAMINER AFTER FRIDAY (07/15/16). HAVE HIRED SOMEONE, BUT THEY MUST TRAIN IN HERNANDO COUNTY FIRST. ADVISED PINELLAS COUNTY WOULD NO LONGER DO FINGERPRINT ANALYSIS FOR PASCO



**Exhibit 16 - Page 39 of 84**





## ACTIONABLE INTELLIGENCE
### Law Enforcement Sensitive

**INFO VALID AS OF 07/19/16 0934 HRS**

DALANEA TAYLOR "BABY D"
W/F /99
5319 LUNA VISTA DR, NPR
(CRIMINAL ASSOCIATE)
(HOUSE ARREST)

B/M
UNKNOWN
(FRIEND)
(NO VALID D/L)

W/F
(CRIMINAL ASSOCIATE)
(COMMITMENT PROGRAM)

W/M
(CRIMINAL ASSOCIATE)
(NO VALID D/L)

W/M
(CRIMINAL ASSOCIATE)
(NO VALID D/L)

W/M 1
(CRIMINAL ASSOCIATE)
(VALID D/L)

W/M
(FORMER FRIEND)
(JUV. PROBATION)

W/M
(FRIEND)
(D/L SUSPENDED)

B/M 0
(CRIMINAL ASSOCIATE)
(D/L SUSPENDED)

W/M
(FRIEND)
(SENTENCED 6 YRS)

W/M 0

W/M
(CRIMINAL ASSOCIATE)
(EXPIRED D/L)

B/M
(FRIEND)
(D/L SUSPENDED)

B/M
(FRIEND)
(D/L REVOKED)

B/M
(FRIEND)
(JUV. PROBATION)

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERP/DEFENDANT ETC.

Defendant 13439

**Exhibit 16 - Page 40 of 84**

# H

**D3 - Actionable Intelligence (01SEPT16)**

Exhibit 16 - Page 41 of 84

Defendant14613



*ACTIONABLE INTELLIGENCE*
Law Enforcement Sensitive

## DISTRICT 3
## CAPT JENKINS

## MELINDA WERNER/
## ALEX NAVARRO MCGAHA

**(DISTRICT ANALYSTS)**
**(10 - hours)**



Exhibit 16 - Page 42 of 84



# *ACTIONABLE INTELLIGENCE*
### Law Enforcement Sensitive

## AIM MEETING NOTES 08/24/16

**SGT THOMAS:** DISCUSSED APPLIANCE THEFTS CONTINUING.  ALSO TIRE THEFTS OCCURRED IN PINELLAS WITH THE ARREST OF ▮▮▮ (W/M ▮▮▮ ) AND ▮▮ (W/M ▮▮▮ ) IN PINELLAS, AN INFO FOR DEPUTY REPORT WILL BE DONE TO HIGHLIGHT THE SUSPECTS IN PASCO RECORDS. ALSO DISCUSSED WAS ▮▮▮ WHO IMPERSONATES LAW ENFORCEMENT.

**CODE:** CELESTE/ STAR: MURPHY: ▮▮▮ IS HOMELESS AND STEALS CHANGE, HE FREQUENTS THE AREA OF SUNRAY.

SRO:
CPL MILLS: ▮▮▮ IS A NEW STUDENT AND ON JUVENILE PROBATION, HE HAS NUMEROUS BURGLARY ARRESTS AND HISTORY. DURING THE SUMMER BREAK THERE WAS A BREAK IN AT THE SCHOOL, CURRENTLY WAITING ON PRINT RESULTS.

CPL SEKERES: ▮▮▮ FACEBOOK, NAME ▮▮▮ POSTED ONLINE ABOUT "F***K ANCLOTE" AND PUT WEAPON EMOJI'S; HE WAS EXPELLED FROM SCHOOL AND IS A FOSTER CHILD. ▮▮▮ IS BEING SEARCHED EVERY DAY AT SCHOOL AND HAS BEEN ATTENDING AS WELL.

PINELLAS: DET ZINGE: ROBERT JONES, SR ARRESTED FOR FTA'S AND ROBERT JONES, JR'S CASE HAS BEEN CONTINUED.  IT APPEARS JR AND ▮▮▮ ARE BACK TOGETHER.

PATROL: RECEIVED INFORMATION THAT "▮▮▮" IS SELLING FLAKKA OFF ▮▮▮ AND IS THE MAIN SUPPLIER IN THE AREA.



**Exhibit 16 - Page 43 of 84**

# I

**D3 - Actionable Intelligence (15SEPT16)**

Exhibit 16 - Page 44 of 84



# ACTIONABLE INTELLIGENCE
### Law Enforcement Sensitive



# DISTRICT 3
# CAPT JENKINS/SANBORN

# MELINDA WERNER/
# ALEX NAVARRO MCGAHA
### (DISTRICT ANALYSTS)
### (12 - hours)

Exhibit 16 - Page 45 of 84

Defendant15692

 

## ACTIONABLE INTELLIGENCE



# DISTRICT 3
# TOP 5



- 59

WM,
LKA:
CRIMINAL ACTIVITY:  BURGLARY AUTO, THEFT
VEHICLE, TAMPER WITH ELECTRONIC MONITORING
DEVICE, JPO, DOMESTIC BATTERY
SANCTIONS: N/A (CHARGES PENDING)

