# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Pasco Sheriff's Office
**ORI:** FL0510000
**Location of Incident:** 7432 LITTLE RD, New Port Richey FL 34654
**Gang Relat:** YES
**Premise Type:**
**Zone/Tract:** Z2

**Case#:** 15-031381
**Date / Time Reported:** 08/25/2015  16:52  Tue
**Last Known Secure:** 08/25/2015  16:52  Tue
**At Found:** 08/25/2015  16:52  Tue

## INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | Activity |
|---|---|---|---|---|
| #1 | Security Threat Group Documentation 99173 | | NOT APPLICABLE | |
| | Entry | | Exit | Security |
| #2 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | Entry | | Exit | Security |
| #3 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | Entry | | Exit | Security |

**MO:**

## VICTIM

**# of Victims:** 0  **Type:**  **Injury:**  **Domestic:** N

**V1** Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status
Home Address | Email | Home Phone
Employer Name/Address | Business Phone | Mobile Phone
VYR | Make | Model | Style | Color | Lic/Lis | VIN

## OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** OTHER  **Injury:**
**Code:** IO  **Name:** THE SQUAD
**Resident Status:** N/A
**Home Address:** NEW PORT RICHEY, FL

**Type:** BUSINESS  **Injury:**
**Code:** IO  **Name:** BLOODS
**Resident Status:** N/A

## PROPERTY

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#:** KOZERA, B. (PAT1) (3569)
**Invest ID#:** (0)
**Supervisor:** MELLO, K. E. (0830)

**Status** | **Complainant Signature** | **Case Status:** Administratively Cleared  08/25/2015 | **Case Disposition:** 04/01/2016 | Page 1

R_CS1IBR    Printed By: CH1004, CAD    Sys#: 953642    01/20/2022 15:58

# INCIDENT/INVESTIGATION REPORT

*Pasco Sheriff's Office*

Case # *15-031381*

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *None*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 15-031381              *Pasco Sheriff's Office*

N A R R A T I V E

*R_CS2IBR*                                By: CH1004, CAD  01/20/2022 15:58                                Page 2

# REPORTING OFFICER NARRATIVE

| Pasco Sheriff`s Office | | OCA<br>*15-031381* |
|---|---|---|
| Victim | Offense<br>*SECURITY THREAT GROUP* | Date / Time Reported<br>*Tue 08/25/2015 16:52* |

STAT DATA:
RELATED CASE NUMBERS: 14-40084, 14-39557, 15-000715, 14-46026, 14-38969, 15-000714, 15-000797, 14-39296, 13-39353, 13-35661, 13-27448, 13-19080, 14-4910, 13-006090, 13-27448

This report is to document "The Squad" AKA "Rico Gang" as a criminal street gang according to Florida Statute 874.03. The Squad is active in both the incorporated and unincorporated cities of Port Richey and New Port Richey, more specifically the west side of Pasco County. The Squad claims allegiance to the Bloods and would be considered a hybrid street gang to the nationally documented Bloods. The Squad has adopted the color red which is one of the most common colors worn by Blood gang members. The Squad was first identified by the members of the Pasco County Sheriff`s Office while conducting Facebook surveillance on several juveniles, who were committing crimes together. Photos observed were seen via the users public Facebook page, which could be seen by anyone.  In these public photos, several members have been observed wearing red, while holding up distinctive hand signs used by the nationally documented Bloods.  Most of the members of the Squad are juvenile with the exception of a few who have turned 18.  Members have been friends for a long time with each other and have been arrested together committing crimes. In several cases, juvenile members would "car hop" committing auto burglaries. During these burglaries, members would find keys left in the vehicles, by the vehicles owner`s and would steal the car to "joy ride". In some cases, members have been arrested for the theft of these stolen vehicles.  The gang has also been reported to be involved in numerous disturbances involving fights and the discharge of firearms into occupied dwellings, burglaries, and robberies.  The Squad gang identifies with other various aka names which are posted on to several members open source Facebook pages. The other names to their gang include: JP gang, Rico Gang. The Squad gang members have been observed with Loyalty tattoos. In addition, gang members have used both a "b" hand sign to represent the Bloods. It is unknown at this time if there is a hierarchy to the gang and if crimes committed are for the good of the gang. This will be determined in future investigations. Any other members identified in this gang will be documented according to Florida State statute and added to the gangs identification database.
No further action at this time.

