# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Pasco Sheriff's Office
**ORI:** FL0510000
**Case#:** 12-040177
**Date / Time Reported:** 07/31/2012 20:05 Tue
**Last Known Secure:** 06/14/2012 03:00 Thu
**At Found:** 06/14/2012 06:00 Thu
**Location of Incident:** 6317 EDENMORE AV, New Port Richey FL
**Premise Type:** All Other
**Zone/Tract:** H2

## INCIDENT DATA

| # | Crime Incident(s) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|
| #1 | Burglary Auto, Not Parts/accessories 810.02 (Com) | | | | | N |
| #2 | Crime Incident ( ) | | | | | |
| #3 | Crime Incident ( ) | | | | | |

## VICTIM

**# of Victims:** 1   **Type:** INDIVIDUAL/ NOT LAW   **Injury:** None   **Domestic:** N

**V1 Victim/Business Name:** RODRIGUEZ, DOLLY
**Victim of Crime #:** 1
**Age:** 54   **Race:** W   **Sex:** F   **Relationship To Offender:** Z   **Resident Status:** Resident
**Home Address:** 6317 EDENMORE AVE, New Port Richey, FL 34653-
**Home Phone:** 727-846-5732
**Employer Name/Address:** FAMILY HOME CARE (NURSE)
**Business Phone:** 813-453-0340

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT   **Injury:**
**Code:** IO   **Name:** MATHEWS, DONNA
**Age:** 40   **Race:** W   **Sex:** F
**Home Address:** 5210 MASSACHUSETTS NEW PORT RICHEY, FL 34652
**Home Phone:** 727-848-3171
**Employer Name/Address:** (UNEMPLOYED)
**Mobile Phone:** 727-834-0528

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT   **Injury:**
**Code:** IO   **Name:** [REDACTED]
**Age:** 17   **Race:** W   **Sex:** M
**Home Address:** 6317 EDENMORE AVE NEW PORT RICHEY, FL 34653
**Home Phone:** 727-846-5732

## PROPERTY

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 61 | S | $1.00 | | 0 | UNKNOWN AMOUNT OF LOOSE CHANGE | | |
| 1 | 99 | 6 | $1.00 | | 1 | CD - RECORDED INTERVIEW | | |

**Officer/ID#:** MULKEY, R. L. (PAT1, PCU1) (2416)
**Invest ID#:** (0)
**Supervisor:** BROCK, T. (JID, SRO) (2409)
Outstanding Stolen Val [Total Stolen]: $1.00 [$1.00]

**Status** — **Case Status:** Cleared By Arrest 08/16/2012   **Case Disposition:** Cleared By Arrest 08/16/2012   Page 1

R_CS1IBR   Printed By: CH1004, CAD   Sys#: 782769   01/20/2022 15:13

# Incident Report Additional Name List

*Pasco Sheriff's Office*  OCA: *12-040177*

| | Additional Name List | | | | | |
|---|---|---|---|---|---|---|
| Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
| 1) IO  3 | TABOR, MARNIE MARIE | | [redacted] | 37 | W | F |

    **Address** *6029 DUBLIN DR , NEW PORT RICHEY, FL 34653-*     H: *727-656-9480*
    **Empl/Addr** *Handshew Insulation*     B: - -
    Mobile #: *727-326-3693*

# INCIDENT/INVESTIGATION REPORT

*Pasco Sheriff's Office*

Case # *12-040177*

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found |
|---|---|

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 12-040177          *Pasco Sheriff's Office*

N A R R A T I V E

*R_CS2IBR*                    By: CH1004, CAD  01/20/2022 15:13                    Page 3

| | | |
|---|---|---|
| **REPORTING OFFICER NARRATIVE** | | OCA *12-040177* |
| *Pasco Sheriff`s Office* | | |
| Victim *RODRIGUEZ, DOLLY* | Offense *BURGLARY AUTO, NOT PARTS/ACCESSORIES* | Date / Time Reported *Tue 07/31/2012 20:05* |

HTE STATUS: (001) CLEARED BY ARREST
HTE Department Classification:       BURGLARY, AUTO

------------------------------CALL-IN REPORT------------------------------

Reporting Officer:    (2416) - MULKEY, ROBERT
Added By Employee:    (2416) - MULKEY, ROBERT


VICTIM/WITNESS - DOMESTIC VIOLENCE PACKET ISSUED Y/N: No
SAO INVESTIGATION DATE: 8/3/12 @ 1600 HOURS
SUPPORT DOCUMENTS: 1 PC/Complaint Affidavit, 1 Property Receipt, 1 Written Statement.

