# INCIDENT/INVESTIGATION
## Internal Copy

| | |
|---|---|
| **Agency Name** | Pasco Sheriff's Office |
| **ORI** | FL0510000 |
| **Location of Incident** | 13822 MALCOLM AVE, Hudson FL 34667 |
| **Gang Relat** | NO |
| **Premise Type** | Home Of |
| **Zone/Tract** | G4 |
| **Case#** | 18-021464 |
| **Date / Time Reported** | 05/28/2018  09:12  Mon |
| **Last Known Secure** | 05/26/2018  20:00  Sat |
| **At Found** | 05/28/2018  09:12  Mon |

### INCIDENT DATA

**#1 Crime Incident(s)** (Com)
Theft Grand 300 Less Than 5k Dols
812.014.2C1  F
Weapon / Tools: NOT APPLICABLE
Entry: | Exit: | Security: | Activity:

**#2 Crime Incident** ( )
Weapon / Tools:
Entry: | Exit: | Security: | Activity:

**#3 Crime Incident** ( )
Weapon / Tools:
Entry: | Exit: | Security: | Activity:

**MO**: Method Of Entry/Unknown, Object Of Target/Sports/Exercise Equipment, Offense Type/Grand Theft, Point of Entry/Unknown, Point of Exit/Unknown, Tool/Weapon Used/Knife/Utility Cutter, Type of Security/None, Type of Structure/Residence

### VICTIM

# of Victims: 1    Type: INDIVIDUAL/ NOT LAW    Injury: None    Domestic: N

**V1** Victim/Business Name (Last, First, Middle): IRVINE, DAVID LAWRENCE
SS#: 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    Victim of Crime #: 1,    Age: 68    Race: W    Sex: M    Resident Status: Resident
Home Address: 13822 MALCOLM AVE, Hudson, FL 34667-
Home Phone: 352-634-2054
Employer Name/Address: HERNANDO COUNTY WELLNESS (PHYSICIAN)
Mobile Phone: 352-634-2054

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT    Injury:
**Code IO** Name: SMITH, WILLIAM EARL
Age: 81    Race: W    Sex: M    Resident Status: Resident
Home Address: 13821 MALCOLM AVE  HUDSON, FL 34667
Home Phone: 727-233-1196

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT    Injury:
**Code IO** Name: GREEN, KATRINA
Age: 55    Race: W    Sex: F    Resident Status: Resident
Home Address: 11402 NATURE TRL  PORT RICHEY, FL 34668
Home Phone: 586-770-4557

### PROPERTY

L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 99 | S,R | $1,800.00 | | 1 | HOBIE KAYAK | HOBIE/Outback | |
| | 99 | R | $1,800.00 | | 1 | HOBIE KAYAK | HOBIE/Outback | |

Officer/ID#: RIYAD, J.  (ILP) (4216)    Outstanding Stolen Val [Total Stolen]: $1,800.00 [$1,800.00]
Invest ID#: DUNCAN, W. F. (PAT3, SQ36) (5010)    Supervisor: SCILEX, R. D. (PAT1, SQ02) (1859)

**Status**
Complainant Signature:
Case Status: Cleared By Arrest   05/31/2018
Case Disposition: Cleared By Arrest   05/31/2018
Page 1

R_CS1IBR    ,    Sys#: 1098207    01/20/2022 12:28

**Incident Report Additional Name List**

*Pasco Sheriff's Office*　　　　　　　　　　　　　　　　　　　　OCA: *18-021464*

| Additional Name List |
|---|

| Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1 ) IO   3 | PRALL, MARK ALAN | | ■■■ | 53 | W | M |

　　**Address** *12229 WINDRIVER LN Apt. 15, BAYONET POINT, FL 3466*　　　　　H: *727-608-9730*

　　**Empl/Addr**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　B: *727-495-3771*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mobile #:  -  -

# INCIDENT/INVESTIGATION REPORT

*Pasco Sheriff`s Office*

Case # *18-021464*

Status Codes: L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *None*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 18-021464         *Pasco Sheriff`s Office*

