UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR, et al.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CASE NO. 8:21-cv-555-SDM-CPT

CHRIS NOCCO,

    Defendant.
_____/

### ORDER

    The joint motion (Doc. 162) to extend the time within which to respond to the motions (Docs. 161, 162) for summary judgment is **GRANTED**. Not later than **JULY 25, 2022**, each party may respond to the opposing party's motion for summary judgment. Each party may reply not later than **AUGUST 8, 2022**. No further extension is available.

    ORDERED in Tampa, Florida, on July 18, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE