UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DALANEA TAYLOR; TAMMY HEILMAN; DARLENE DEEGAN; and ROBERT A. JONES III,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CHRIS NOCCO, in his official capacity as Pasco County Sheriff,<br><br>    *Defendant*. | Case No. 8:21-cv-00555-SDM-CPT |

### DECLARATION OF TAMMY HEILMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SHERIFF NOCCO'S AMENDED MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS

I, Tammy Heilman, hereby declare as follows:

1. I was born in August 1974. I am a citizen of the United States, a resident of Florida, over the age of 18 years old, and fully competent to make this declaration. I knowingly and voluntarily make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently under oath as to the facts set forth below.

2. I have lived in Pasco County since 2005.

3. I plead guilty to the charges for both my 2016 and my 2018 arrests, but I was sentenced only to probation both times. Neither conviction led to a term of imprisonment.

1

4. The stress caused by PSO's harassment of me and my family has harmed my relationship with my sons, Donnie and Anthony. It created an enormous amount of strife within my family, and it turned my husband against my sons (his stepsons) because he saw them as the reason PSO deputies kept coming to our home and wanted the visits to stop. In 2018, Donnie ultimately moved out of my home to Pinellas County because of PSO's harassment and the tension between him and my husband.

5. In August 2020, PSO deputies came to my home twice looking for Anthony. During the second visit, the deputies asked me questions about Anthony, including about where he was and where he worked. They then told my husband that they had come to "check up on Anthony." The *Tampa Bay Times* article about PSO's Program came out about a month later.

6. Anthony recently moved out of my house, but I still worry about PSO conducting harassing visits to my home. When Donnie moved out, PSO continued to visit my home looking for him and asking questions about him. They only stopped when he was incarcerated in 2019.

7. Donnie will be released in 2023, and he will most likely live with me after that. I'm fearful that when he's released, PSO deputies will resume coming to my home looking for him and harassing us.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2022.

_____
Tammy Heilman

3