UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DALANEA TAYLOR; TAMMY HEILMAN; DARLENE DEEGAN; and ROBERT A. JONES III,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CHRIS NOCCO, in his official capacity as Pasco County Sheriff,<br><br>    *Defendant*. | Case No. 8:21-cv-00555-SDM-CPT |

**DECLARATION OF DARLENE DEEGAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SHERIFF NOCCO'S AMENDED MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS**

I, Darlene Deegan, hereby declare as follows:

1. I was born in January 1951. I am a citizen of the United States, a resident of Florida, over the age of 18 years old, and fully competent to make this declaration. I knowingly and voluntarily make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently under oath as to the facts set forth below.

2. I have lived in Pasco County since 1981.

3. The stress caused by PSO's frequent visits to my home harmed my relationship with my son. I was afraid to let Tyler live with me, stay the night, or

even visit me partly because I didn't want the deputies to keep coming to my house looking for him.

4. Deputies also threatened me with arrest for assisting a felon if I helped him out and told me that I could lose my real estate license if I didn't cooperate with them. I believed I could be arrested if I did not call PSO whenever Tyler was at my house.

5. In 2019, because I couldn't take the stress of PSO's visits to my house and because I feared arrest if Tyler was found at my address, I requested that Tyler be trespassed from my home. A few days later, I called PSO to enforce the no-trespass order when Tyler showed up at my house because I thought I would get in trouble if I didn't. He was arrested and taken to jail.

6. My son asked to stay with me many times. I wanted him to live with me so I could watch over him, but I did not let him stay because I was worried about the repercussions from PSO if I did. Because he had nowhere else to go, he became homeless. And I was unable to watch over him as his opioid addiction worsened until he died of an accidental overdose in December 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9th, 2022.

_____
Darlene Deegan