IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF FLORIDA IN AND FOR PASCO COUNTY, FLORIDA

J U V E N I L E

CASE NUMBER 1501538DLAWS  07

SPN NUMBER 00714607

IN THE INTEREST OF:

RACE: W  SEX: M   D.O.B. ████ 1999
HGT:  '   "  WGT:      LBS.
EYES:      HAIR:      SKIN:
AGE: 16

████████████
A CHILD

TO ALL AND SINGULAR THE SHERIFF OR
POLICE OFFICER OF THE STATE OF FLORIDA

ORDER TO TAKE INTO CUSTODY

WHEREAS, CERTAIN ALLEGATIONS MADE BY SWORN PETITION REQUIRE THAT

████████████  BE TAKEN INTO CUSTODY IMMEDIATELY:

FOR FAILURE TO APPEAR AT COURT HEARING ON  DECEMBER 10, 2015 FOR
ARRAIGNMENT

THEREFORE, YOU ARE ORDERED TO IMMEDIATELY TAKE CUSTODY OF AND DELIVER
SAID CHILD TO THE PASCO COUNTY JUVENILE DETENTION CENTER
AND BE HELD PENDING FURTHER ORDER OF THIS COURT.

DONE AND ORDERED THIS ___14 th___ DAY OF: December 20 15

PHILIPPE MATTHEY

COUNSELOR _____

RETURN OF SERVICE:

THIS ORDER TO TAKE INTO CUSTODY WAS EXECUTED AT _____ A.M./P.M., ON THE

_____ DAY OF _____, 20_____ BY THE UNDERSIGNED.

JUVENILE'S CURRENT ADDRESS

_____

_____

_____ TITLE _____

CLERK: ORIGINAL    CLERK: COPY    STATE ATTORNEY: COPY    DCF: COPY    JDC: COPY