UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR, et al.,

    Plaintiffs,

v.                                                  CASE NO. 8:21-cv-555-SDM-CPT

CHRIS NOCCO,

    Defendant.
_____/

**ORDER**

The corrected motions (Docs. 160, 161) for summary judgment are **RE-FERRED** to Magistrate Judge Christopher P. Tuite for a report and recommendation. The original motions (Docs. 115, 139) for summary judgment are **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on August 9, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE