UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

   Plaintiffs,
v.             CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

   Defendant.
               /

**UNOPPOSED MOTION TO STRIKE AND TO SUBSTITUTE**

  Defendant CHRIS NOCCO, in his official capacity as Pasco County Sheriff, by and through undersigned counsel, hereby files this motion to strike and to substitute exhibits and states as follows:

  1. Defendant submitted his Motion for Summary Judgment on June 6, 2022 and his Amended Motion for Summary Judgment on June 28, 2022. (Docs. 115 and 161).

  2. In support of his motion for summary judgment, Defendant filed numerous exhibits. Upon review of the exhibits, undersigned counsel discovered that certain exhibits were submitted in violation of Rule 5.2, Federal Rule of Civil Procedure, as containing documents which reveal the dates of birth of non-parties.

Defendant also discovered that exhibits were mistakenly attached to the wrong deposition which also included dates of birth of non-parties.

3. Defendant requests that this Court strike Exhibit 6 to the Deposition of Shelley Gardner and allow Defendant to file a redacted version. (Doc. 128-6).

4. Defendant requests that this Court strike Exhibits 2-5 to the Deposition of Richard Hough taken on April 18, 2022. (Doc. 127). These documents contain dates of birth that are required to be redacted and were also not part of the deposition and erroneously uploaded. The exhibits to be struck are:

Doc. 127-2 labeled as Exhibit A – sheet 4plaintiff
Doc. 127-3 labeled as Exhibit A – sheet addhist
Doc. 127-4 labeled as Exhibit A - sheet calls to
Doc. 127-5 labeled as Exhibit A – sheet rjones

Defendant requests that this Court strike Exhibits 2-5 to the Deposition of Richard Hough taken on April 20, 2022. (Doc. 129). These documents contain dates of birth that are required to be redacted and were also not part of the deposition and erroneously uploaded. The exhibits to be struck are:

Doc. 129-2 labeled as Exhibit A – sheet 4plaintiff
Doc. 129-3 labeled as Exhibit A – sheet addhist
Doc. 129-4 labeled as Exhibit A - sheet calls to
Doc. 129-5 labeled as Exhibit A – sheet rjones

5. **Pursuant to Local Rule 3.01(g),** defense counsel contacted Plaintiffs' counsel concerning this motion and counsel states that this motion is unopposed.

Wherefore Defendant respectfully requests this Court grant his motion and strike the above exhibits, order the clerk to delete the image of these exhibits and allow Defendant to submit a redacted version of Exhibit 6 to the deposition of Shelley Gardner (Doc. 128).

## Memorandum of Law

Pursuant to Local Rule 3.01(g), Defendant Sheriff submits the following Memorandum of Law in support of the instant motion.

Federal Rule of Civil Procedure Rule 5.2 requires the redaction of dates of birth of non-parties in court filings. When filings include such information, it is appropriate for a court to strike the filing. *Tisby v. Family Dollar*, No. 3:21-cv-1218-MMH-MCR2021, 2021 WL 5908858 (M.D. Fla. December 14, 2021).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  3rd  day of October, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Ari S. Bargil, Esquire** (*abargil@ij.org*), Institute For Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, Florida 33131; **Joshua A. House, Esquire** (*jhouse@ij.org*) and **Caroline Grace Brothers, Esquire** (*cgbrothers@ij.org*), Institute For Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203; and **Robert E. Johnson, Esquire**

(*rjohnson@ij.org*), Institute For Justice, 16781 Chagrin Boulevard, Suite 256, Shaker Heights, Ohio 44120.

            *s/ Robert D. Holborn, II*
            THOMAS W. POULTON, ESQ.
            Florida Bar No.:  0083798
            Email:  *poulton@debevoisepoulton.com*
            JEFFREY K. GRANT, ESQ.
            Florida Bar No.:  0091197
            Email:  *grant@debevoisepoulton.com*
            ROBERT D. HOLBORN, II, ESQ.
            Florida Bar No.:  0044186
            Email:  *holborn@debevoisepoulton.com*
            DeBEVOISE & POULTON, P.A.
            Lakeview Office Park, Suite 1010
            1035 S. Semoran Boulevard
            Winter Park, Florida  32792
            Telephone:  407-673-5000
            Facsimile:   321-203-4304
            Attorneys for Defendant Sheriff Nocco