UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    Plaintiffs,

v.                              CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    Defendant.
_____/

## NOTICE OF FILING REDACTED EXHIBIT

Defendant CHRIS NOCCO, in his official capacity as Pasco County Sheriff, by and through undersigned counsel, hereby files the following redacted exhibit pursuant to Endorsed Order dated October 5, 2022 (Doc. 191):

1. Exhibit "6" to the deposition of Shelley Gardner previously filed at Doc. 128-6 on June 6, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  6th  day of October, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Ari S. Bargil, Esquire**

(*abargil@ij.org*), Institute For Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, Florida 33131; **Joshua A. House, Esquire** (*jhouse@ij.org*) and **Caroline Grace Brothers, Esquire** (*cgbrothers@ij.org*), Institute For Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203; and **Robert E. Johnson, Esquire** (*rjohnson@ij.org*), Institute For Justice, 16781 Chagrin Boulevard, Suite 256, Shaker Heights, Ohio 44120.

                           *s/ Robert D. Holborn, II*
                           THOMAS W. POULTON, ESQ.
                           Florida Bar No.:  0083798
                           Email:  *poulton@debevoisepoulton.com*
                           JEFFREY K. GRANT, ESQ.
                           Florida Bar No.:  0091197
                           Email:  *grant@debevoisepoulton.com*
                           ROBERT D. HOLBORN, II, ESQ.
                           Florida Bar No.:  0044186
                           Email:  *holborn@debevoisepoulton.com*
                           DeBEVOISE & POULTON, P.A.
                           Lakeview Office Park, Suite 1010
                           1035 S. Semoran Boulevard
                           Winter Park, Florida  32792
                           Telephone:  407-673-5000
                           Facsimile:  321-203-4304
                           Attorneys for Defendant Sheriff Nocco