# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DALANEA TAYLOR et al

-vs-                                                    Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO

## CLERK'S MINUTES
Proceeding: Motion Hearing
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge          Date: November 3, 2022
Deputy Clerk: Ashley Sanders                               Time: 10:03 a.m.
Law Clerk: Wilma Metcalf                                   Recess: 12:15 p.m.
Court Reporter: Digital                                    Total Time: 2 hours 12 min

---

Counsel for USA: Rob Johnson, Ari Bargil, Caroline Brothers, Joshua House
Counsel for Defendant: Thomas Poulton and Robert Holborn

---

Court calls case and counsel enters appearances.

Court hears argument from parties.

Recess.