UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR, et al.,

     Plaintiffs,

v.                                        Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO,

     Defendant.

_____/

## O R D E R

Before the Court is *Plaintiffs' Corrected Motion for Summary Judgement on Liability* (Doc. 160) and *Defendant Sheriff Nocco's Amended Motion for Summary Judgment on All Claims* (Doc. 161). The Court held a hearing on these motions on November 10, 2022. For the reasons discussed at the hearing and at the parties' request, it is hereby ORDERED that no later than December 7, 2022, the parties shall each submit a complete set of material facts they wish the Court to consider and shall include citations to specific portions of the record. *See* Fed. R. Civ. P. 56(c)(1). The parties shall not incorporate by reference any prior factual sections provided to the Court.

SO ORDERED in Tampa, Florida on this 7th day of November 2022.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record