UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

      Plaintiffs,

v.                               CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

      Defendant,
_____/

## JOINT MOTION TO SET A TIME FOR PARTIES TO RESPOND TO STATEMENTS OF MATERIAL FACTS

    Plaintiffs Dalanea Taylor, Tammy Heilman, Darlene Deegan, and Robert A. Jones III, and Defendant Chris Nocco, in his official capacity as Pasco County Sheriff, by and through undersigned counsel and pursuant to the provisions of Federal Rule of Civil Procedure 7, hereby move the Court to set a deadline of January 10, 2022 for the parties to respond to the statements of material fact required by the Court's Order of November 7, 2022. In support, the parties jointly state as follows:

    1.    By Order dated November 7, 2022, the Court directed each party to submit a "complete set of material facts they wish the Court to consider," supported by citations to specific portions of the record. D.E. 199.

2. Both parties believe that, for these statements of fact to serve the function of identifying undisputed (or disputed) issues of material fact, it would be helpful for each party to file a response to the other party's statement identifying those facts that are (or are not) disputed and—where there is a dispute—identifying the factual basis for the dispute with specific citations to the record. Doing so will allow the Court to better determine whether there is any factual dispute that would preclude summary judgment in this case.

3. The Order does not require the filing of any such response and, accordingly, does not set a deadline for any such response to be filed.

4. The parties respectfully request that the Court set a deadline of January 10, 2022 for each party to file a response to the other side's statement of material facts.

5. The parties believe that the proposed deadline is reasonable considering the volume of the record, as well as the intervening holidays.

6. **LOCAL RULE 3.01(G) CERTIFICATION – Counsel for all parties concur in this motion.**

WHEREFORE, Plaintiffs and Defendant Sheriff move the Court for entry of an Order setting a deadline to file responsive statements of fact, as discussed herein.

| | |
|---|---|
| December 2, 2022. | Respectfully submitted, |
| /s/ Thomas W. Poulton<br>THOMAS W. POULTON, ESQ.<br>Florida Bar No.: 0083798<br>poulton@debevoisepoulton.com | /s/ Ari S. Bargil<br>Ari S. Bargil (FL Bar No. 71454)<br>INSTITUTE FOR JUSTICE<br>2 S. Biscayne Boulevard, Suite 3180<br>Miami, FL 33131<br>Tel: (305) 721-1600<br>Fax: (305) 721-1601<br>abargil@ij.org |
| JEFFREY K. GRANT, ESQ.<br>Florida Bar No.: 0091197<br>grant@debevoisepoulton.com | |
| DeBEVOISE & POULTON, P.A.<br>1035 S. Semoran Blvd., Suite 1010<br>Winter Park, Florida 32792<br>Telephone: 407-673-5000<br>Facsimile: 321-203-4304 | Joshua A. House (CA Bar No. 284856)*<br>Caroline Grace Brothers (DC Bar No. 1656094)*<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>jhouse@ij.org<br>cgbrothers@ij.org |
| *Attorneys for Defendant* | |
| | Robert E. Johnson (OH Bar No. 0098498)*<br>INSTITUTE FOR JUSTICE<br>16781 Chagrin Boulevard, Suite 256<br>Shaker Heights, OH 44120<br>Tel.: (703) 682-9320<br>Fax: (703) 682-9321<br>rjohnson@ij.org |
| | *Admitted *Pro Hac Vice* |
| | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Ari S. Bargil