UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR et al

-vs-                                                            Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO

**CLERK'S MINUTES**
Proceeding: Motion Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: December 27, 2022 |
| Deputy Clerk: Ashley Sanders | Time: 10:03 a.m. |
| Law Clerk: Wilma Metcalf | Recess: 10:38 a.m. |
| Court Reporter: Digital | Total Time: 35 min |

Counsel for Plaintiff: Ari Bargil and Rob Johnson
Counsel for Defendant: Thomas Poulton

Court calls case and counsel enters appearances.

Court discusses pending summary judgment motion. Court to deny motion without prejudice. Parties to re-file motion in one submission.

Recess.