UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

      Plaintiffs,

v.                                                   CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

      Defendant.
_____/

**DEFENDANT SHERIFF'S UNOPPOSED MOTION TO ENLARGE TIME FOR FILING SECOND AMENDED SUMMARY JUDGMENT MOTIONS, BY BOTH PLAINTIFFS AND DEFENDANT, BY FOURTEEN DAYS**

      Defendant Pasco Sheriff Chris Nocco, by and through undersigned counsel and pursuant to the provisions of Federal Rule of Civil Procedure 6(b)(1)(A), hereby moves the Court for an Order enlarging the time for filing of Second Amended Summary Judgment Motions by all parties, by 14 days, and states:

      1.     On June 6, 2022, the Plaintiffs and the Defendant filed motions for summary judgment. (Dkts. 115, 139). On June 27, 2022, the Plaintiffs filed a corrected motion for summary judgment and the Defendant filed an amended motion for summary judgment. (Dkts. 160, 161).

2.  On December 21, 2022, the Defendant filed an unopposed motion to supplement the record, specifically to address changes in the relevant policies and procedures at issue in the litigation and to propose limited additional discovery to address those changes and their effect on the parties' corrected and amended summary judgment motions. (Dkt. 204)

3.  The Court held a hearing on December 27, 2022, concerning the matters raised in the motion to supplement, and after discussing the matter with counsel entered an endorsed order denying without prejudice the operative motions for summary judgment and setting February 28, 2023 as the due date for renewed motions for summary judgment, pending the additional discovery. (Dkt. 211).

4.  The Court additionally ordered the parties to work together to clearly "set forth the material facts to which they agree and do not agree." (Dkt. 211). Counsel for the parties understand the Court's Order to mean that, in addition to their renewed motions for summary judgment, they should file with the Court a separate document setting forth these agreed facts, endeavoring to agree to as much as possible, and setting forth disagreements in a fashion which ties the disagreements to specific facts, for efficiency of review.

5.  Pursuant to that Order Plaintiffs on January 13, 2023, served an Eighth Request to Produce to the Sheriff; a response (with documents) was timely provided.

Additionally, Plaintiffs' counsel on February 2, 2023, took depositions of Captain Larry Kraus and Major Tait Sanborn of the Sheriff's Office.

6. Counsel for the Defendant has encountered a number of delays in his ability to work on a proposed stipulated facts and what will be the Defendant's Second Amended Motion for Summary Judgment, including the following: submission on February 15, 2023, of a lengthy joint pretrial brief in *Aguirre v. Seminole Sheriff, et al*, Case No. 6:20-cv-00025, a joint pretrial conference in said case on February 16, 2023;  a joint pretrial conference on February 22, 2023, in *Rodriguez-Bonilla v. Brevard Sheriff, et al*, Case No. 21-cv-00428, and a summary judgment reply (due also on February 28, 2022) in *Baxter et al v. Santiago-Miranda*, Case No. 6:21-cv-00718.  Each of these are complex matters and have prevented defense counsel from being able to focus on the motion for summary judgment or facts as recently proposed by Plaintiffs.

7. Counsel for Plaintiffs in the interim worked to put together an initial proposed draft of stipulated facts and on February 14, 2023, counsel provided to defense counsel a document proposing such facts.  The proposed facts are lengthy and range from basic facts about structure of the Sheriff's Office to facts concerning individual instances involving the Plaintiffs, of which there are many.  The document as it currently stands proposes 364 facts.

8. Counsel for the Defendant has worked on revisions to the proposed facts but after discussion amongst counsel it is clear that the effort to frame the facts (or to in some way incorporate additional facts that one side or the other deems material or important to context) is going to take additional time. Counsel wish to complete that project prior to drafting or finalizing their respective second amended summary judgment motions so that each may cite to it.

9. Counsel for the parties have had three Zoom or telephone conferences to work on the stipulated facts and anticipate that many can be framed in a way acceptable to both sides: perhaps not all, but counsel have agreed to devise a means to cogently identify and explain where differences remain.

10. So that this process may be completed, and then the second amended summary judgment motions finalized and filed, Defendant seeks 14 days' enlargement of time to file the second amended summary judgment motions, making the due date March 14, 2023.

11. **LOCAL RULE 3.01(G) CERTIFICATION** –Counsel for Plaintiffs have been consulted concerning this motion and do not oppose it. Plaintiffs agree that the second amended motions for summary by all parties should be filed simultaneously, i.e. on the proposed date of March 14, 2023

WHEREFORE, Defendant Pasco Sheriff Nocco moves the Court for entry of an Order enlarging the time for filing of amended summary judgment motions to, and including, March 14, 2023.

## **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 6(b)(1)(A) states, "When an act may or must be done within a specified time, the court may, for good cause, extend the time [on motion]...if a request is made…before the original time or its extension expires." Such an application for extension of time under Rule 6(b)(1)(A) "normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Wright and Miller, §4B Fed. Prac. & Proc. Civ. § 1165 (4th ed). The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline. *Jozwiak v. Stryker Corp.*, 2010 WL 743834, at *2 (M.D.Fla.2010) (granting motion to extend to respond filed on due date of response).

In this case, counsel for Plaintiffs and for the Defendant arranged additional documentary discovery and two depositions of agency personnel. In order to provide the Court with as streamlined a presentation of facts as possible, counsel are working to provide many agreed facts (or statements showing disagreements) in a single document. The process will take time and there is no opposition from the

5

Plaintiffs for the request for additional time to work on these stipulated facts, with each side then filing amended summary judgment motions on the same date: March 14, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd of February, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Ari S. Bargil, Esquire** (*abargil@ij.org*), Institute For Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, Florida 33131; **Joshua A. House, Esquire** (*jhouse@ij.org*) and **Caroline Grace Brothers, Esquire** (*cgbrothers@ij.org*), Institute For Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203; and **Robert E. Johnson, Esquire** (*rjohnson@ij.org*), Institute For Justice, 16781 Chagrin Boulevard, Suite 256, Shaker Heights, Ohio 44120.

             *s/ Thomas Poulton, Esq.*
             THOMAS W. POULTON, ESQ.
             Florida Bar No.: 0083798
             Email: *poulton@debevoisepoulton.com*
             JEFFREY K. GRANT, ESQ.
             Florida Bar No.: 0091197
             Email: *grant@debevoisepoulton.com*
             ROBERT D. HOLBORN, II, ESQ.
             Florida Bar No.: 0044186
             Email: *holborn@debevoisepoulton.com*
             DeBEVOISE & POULTON, P.A.
             Lakeview Office Park, Suite 1010
             1035 S. Semoran Boulevard
             Winter Park, Florida 32792
             Telephone: 407-673-5000
             Facsimile: 321-203-4304
             Attorneys for Defendant Sheriff Nocco