UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

        Plaintiffs,

v.

CASE NO.: 8:21-cv-00555-SDM-CPT

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

        Defendant.

_____

## AFFIDAVIT OF ROSS BRUMMETT

On this day, Ross Brummett, appeared before me using audio-video communication, the undersigned authority, and after being placed under oath, attests to the following:

1. My name is Ross Brummett, I am a citizen of the United States and a resident of Florida. I am over 18 years of age and am otherwise competent. I have personal knowledge of the facts set forth in this affidavit.

2. I am currently Strategic Analyst for the Pasco County Sheriff's Office. and part of my duties in the past was to manage queries using the database which contained the data for persons designated as prolific offenders. The agency no longer identifies persons as prolific offenders but does utilize the focused offender designation at the district level.

3. As of March 1, 2023, none of the Plaintiffs or their children, whose names are listed below, are "focused offenders" under the current ILP directive:

- Dalanea Taylor
- Tammy Heilman
- Darlene Deegan
- Robert Jones III
- Robert Jones IV
- Anthony McDougall
- Donnie McDougall

FURTHER AFFIANT SAYETH NAUGHT.

Ross Brummett
Digitally signed by Ross Brummett
Date: 2023.03.10 13:27:26 -05'00'

ROSS BRUMMETT

STATE OF FLORIDA }
COUNTY OF            }

BEFORE ME, the undersigned Notary Public, this day appeared ROSS BRUMMETT via audio-video communication, who has provided proper identification in the form of _personally known_, and he acknowledged under oath that he executed the foregoing affidavit freely and voluntarily.

SWORN AND SUBSCRIBED TO before me this 10th day of March, 2023.

SHELLEY A. GARDNER
Notary Public - State of Florida
Commission # GG 986039
My Comm. Expires May 10, 2024
Bonded through National Notary Assn.

NOTARY PUBLIC

_signature_
Signature of Notary

Shelley Gardner
Printed Name of Notary
My Commission Expires: