UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALENEA TAYLOR et al

-vs-                                              Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO

**CLERK'S MINUTES**
Proceeding: Status Conference
*Zoom videoconference*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: March 14, 2023 |
| Deputy Clerk: Ashley Sanders | Time: 10:02 a.m. |
| Law Clerk: Wilma Metcalf | Recess: 10:30 |
| Court Reporter: Digital | Total Time: 28 min |

Counsel for Plaintiff: Ari Bargil, Rob Johnson and Caroline Grace Brothers
Counsel for Defendant: Thomas Poulton

Court calls case and counsel enters appearances.

Court discusses agreed upon and disputed facts submissions.

Recess.