# EXHIBIT 88

*Declaration of Ari Bargil in Support of Plaintiffs' Opposition to Defendant Sheriff Nocco's Second Amended Motion for Summary Judgment on all Claims*



**CHRIS NOCCO, SHERIFF**
# PASCO SHERIFF'S OFFICE

**TEAMWORK ♦ PROFESSIONALISM ♦ SERVICE**

2021

Greetings,

We are pleased to inform you that you have been selected to participate in a Prolific Offender Program run by the Pasco Sheriff's Office in cooperation with the Department of Justice Strategies for Policing Innovation Initiative. This program provides you with an opportunity to receive assistance from the Pasco Sheriff's Office and several community partners who will work with you to identify and overcome barriers that have hindered you in your life's journey. Ultimately, the goal of this program is to empower you to live a lawful, productive and fulfilled life.

Research indicates that barriers to successful living may involve struggles with mental health, substance abuse, domestic violence, homelessness, finding a job, or several other challenges many people face on a daily basis. It is possible you have struggled with some of these issues. If so, please know the Pasco Sheriff's Office is committed to support you in overcoming these challenges through this program.

You may wonder why you were enrolled in this program. You were selected as a result of an evaluation of your recent criminal behavior using an unbiased, evidence-based risk assessment designed to identify prolific offenders in our community. As a result of this designation, we will go to great efforts to encourage change in your life through enhanced support and increased accountability. If you refrain from criminal activity over the next two years, your Prolific Offender designation will be removed.

It is our hope you will actively pursue change by seeking and participating in the services and support you will have access to. We have partnered with Pasco County Human Services to ensure you have help navigating all available resources. A list of many of these resources has been provided to you with this letter. Although help is available, you are the one who must decide whether or not you will pursue change and accept the help being offered.

This letter was designed to communicate our sincere desire to help you begin a new path. We are committed to your success. We are also committed to pursuing consistent, firm, and fair consequences if you choose to continue in the criminal behavior that is hurtful not only to you, but to your family and our community.

**Exhibit 88 - Page 1 of 4**



**CHRIS NOCCO, SHERIFF**
# PASCO SHERIFF'S OFFICE

**TEAMWORK ♦ PROFESSIONALISM ♦ SERVICE**

Our desire to help you will not hinder us from holding you fully accountable for your choices and actions. Effective today, your name and criminal history will be shared with local, state, and federal law enforcement entities and prosecutors. This includes the local State Attorney's Office, the United States Attorney's Office, FDLE, Parole and Probation, FBI, Homeland Security, ATF, DEA and other entities who have the ability to ensure the highest level of accountability for all current and future criminal acts you commit.

We hope you will join us in an effort to improve your life and the lives of the citizens of Pasco County. Our goal is to make Pasco County safer for everyone – including you. Now more than ever, we want you safe, alive, and out of jail, but we need your help to accomplish this.

If you are willing to pursue a new path as evidenced by your words and actions, we can work together to make Pasco safer. We will be in contact with you in the near future. If you have any questions about the selection criteria used to determine your eligibility for this program, please call the Pasco Sheriff's Office at 727-277-7124 during regular business hours.

Sincerely,

## The Pasco Sheriff's Office

<span style="color:red">**Exhibit 88 - Page 2 of 4**</span>



CHRIS NOCCO, SHERIFF
# PASCO SHERIFF'S OFFICE

**TEAMWORK ♦ PROFESSIONALISM ♦ SERVICE**

### Quick Resource Guide

**Pasco County Human Services (HUB)**
8620 Galen Wilson Blvd. Suite 320, Port Richey 34668
13853 15th Street, Dade City, FL 33525
727-834-3297

**2-1-1 United Way Pasco Hotline**
NEED HELP? Dial 211
Main Line 1-877-828-8929

**The R.O.P.E. Center**
14121 Watertower Driver, Hudson, FL 34667
727-869-6426

**Metropolitan Ministries**
3214 US 19 North, Holiday, FL 34690
727-937-3268

**Salvation Army West**
8040 Washington Street, Port Richey, FL 34668
727-847-6321

**Salvation Army East**
14445 7th Street, Dade City, FL 33523
352-521-3126

**Samaritan Project of Zephyrhills**
5722 8th Street, Zephyrhills, FL 33542
813-810-8670

**Sober Solutions**
8056 Old County Road 54, New Port Richey, FL 34653
727-372-2010

**Accelerated Resolution Therapy**
USF1 2901 Bruce B Downs Blvd., Tampa. FL 33612
813-974-9266

**Exhibit 88 - Page 3 of 4**



*Chris Nocco, Sheriff*
# PASCO SHERIFF'S OFFICE

**TEAMWORK ♦ PROFESSIONALISM ♦ SERVICE**

**Bay Area Legal Services**
Various Locations
800-623-2257

**Baycare Behavior Health**
6205 Trouble Creek Road, New Port Richey, FL 34653
727-841-4466

**Baycare Behavior Health**
8002 King Helie Blvd., New Port Richey, FL 34653
727-841-4430

**Baycare Dade City**
14527 7th Street, Dade City, FL 33523
352-521-3351

**Disability Rights of Florida**
www.disabilityrightflorida.org
800-342-0823

**Pasco County Housing Authority**
Pascocountyhousing.org
352-567-0846

**Salvation Army Domestic Violence**
P.O. Box 5517, Hudson, FL 34674
727-494-7609

**Sunrise Domestic Violence Center**
12724 Smith Road, Dade City, FL 33525
352-521-3358

**Florida Department of Children and Families**
https://www.myflfamilies.com/service-programs/abuse-hotline/
800-96-ABUSE
800-955-8771

**Exhibit 88 - Page 4 of 4**