# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DALANEA TAYLOR et al

-vs-  Case No. 8:21-cv-555-SDM-CPT

CHRIS NOCCO

## CLERK'S MINUTES
Proceeding: Motion Hearing
*Zoom*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: June 6, 2023 |
| Deputy Clerk: Ashley Sanders | Time: 9:10 a.m. |
| Law Clerk: Wilma Metcalf | Recess: 10:18 a.m. |
| Court Reporter: Digital | Total Time: 1 hour 8 min |

Counsel for Plaintiff: Robert Johnson, Ari Bargil, Caroline Brothers and Joshua House
Counsel for Defendant: Robert Holborn and Thomas Poulton

Court calls case and counsel enters appearances.

Court addresses issued raised in the filings.

Court hears oral argument.

Recess.