# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DALANEA TAYLOR; TAMMY HEILMAN; DARLENE DEEGAN; and ROBERT A. JONES III,

    *Plaintiffs*,

v.

CHRIS NOCCO, in his official capacity as Pasco County Sheriff,

    *Defendant*.

Case No. 8:21-cv-00555-SDM-CPT

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), Plaintiffs hereby notify the Court of the following supplemental authority:

1.  The authority is: *Kidd v. Mayorkas*, No. 2:20-cv-03512-ODW (JPRx), --- F. Supp. 3d ---, 2024 WL 2190981 (C.D. Cal. May 15, 2024).

2.  The authority supplements pages 24–32 of Plaintiffs' Renewed Motion for Summary Judgment on Liability and Incorporated Memorandum of Law (ECF 224) (discussing how PSO's prolific offender checks exceeded the scope of the implied license for "knock and talks" because their purpose was to gather incriminating evidence); pages 12–18 of Plaintiffs' Opposition to Defendant Sheriff Nocco's Second Amended Motion for Summary Judgment On All Claims (ECF 240)

(same); and pages 14–18 of Plaintiffs' Objections to Report and Recommendation On The Parties' Cross-Motions for Summary Judgment (ECF 280) (same).

3. The following is a relevant quotation from the authority: "To summarize, although it is true that the specific facts surrounding each 'knock and talk' can vary, it is consistently true across ICE's policies and practice that field officers are trained to enter constitutionally protected areas of a home for the purpose of arresting the occupant. Such policies and practices are materially distinguishable from 'approaching a home . . . and knocking on the front door with the intent merely to ask the resident questions,' and exceed the scope of implied consent. It is therefore clear to the Court that 'knock and talks'—which, as defined and executed by ICE, can be more accurately termed 'knock and arrests'—violate the Fourth Amendment insofar that they are conducted with the purpose of arresting the resident." *Kidd*, 2024 WL 2190981, at *9 (quoting *United States v. Lundin*, 817 F.3d 1151, 1160 (9th Cir. 2016)).

Dated: May 24, 2024

Respectfully submitted,

/s/ Caroline Grace Brothers
Caroline Grace Brothers
(DC Bar No. 1656094)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel.: (703) 682-9320
Fax: (703) 682-9321
cgbrothers@ij.org

Ari S. Bargil (FL Bar No. 71454)
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
abargil@ij.org

Robert E. Johnson (OH Bar No. 0098498)*
INSTITUTE FOR JUSTICE
16781 Chagrin Boulevard, Suite 256
Shaker Heights, OH 44120
Tel.: (703) 682-9320
Fax: (703) 682-9321
rjohnson@ij.org

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May 2024, a true and correct copy of the foregoing document was served was served via the Court's CM/ECF system upon all counsel of record.

/s/ Caroline Grace Brothers