# JOINT EXHIBIT LIST
*Joint Final Pretrial Statement*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    *Plaintiffs*,

v.

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    *Defendant*.

Case No. 8:21-cv-00555-SDM-CPT

## JOINT EXHIBIT LIST

☐ Government   ☒ Plaintiffs   ☒ Defendant   ☐ Court   ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | PSO's 2018 ILP Manual |
| 2 | | | | PSO's 2015 STAR Manual |
| 3 | | | | PSO's 2021 ILP Directive (under seal) |
| 4 | | | | PSO's 2021 STAR Manual (under seal) |
| 5 | | | | PSO's 2016 ILP Manual |
| 6 | | | | PSO's 2013 ILP Manual |

1

2

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 7 | | | | PSO Document – Prolific Offender Selection |
| 8 | | | | PSO's 2021 ILP Manual |
| 9 | | | | PSO's RAD Directive (redacted) – Jan. 31, 2023 |
| 10 | | | | PSO's RAD Directive NEW – Jan. 31, 2023 |
| 11 | | | | PSO's 2024 ILP Manual – Sept. 30, 2024 |

2