# PLAINTIFFS' EXHIBIT LIST

*Joint Final Pretrial Statement*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DALANEA TAYLOR; TAMMY
HEILMAN; DARLENE DEEGAN;
and ROBERT A. JONES III,

    *Plaintiffs*,

v.

CHRIS NOCCO, in his official
capacity as Pasco County Sheriff,

    *Defendant*.

Case No. 8:21-cv-00555-SDM-CPT

## EXHIBIT LIST

☐ Government   ☒ Plaintiffs   ☐ Defendant   ☐ Court   ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | PSO Offender Notes (Donnie McDougall) |
| 2 | | | | PSO Offender Notes (Anthony McDougall) |
| 3 | | | | Incident Reports (Tammy Heilman) |
| 4 | | | | CAD Reports (Tammy Heilman) |
| 5 | | | | PSO "Tip" – May 26, 2017 |
| 6 | | | | Email (re Nightly) (McDougall arrest) – Dec. 30, 2017 |

1

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 7 | | | | STAR Team Nightly Report re: Heilman |
| 8 | | | | Pasco County Department of Health Resource Guide |
| 9 | | | | Resource Guide from STAR Team to Donnie McDouglall – April 17, 2023 |
| 10 | | | | Judgment/Sentencing Documents (McDougall) |
| 11 | | | | Post-arrest Statement (Tammy Heilman) |
| 12 | | | | DOC Search Results (McDougall) |
| 13 | | | | DOC Release Information (McDougall) |
| 14 | | | | Damages (Tammy Heilman) |
| 15 | | | | Body-worn Camera Footage (Tammy Heilman) |
| 16 | | | | PSO Visit to Tammy Heilman Videos |
| 17 | | | | Incident Reports (Robert Jones, III) |
| 18 | | | | CAD Reports (Robert Jones, III) |
| 19 | | | | Payment Report (Robert Jones) |

2

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 20 | | | | PSO "Tip" – July 2, 2015 |
| 21 | | | | Email (re Robert Jones IV) – Sept. 28, 2015 |
| 22 | | | | Court Documents (Robert Jones) |
| 23 | | | | Letter (Jones to Hon. Wansboro) – Feb. 25, 2016 & May 21, 2016 |
| 24 | | | | Nolle Proseequi (Robert Jones) – April 17, 2017 |
| 25 | | | | Assistant State Attorney's Recommendation to File No Information (Robert Jones) – Feb. 19, 2016 |
| 26 | | | | Damages (Robert Jones) |
| 27 | | | | Body-worn Camera Footage (Robert Jones, III) |
| 28 | | | | PSO Offender Notes (Dalanea Taylor) |
| 29 | | | | Incident Reports (Dalanea Taylor) |
| 30 | | | | CAD Reports (Dalanea Taylor) |
| 31 | | | | Daily Activity Report (Taylor "Top 5") – April 5, 2017 |

3

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 32 | | | | Email (Prolific Offender Check on Dalanea Taylor) – Jan. 1, 2018 |
| 33 | | | | Body-worn Camera Footage (Dalanea Taylor) |
| 34 | | | | PSO Offender Notes (Tyler Paneson) |
| 35 | | | | Incident Reports (Darlene Deegan) |
| 36 | | | | CAD Reports (Darlene Deegan) |
| 37 | | | | Complaint to FDLE (Darlene Deegan) |
| 38 | | | | Screenshots of Security Footage (Darlene Deegan) |
| 39 | | | | Damages (Darlene Deegan) |
| 40 | | | | Body-worn Camera Footage (Darlene Deegan) |
| 41 | | | | AIM Slides |
| 42 | | | | PSO's Five Point Plan |
| 43 | | | | PSO Memo – Jan. 29, 2018 |
| 44 | | | | PSO Memo – Feb. 17, 2021 |

4

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 45 | | | | PSO Memo – April 19, 2021 |
| 46 | | | | "ProwlName" Spreadsheet |
| 47 | | | | "List Summary" Spreadsheet |
| 48 | | | | PSO Prolific Offender Lists (Excerpts) |
| 49 | | | | PSO Prolific Offender Selection Process – Dec. 7, 2016 |
| 50 | | | | Offense Points Spreadsheet |
| 51 | | | | ILP Training Powerpoint |
| 52 | | | | Excerpts from PSO Member Performance Reviews |
| 53 | | | | PSO Job Posting, STAR Sergeant – March 13, 2018 |
| 54 | | | | PSO Job Posting, Law Enforcement Deputy – STAR – April 23, 2018 |
| 55 | | | | PSO Job Posting, Detective – Vice and Narcotics – April 24, 2018 |
| 56 | | | | PSO Job Posting, STAR Corporal – May 11, 2018 |
| 57 | | | | PSO Unified Report – Nov. 6-8, 2015 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 58 | | | | Morning Report – Nov. 25, 2015 |
| 59 | | | | Morning Report – Jan. 1, 2016 |
| 60 | | | | Morning Report – March 25, 2016 |
| 61 | | | | Email (re: MORNING REPORT) – May 26, 2017 |
| 62 | | | | PSO Daily Activity Report – Sept. 19, 2018 |
| 63 | | | | Email (STAR Team Nightly Report) – Oct. 5, 2018 |
| 64 | | | | Emails (PSO Officials re: STAR Team Activity) – Sept. 19, 2016 |
| 65 | | | | PSO Daily Activity Report – April 17, 2019 |
| 66 | | | | Email (STAR Team Nightly Report) – Sept. 27, 2019 |
| 67 | | | | Email (STAR Team Nightly Report) – Feb. 1, 2020 |
| 68 | | | | ILP Training Powerpoint |
| 69 | | | | Emails (Ratcliff and PSO Officials) |
| 70 | | | | Emails (Ross and PSO Officials) |

