# DEPOSITION DESIGNATIONS
*Joint Final Pretrial Statement*

**PLAINTIFFS' PROPOSED DEPOSITION CITATIONS IN LIEU OF LIVE TESTIMONY**

| Deposition | Cite | Defendant's counter-designations |
|---|---|---|
| Andrew Denbo | Tr. 6:13–10:15<br><br>Tr. 87:5–21<br><br>Tr. 47:4–65:22<br><br>Tr. 65:23–66:9 | 5:8-12<br><br>65:23-66:21<br><br>82:3-87:4<br><br>88:1-9 |
| Paul Reagan | Tr. 8:2–14; 8:25–6<br><br>Tr. 16:13–25<br><br>Tr. 18:17–19:18<br><br>Tr. 25:21–27:13<br><br>Tr. 29:20–30:23<br><br>Tr. 34:16–36:6<br><br>Tr. 162:10–163:14<br><br>Tr. 72:2–73:9<br><br>Tr. 73:10–75:1<br><br>Tr. 133:8–136:3<br><br>Tr. 136:15–147:14 | 29:5-19<br><br>36:7-17<br><br>75:2-76:21 |
| Mark Celeste | Tr. 5:8–25<br><br>Tr. 8:25—10:2<br><br>Tr. 108:14–110:20 | 10:8-13:1 |

1

| Deposition | Cite | Defendant's counter-designations |
|---|---|---|
|  | Tr. 40:1–42:11 |  |
|  | Tr. 36:9–39:25 |  |
|  | Tr. 64:12–66:21 |  |
| Pedro Ojeda | Tr. 10:4–23 | 5:9-11 |
|  | Tr. 32:16–34:4 | 9:6-11:25 |
|  | Tr. 13:10–14:10 | 72:1-78:13 |
|  | Tr. 74:16–75:13 |  |
| Timothy Brock | Tr. 11:25–13:12 | 5:10-12 |
|  | Tr. 34:1–5; 49:8–17 | 11:12-13:12 |
|  | Tr. 34:23–35:16 | 37:11-23 |
|  | Tr. 44:25–46:25 | 47:1-48:9 |
|  | Tr. 37:24–38:11 |  |
| Stephen Heibert | Tr. 19:13–21:3 | 5:16-22 |
|  | Tr. 103:12–25 | 16:22-18:19 |
|  | Tr. 104:6–15 |  |
|  | Tr. 16:3–21 |  |
|  | Tr. 103:18–21 |  |
| Shelley Gardner | Tr. 7:4–7 | 66:15-68:24 |
|  | Tr. 9:16–10:22 |  |

2

| Deposition | Cite | Defendant's counter-designations |
|---|---|---|
| | Tr. 67:7–68:24<br><br>Tr. 70:5–22 | |
| Ashley Burch | Tr. 5:8–11<br><br>Tr. 7:12–8:17<br><br>Tr. 17:7–21:1 | |

3