Number after
name represents
days on target list

- 73

WM, DOB
LKA:
CRIMINAL ACTIVITY: BATTERY, MARIJUANA
POSSIBLE, CURFEW VIOLATION
SANCTIONS: N/A (CHARGES PENDING)







-25

W/M
LKA:
CRIMINAL ACTIVITY: THEFT VEH, BURG
AUTO, BURG RESIDENCE, RESIST W/OUT
VIOLENCE, THC POSSESSION, BATTERY,
POSSESSION, CO-ORD CURFEW
SANCTIONS: N/A

- 81

W/M, DOB 1
LKA:
CRIMINAL ACTIVITY:  VOP FELONY,  AUTO
BURG, ROBBERY WITH A DEADLY WEAPON,
ATTEMPTED BURGLARY, GRAND THEFT,  THEFT
PETIT RETAIL, CRIM MISCHIEF, CARRYING
CONCEALED WEAPON, FTA CUREFEW VIOL
SANCTIONS: N/A

- 73

W/M,
**LKA**:
**CRIMINAL ACTIVITY**: DOMESTIC
BATTERY, JPO, BURGLARY RESIDENCE,
ROBBERY-NO WEAPON, RESIST OFFICER
SANCTIONS: N/A  (CHARGES PENDING)

**Exhibit 16 - Page 46 of 84**

Defendant15709

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

 **ACTIONABLE INTELLIGENCE** 

Law Enforcement Sensitive

**INFO VALID AS OF 09/13/16 1200 HRS**



**COMMITMENT PROGRAM**

**\_\_\_\_ - 59**
WM, DOB \_\_\_\_
**POSSIBLE ADDRESS**:
\_\_\_\_

**CRIMINAL ACTIVITY**:
BURGLARY AUTO, THEFT VEH, DOM BATTERY, RESIST OFFICER, TAMPER WITH ELEC MONITORING DEVICE
SANCTIONS: N/A (CHARGES PENDING)
**JUVENILE PROBATION/ELECTRONIC MONITORING**



**DETAINED LOL JAIL**

**WM** \_\_\_\_
**(COUSIN)**
**SUSPENDED DL**



**DETAINED LOL JAIL**

**WM,** \_\_\_\_
**(CRIMINAL ASSOCIATE)**

**WM** \_\_\_\_
**(ASSOCIATE)**

**COMMITMENT PROGRAM**

**WM** \_\_\_\_
**(ASSOCIATE)**

**W/M** \_\_\_\_
**(CRIMINAL ASSOCIATE)**



**DONNIE MCDOUGALL**
WM, \_\_\_\_ /00
3229 PRIMROSE DR, HOL
3150 PRIMROSE DR, HOL
**(ASSOCIATE)**



**BM,** \_\_\_\_
**(ASSOCIATE)**

**Exhibit 16 - Page 47 of 84**

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

# J

**D1 Actionable Intelligence 092616 to 100216**

Exhibit 16 - Page 48 of 84

Defendant13193



*ACTIONABLE INTELLIGENCE*
Law Enforcement Sensitive

# DISTRICT 1

# CAPT STEFFENS

# DIANE KOENIG
# MITCHELL MORGAN
(DISTRICT ANALYST)
(10-hours)



Exhibit 16 - Page 49 of 84



# *ACTIONABLE INTELLIGENCE*
Law Enforcement Sensitive

## MINI AIM
## (09/28/16)

**PROPERTY CRIMES**

(PFINNINGER)- HAD CHECKED ▮▮▮ ON THE CANAL, FROM THE RECENT BURGLARIES, AND THERE WERE NO IMAGES OF USE. DID ATTEMPT TO INTERVIEW TYLER PANNESON'S MOTHER REFERENCE HER RESIDENTIAL BURGLARY, BUT SHE IS NOT COOPERATIVE.

(JUSTICE)- HAS PC'S ON ▮▮▮▮▮, AND ▮▮▮▮ , AND ▮▮▮▮▮▮ , AND ALL HAVE HAD NEGATIVE RESULTS. ▮▮ . HE HAS CHECKED ADDRESS IN RMS, ▮▮▮▮ AND ▮▮▮▮▮.

(HANSON)- STILL LOOKING TO INTERVIEW ▮▮▮▮▮▮ . HAS PC'S ON ▮▮▮ AND ▮▮▮▮▮ . ▮▮▮▮▮, AND ▮▮▮▮▮▮▮ .

(TURNBOW)- WORKING A CASE WITH VICTIM BRINGING ▮▮▮▮▮ TO HIS HOME FOR SEX, AFTER SHOWERING SHE LEFT. THE VICTIM FOUND CHECKS MISSING.

(JERRY)- ADVISED ▮▮▮▮▮▮ AND ▮▮▮▮▮ HAVE PAWNED PROPERTY RECENTLY. LISTED ▮▮▮▮▮▮ AS A PROLIFIC PAWNER.

**FORENSICS**

(SALINSKI)- PRINTS ARE STILL GOING TO TAMPA, STILL NEED TO HAVE ORBIT AND CID #'S.