## Incident Report Suspect List

Pasco Sheriff's Office                                                                                  OCA: 15-031381

### 1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| GRACIANI, BRIANNA NATALIE | GARCIA, BRIANNA; KIKO; KIIKO | 8421 N BROOKS ST<br>TAMPA, FL 33604<br>352-263-0103 |

| Business Address | UNEMPLOYED |
|---|---|

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 19 | W | F | H | 502 | 220 | BLK | BRO | MED | [redacted] |

**Scars, Marks, Tattoos, or other distinguishing features**
TATT RIGH ARM / HEART; CROSS, GOD`S GIFT; PUERTO RICAN FLAG; TATT   BACK / LATIN PRIDE; TATT LEFT ARM / BOSTON RED SOX; LION,; TATT   CHEST / FAMILY OVER EVERYTHING; TATT LEFT ARM / B CITY STARS;

*Reported Suspect Detail* — Suspect Age / Race / Sex / Eth / Height / Weight / SSN
Weapon, Type / Feature / Make / Model / Color / Caliber / Dir of Travel / Mode of Travel
VehYr/Make/Model / Drs / Style / Color / Lic/St / VIN

**Notes**

**Physical Char**
- Build, HEAVY
- Hair Facial, Clean Shaven
- Hair Length, Short
- Hands, Right Handed
- Pants/dress/skirt, Jeans
- Posture / Square, rect
- Shirt/blouse, Short Sleeves
- Shoes, Tennis
- Shoes, Tennis

### 2

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| [redacted] | [redacted] | HOMELESS<br>, FL<br>727-656-9480 |

| Business Address | UNEMPLOYED, UNEMPLOYED |
|---|---|

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 15 | W | M | N | 503 | 115 | BRO | BRO | LGT | [redacted] FL |

**Scars, Marks, Tattoos, or other distinguishing features**
TATT RFOR ARM / LOYALTY

*Reported Suspect Detail* — Suspect Age / Race / Sex / Eth / Height / Weight / SSN
Weapon, Type / Feature / Make / Model / Color / Caliber / Dir of Travel / Mode of Travel
VehYr/Make/Model / Drs / Style / Color / Lic/St / VIN

**Notes**

**Physical Char**
- Build, THIN
- Conversation, Polite
- Hair Facial, Slight Beard
- Hair Length, Short
- Hands, Right Handed
- Twin, Twin
- Build, MEDIUM
- Jacket, Jacket
- Pants/dress/skirt, Jogging
- Conversation, Polite

## Incident Report Suspect List

*Pasco Sheriff's Office*  OCA: 15-031381

### 3

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| ███████ | ███████ | 6036 WESTPORT DR<br>PORT RICHEY, FL 34653<br>727-484-8815 |

| Business Address | | |
|---|---|---|

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ | 15 | W | M | N | 506 | 150 | BRO | BRO | FAR | ███ FL |

**Scars, Marks, Tattoos, or other distinguishing features**
TATT UPPR ARM / PRAYIING HANDS;  TATT RFOR ARM / CROSS, 3/25/47, JACKIE GENE

*Reported Suspect Detail*

| Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

**Notes**

**Physical Char**
Build, MEDIUM
Conversation, Polite
Build, SMALL
Build, THIN
Hair Length, Short

### 4

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| T████, D████ | BABY DEE; BABY D | 7208 ADARE DR<br>NEW PORT RICHEY, FL 34653<br>727-485-7631 |

| Business Address | UNEMPLOYED, UNEMPLOYED |
|---|---|

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ | 16 | W | F | N | 505 | 145 | BLK | HAZ | FAR | ███ FL |

**Scars, Marks, Tattoos, or other distinguishing features**
TATT RIGH HAND / OCTAPUS LIL SAVAGE;  TATT RIGH ARM / RESPECT, KELSEY;  TATT RIGH HIP / VICT;  TATT LEFT EAR / STAR BEHIND EAR;  TATT RIGH ARM / "RESPECT", "KELSEY", HEART;  TATT LEFT EAR / STAR;  TATT RIGH