RECONSTRUCTION:  On 6/14/12 between 0300 hours and 0600 hours the suspect entered the victim`s unlocked vehicle without the victim`s knowledge or consent with the intent to commit a crime. The suspect entered the vehicle through an unlocked door and removed an unknown amount of loose change therefore, depriving the victim of personal property.  The suspect fled the scene on foot.

CRIME SCENE:  A black, 2003 Honda CRV (VIN SHSRD68463U106201) with Florida license plate 354IFL.  The CRV was parked in the driveway of a single family residence located at 6317 Edenmore Ave., New Port Richey Florida, 34653.  The location was on the north side of Edenmore Ave. and the fifth residence east from Heather St.  The incident occured in the Hillandale subdivision.

INTERVIEW I - Suspect, D███ T███, D.O.B. ███:

D███ T███ denied burglarizing the victim`s vehicle. D███ said her friend, ███████████ entered the victim`s car via an unlocked door and took loose change.  D███ advised she, ███████, and several other friends burglarized approximately 50 other vehicles in the Hillandale subdivision the same morning. She could not provide any further information at this time.

INTERVIEW III - Victim, Dolly Rodriguez, D.O.B. ███:

Dolly Rodriguez said she was unaware her Honda CRV or any of her other vehicles were broke into.  Dolly said she didn`t know anything missing from the CRV but it was possible she was missing some change.  Dolly said she always locks her vehicles but it was possible the CRV was accidentally left unlocked.

Dolly said know one had permission to enter any of her vehicles and remove anything from them.  Dolly had no other information.

## REPORTING OFFICER NARRATIVE

| Pasco Sheriff`s Office | | | OCA 12-040177 |
|---|---|---|---|
| Victim RODRIGUEZ, DOLLY | Offense BURGLARY AUTO, NOT PARTS/ACCESSORIES | | Date / Time Reported Tue 07/31/2012 20:05 |

INVESTIGATION: On 7/20/12, I made contact with D▇▇ T▇▇ (suspect) 7124 Cavan Street, New Port Richey. At 2221 hours, I arrested D▇▇ for residential burglary (case number 12-36350). I transported D▇▇ to District III and made phone contact with her mother, Marnie Tabor (other). Marnie was advised of my investigation and of D▇▇`s arrest.

I read D▇▇ her Miranda Rights from my agency card and conducted a custodial interview. During the custodial interview D▇▇ admitted to about 50 auto burglaries in the Hillandale subdivision. D▇▇ agreed to point out the vehicles that were burglarized. D▇▇ did not complete a written statement and her interview was audio recorded. The interview was impounded as evidence on a compact disc and a property receipt was completed.

On 7/21/12 0125 hours Deputy K. Stevenson and I transported D▇▇ to the Hillandale subdivision. D▇▇ pointed out several addresses and vehicles that were burglarized including a black, Honda CRV (Florida license plate 354IFL) in the driveway of 6317 Edenmore Ave., New Port Richey. D▇▇ was not arrested at this time because more investigation was needed.

On 7/24/12 at 2027 hours I arrived at 6317 Edenmore Ave., New Port Richey and made contact with Dolly Rodriguez (victim) and her son, Andreas Delgado (other). Dolly spoke little English and my interview with her was translated by Andreas. I photographed the CRV and processed it for latent prints with negative results. No evidence was located. The photographs were later submitted to Forensic Services Section on a compact disc.

On 7/24/12 at 2332 hours Deputy K. Stevenson had made contact with ▇▇▇ (suspect) and transported him to District III. Deputy K. Stevenson read ▇▇▇ his Miranda Rights from his agency card and conducted a interview regarding his related auto burglary investigations (case numbers 12-32564, 12-40173 and 12-40196).