N A R R A T I V E

# Incident Report Suspect List

*Pasco Sheriff`s Office*  OCA: *18-021464*

### 1

| Name (Last, First, Middle) | | | | | | Also Known As | | | | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
| *GIBSON, STEVEN WILLIAM* | | | | | | | | | | *14615 US HIGHWAY 19*<br>*HUDSON, FL 34667*<br>*727-207-4357* |
| Business Address *POSSIBLE HOMELESS*<br>*727-366-0291, RETIRED* | | | | | | | | | | |
| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|  | *37* | *W* | *M* | *N* | *603* | *170* | *BRO* | *BRO* | *LGT* | *FL* |

Scars, Marks, Tattoos, or other distinguishing features
 *TATT LEFT ARM / ZOMBIE;  TATT RIGH ARM / KIO FISH/ DRAGON*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel<br>Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | | Lic/St | VIN |

Notes                                    Physical Char

*Build, THIN*
*Hair Facial, Clean Shaven*
*Hair Length, Military*
*Build, MEDIUM*
*Hair Length, Short*
*Hands, Right Handed*

### 2

| Name (Last, First, Middle) | | | | | | Also Known As | | | | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
| *PANESON, TYLER ROBERT* | | | | | | *PENESON, TYLER; PANESON,*<br>*TYLER ROBERT; PANESON,* | | | | *14121 WATER TOWER DR*<br>*HUDSON, FL 34667*<br>*352-777-6749* |
| Business Address *UNEMPLOYED*<br>*727-500-5449, UNEMPLOYED* | | | | | | | | | | |
| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|  | *33* | *W* | *M* | *N* | *509* | *170* | *BLN* | *GRN* | *FAR* | *FL* |

Scars, Marks, Tattoos, or other distinguishing features
 *SCAR LEFT KNEE / SCAR LEFT KNEE*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel<br>Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | | Lic/St | VIN |

Notes                                    Physical Char

*Build, THIN*
*Conversation, Silent*
*Hair Facial, Clean Shaven*
*Hair Length, Short*
*Build, MEDIUM*
*Hands, Ambidextrous*

# Incident Report Related Property List

*Pasco Sheriff`s Office*                                                        OCA: *18-021464*

| 1 | Property Description<br>**HOBIE KAYAK** | | Make<br>**HOBIE** | Model<br>**OUTBACK** | Caliber |
|---|---|---|---|---|---|
| | Color<br>**Tan** | Serial No. | Value<br>**$1,800.00** | Qty<br>**1.000** | Unit | Jurisdiction<br>**Locally** |
| | Status<br>**Recovered** | Date<br>**05/28/2018** | NIC # | State # | Local # | OAN |
| | Name (Last, First, Middle)<br>**\* No name \*** | | | DOB | Age | Race | Sex |

Notes

**REPORTING OFFICER NARRATIVE**

| | | |
|---|---|---|
| *Pasco Sheriff`s Office* | | OCA *18-021464* |
| Victim *IRVINE, DAVID LAWRENCE* | Offense *THEFT GRAND 300 LESS THAN 5K DOLS* | Date / Time Reported *Mon 05/28/2018 09:12* |

RELATED CASES: None.
STAT DATA:
BWC ACTIVATED: Yes.
SUPPORT DOCUMENTS: None.

RECONSTRUCTION: On some time, between 2000 hours on 05/26/2018, and 0910 hours on 05/28/2018, an unknown suspect/s entered onto the victim`s property without his knowledge or consent, by unknown means. Once on the property, the suspect/s removed a tan in color Hobie Outback kayak, valued at $1,800, from the dock in the backyard. The unknown suspect/s removed the kayak by cutting the nylon straps which had secured it to the dock. After removing the kayak, the suspect/s fled the scene in an unknown direction, by unknown means.

CRIME SCENE: A single story, single family residence located at 13822 Malcolm Ave Hudson FL 34667. More specifically, the kayak was removed from a wooden dock in the backyard of the property.