6

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 71 | | | | Emails (PSO Officials) |
| 72 | | | | Email (Kraus to PSO Officials) |
| 73 | | | | Emails (Bronson and Reagan) |
| 74 | | | | Emails (PSO Officials) |
| 75 | | | | Emails (PSO Officials) |
| 76 | | | | Emails (Thomas and Law) |
| 77 | | | | Email (Martinez to PSO Customer Service) |
| 78 | | | | Email (re: "Prolific Offender") |
| 79 | | | | Email (re: "SQUAD 35") |
| 80 | | | | Email (re: Mini AIM Notes and TOP-5") |
| 81 | | | | Email (re: Morning Report) – Feb. 15, 2016 |
| 82 | | | | Email (re: MORNING REPORT) – April 9, 2016 |
| 83 | | | | Email (re: MORNING REPORT) – June 27, 2016 |

7

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 84 | | | | Email (Sanborn to PSO Officials) – Oct. 7, 2021 |
| 85 | | | | Email (Sanborn to Self) – Aug. 9, 2021 |
| 86 | | | | Emails (Kraus and PSO Officials) Dec. 20, 2022 – 2022 POCs |
| 87 | | | | Emails (Kraus and PSO Officials) Dec. 20, 2022 – 2021 POCs |
| 88 | | | | Documentary Evidence re: Fines, Fees & Costs |
| 89 | | | | Criminal Investigations Bureau Weekly Meeting Notes – Jan. 24, 2018 |
| 90 | | | | PSO Letter to Prolific Offenders – 2021 |
| 91 | | | | Documentary Evidence re: Fines, Fees & Costs |
| 92 | | | | Records of the Sheriff's Office's "Prolific Offender" Data Set (PRRCAD12142021) |
| 93 | | | | Curriculum Vitae – David Kennedy |
| 94 | | | | Curriculum Vitae – Michael Carrasco |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 95 | | | | PRRCAD121421 – CAD Records of Prolific Offender Checks |
| 96 | | | | Summary of Voluminous Evidence – PRRCAD121421 (Prolific Offender Checks) |
| 97 | | | | PRRRMS12142021 – Records of PSO Enforcement of Seven Code Violations |
| 98 | | | | Summary of Voluminous Evidence – PRRRMS12142021 (Records of PSO Enforcement of Seven Code Violations) |
| 99 | | | | Records of PSO Enforcement of All Code Violations |
| 100 | | | | Summary of Voluminous Evidence – All Ordinance Violations Date Range |
| 101 | | | | Accela Citations (County Code Enforcement Records) |
| 102 | | | | Gov QA Citations (County Code Enforcement Records) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 103 | | | | Summary of Voluminous Evidence – County Code Enforcement Records |
| 104 | | | | Transcript of Status Conf. – Oct. 5, 2021 |
| 105 | | | | Transcript of Rule 30(b)(6) Deposition – Larry Kraus (Deposition 1 of 3) |
| 106 | | | | Transcript of Rule 30(b)(6) Deposition – Larry Kraus (Deposition 2 of 3) |
| 107 | | | | Transcript of Rule 30(b)(6) Deposition – Larry Kraus (Deposition 3 of 3) |
| 108 | | | | Transcript of Rule 30(b)(6) Deposition – Tait Sanborn (Deposition 1 of 2) |
| 109 | | | | Transcript of Rule 30(b)(6) Deposition – Tait Sanborn (Deposition 2 of 2) |
| 110 | | | | Transcript of Rule 30(b)(6) Deposition – Justin Ross |
| 111 | | | | Defendant's Response to Plaintiffs' First Set of Interrogatories – July 6, 2021 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 112 | | | | Defendant's Unverified Response to Plaintiffs' Second Set of Interrogatories – Nov. 15, 2021 |
| 113 | | | | Defendant's Response to Plaintiffs' First Set of Requests for Production – July 20, 2021 |
| 114 | | | | Defendant's Response to Plaintiffs' Second Set of Requests for Production – July 20, 2021 |
| 115 | | | | Defendant's Supplemental Response to Plaintiffs' First and Second Set of Requests for Production – Aug. 24, 2021 |
| 116 | | | | Defendant's Response to Plaintiffs' Third Set of Requests for Production – Sept. 9, 2021 |
| 117 | | | | Defendant's Response to Plaintiffs' Fourth Set of Requests for Production – Nov. 15, 2021 |

11

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 118 | | | | Defendant's Response to Plaintiffs' Fifth Set of Requests for Production – Feb. 25, 2022 |
| 119 | | | | Defendant's Response to Plaintiffs' Sixth Set of Requests for Production – March 30, 2022 |
| 120 | | | | Defendant's Response to Plaintiffs' Seventh Set of Requests for Production – April 22, 2022 |
| 121 | | | | Defendant's Supplemental Response to Plaintiffs' Seventh Set of Requests for Production – May 27, 2022 |
| 122 | | | | Defendant's Response to Plaintiffs' Eighth Set of Requests for Production – Feb. 13, 2023 |
| 123 | | | | Defendant's Response to Plaintiffs' First Set of Requests for Admission – Nov. 15, 2021 |

12

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **124** | | | | Defendant's Response to Plaintiffs' Second Set of Requests for Admission – May 13, 2022 |