Defendant13200

Exhibit 16 - Page 50 of 84



ACTIONABLE INTELLIGENCE
Law Enforcement Sensitive

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

DALANEA TAYLOR "BABY D"
W/F     /99
5319 LUNA VISTA DR, NPR
(CRIMINAL ASSOCIATE)
(HOUSE ARREST)

B/M
UNKNOWN
(FRIEND)
(NO VALID D/L)

W/F
(CRIMINAL ASSOCIATE)
(COMMITMENT PROGRAM)

W/M
(CRIMINAL ASSOCIATE)
(NO VALID D/L)

W/M
(CRIMINAL ASSOCIATE)
(NO VALID D/L)

W/M
(CRIMINAL ASSOCIATE)
(VALID D/L)

W/M
(FORMER FRIEND)
(JUV. PROBATION)

W/M
(FRIEND)
(D/L SUSPENDED)

B/M
(CRIMINAL ASSOCIATE)
(D/L SUSPENDED)

W/M
(FRIEND)
(SENTENCED 6 YRS)

INFO VALID AS OF 10/04/16 0944 HRS

W/M
DETAINED

W/M
(CRIMINAL ASSOCIATE)
(EXPIRED D/L)
WARRANT

B/M
(FRIEND)
(D/L SUSPENDED)
DETAINED

B/M
(FRIEND)
(D/L REVOKED)

B/M
(FRIEND)
(JUV. PROBATION)

Exhibit 16 - Page 51 of 84

# K

**D3 - Actionable Intelligence (20 April 17)**

Exhibit 16 - Page 52 of 84

 **ACTIONABLE INTELLIGENCE** 
Law Enforcement Sensitive

# <u>DISTRICT 3</u>
## CAPT HARTNETT

## APRIL TONEY/
## ALEX NAVARRO MCGAHA
**(DISTRICT ANALYSTS)**
**(12 - hours)**

1

Exhibit 16 - Page 53 of 84

Defendant15953



**ACTIONABLE INTELLIGENCE**
Law Enforcement Sensitive

**Big Four – *D3 STAR BOX***
*(04/10/17 – 04/16/17)*

**BUSINESS BURGLARY**

**17-13667 (Xcell Wireless LLC, 2623 US 19, 04/11/17)**
▓▓▓▓▓▓▓▓▓▓ attempted to pry open the rear door with a lug wrench. He placed a shopping cart with black trash bags in front of the rear door to obstruct the view from anyone passing by. LE responded to an alarm call and ▓▓▓▓▓ was on the premises. ▓▓▓ was arrested.

DETAINED   WM, ▓▓▓▓▓▓▓

**VEHICLE THEFTS**

**17-14181 (Speedway, 2023 US 19, HOL, 04/14/17)**
Surveillance showed ▓▓▓▓▓▓▓▓▓ enter an unsecured 2001 white Ford F250 that was left running. He fled in the vehicle containing $50,000 in musical equipment, Ipad, laptops, jewelry, tools, and a cell phone. ▓▓▓▓▓ brother advised ▓▓▓▓▓ was recently released from Polk County Jail and is probably attempting to get back to Plant City. **There is PC for** ▓▓▓▓▓▓▓.

PC   WM, ▓

**17-13697 (Construction Site, 4369 Sunray Dr, HOL, 04/10/17)**
Suspect/s stole a Kawasaki ATV from a construction site inside an unlocked gated area. Surveillance showed 3-4 white males (unknown if adult/juvenile) pushing the ATV and then starting it. It is unknown if the keys were in the ignition.

*Related Cases:*

**17-14226 (Anclote High School, 04/14/17):** ***Donnie McDougall,*** ▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓, *and* ▓▓▓▓▓▓ are suspected of setting fire to a stolen ATV (17-13697) with accelerants. A Jeep was set on fire at the same location (17-13845). A wave runner and moped were found abandoned at the location. The owner of the moped advised it caught fire and was scrapped at Anclote Metal and Recycling. The owner of the wave runner advised he sold it.

**17-13845 (Anclote High School, 04/12/17):** Victim's Jeep was found burned. The victim's daughter left the vehicle at the location the prior night after being too intoxicated to drive. Fire Rescue confirmed the fire was intentionally set. ▓▓▓▓▓▓▓ Donnie McDougall, ▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ are suspects.

**DONNIE MCDOUGALL**
WM, ▓▓▓▓00
3229 PRIMROSE DR, HOL
SUSPECT

WM, ▓▓▓▓▓
SUSPECT

WM, ▓▓▓
SUSPECT

WM, ▓▓▓▓
SUSPECT

7

Exhibit 16 - Page 54 of 84

Defendant15959



04/19/17: On 04/18/2017 contact was made with ████████s associate, ████████. He advised ████████s son ████████ is living at ████████. He advised that ████ trades pills and other drugs for stolen merchandise which individuals steal from Wal-Mart and other local businesses. ████ advised that there is several shed style building on ████████s property at ████ Rd. which contain the stolen merchandise that ████ takes in trade for the illegal drugs. ████ advised that ████ is one of the major dealers for the Elfers Parkway/ "River" area.

04/12/17: ████ stated he recently split up with his wife, ████████, and ████████ will be staying at an unknown address in TPS.