*Reported Suspect Detail*

| Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

**Notes**

**Physical Char**
Hair Length, Medium
Hair Facial, Clean Shaven
Hair Length, Long
Build, MEDIUM

## Incident Report Suspect List

*Pasco Sheriff`s Office*  OCA: 15-031381

| 5 | Name (Last, First, Middle) | Also Known As<br>HERNANDEZ, ANGEL LUIS | Home Address<br>7703 JASMINE BLVD<br>PORT RICHEY, FL 34668<br>727-485-5939 |
|---|---|---|---|
| | Business Address UNEMPLOYED | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 17 | W | M | N | 509 | 145 | BRO | BRO | LGT | FL |

Scars, Marks, Tattoos, or other distinguishing features
SCAR LEFT ARM;  TATT    BODY / TATTOOS MULTIPLE

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes | Physical Char
| |
| Hair Length, Short
Hair Facial, Clean Shaven
Build, MEDIUM
Build, SMALL
Build, THIN
Hair Facial, Slight Beard
Hair Length, Military

| 6 | Name (Last, First, Middle)<br>CASTILLO, VICTOR MANUEL | Also Known As<br>CASTILLO,  VICTOR;<br>CASTILLO,  VICTOR MANUEL; | Home Address<br>4348 PLAZA DR - 302<br>HOLIDAY, FL 34691<br>813-481-4115 |
|---|---|---|---|
| | Business Address UNEMPLOYED<br>813-481-4115 | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | W | M | N | 509 | 180 | BLK | BRO | LBR | FL |

Scars, Marks, Tattoos, or other distinguishing features
TATT RIGH HAND / BOUT;  TATT RIGH ARM / DRAMA MASK, STARS, PYRAMID WITH EYE, G LYSSA, DOUGH BOY;
TATT LEFT ARM / H, ROSARY, AK47, LIVE BY GUN; MONEY BAG;  TATT RIGH ARM / STARS, DICE, ROMAN MUMS,

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes | Physical Char
| |
| Build, SMALL
Build, THIN
Hair Length, Short
Hair Length, Military
Build, MUSCULAR
Hair Facial, Goatee
Hair Facial, Mustache
Build, MEDIUM
Hair Length, Military
Build, MUSCULAR
Hair Facial, Goatee
Hair Facial, Mustache

# Incident Report Suspect List

Pasco Sheriff's Office                                            OCA: 15-031381

## 7

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| SICOLA, CHRIS | VALENTIN, CHRIS | 6613 CELESTE LA<br>NEW PORT RICHEY, FL 34653<br>727-485-6123 |
| Business Address: GULF HIGH, STUDENT | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 18 | W | M | N |  |  |  |  |  |  |

Scars, Marks, Tattoos, or other distinguishing features:

**Reported Suspect Detail**

| Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes:

Physical Char:
*Hair Length, Short*
*Hair Facial, Clean Shaven*
*Build, THIN*

## 8

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| SHOOPMAN, RONI JAMES | SHOOPMAN, RONI;<br>SHOOPMAN, RONNY | 2051 KIMBERLY DR<br>DUNEDIN, FL 34698<br>727-359-6233 |
| Business Address: NONE, UNEMPLOYED | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 19 | W | M | N | 509 | 150 | BRO | BLU | MED | FL |

Scars, Marks, Tattoos, or other distinguishing features:
TATT RIGH ARM / SKELTON; TATT RIGH ANKL / INDIAN SKULL; TATT BODY / ONE TATTOO-UNKNOWN OR LOCATION NOT NOTED; SCAR ABDO / SCAR ABDOMEN

**Reported Suspect Detail**

| Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes:

Physical Char:
*Build, SMALL*
*Hair Length, Short*
*Hair Facial, Clean Shaven*
*Build, MEDIUM*
*Build, THIN*

## Incident Report Suspect List

Pasco Sheriff's Office                                                                                                   OCA: 15-031381