I next conducted a custodial interview with ▇▇▇ During the custodial interview ▇▇▇ admitted to burglarizing several vehicles in the Hillandale subdivision. ▇▇▇ also admitted to standing by while Dolly`s CRV was burglarized and therefore took an active role in the auto burglary. ▇▇▇ agreed to point out the vehicles that were burglarized. ▇▇▇ completed a written statement and his interview was audio recorded. The interview was impounded as evidence on a compact disc and a property receipt was completed.

At 0116 hours I arrested ▇▇▇ for auto burglary. I completed a complaint affidavit. ▇▇▇ was later transported to the Juvenile Assessment Center by Deputy K. Stevenson.

**REPORTING OFFICER NARRATIVE**

| Pasco Sheriff`s Office | | OCA *12-040177* |
|---|---|---|
| Victim *RODRIGUEZ, DOLLY* | Offense *BURGLARY AUTO, NOT PARTS/ACCESSORIES* | Date / Time Reported *Tue 07/31/2012 20:05* |

Copies of all support documents were submitted to Records and the State Attorney`s Office. A State Attorney`s Office invest was scheduled for 8/3/12 at 1600 hours.

At the time of this investigation it was decided not to formally charge D▓▓▓▓ but to allow the State Attorney`s Office to review the case to determine how to proceed. No further action.

## Incident Report Suspect List

Pasco Sheriff's Office                                               OCA: 12-040177

### 1

| Name (Last, First, Middle) | Also Known As MG▇▇▇ | Home Address 6627 TRICHEL LN - 1 NEW PORT RICHEY INCO, FL 34652 727-232-2729 |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | 17 | W | M | N | 601 | 145 | BRO | BRO | MED | |

Scars, Marks, Tattoos, or other distinguishing features
TATT RIGH HAND / CAMG;  TATT   BODY / MULTIPLE TATTOOS

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | 17 | W | M | N | 509 | 130 | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

**Notes**
Hair Length:      SHORT
Hair Style:       STRAIGHT
Facial Hair:      NONE
Build:            SLENDER
Teeth:            NORMAL

**Physical Char**
Hair Length, Short
Build, THIN
Hair Facial, Clean Shaven

### 2

| Name (Last, First, Middle) T▇▇, D▇▇ | Also Known As BABY DEE; BABY D | Home Address 7208 ADARE DR NEW PORT RICHEY, FL 34653 727-485-7631 |

Business Address  UNEMPLOYED, UNEMPLOYED

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | 13 | W | F | N | 505 | 145 | BRO | BRO | FAR | ▇▇▇  FL |

Scars, Marks, Tattoos, or other distinguishing features
TATT RIGH HAND / OCTAPUS LIL SAVAGE;  TATT RIGH ARM / RESPECT, KELSEY;  TATT RIGH HIP / VICT;  TATT LEFT EAR / STAR BEHIND EAR;  TATT RIGH ARM / "RESPECT", "KELSEY", HEART;  TATT LEFT EAR / STAR;  TATT RIGH

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | 13 | W | F | N | 500 | 110 | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

**Notes**
Hair Length:      LONG
Hair Style:       STRAIGHT
Facial Hair:      NONE
Build:            MEDIUM
Teeth:            NORMAL

**Physical Char**
Hair Length, Medium
Hair Facial, Clean Shaven
Hair Length, Long
Build, MEDIUM

# Incident Report Related Property List

*Pasco Sheriff's Office*  OCA: *12-040177*

### 1

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| *UNKNOWN AMOUNT OF LOOSE CHANGE* | | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | *$1.00* | *0.000* | | *Locally* |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| *Stolen* | *06/14/2012* | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

   *HTE Property Description:UNKNOWN AMOUNT OF LOOSE CHANGE*

### 2

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| *CD - RECORDED INTERVIEW* | | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | *$1.00* | *1.000* | | *Locally* |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| *Seized* | *06/14/2012* | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| * No name * | | | | |

Notes

   *HTE Property Description:CD - RECORDED INTERVIEW*