INTERVIEW: I spoke with the victim, David Irvine. David advised me he came outside today and saw his kayak was missing from the dock and saw the straps had been cut. David told me he knows the kayak was still there on 05/26/2018 at around 2000 hours, he also thinks he may have saw it yesterday, but he is not sure. David does not know anyone who would have taken his kayak and he believes whoever stole it most likely came in from the water.

INVESTIGATION: On 05/28/2018, at approximately 1029 hours, I responded to 13822 Malcolm Ave in reference to a delayed grand theft. Upon my arrival, I made contact with the victim, David Irvine, and conducted the above listed interview. David showed me the dock where the kayak was taken from. I observed two light blue nylon straps tied to the handrail of the dock, which had secured the kayak. I observed the straps to have clean straight cuts, which would be consistent with being cut by a knife or scissors. I photographed the area and later uploaded the photos to Evidence.com. I was unable to process the scene for fingerprints due to the fact it was raining. I provided David with my card with the case number on it and advised him to call me if he received any further information. I conducted the following neighborhood check of the houses at the end of the street. At 13821 Malcolm Ave, I spoke with William Smith, who advised me he has not seen or heard anything suspicious. I asked William if his surveillance system is working and he advised me it is currently down. At 13818 Malcolm Ave, I spoke with Katrina Green and Mark Prall. Katrina advised me she has not seen anything in the past few days. Mark advised me a few days ago, he thinks on the 25th, he observed two white males, both in their fifties, approach David`s dock on kayaks. Mark advised as they paddled past the dock, they were suspiciously looking at the backyard. Mark was unable to provide any further detail about the males on the kayaks. I checked RAPID and found no Hobie kayaks pawned recently.

At this time, I request this case be inactivated until further leads develop.

A wants and warrants check on all parties met with negative results.

No further action.

ICR: 4 x $26.00 = $104.00

# CASE SUPPLEMENTAL REPORT

Printed: 01/20/2022  12:28

Pasco Sheriff`s Office

OCA: **18021464**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** CLEARED BY ARREST | **Case Mng Status:** CLEARED WITH ARREST | **Occurred:** 05/26/2018 |
| **Offense:** THEFT GRAND 300 LESS THAN 5K DOLS | | |

| | | |
|---|---|---|
| **Investigator:** DUNCAN, W. F. (5010) | **Date / Time:** | 06/05/2018 21:26:43, Tuesday |
| **Supervisor:** BERBERICH, J. A. (3606) | **Supervisor Review Date / Time:** | 06/08/2018 10:34:09, Friday |
| **Contact:** | **Reference:** | Supplement Completed |

RELATED CASE: 18-021526
STAT DATA: Case Cleared with Arrest. Property listed has been recovered.
BWC ACTIVATED: N/A
SUPPORT DOCUMENTS: One (1) Probable Cause Affidavit, One (1) Probablem Cause Pick Up Order.

On 05-28-18, I was assigned this case and provided case #18-021526, an Information for Deputy report. Once I reviewed the facts of the case, it appeared the kayak the defendants, Tyler Paneson and Steven Gibson were in possession of was the one stolen in this case.

  When the defendants were contacted by FTO Graham it was less than 12 hours from when the kayak was reported stolen, less than one mile from where it was taken, matched the physical description of the victim`s property and neither defendant claimed ownership of the property.

  The Information for Deputy report stated both defendants had asked each other to help carry the kayak. Both denied asking the other for help. They both claimed a third party asked them to go get it from allocation on Pine St, just a few blocks away. The third party, Hector denied ownership and claimed to not even know Gibson.

  Gibson, who was in custody for unrelated charges agreed to show FTO Graham where they had picked up the kayak. The location in front of 14038 Pine St. is an unmaintained boat dock. The owner of the property claimed the kayak was there earlier and he did not know who it belonged to.