Dalanea advised she does not hang out with any of her old friends and only hangs out with her sisters. She plans to attend Marchman at the beginning of the next school year to obtain her High School Diploma. She received verbal warnings regarding her county ordinance violations: Junk/Debris, not having numbers on residence.

████████ advised he does not associate himself with anyone. He has his elderly father visiting him as well as a life-long friend. He plans to sell his properties and move to Georgia with other family members as soon as he can.

DCF advised ████████ is at ████████ and will be there until his 18th birthday, ████████ 2017. To be charged as an adult on Fleeing/Eluding.

04/04/17: DALANEA TAYLOR REPLACES ████████. ████████ HAS BEEN DRIVING A BLUE CHEV SILVERADO (AK, 631VFT) WHICH BELONGS TO HIS INCARCERATED COUSIN.
03/29/17: On 03/26/17, contact was made with ████████ at his residence during a traffic stop. He stated he has been traveling between his residence and Arkansas due to his parents being ill.
03/22/17: On 03/18/17, STAR located ████████ at ████████ based on information provided by ████ ████s mother. He was arrested for Resisting Officer w/o Violence, Vehicle Theft, Leaving the Scene of Accident, Reckless Driving, Flee/Elude Police, and NVDL.
03/22/17: On 03/15/17, while at his residence, ████████ pushed the victim (live-in ex-girlfriend) onto a bed, grabbed her neck, and choked her, causing the victim to lose consciousness. When the victim regained consciousness, ████ approached her raising a stainless steel machete over his head. Another subject stopped ████ from striking the victim. ████ then retrieved his Hi-Point handgun and advised he would return to the residence after he acquired ammunition for it. He fled in a red Chevrolet Cavalier with ████████. ████████s phone was pinged and he was located at the residence of ████████ where he was arrested for Aggravated Assault, Domestic Battery by Strangulation, Public Assistance Fraud, Cocaine Poss, Poss Controlled Substance, and Resisting Arrest.
03/14/17: ████████ RECEIVED 51 DAYS IN JDC DUE TO THEM WANTING TO FIND A BED IN A PROGRAM BEFORE BEING RELEASED. A PROGRAM WAS FOUND IN TAMPA, WHERE HE WILL BE FOR 16 MONTHS. HE WILL BE ALLOWED TO RETURN EVERY OTHER WEEKEND AFTER THE FIRST THREE MONTHS. WILL BE TRANSFERRED SHORTLY.;f
03/08/17: ████████ WAS ARRESTED ON 02/28, ████████ WAS ARRESTED ON 03/05 FOR WARRANTS AND RELEASED ON 03/06/17.
03/01/17: ████████: 6 ACTIVE P/U ORDERS, REPORTED MISSING ON 02/27, 17-7940 (MAY BE STAYING WITH GIRLFRIEND'S GRANDMOTHER).
████████: THREE ACTIVE WARRANT – FTA ACCUMULATION OF JUNK/DEBRIS, FTA OTHER OVERGROWN, FTA INOPERATIVE WRECKED

Exhibit 16 - Page 55 of 84



## ACTIONABLE INTELLIGENCE
Law Enforcement Sensitive

**INFO VALID AS OF 04/18/17 1215 HRS**

**ASSOCIATES**

**DALANEA TAYLOR**

**SANCTIONS:**
NONE

A: BURGLARY AUTO, BATTERY, RETAIL THEFT
**SQUAD GANG MEMBER**

WM:
A: ROBBERY W/FIREARM, BURGLARY STRUCTURE, BURGLARY AUTO, GRAND THEFT
**SQUAD GANG MEMBER**

MAY BE IN MASSACHUSETTS
A: VEHICLE THEFT, LOITERING/PROWLING, AGG BATTERY W/ DEADLY WEAPON
**SQUAD GANG MEMBER**

WF:
A: VEHICLE THEFT, RESIST OFFICER, GRAND THEFT, FALSE NAME/ID, PETIT THEFT, BURGLARY RESIDENCE

A: BATTERY, GRAND THEFT, CONTROLLED SUBSTANCE, BURG RESIDENCE, BURGLARY ARMED, RETAIL THEFT, CRIMINAL MISCHIEF
**BLOODS GANG MEMBER**

A: FALSE VERIFICATION OF OWNERSHIP
S: BURGLARY AUTO
**SQUAD GANG MEMBER**

A: RESIST OFFICER, VEHICLE THEFT
**BLOODS GANG MEMBER**

A: BURGLARY AUTO, VEHICLE THEFT, ARMED TRESPASS, BATTERY
**SQUAD GANG MEMBER**

A: DOMESTIC BATTERY
S: CONTROLLED SUBSTANCE
**SISTER**

A: MARIJUANA POSS, BATTERY, OBSTRUCT BY DISGUISED PERSON, RETAIL THEFT

A: DOMESTIC BATTERY, VEHICLE THEFT, BURGLARY AUTO, BURGLARY RESIDENCE, FLEE TO ELUDE, BATTERY, MARIJUANA POSS, GRANT THEFT