**9**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ FAT BOY | 6730 CANDICE LN<br>NEW PORT RICHEY INCO, FL 34653<br>727-484-0370 |

| Business Address |
|---|
|  |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | 17 | W | M | N | 509 |  | BLK | BRO | LBR | ▇▇▇▇▇ |

Scars, Marks, Tattoos, or other distinguishing features

TATT LFOR ARM / STEVE;  TATT RFOR ARM / YOUNG;  TATT RIGH HAND / PYRIMID;  TATT RIGH ARM / YOUNG;  TATT LEFT ARM / STEVE;  SCAR RIGH ARM / STEVE

*Reported Suspect Detail*    Suspect Age | Race | Sex | Eth | Height | Weight | SSN

Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel

VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN

Notes | Physical Char

Build, THIN
Hair Length, Short
Build, MEDIUM
Build, SMALL
Hair Facial, Clean Shaven
Build, HEAVY

**10**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇ |  | 8541 CONGRESS ST - 9<br>PORT RICHEY, FL 34668<br>727-597-0051 |

| Business Address | GULF MIDDLE SCHOOL |
|---|---|

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | 17 | W | M | N | 506 | 205 | BRO | GRN | DRK | ▇▇▇▇▇ FL |

Scars, Marks, Tattoos, or other distinguishing features

TATT RIGH HAND / VIXCI ON MIDDLE FINGER;  TATT RIGH HAND / LXCCDI ON RING FINGER;  TATT    BODY / TATTOOS MULTIPLE;  SCAR    BODY / SCARS MULTIPLE

*Reported Suspect Detail*    Suspect Age | Race | Sex | Eth | Height | Weight | SSN

Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel

VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN

Notes | Physical Char

Build, MEDIUM
Hair Length, Short
Hair Facial, Clean Shaven
Build, THIN

# Incident Report Suspect List

Pasco Sheriff's Office   OCA: 15-031381

## 11

| Field | Value |
|---|---|
| Name (Last, First, Middle) | LAGANA, TYLER LOUIS |
| Also Known As | |
| Home Address | 6245 9TH AVE, NEW PORT RICHEY, FL 34653, 727-815-2471 |
| Business Address | |
| DOB | [redacted] |
| Age | 19 |
| Race | W |
| Sex | M |
| Eth | N |
| Hgt | 504 |
| Wgt | 140 |
| Hair | BRO |
| Eye | HAZ |
| Skin | MED |
| Driver's License / State | [redacted] FL |

Scars, Marks, Tattoos, or other distinguishing features:
TATT RIGH ARM / ROSES STARS, BIRDS FLOWERS, TIME PIECE;  TATT RIGH ARM / PRAYING HANDS;  SCAR   HEAD;  TATT LEFT ARM / DEMOND;  ARTI RIGH ARM / CROSS WITH PRAYING HANDS, ONLY GOD CAN JUDGE YOU

Reported Suspect Detail — Suspect Age, Race, Sex, Eth, Height, Weight, SSN
Weapon, Type; Feature; Make; Model; Color; Caliber; Dir of Travel; Mode of Travel
VehYr/Make/Model; Drs; Style; Color; Lic/St; VIN

Notes:

Physical Char:
- Build, SMALL
- Hair Facial, Clean Shaven
- Hair Length, Short
- Build, THIN
- Hair Length, Long

## 12

| Field | Value |
|---|---|
| Name (Last, First, Middle) | [redacted] |
| Also Known As | DOUGHBOY; OG SHOTTA |
| Home Address | 5029 GALAXY DR, NEW PORT RICHEY, FL 34652, 727-203-6388 |
| Business Address | |
| DOB | [redacted] |
| Age | 17 |
| Race | W |
| Sex | M |
| Eth | N |
| Hgt | 510 |
| Wgt | 175 |
| Hair | BRO |
| Eye | BRO |
| Skin | MED |
| Driver's License / State | [redacted] FL |

Scars, Marks, Tattoos, or other distinguishing features:
TATT LEFT ARM / SCRIPT"GRATEFUL";  TATT CNTR CHEST / SCRIPT" BORN LUCKY"/SKULLS