  I responded to Stepp`s Towing on U.S. 19 in Hudson where I inspected the kayak and checked it for any items the victim may have been able to identify. I then photographed the kayak and uploaded the photographs to Evidence.com via my agency mobile phone. I then called the victim by telephone. I asked if there were any items in or on the kayak that he knew were there when it was taken such as ropes, maps or fishing equipment. He said there should have been a map of Crystal River and the Homosassa area. The map located in the front sealed compartment was in a map of the same area. I then sent the victim photographs of the kayak via my agency mobile phone. He confirmed the kayak was the one stolen from his property and claimed the ropes on it were the same type as were cut from the dock.

  I prepared Probable Cause Affidavits for Steven Gibson and Tyler Paneson. Detective R. Turnbow and I responded to Tyler`s Last listed address on Amanda Ave, in Hudson. The property was fenced, with the gate closed and secured with a chain and lock as well as no trespassing signs. Detective Turnbow and I then checked another address on Beverly Drive in Hudson. The location appeared abandoned and as though no one was living there.

  I responded to the Pasco County Jail and delivered Steven`s Probable Cause Affidavit to Booking to arrest him as he was still in custody. I also delivered Tyler`s Probable Cause Pick Up to Teletype. The State Attorney`s Invest is scheduled for 06-18-18 at 1530 hours and will be at the New Port Richey State attorney`s Office. I advised the victim and FTO Graham of the date, time and location.

**CASE SUPPLEMENTAL REPORT**   Printed: 01/20/2022  12:28

*Pasco Sheriff`s Office*   OCA: **18021464**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED WITH ARREST*   **Occurred:** *05/26/2018*
**Offense:** *THEFT GRAND 300 LESS THAN 5K DOLS*

I was also advised by Stepp`s Towing the victim would have to pay $255.45 to have his property returned.

ICR: 4 hours X $26.00=$104.00

**CASE SUPPLEMENTAL REPORT**  Printed: 01/20/2022 12:28

*Pasco Sheriff`s Office*  OCA: **18021464**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *CLEARED WITH ARREST*  **Occurred:** *05/26/2018*
**Offense:** *THEFT GRAND 300 LESS THAN 5K DOLS*

**Investigator:** *DUNCAN, W. F. (5010)*  **Date / Time:** *06/08/2018 21:15:20, Friday*
**Supervisor:** *BERBERICH, J. A. (3606)*  **Supervisor Review Date / Time:** *06/11/2018 22:30:57, Monday*
**Contact:**  **Reference:** *Supplement Completed*

RELATED CASE: None
STAT DATA: Add Tyler Paneson and Steven Gibson as offenders.
BWC ACTIVATED: N/A
SUPPORT DOCUMENTS: None

Steven Gibson was arrested at the Pasco County Jail. Tyler Paneson is still being sought at this time.

ICR: .5X$26.00=$13.00

## CASE SUPPLEMENTAL REPORT

Printed: 01/20/2022  12:28

*Pasco Sheriff`s Office*  OCA: **18021464**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST   **Case Mng Status:** CLEARED WITH ARREST   **Occurred:** 05/26/2018
**Offense:** THEFT GRAND 300 LESS THAN 5K DOLS

**Investigator:** ATHAN, G. C. (5089)   **Date / Time:** 06/24/2018 13:32:09, Sunday
**Supervisor:** BLACKMAN, G.  (4777)   **Supervisor Review Date / Time:** 06/27/2018 15:30:44, Wednesday
**Contact:**   **Reference:** Supplement Completed

STAT DATA: 180214897
BWC ACTIVATED: Yes
SUPPORT DOCUMENTS: None

On June 24, 2018, at approximately 1148 hours, Tyler Paneson was arrested under case number 180214897. I was notified that there is probable cause for Tyler`s arrest under this case number. Deputy P. Locascio met me at the Land O Lakes Detention Center, 20101 Central Boulevard, Land O Lakes and provided me with a completed Probable Cause Affidavit. Tyler was arrested and released into the Detention personnel possession.

No further action.