A: CONTROL SUBS, FTA, VEHICLE THEFT

FOR INFORMATIONAL AND INVESTIGATIVE PURPOSES ONLY/INCLUSION DOES NOT CONSTITUTE DESIGNATION AS PERSONS OF INTEREST

**Exhibit 16 - Page 56 of 84**

Defendant15970



02/22/17: _____ has active warrant for FTA accumulation of junk and debris

**Exhibit 16 - Page 57 of 84**

Defendant15971



02/22/17: [REDACTED] has active warrant for FTA accumulation of junk and debris

**Exhibit 16 - Page 58 of 84**

Defendant15972



02/22/17: ▮▮▮▮▮▮▮▮▮▮ has active warrant for FTA accumulation of junk and debris

Exhibit 16 - Page 59 of 84

Defendant15973

# L

**D3 - Actionable Intelligence (20 Sept 18)**

Exhibit 16 - Page 60 of 84

Defendant16010



We Fight As One

PASCO SHERIFF

PASCO SHERIFF'S OFFICE

# INTELLIGENCE-LED POLICING

*ACTIONABLE INTELLIGENCE*

*DISTRICT 3*
*CAPTAIN HARTNETT*

Exhibit 16 - Page 61 of 84

Defendant16015

# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

## SIGNIFICANT BIG FOUR CRIME EVENTS/TRENDS
## (09/10/18 – 09/16/18)





POI/PC

Donnie McDougall
WM, /2000



POI

WM,

**VEHICLE THEFT - 18036744**
*3022 Bigelow Dr, Holiday (Aloha Gardens) (13)*

On 09/14/2018, between 0230 and 0530 hours, the victim's EZ-GO golf cart was removed from his driveway. A witness who was visiting a friend advised he observed both Donnie McDougall and Donnie's best friend, ████ driving past the friend's residence on a dirt bike together; at which time the witness' friend contacted 911 because she has an active DVI against Donnie.

After the 911 call was placed, that same witness, ████, who is an associate of McDougall's, received a phone call from Donnie McDougall, who advised that he and ████ were out on a golf cart and asked if the witness wanted to join. Shortly after, the witness saw a golf cart drive past and heard a crash. The golf cart was located, abandoned, and possible prints were lifted by Forensics. When the witness and his friend were shown the stolen golf cart they confirmed it was the one that was observed driving past with McDougall and ████

Contact was attempted with Donnie McDougall at his residence, which met with negative results. Contact was made with ████ who denied hanging out with Donnie and claimed he had not seen him in two or three days. PC has not yet been established and Donnie McDougall and ████ are only considered persons of interest at this time. McDougall does have active PC, which is now at the jail, reference the related DVI Violation report, case 18036744.

LAW ENFORCEMENT SENSITIVE — NOT FOR PUBLIC RELEASE

Exhibit 16 - Page 62 of 84

# INTELLIGENCE-LED POLICING

*"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."*



## DISTRICT 3 TOP 5

INFO VALID AS OF 09/18/18 @ 1100 HOURS

Number after name represents days on target list

### – 231

JUV. PROBATION



BM.

LKA:
BURGLARY AUTO, LOITERING/PROWLING,
GRAND THEFT, FALSE NAME TO LEO

### DONNIE MCDOUGALL – 1

PC EXISTS



WM, /00
3229 PRIMROSE DR, HOL
CRIMINAL MISCHIEF, DOM AGG ASSAULT, DOMESTIC
BATTERY, VEHICLE THEFT, BURGLARY AUTO ARMED, VOP,
RESIST OFFICER, BATTERY ON SPECIFIED OFFICIAL

### – 43



WM

LKA:
RESIST OFFICER, VEHICLE THEFT, BURGLARY
BUSINESS OCCUPIED, DOMESTIC AGGRAVATED
ASSAULT, AGGRAVATED ASSAULT

### – 91



GANG MEMBER (CRIPS)
WM

VOP, DWLSR, FTA, RESIST OFFICER, CO ORD, KIDNAP,
DOMESTIC BATTERY, CARRY CONCEALED WEAPON

### – 252

JUV. PROBATION



WM

LKA:
BURGLARY AUTO, CONTRABAND COUNTY DET,
VEHICLE THEFT, NVDL, BATTERY ON SCHOOL EMP,
DISRUPT/ INTERFERE SCH FUNCT, TRESPASS,
ASSAULT ON SCHOOL EMP, BATTERY

LAW ENFORCEMENT SENSITIVE — Not For Public Release

Defendant16024

Exhibit 16 - Page 63 of 84

# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

*LAW ENFORCEMENT SENSITIVE — NOT FOR PUBLIC RELEASE*

Defendant16031

INFO VALID AS OF 09/18/18, 1100 HRS



**PC EXISTS**

**DONNIE MCDOUGALL - 1**
WM /00
3229 PRIMROSE DR, HOL
CRIMINAL MISCHIEF, DOM AGG
ASSAULT, DOMESTIC BATTERY,
VEHICLE THEFT, BURGLARY AUTO
ARMED, VOP, RESIST OFFICER,
BATTERY ON SPECIFIED OFFICIAL