Reported Suspect Detail — Suspect Age, Race, Sex, Eth, Height, Weight, SSN
Weapon, Type; Feature; Make; Model; Color; Caliber; Dir of Travel; Mode of Travel
VehYr/Make/Model; Drs; Style; Color; Lic/St; VIN

Notes:

Physical Char:
- Build, HEAVY
- Hair Facial, Clean Shaven
- Build, THIN
- Teeth, None
- Hair Length, Medium
- Hair Length, Short
- Build, MEDIUM
- Build, SMALL
- Conversation, Polite
- Hands, Right Handed
- Pants/dress/skirt, Shorts
- Posture / Square, rect
- Shirt/blouse, Pullover
- Shoes, Tennis

## Incident Report Suspect List

*Pasco Sheriff's Office*       OCA: *15-031381*

### 13

| Field | Value |
|---|---|
| Name (Last, First, Middle) | SIMPSON, DYLAN MICHAEL |
| Also Known As | SIMPSON, DILLON M; LIL ITALY |
| Home Address | 6814 AMARILLO ST, PORT RICHEY, FL 34668, 727-534-7440 |
| Business Address | MARCHMAN |
| Age | 18 |
| Race | W |
| Sex | M |
| Eth | N |
| Hgt | 509 |
| Wgt | 140 |
| Hair | BRO |
| Eye | BRO |
| Skin | FAR |

Scars, Marks, Tattoos, or other distinguishing features:

**Reported Suspect Detail**

Physical Char:
- Hair Facial, Clean Shaven
- Hair Length, Short
- Build, MEDIUM
- Hair Length, Medium
- Build, THIN

### 14

| Field | Value |
|---|---|
| Name (Last, First, Middle) | [REDACTED] |
| Also Known As | |
| Home Address | 6440 SPRING FLOWER DR - 25, NEW PORT RICHEY INCO, FL 34653, 727-849-6519 |
| Business Address | DUNKIN DONUTS, ASSOCIATE |
| Age | 15 |
| Race | W |
| Sex | F |
| Eth | N |
| Hgt | 507 |
| Wgt | 130 |
| Hair | BLN |
| Eye | BLU |
| Skin | LGT |

Scars, Marks, Tattoos, or other distinguishing features:
TATT RIGH ANKL / RAMAH W/ SHOOTING STAR; TATT LFOR ARM / JOANN; TATT RFOR ARM / TATTOO, RIGHT FOREARM; TATT RIGH ANKL / TATTOO RIGHT ANKLE; SCAR FHED / SCAR FOREHEAD

**Reported Suspect Detail**

Physical Char:
- Hair Length, Short
- Hair Length, Long
- Hair Facial, Clean Shaven
- Build, THIN
- Hair Length, Medium
- Build, SMALL
- Build, MEDIUM

## Incident Report Suspect List

*Pasco Sheriff`s Office*  OCA: *15-031381*

| 15 | Name (Last, First, Middle) INGRAM, ELISUA GERARD | Also Known As INGRAM, ELISUA G; INGRAM, ELIJAH; INGRAM, ELISUA; | Home Address 7233 FULLERTON CT NEW PORT RICHEY, FL 34655 727-534-8829 |
|---|---|---|---|
| | Business Address UNEMPLOYED 727-478-9292, LANDSCAPER | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | W | M | N | 510 | 230 | BRO | BRO | DBR | FL |

Scars, Marks, Tattoos, or other distinguishing features
TATT LFOR ARM;  TATT RIGH SHLD / TATTOO RIGHT SHOULDER;  TATT     BODY / TATTOOS MULTIPLE;  TATT UPPR ARM / TATTOO RIGHT UPPER ARM;  TATT RFOR ARM / TATTOO RIGHT FOREARM

*Reported Suspect Detail*  Suspect Age | Race | Sex | Eth | Height | Weight | SSN

Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel
 | | | | | | Mode of Travel

VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN

Notes

Physical Char

*Hair Length, Short*
*Build, MEDIUM*
*Build, STOCKY*
*Build, THIN*
*Hair Facial, Clean Shaven*
*Hair Facial, Slight Beard*
*Hair Facial, Goatee*
*Build, HEAVY*
*Build, LARGE*
*Hair Length, Medium*