**Exhibit 16 - Page 64 of 84**

---

 
WF
FORMER GIRLFRIEND

 
WM
ASSOCIATE

   
WM
*COMM CONTROL PROBATION*
ASSOCIATE


BM
ASSOCIATE

---

  
WM
ASSOCIATE

WM
ASSOCIATE

WM
ASSOCIATE

**WARRANT**

**TAMMY HEILMAN**
ANTI-LEO SENTIMENT
WF 74
3229 PRIMROSE DR, HOL
*MISD. PROBATION*
MOTHER

---

    
ANTI-LEO SENTIMENT
BM
ASSOCIATE

WF
ASSOCIATE

WM
ASSOCIATE

WF
ASSOCIATE

**LOL JAIL**

---

     

PASCO SHERIFF

Defendant16032



# INTELLIGENCE-LED POLICING

## "IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

LAW ENFORCEMENT SENSITIVE — NOT FOR PUBLIC RELEASE

**INFO VALID AS OF 09/18/18, 1100 HRS**

**DONNIE MCDOUGALL**



**TYLER MCDOUGALL**
WF    97
3229 PRIMROSE DR, HOL
SISTER



WM
JUVENILE PROBATION
ASSOCIATE



WM
ASSOCIATE





Exhibit 16 - Page 65 of 84

# M

**D1-Actionable Intelligence 6.6.18**

Exhibit 16 - Page 66 of 84

Defendant13933



PASCO SHERIFF'S OFFICE

# INTELLIGENCE-LED POLICING

*DISTRICT 1*
*CAPTAIN IRIZARRY*

We Fight As One

PASCO SHERIFF

Exhibit 16 - Page 67 of 84

# INTELLIGENCE-LED POLICING

*"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."*



## DISTRICT 1 TOP 5

**INFO VALID AS OF 6/6/18 1100 HRS**

Number after name represents days on target list



**37 DAYS**

W/M, DOB:

CRIMINAL ACTIVITY:  METHAMPHETAMINE POSSESSION, FELON IN POSSESSION OF AMMUNITION, FELON IN POSSESSION OF FIREARM, POSSESSION OF PARAPHERNALIA, VEHICLE THEFT

**DETAINED**

**17 DAYS**

W/M, DOB:

CRIMINAL ACTIVITY:  VEHICLE THEFT, VIOLATION OF PROBATION, OCCUPIED CONVEYANCE BURGLARY
SCHEDULED RELEASE DATE: 6/6/18



**37 DAYS**

W/M, DOB:
LKA:     HOMELESS

ALERT:  CRIMINAL TRESPASS WARNING (FROM HUDSON, WALMART)

CRIMINAL ACTIVITY:  LOITERING AND PROWLING, DWLSR, THEFT VEHICLE, PETIT THEFT, METHAMPHETAMINE POSSESSION, FELON IN POSSESSION OF A FIREARM, RETAIL THEFT, VOP



**WARRANT**

**24 DAYS**

W/M, DOB:
HOMELESS, HUDSON

CRIMINAL ACTIVITY:  GRAND THEFT, VEHICLE THEFT, DEALING IN STOLEN PROPERTY, POSSESS CONTROLLED SUBSTANCES, FELON IN POSSESSION OF FIREARM, ROBBERY NO WEAPON, KIDNAP INFLICT BODILY HARM OR TERRORIZE, METHAMPHETAMINE POSSESSION, SCHEME TO DEFRAUD, RESIDENTIAL BURGLARY, ARMED BURGLARY, CARRY CONCEALED FIREARM



**PC:**

**TYLER PANESON – 3 DAYS**

W/M, DOB:      /84
14137 AMANDA AVE., HUDSON

CRIMINAL ACTIVITY:  GRAND THEFT, METHAMPHETAMINE POSSE SS ION, BURGLARY STRUCTURE, RETAIL THEFT, RESIDENTIAL BURGLARY, BUSINESS BURGLARY, VEHICLE THEFT, POSSESS/SEE/DELIVER/MAKE CONTROLLED SUBSTANCES, CARRY CONCEALED FIREARM, FRAUDULENT USE OF A CREDIT CARD

ACTIVE PC:  GRAND THEFT

*LAW ENFORCEMENT SENSITIVE — NOT FOR PUBLIC RELEASE*

Defendant13943

**Exhibit 16 - Page 68 of 84**

Defendant13944

# INTELLIGENCE-LED POLICING

### "IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."



INFO VALID AS OF 5/22/18 1100 HRS



**LAW ENFORCEMENT SENSITIVE — NOT FOR PUBLIC RELEASE**

W/F,

W/M,

W/F,

**ALERT: CARRIES NEEDLES**

W/M,

**PROLIFIC OFFENDER**



W/F,

W/M,

W/M,

W/M,

**GANG MEMBER**

DETAINED

W/M,

**ALERT: CARRIES GUN**

AKA:
W/M,

W/F,

W/F,

DETAINED

DETAINED













DETAINED

**ACTIVE PC**

TYLER PANESON – 3 DAYS

W/M, DOB: /84
14137 AMANDA AVE, HUDSON
LOCATION: 5907 BEVERLY DR., HUDSON
CRIMINAL ACTIVITY: GRAND THEFT,
METHAMPHETAMINE POSSESSION,
BURGLARY STRUCTURE, RETAIL THEFT,
RESIDENTIAL BURGLARY, BUSINESS
BURGLARY, VEHICLE THEFT,
POSSESS/SEE/DELIVER/MAKE
CONTROLLED SUBSTANCES, CARRY
CONCEALED FIREARM, FRAUDULENT USE OF
A CREDIT CARD

Exhibit 16 - Page 69 of 84



INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

W/M. GANG MEMBER

W/M. DRUG DEALER

W/M.

W/M.

W/M. FAMILY VIOLENCE

W/M. UNKNOWN LOCATION

W/M. GANG MEMBER

INFO VALID AS OF 5/22/18 1100 HRS

LAW ENFORCEMENT SENSITIVE — NOT FOR PUBLIC RELEASE

Defendant13945

Exhibit 16 - Page 70 of 84

# N

**D1-Actionable Intelligence 6.13.18**

Exhibit 16 - Page 71 of 84



Exhibit 16 - Page 72 of 84

Defendant13949

1

## INTELLIGENCE-LED POLICING

*"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."*

| Date | Defendant | Case | District | Location | Violation | Fine |
|------|-----------|------|----------|----------|-----------|------|
| 6/4/18 | ██████ | 18022412 | 1 | ██████ | Accumulation of junk and debris | $268.00 |
| 6/4/17 | ██████ | 18022413 | 1 | ██████ | Overgrown conditions | $168.00 |
| 6/4/18 | ██████ | 18022414 | 1 | ██████ | Storing Inoperative vehicles x6 | $1,018.00 |
| 6/5/18 | ██████ | 18022625 | 1 | ██████ | Storing Inoperative vehicles x6 | $1,125.00 |
| 6/5/18 | ██████ | 18022625 | 1 | ██████ | Lack of address | $518.00 |
| 6/6/18 | Darlene Deegan | 18022728 | 1 | 14137 Amanda Aveune Hudson | Accumulation Junk and debris | $143.00 |
| 6/6/18 | Darlene Deegan | 18022729 | 1 | 14137 Amanda Avenue Hudson | Permitted Use Violation | $518.00 |

*LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE*

██████ at ██████ was issued 2 citations for accumulation of junk and debris and overgrown conditions totaling $436. ██████ is an associate of former D1 Top 5, ██████ and he is also a convicted felon.

██████ at ██████ was issued 1 citation for storing inoperative vehicles x6 totaling $1,018.00

██████ aka ██████ at ██████ was issued 2 citations for storing inoperative vehicles x6 and lack of address totaling $1,643

Darlene Deegan at 14137 Amanda Ave., Hudson was issued 5 citations totaling $1,840

**Exhibit 16 - Page 73 of 84**

Defendant13958

7

## INTELLIGENCE-LED POLICING

*"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."*

| Date | Defendant | Case | District | Location | Violation | Fine |
|------|-----------|------|----------|----------|-----------|------|
| 6/6/18 | Darlene Deegan | 18022730 | 1 | 14137 Amanda Aveune Hudson | Use of Public Sewer requirements | $143.00 |
| 6/6/18 | Darlene Deegan | 18022731 | 1 | 14137 Amanda Aveune Hudson | Commercial Vehicles | $518.00 |
| 6/6/18 | Darlene Deegan | 18022732 | 1 | 14137 Amanda Aveune Hudson | Lack of Address | $518.00 |
| 6/7/18 | ██████ | 18022939 | 1 | ██████ | Accumulation Junk and debris | $143.00 |
| 6/7/18 | ██████ | 18022940 | 1 | ██████ | Storing Inoperative vehicles x3 | $393.00 |
| 6/7/18 | ██████ | 18022941 | 1 | ██████ | Lack of address | $518.00 |
| 6/7/18 | ██████ | 18022942 | 1 | ██████ | Accumulation Junk and debris | $143.00 |

**LAW ENFORCEMENT SENSITIVE — NOT FOR PUBLIC RELEASE**

██████ and ██████ at ██████ were each issued 3 citations for a grand total of $1,983

**Exhibit 16 - Page 74 of 84**

Defendant13959

8



Since ████████ has been in jail, he has had contact with ████████ who resides at ████████ and uses phone # ████████ . ████ has no history in RMS.

Tyler Paneson still has PC for auto theft.  Det. Brooks attempted contact with Paneson at his residence on 6/7/18 with negative contact.  Cpl. Davilla made contact with Tyler's mother on 6/8/18.  She refused to let LEO on the property to hearch the house or RV.  She stated Tyler does not live at the residence nor has he been there.  She was uncooperative with providing any information.

**Exhibit 16 - Page 75 of 84**

Defendant13965

14



**Exhibit 16 - Page 76 of 84**

Defendant13968

17



Exhibit 16 - Page 77 of 84

Defendant13968-1

18

# O

**D1-Actionable Intelligence 8.1.18**

Exhibit 16 - Page 78 of 84



Defendant14430

Exhibit 16 - Page 79 of 84

# INTELLIGENCE-LED POLICING
### "IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."





# District 1 Top 5 Offenders

**INFO VALID AS OF 7/31/18 1000 HRS**

Number after name represents days on target list


**– 37 DAYS**
W/F,

CRIMINAL ACTIVITY:  MARIJUANA POSSESSION, VOP, POSSESSION OF CONTROLLED SUBSTANCE, CONTEMPT OF COURT, POSSESSION OF PARAPHERNALIA, DOMESTIC BATTERY, DWLSR, POSSESS METHAMPHETAMINE, POSSESS/DELIVER/SELL/MAKE CONTROLLED SUBSTANCE,  GRAND THEFT, AUTO BURGLARY, BATTERY

**– 90 DAYS**
W/M, DOB:

CRIMINAL ACTIVITY:  METHAMPHETAMINE POSSESSION, FELON IN POSSESSION OF AMMUNITION, FELON IN POSSESSION OF FIREARM, POSSESSION OF PARAPHERNALIA, VEHICLE THEFT


**DETAINED**

**TYLER PANESON – 59 DAYS**
W/M, DOB:      /84
14137 AMANDA AVE., HUDSON
CRIMINAL ACTIVITY:  GRAND THEFT, METHAMPHETAMINE POSSESSION, BURGLARY STRUCTURE, RETAIL THEFT, RESIDENTIAL BURGLARY, BUSINESS BURGLARY, VEHICLE THEFT, POSSESS/SEE/DELIVER/MAKE CONTROLLED SUBSTANCES, CARRY CONCEALED FIREARM, FRAUDULENT USE OF A CREDIT CARD





**– 8 DAYS**
W/M, DOB:
LKA:
**ALERT:  PROLIFIC OFFENDER**
CRIMINAL ACTIVITY:  VEHICLE THEFT, CONTEMPT OF COURT, FRAUDULENT USE OF CREDIT CARD, DWSLR, POSSESSION OF DRUGS W/O PRESCRIPTION, FELONY BATTERY, RETAIL THEFT

**JDC**
**– 72 DAYS**
W/M, DOB:

CRIMINAL ACTIVITY:  VEHICLE THEFT, VIOLATION OF PROBATION, OCCUPIED CONVEYANCE BURGLARY
ADMITTED TO JDC ON 7/5/18
PROJECTED RELEASE DATE:  8/14/18

Defendant14441

*LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE*

**Exhibit 16 - Page 80 of 84**

 

# INTELLIGENCE-LED POLICING
## "IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

INFO VALID AS OF 7/31/18 1000 HRS

**DETAINED**



**TYLER PANESON – 59 DAYS**
W/M, DOB: ████ /84
14137 AMANDA AVE., HUDSON
ALT LOCATION:  5907 BEVERLY DR., HUDSON
CRIMINAL ACTIVITY:  GRAND THEFT, METHAMPHETAMINE POSSESSION, BURGLARY STRUCTURE, RETAIL THEFT, RESIDENTIAL BURGLARY, BUSINESS BURGLARY, VEHICLE THEFT, POSSESS/SEE/DELIVER/MAKE CONTROLLED SUBSTANCES, CARRY CONCEALED FIREARM, FRAUDULENT USE OF A CREDIT CARD

**DETAINED**

 
W/M,
ALERT:  CARRIES GUN

 
W/F,

 
W/F,

 
AKA:
W/M,

**DETAINED**

 
W/M,

 
W/M,

 
W/F,
OUT ON BOND

 
W/M,

 
W/F,
ALERT:  CARRIES NEEDLES

**WARRANTS**

 
W/F,

**WARRANT**

 
W/M,
GANG MEMBER

 
W/M,
PROLIFIC OFFENDER

*Law Enforcement Sensitive – Not For Public Release*

Defendant14442

Exhibit 16 - Page 81 of 84

# P

**D1-Actionable Intelligence 7.3.19**

Exhibit 16 - Page 82 of 84

Defendant 14149

PASCO SHERIFF

We Fight As One

PASCO SHERIFF'S OFFICE

INTELLIGENCE-LED
POLICING

DISTRICT 1
CAPTAIN IRIZARRY

Exhibit 16 - Page 83 of 84



# INTELLIGENCE-LED POLICING

"IMPACTING THE FUTURE BY MAKING INTELLIGENCE-LED DECISIONS TODAY."

## Patrol Initiated Ordinance Citations
## (06/25/19 to 07/01/19)

| Case # | Offense | Defendant | Prior Ordinance Citations | Address | Date Occurred | Zone | Deputy |
|---|---|---|---|---|---|---|---|
| 19026491 | Co Ord- Roadway Solicitation Violation | | Roadway Solicitation – 1<br>Tres Warn Public Property – 1 | Homeless, Port Richey | 06/26/19 1520 | 05 | R. Ashley |
| 19026618 | Co Ord- Land Overgrown Conditions | Darlene Deegan /51 | Permitted Use – 1<br>Polluted Water Discharge – 1<br>Parking/Storing Comm Vehs – 1<br>Standards for Numbering – 1<br>Accumulation of Debris | 14137 Amanda Ave, Hudson | 06/27/19 1305 | G4 | M. MacDougall |
| 19027016 | Co Ord- Standards for Numbering | | Accumulation of Debris – 1 | | 06/13/19 1402 | 06 | M. Rodriguez |
| 19027017 | Co Ord- Public Safety Violation- Unsecured Refrigerator | | | | | | |

*LAW ENFORCEMENT SENSITIVE – NOT FOR PUBLIC RELEASE*

**Exhibit 16 - Page 84 of 84**